# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

State of New York
_____
**Plaintiff(s)**

v.

Donald Trump
_____
**Defendant(s)**

Case No.: 1:25-cv-00039
_____

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Leonard Giarrano IV _____, am a member in good standing of the bar of this Court. I am moving for the admission of Attorney Christopher J. Kissel _____ to appear *pro hac vice* in this case as counsel for the State of California _____.

I certify that I have reviewed the below information provided by the prospective admittee. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

LOCAL COUNSEL:

Leonard Giarrano IV
_____
*Name*

10731
_____
*Bar Number*

RI Department of Attorney General
_____
*Firm/Agency*

150 South Main Street
_____
*Address*

Providence, RI 02903
_____
*City, State, Zip Code*

/s/ Leonard Giarrano IV
_____
*Signature*

01/28/2025
_____
*Date*

401-274-4400
_____
*Telephone Number*

401-222-3016
_____
*Fax Number*

lgiarrano@riag.ri.gov
_____
*E-mail Address*

### To be completed by the Prospective Admittee

I am a member in good standing of the bar of every state and federal court to which I have been admitted, and my eligibility to practice before those courts has not been restricted in any way (*list courts below.*)

| State or Federal Court | Admission Date | | State or Federal Court | Admission Date |
|---|---|---|---|---|
| California | 01/19/2021 | | U.S. District Court, S.D. Cal. | 09/25/2024 |
| U.S. District Court, N.D. Cal. | 09/27/2024 | | U.S. Court of Appeals, Ninth Circuit | 10/14/2024 |
| U.S. District Court, E.D. Cal. | 09/25/2024 | | | |
| U.S. District Court, C.D. Cal. | 09/24/2024 | | | |

*If you answer yes to any of the below questions, you __must__ provide a full explanation as an attachment.*

Have you ever been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys?

YES ☐   NO ☑

Are there any disciplinary proceedings pending against you at this time?

YES ☐   NO ☑

Has your *pro hac vice* status ever been revoked by any court?

YES ☐   NO ☑

Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime?

YES ☐   NO ☑

Are there any criminal charges pending against you at this time?

YES ☐   NO ☑

For the purpose of this case, I have associated with local counsel identified in this motion, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I understand my obligation to notify this Court of any changed circumstances that affect my answers to the questions contained within this motion.

I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it. I hereby certify that the foregoing is true and correct.

Respectfully submitted,

PROSPECTIVE ADMITTEE:

Christopher J. Kissel
_____
*Name*

California Dept. of Justice
_____
*Firm/Agency*

300 S. Spring Street
_____
*Address*

Los Angeles, CA, 90013
_____
*City, State, Zip Code*

*Christopher J. Kissel*
_____
*Signature*

213-269-6388
_____
*Telephone Number*

213-269-6250
_____
*Fax Number*

christopher.kissel@doj.ca.gov
_____
*E-mail Address*