UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-39 (JJM) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Sirkovich:

> Eitan R. Sirkovich
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, NW
> Washington, DC 20005
> Tel: (202) 353-5525
> Email: eitan.r.sirkovich@usdoj.gov

Dated: February 3, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/ Eitan R. Sirkovich*
DANIEL SCHWEI
Special Counsel
ANDREW F. FREIDAH

EITAN R. SIRKOVICH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

## CERTIFICATION OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the within Certification with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System, thereby serving it on all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 305.

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH