UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-39 (JJM) |
| DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Turner H. Smith as counsel for Plaintiff the Commonwealth of Massachusetts in the above-captioned matter.

        Respectfully submitted,

        **ANDREA JOY CAMPBELL**
        Attorney General for the
        Commonwealth of Massachusetts

By:    */s/ Turner H. Smith*
        Turner H. Smith
        *Deputy Chief*
        *Energy and Environment Bureau*
        Office of the Attorney General
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2782

Dated: February 4, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on February 4, 2025, and will be served upon Defendants' counsel electronically.

*/s/ Turner H. Smith*
Turner H. Smith