# INDEX TO EXHIBITS

**Exhibit 1……………………..Map of Dioxin contamination in Budd Inlet.**

**Exhibit 2……………………..Map of 303(d) listed areas in Budd Inlet.**

**Exhibit 3……………………..Deschutes Estuary Feasibility Study, (Excerpt)**

**Exhibit 4 …………………...Army Corps of Engineers-Senator Fraser Emails**

**Exhibit 5 ……………………Floyd Snider Consultant Form, (Excerpt)**

**Exhibit 6……………………..Washington State Fishing License, (Plaintiff's)**

# Exhibit 1

# Map of Dioxin in contamination in Budd Inlet



**Figure 4. Subsurface Dioxin/Furan Contamination Represented by the Highest Concentration from Each Core**

N

# Exhibit 2

## Map of 303(d) listed areas in Budd Inlet.

ECOLOGY
State of Washington
Water Quality Atlas Map
Legend
Filter
Zoom
Tools
Home
Add/Remove Map Data
Assessed Water/Sediment
Filter
Water
Category 5 - 303d
Category 4C
Category 4B
Category 4A
Category 2
Category 1
Sediment
Category 5 - 303d
Category 4C
Category 4B
Category 4A
Category 2
Category 1
Water Quality Standards
Filter
Find address or place
Biscay St NW
36th Ave NW
Olympia Country & Golf Club
French Rd NW
20th Ave NW
Kaiser Rd NW
Grass Lake Refuge
Division St NW
Harrison Ave NW
Yauger Park
Westfield Capital
4th Ave W
Cooper Point Rd SW
Gull Harbor Rd NE
Priest Point Park
Puget St NE
State Ave NE
5th Ave SE
Legion Way SE
Olympia



# Exhibit 3

# Deschutes Estuary Feasibility Study, (Excerpt)



Washington Department of FISH and WILDLIFE
Deschutes Estuary
Feasibility Study, Phase 3

***Engineering Design and Cost Estimates***

# FINAL REPORT

*Prepared for:*

**Washington Department of Fish and Wildlife**

*Prepared By:*

MOFFATT & NICHOL

710 Second Ave, Suite 720
Seattle, WA 98104
Tel: (206) 622-0222 • Fax: (206) 622-4764

*In Association With:*

**EDAW, Inc • GeoEngineers**

February 9, 2007

## 4.2 Permits and Approvals Required

The permitting of the Deschutes Estuary restoration project is multifaceted. A variety of permit applications will need to be prepared, submitted and approved. The following list outlines the most likely regulatory and permitting requirements.

- NEPA: Federal funds may be needed for a project of this magnitude, which would trigger specific NEPA requirements.
- SEPA Environmental Impact Statement: Required. Washington State Department of General Administration will probably be lead agency for this.
- Washington Department of Natural Resources (DNR) Lands Lease: A tidelands lease, easement, or right of entry may be required. Additionally, depending on how the dredge materials are handled, a royalty may be owed to the State.
- U.S. Army Corps of Engineers (Corps) Section 10/404 Permits: These are initiated through the Joint Aquatic Resource Permit Application (JARPA). A Section 10 permit is required for work in or under navigable waters of the United States; a Section 404 Permit is required for in-water discharge of dredged or fill material. Copies of the completed JARPA will then be submitted to the Corps for Section 10/404 Permits, to WDFW for a Hydraulic Project Approval (HPA), and to the Cities of Olympia and Tumwater for a Shoreline Substantial Development Permit.
- BE/BA, including the Essential Fish Habitat: The BE/BA is required due to federal nexus with Corps permitting. A BE/BA report with a Not Likely to Adversely Affect (NLAA) or Likely to Adversely Affect (LA) effects determination will be needed.
- Washington Department of Ecology (Ecology) Section 401 Water Quality Certification: Required with federal permitting, triggered by the Corps.
- Ecology National Pollution Discharge Elimination System Stormwater Permit for Construction: Will be required.
- WDFW HPA: Initiated through the JARPA process. Required as activity is waterward of the Ordinary High Water Mark (OHWM).
- City of Olympia and City of Tumwater Shoreline Substantial Development Permits: Required as project involves substantial work within 200 feet of the marine shoreline. Since most of the South Basin and parts of the Middle Basin are within the City of Tumwater, a combined or parallel process would be required for the Cities of Olympia and Tumwater.
- City of Olympia and City of Tumwater Critical Areas Ordinance: Compliance and mitigation required to the extent project would affect designated wetlands, fish and wildlife habitat areas.
- Other City of Olympia and City of Tumwater Permits and Approvals: These may include: Demonstrating compliance with Zoning and Comprehensive Plan and with Flood Hazard Ordinance; Grading Permit; and Site Development Permit among others.

## 4.3 Dredging and Fill

The channel dredging program outlined in Section 3.5 will likely call for sediment sampling and analysis beyond that already carried out. The sampling results reported by Herrera (2000a&b) were reviewed relative to Washington State Sediment Management Standards (SMS) for marine sediments to evaluate general sediment quality with respect to reuse of in-water materials as near-shore fill. Marine SMS criteria were used for this evaluation because the SMS have not established criteria for freshwater sediment at this time. The data generally indicate the following:

- Benzoic acid, benzyl alcohol and phenol are present in sediment samples at three stations at concentrations that could potentially affect aquatic organisms. Additional chemical analysis and/or bioassays would likely be required prior to approval of material dredged from these stations for use as in-water fill; however, the material may be suitable for use as upland fill.
- General sediment quality at the remaining stations appears to be potentially suitable for both in-water and upland fill. However, additional chemical analysis would be needed to verify suitability. The analyses reported by Herrera (2000a&b) were not sufficiently sensitive to detect all of the relevant organic compounds at concentrations that would prohibit their reuse as near-shore fill, according to the marine SMS evaluation criteria.

In other words, it currently appears that the sediment quality in the lake is adequate to allow for the project as described in this report. Further sediment sampling will be necessary to confirm this. In particular, the recent discovery of dioxins at the Port of Olympia's dredged navigation channel highlights the risks associated with dredging in urbanized areas.

# Exhibit 4

# Army Corps of Engineers-Senator Frazer Emails

-----Original Message-----
From: Winkler, Jessica NWS [mailto:Jessica.G.Winkler@usace.army.mil]
Sent: Thursday, May 28, 2015 4:30 PM
To: Fraser, Sen. Karen
Subject: Deschutes (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Senator Fraser,
Thank you for the conversation this morning regarding the Puget Sound Nearshore Ecosystem Restoration Project (PSNERP) and the Deschutes Estuary.
As discussed, the Corps in coordination with WDFW has not identified the Deschutes project to move forward for further consideration under the PSNERP study based on our analysis of the benefit to cost ratio, as well as other factors such as community support and risk to feasibility. A important risk to feasibility that we identified for the Deschutes in the context of the PSNERP study was the potential to increase sedimentation in the Federally authorized and maintained navigation channel. Although the Corps and WDFW are not evaluating the Deschutes further under the PSNERP study authority, the Corps has not developed a formal position on the dam removal at Deschutes outside of PSNERP. If a non-Federal entity proposed to remove the dam at Deschutes, they would be required to coordinate that proposal with the Corps under our Section 408 permitting process (33 U.S.C. 408).

The Seattle District website for the PSNERP project contains links for the entire draft feasibility report/environmental impact statement. Appendix G specifically addresses the ecosystem benefit model. As requested, the last page of Appendix G includes the list of the numeric benefits of each of the sites we evaluated and is attached.

http://www.nws.usace.army.mil/Missions/CivilWorks/ProgramsandProjects/Projects/PugetSoundNearshoreEcosystemRestoration.aspx

In 2012, the Puget Sound Nearshore Ecosystem Restoration Project contracted an A/E firm to complete the conceptual designs for 36 sites. The reports and other key PSNERP documents are located at the below listed link. The conceptual design report on the Deschutes Estuary is also attached.

http://www.pugetsoundnearshore.org/cdr.html

Please let me know if you have any further questions or concerns. I also wanted to thank you for your quick and informative response on the status of PSNERP in the budget! Jessie

Jessie Winkler
Chief, Civil Works Branch
U.S. Army Corps of Engineers, Seattle District
4735 East Marginal Way South
Seattle, WA 98134
206-764-3462

Classification: UNCLASSIFIED

Caveats: NONE
Senator Fraser states her findings upon speaking to the Corps- "the environmental benefits of Deschutes dam removal are strikingly low!"


---------- Forwarded message ----------
From: Fraser, Sen. Karen <Karen.Fraser@leg.wa.gov>
Date: Tue, Jul 7, 2015 at 9:20 PM
Subject: Re: Capitol Lake
To: Allen Miller <allen@atmlawoffice.com>
Cc: Denny Heck <denny@theheckhome.com>, Robert Wubbena <rwubbena@gmail.com>, Denis Curry <denisc733@aol.com>, Jack Havens <bikeandfish@comcast.net>, "Owen, Brad" <Brad.Owen@leg.wa.gov>, Chris Liu <chris.liu@des.wa.gov>, "Arlen Harris (DES)" <arlen.harris@des.wa.gov>


Hello all---
I spoke with the Corps. The essence of what they say is the following.

They have highly deprioritized habitat work by them on the lower Deschutes mainly because the environmental benefits of this project (dam removal) are very low compared to environmental benefits of other proposed projects in Puget Sound. They have quantified this and I have their list. The environmental benefits of Deschutes dam removal are strikingly low !

They take other factors into secondary consideration in the rankings, such as "risks". In this case, a major risk is the silting up of the shipping channel.

They have now given high priority to about 11 projects in Puget Sound.
Judging by the very low numerical ranking of Deschutes dam removal, it seems unlikely to be a viable project for a very long time, if ever.

Hope this is helpful.

   ---Karen

Sent from my iPad


Questions regarding this report may be directed to Jack Havens, bikeandfish@comcast.net or 360-866-0810.

Mitchell responds to Havens and Carlson

**From:** Mitchell, Theresa C (DFW) [mailto:Theresa.Mitchell@dfw.wa.gov]
**Sent:** Friday, April 24, 2015 2:51 PM
**To:** Carlson, Margen L (DFW); bikeandfish@comcast.net
**Cc:** Davis, Jeffrey P (DFW)
**Subject:** RE: De-coupling

All –

Margen you are correct. Essentially, the Corps could not support one program of the Corps (Ecosystem Restoration) increasing costs to another program of the Corps (Navigation) and they were unwilling to consider it further. Removal of the 5th Avenue dam would very likely increase sediment aggradation in the Federal Navigation Channel adjacent to the site (Port of Olympia navigation channel), resulting in unacceptable negative impacts to the current Corps operations and maintenance of that channel.

Best,

Theresa Mitchell

Puget Sound Nearshore Ecosystem Restoration Project
Washington Dept. of Fish & Wildlife
Habitat Program | Restoration Division
360.902.2750 - office
www.pugetsoundnearshore.org

Senator Karen Fraser references her meeting with WDFW

-----Original Message-----
From: Fraser, Sen. Karen [mailto:Karen.Fraser@leg.wa.gov]
Sent: Monday, June 08, 2015 6:28 PM
To: allen@atmlawoffice.com; Jay Manning; 'Robert Wubbena'
Cc: Hunt, Rep. Sam; Reykdal, Rep. Chris
Subject: FW: Deschutes (UNCLASSIFIED)

I met with Dept of Fish and Wildlife today. They are in alignment with the Corps of Engineers priorities as stated below.

Senator Fraser references email letter from Jessica Winkler US Army Corps of Engineers

# Exhibit 5

# Floyd Snider Consultant Form, (Excerpt)



STATE OF WASHINGTON

DEPARTMENT OF ENTERPRISE SERVICES

*1500 Jefferson St. SE, Olympia, WA 98501*
*PO Box 41476, Olympia, WA 98504-1476*

# Consultant Selection Contact Form

## Designated Point of Contact for Statement of Qualifications

For Design Bid Build, Design Build, Progressive Design Build, GC/CM & Job Order Contracting (JOC) Selections

| Field | Value |
|---|---|
| Firm Name: | Floyd\|Snider |
| Point of Contact Name & Title: | Tessa Gardner-Brown, Project Manager |
| Email: | tessa.gardner-brown@floydsnider.com |
| Telephone: | 206.292.2078 |
| Address: | 601 Union St, Suite 600 |
| City: | Seattle |
| State: | Washington |
| Zip: | 98101 |



FLOYD|SNIDER kpff
PROJECT SCHEDULE

Potential Schedule for Deschutes Estuary Restoration - Showing our Proposed Approach to Compress Schedule by 1 Full Year
2023 (Q4)
2024
2025
2026
2027
MOU to ILA Negotiations
Funding ID'd
$
$
Site Investigations
GCCM Onboarding & Constructability Review
Full Participation from GCCM
Pre-Design
30% Design
Leg. Session
60% Design
Value Engineering & 90% Design
100% Design
Construction: up to 8 years
Agency Coord. & Permit App Prep
Submit
Agency Processing of Permit Applications
Pursue Grant $$ for Design & Permitting
Pursue Grant $$ for Construction
$7M
Our Approach to the Current Biennium
2023
2024
2025
Aug/Sept
Q4
Q1
Q2
Q3
Q4
Q1
Q2
NTP, per RFQ
Funding
Identify Funding Options
Prepare & Submit Grant Funding Applications
Interlocal Agreement (ILA) with MOU Participants
Confirm Funding Options
Early work to identify the most competitive funding opportunities is needed to strategically develop the design scope. Funding will be funneled to specific design efforts only (e.g., fish habitat funding will support dam removal design). Therefore, specific targets must be met for those disciplines in this biennium before grants can be released in the next biennium.
Oct. 1 project start does not allow for this to be complete ahead of the election calendar. This schedule assumes ILA negotiations occur after the local election cycle and reflects time for holidays and pre-work by design team but maintains the negotiations as priority project actions. Completing negotiations concurrent with 30% design allows project decisions to be reflected in the final agreement (e.g., if the design team recommends a breakwater downstream of the estuary opening to minimize impacts, sediment deposition would be reduced at the marinas and long-term dredging costs could be updated before the ILA is finalized).
Grant funding will be awarded, and the legislative session will inform whether additional state funds will be allocated. Design efforts can be tailored to those outcomes and proceed past the 30% target, into 60% design.
Design
Strategic Design Scoping
Site Investigations
Modeling for Dredge, Habitat, ILA & Port-Remedial Design & Archaeological Investigation
Includes geotechnical investigation for the bridge and road, survey for upland work and utilities, and bathymetry for in-water work.
We are the only team to have the numerical modeling that supported the EIS analyses and MOU negotiations, ensuring consistency as the project progresses. Modeling will also show how sediment deposition can support Port remedial designs and significantly reduce costs of that project. Separately, pre-design and tribal coordination will inform an archaeological investigation to prevent unanticipated impacts.
Pre-Design for Required Elements (e.g., 5th Ave Bridge)
Conceptual Design for Other Elements (e.g., Dam Removal)
30% Design
Design Reviews w/ DES & Key Stakeholders
Leg. Session
60% Design
Design efforts begin just prior to site investigations to inform and focus field work. The EIS completed many of the functions of a pre-design process, as acknowledged by OFM, but specific complex elements may benefit from additional pre-design work TBD early with DES/OFM.
Advancing all project elements to 30% design by Dec. 2024 will demonstrate progress to the legislature and support funding requests.
We intend to reserve funding to allow the project to proceed into 60% design within the $7M biennial allocation. The 60% design process will be paced to support Agency coordination, stakeholder engagement, and permit application prep.
Permitting & Engagement
Stakeholder Workshops
Community Charettes
Pre-Application Coord. w/ Agencies
Permit Application Prep
Focused engagement with key stakeholders (City, Port, Tribe, CCDAC) will ensure early input around design concepts. This is critically important for project/budget efficiency and schedule. With some project components being transferred to stakeholders after construction, designs must meet their guidelines as well.
We can increase project support through engagement opportunities on topics like bridge architecture, recreation, and art programming. Community input can then be reflected in design.
We intend to deliver and permit a design that has a net environmental benefit, allowing DES to capture mitigation credits from the project and create a new project funding stream. This would be discussed with the agencies, along with general design review, to ensure all project components can be permitted.

DEPARTMENT OF ENTERPRISE SERVICES
DESCHUTES ESTUARY RESTORATION | 14 – 15

# Exhibit 6

# Washington State Fishing License, (Plaintiff's)



**WDFW LICENSE**

**WILD ID:800288158638**

**2024 Resident**

**ARTHUR S WEST**

1826 BERRY ST NE
OLYMPIA Washington 98506

| | |
|---|---|
| DOB:06/16/1961 | DOC#:D0026955551 |
| HT:5' 6" WT:250 | DEALER:2011 |
| EYES:Brown | TRANS#:T00011965645 |
| GENDER:Male | DATE:10/30/2024 |

| LICENSE PRIVILEGE | VALID(FROM/TO) |
|---|---|
| Saltwater Fishing | 10/30/2024-03/31/2025 |

I certify under penalty of law that the information on this license is true and I meet the requirements for these licenses. I agree to show all licenses, transport tags, catch record cards, my driver's license and any fish and shellfish, and wildlife to a Department of Fish and Wildlife Officer when requested.

Signature: ____________________

Fishing Regulations and questions:
wdfw.wa.gov/fishing/regulations or 360-902-2700
Fishing Hotline: 360-902-2500

Enforcement:
Non-Emergency 1-877-933-9847
Poaching in progress/Dangerous Wildlife:
911

**2024 DOC#: D0026955553**

ARTHUR S WEST
WILD ID:800288158638
OLYMPIA Washington 98506
Valid From/To: 10/30/2024 - 03/31/2025
Return to WDFW no later than April 30,2025
DEALER:2011 10/30/2024

## WASHINGTON DEPARTMENT OF FISH AND WILDLIFE SPORT CATCH RECORD CARD

Immediately upon retaining a salmon, steelhead, sturgeon, or halibut as authorized by the fishing license purchased, you are required to record your catch by completing (IN INK) the record provided below. Failure to do so is a violation of WAC 220-310-020.

Refer to area and other codes and fish identification instructions on the separate code and instruction sheet or in the Fishing in Washington regulations pamphlet for the current year.

>>Please use a ballpoint pen.
>>Do not use a felt-tipped pen

A fee will be charged for replacement cards and cards with additional species recording spaces (RCW.77.32.430) Regulations (WAC 220-310-020) require sport harvesters to

**RETURN THIS CARD TO WDFW by April 30,2025 Even if you did not fish or catch anything**

Return this card to a
WDFW regional office or mail to:
WDFW CRC Unit
PO Box 43142 Olympia, WA 98504-3142

**2024 DOC#: D0026955553**

| SALMON | Did you fish for Salmon? — Yes — No | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Do Not Record Released Salmon | | | | | | | | | | |
| | | | Mark One Box Per Line For Species Kept | | | | | | | |
| CATCH AREA CODE | MO. 1-12 | DAY 1-31 | CHIN | COHO | CHUM | PINK | SOCK | CHIN JACK | COHO JACK | CLIP TYPE |