| | |
|---|---|
| **From:** | Arthur West <awestaa@gmail.com> |
| **Sent:** | Tuesday, February 4, 2025 3:21 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Re: test |
| **Attachments:** | FEB 4 MOTION TO INTERVENE NEW YORK V TRUMP.pdf; NEPA NOV 25 As filed.pdf; NEPA NOV 25 EXHIBITS.pdf; WEST V. REED MISREPRESENTATION OF INJUNCTION.doc; DESCHUTES  ESTUARY GRANT INFORMATION.pdf |
| | |
| **Categories:** | Being Worked on CH |

**CAUTION - EXTERNAL:**

Thank you for your help.
I appreciate the consideration.
Please see the attached
filing, (with 4 exhibits), in _**New
York, et al v. Trump, et al**_, No.
**1:25-cv-00039-JJM-PAS**
Please note: The document
NEPA NOV 25 is an exhibit
from the DC District Court
demonstrating a pending
action to enjoin federal grant
funding of a State project.
If you could confirm receipt,
that would be great. In the
event I have made any format
errors that preclude filing,
please advise and I will Amend.
Thanks again.

On Tue, Feb 4, 2025 at 12:04 PM RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov> wrote:



**Meghan Kenny, J.D.**

United States Courts – District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Direct Dial: 401-752-7200
https://www.rid.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.