UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-39 (JJM) |
| | ) |
| DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# NOTICE OF APPEARANCE

Please enter the appearance of Anna E. Lumelsky as counsel for Plaintiff the Commonwealth of Massachusetts in the above-captioned matter.

        Respectfully submitted,

        **ANDREA JOY CAMPBELL**
        Attorney General for the
        Commonwealth of Massachusetts

By:   */s/ Anna E. Lumelsky*
        Anna E. Lumelsky
        *Deputy State Solicitor*
        Office of the Attorney General
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2334

Dated: February 4, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on February 4, 2025, and will be served upon Defendants' counsel electronically.

*/s/ Anna E. Lumelsky*
Anna E. Lumelsky