# Exhibit B

| From: | BeattyWalters Tina |
|---|---|
| To: | Schwei, Daniel S. (CIV); Sirkovich, Eitan R (CIV); Freidah, Andrew F. (CIV) |
| Cc: | Buehler Dustin |
| Subject: | RE: Oregon"s conferral re TRO in New York v. Trump (DRI: 1:25-cv-00039) |

Thank you, Daniel. The attorneys for the lead states that your team has otherwise communicated with will be the attorneys going forward you should communicate with about this case, for all the states including Oregon. Thanks!

Tina

**Christina Beatty-Walters** (she, her)
Assistant Attorney in Charge
Special Litigation Unit
Oregon Department of Justice
████████

---

From: Schwei, Daniel S. (CIV) ████████████████
Sent: Thursday, February 6, 2025 6:17 AM
To: BeattyWalters Tina ████████████████ Sirkovich, Eitan R (CIV) ████████████ Freidah, Andrew F. (CIV)
Cc: Buehler Dustin ████████████████
Subject: RE: Oregon's conferral re TRO in New York v. Trump (DRI: 1:25-cv-00039)

**\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION EXTERNAL EMAIL\***

Tina,

As promised, I wanted to relay one further piece of information I learned. With respect to the final USGS grant G24AP00424 addressed in my e-mail below, my understanding is that this grant is not currently paused in the payment system, and should have funding available for draw by the recipient through 11/28/2025.

Thank you,
Daniel

---

From: Schwei, Daniel S. (CIV)
Sent: Wednesday, February 05, 2025 6:10 PM
To: BeattyWalters Tina ████████████ Sirkovich, Eitan R (CIV) ████████████ Freidah, Andrew F. (CIV)
████
Cc: Buehler Dustin ████████████████
Subject: RE: Oregon's conferral re TRO in New York v. Trump (DRI: 1:25-cv-00039)

Tina,

Regarding your message below, I've been corresponding with the relevant agencies throughout the day, and can report back some preliminary information. I'll also keep looking into this tomorrow and let you know what I find out.

Regarding the Department of Labor grants, here is my current understanding:

- The payment for the requested amount of $151,829.77 was approved on January 31, 2025, and the transaction was completed earlier today on February 5, 2025.
- The payment for the requested amount of $2,883,947.59 was also approved on January 31, 2025, and the transaction was completed earlier today on February 5, 2025.
- The payment for the requested amount of $38,190.09 was approved on January 31, 2025, but the transaction has not been completed yet (as of this afternoon). Department of Labor has requested that the Payment Management System (PMS) prioritize this payment. My understanding is that PMS has experienced some delays due to the volume of payment requests they've received.

For the EPA grants, my understanding is that the agency is working through the process of un-suspending grants, which is taking some time given the nature of the process. I am told that one of your grants – G34233.23, "Cleanup Infrastructure & Invest Jobs Act (IIJA)" – has already been unsuspended. I am not aware of any reason why the suspension would not ultimately be lifted as to the other five grants, but I have asked for confirmation of that. I have also asked EPA if it is possible to prioritize the other five grants, but am not sure yet.

Finally, for the USGS grants, please note that neither USGS nor its parent agency (Department of Interior) is a defendant in the *New York v. Trump* lawsuit. As we stated in our Notice filed with the Court (ECF No. 51), we do not read the Court's Order as imposing compliance obligations on federal agencies that are not defendants in the case. Additionally, my understanding is that three of the grants—G24AC00381, G24AC00418, and G23AC00510—were awarded with funding from the Infrastructure Investment and Jobs Act. Funding for these grants was paused pursuant to OMB Memorandum M-25-11, which is not challenged in *New York v. Trump* and preceded issuance of the challenged OMB Memorandum M-25-13. Therefore, continued implementation of M-25-11 cannot be characterized as "reissuing" or "continued implementation" of OMB Memorandum M-25-13. Thus, we do not believe any pause in those three grants would run afoul of the Court's Order. With respect to G24AP00424, I am still conferring with USGS/Interior about the nature of that grant.

Please feel free to let me know if you have any further questions, and I will keep you apprised if I learn anything further regarding these issues.

Thank you,
Daniel

**From:** BeattyWalters Tina <███████████████>
**Sent:** Wednesday, February 05, 2025 10:34 AM
**To:** Schwei, Daniel S. (CIV) <█████████████>     Sirkovich, Eitan R (CIV) <███████████████>     Freidah, Andrew F. (CIV) <█████████████>
**Cc:** Buehler Dustin <████████████████>
**Subject:** [EXTERNAL] RE: Oregon's conferral re TRO in New York v. Trump (DRI: 1:25-cv-00039)

Thank you, Daniel.

Regards,
Tina

**Christina Beatty-Walters (she, her)**
Assistant Attorney in Charge
Special Litigation Unit
Oregon Department of Justice
████████████

**From:** Schwei, Daniel S. (CIV) <██████████████>
**Sent:** Wednesday, February 5, 2025 5:19 AM
**To:** BeattyWalters Tina <████████████████>     Sirkovich, Eitan R (CIV) <█████████████████>     Freidah, Andrew F. (CIV) <████████████████>
**Cc:** Buehler Dustin <██████████████>
**Subject:** RE: Oregon's conferral re TRO in New York v. Trump (DRI: 1:25-cv-00039)

**\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION EXTERNAL EMAIL\***

Hi Christina,

Thanks for reaching out.  I was unaware of these issues – we will look into them and get back to you later today with what we learn.

Thanks,
Daniel

**From:** BeattyWalters Tina <█████████████>
**Sent:** Wednesday, February 05, 2025 2:44 AM
**To:** Schwei, Daniel S. (CIV) <████████████████>     Sirkovich, Eitan R (CIV) <███████████████>
**Cc:** Buehler Dustin <██████████████>
**Subject:** [EXTERNAL] Oregon's conferral re TRO in New York v. Trump (DRI: 1:25-cv-00039)

Greetings counsel,

I write about the above titled case in which I represent the State of Oregon. I write to confer about lack of compliance with the TRO.  Payments under certain awarded grants have not been made available as requested, and other awarded grants have simply been made unavailable for payments for the following Oregon agencies:

**Oregon Higher Education Coordinating Commission** has multiple grants from Department of Labor under which funding was requested last week but never received.  The grants and grant amounts are as follows:

Under grant DW000012QL0, a draw was requested on January 29 for $151,829.77.
Draws were also requested on the same day for the following grants:

| Award # | Amount |
|---|---|
| AA38551OE0 | 8,087.00 |
| AA38551OC0 | 21,270.20 |
| AA38551QH0 | 20,448.99 |
| AA38551QJ0 | 160,249.97 |
| AY000016IS0 | 99,355.36 |
| AT000049TJ0 | 20,000.00 |
| AW000041TL0 | 140,919.60 |
| AP36519YC1 | 70,816.52 |

| | | |
|---|---|---|
| **AY000070WB0** | 934,062.51 | |
| **AT000057VX0** | 92,739.06 | |
| **AW000092VZ0** | 145,798.00 | |
| **AT0000574OO** | 813,727.37 | |
| **AW000924W0** | 356,473.01 | |
| Total | **2,883,947.59** | |

Additionally, on January 30, **the same agency has requested a grant draw** under grant DW000012QL0 for $38,190.09.

The agency has received none of these payments.

**Oregon Department of Environmental Quality** also has existing EPA grants that it appears EPA has made unavailable for draws.  Some of the previously suspended DEQ grants have come back online today, but others remain in a suspended state.  The following grants are at issue currently and unable to be drawn upon:

| | | | | |
|---|---|---|---|---|
| G34233.23 | 4W02J23401 | Cleanup Infrastructure & Invest Jobs Act (IIJA) | 68,530.94 | Suspended |
| G10050.24 | 5A02J31101 | IRA CAA 103-AQ Equipment and Surveys | 5,347.81 | Suspended |
| G10048.24 | 5D02J38701 | Climate Pollution Inflation Reduction Act | 9,228.93 | Suspended |
| G10055.25 | 5E84101101 | Climate Pollution Reduction Implementation | 37,825.97 | Suspended |
| G10056.25 | 5Z02J944010 | Clean Heavy Duty Vehicle Program | 0.00 | Suspended |
| G10054.25 | 5Q02J70001 | IRA Air Monitoring Equipment Upgrades | 12,872.92 | Suspended |

**Oregon Department of Geology and Mineral Industries** has USGS grants that it appears USGS has made unavailable in the ASAP system. They are as follows:

| | |
|---|---|
| 15.073 - Earth Mapping Resources Initiative | G24AC00381 |
| **15.073 - Earth Mapping Resources Initiative** | G24AC00418 |
| **15.073 - Earth Mapping Resources Initiative** | G23AC00510 |

USGS has also suggested that it would suspend the following grant:

| | |
|---|---|
| **15.821 - Landslide Hazard Mapping and Assessment Program** | G24AP00424 |

If you could contact your client agencies about these grant issues and ask them to fix these problems with haste so that we need not raise them with the court, my clients would appreciate it. Thank you.

Regards,

**Christina Beatty-Walters** (she, her)
Assistant Attorney in Charge
Special Litigation Unit
Oregon Department of Justice
███████

***** CONFIDENTIALITY NOTICE ***** This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system. *************************************
***** CONFIDENTIALITY NOTICE ***** This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system. *************************************