UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK; et al.,

      Plaintiffs,

    v.

DONALD TRUMP, in his official capacity as President of the United States; et al.,

      Defendants.

C.A. No. 1:25-cv-00039-JJM-PAS

**AFFIRMATION OF MOLLY THOMAS-JENSEN**

    MOLLY THOMAS-JENSEN, an attorney admitted to practice pro hac vice before this Court and admitted to practice before the Courts of New York, does hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

    1.    I am Molly Thomas-Jensen, Special Counsel and Assistant Attorney General in the Office of the Attorney General for the State of New York, and I appear on behalf of the State of New York in this action.

    2.    I submit this declaration in support of Plaintiff States' Motion for a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65. The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

    3.    I have attached hereto this affirmation, true and correct copies of publicly promulgated or issued documents and factual declarations, as follows:

    4.    Attached hereto as Exhibit 1 is Executive Order 14154 of January 20, 2025, *Unleashing American Energy*, 90 Fed. Reg. 8353 (Jan. 29, 2025).

5. Attached hereto as Exhibit 2 is Executive Order 14151 of January 20, 2025, *Ending Radical and Wasteful Government DEI Programs and Preferencing*, 90 Fed. Reg. 8339 (Jan. 29, 2025).

6. Attached hereto as Exhibit 3 is Executive Order 14159 of January 20, 2025, *Protecting the American People Against Invasion*, 90 Fed. Reg. 8443 (Jan. 29, 2025).

7. Attached hereto as Exhibit 4 is Executive Order 14162 of January 20, 2025, *Putting America First in International Environmental Agreements*, 90 Fed. Reg. 8455 (Jan. 30, 2025).

8. Attached hereto as Exhibit 5 is Executive Order 14168 of January 20, 2025, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 30, 2025).

9. Attached hereto as Exhibit 6 is Executive Order 14169 of January 20, 2025, *Reevaluating and Realigning United States Foreign Aid*, 90 Fed. Reg. 8619 (Jan. 30, 2025).

10. Attached hereto as Exhibit 7 is Executive Order 14182 of January 24, 2025, *Enforcing the Hyde Amendment*, 90 Fed. Reg. 8751 (Jan. 31, 2025).

11. Attached hereto as Exhibit 8 is Executive Order 14187 of January 28, 2025, *Protecting Children from Chemical and Surgical Mutilation*, 90 Fed. Reg. 8771 (Feb. 3, 2025).

12. Attached hereto as Exhibit 9 is U.S. Office of Management and Budget, Memorandum M-25-13, "Temporary Pause of Agency Grant, Loan and Other Financial Assistance Programs," from Matthew J. Vaeth, Acting Director (Jan. 27, 2025).

13. Attached hereto as Exhibit 10 is the White House Fact Sheet, "OMB Q&A Regarding Memorandum M-25-13" (Jan. 28, 2025), available at https://tinyurl.com/mrd5yar3.

14. Attached hereto as Exhibit 11 is a document labeled "Instructions for Federal Financial Assistance Program Analysis in Support of M-25-13," that was circulated by OMB.

15. Attached hereto as Exhibit 12 is U.S. Office of Management and Budget, Memorandum M-25-14, "Rescission of M-25-13," from Matthew J. Vaeth, Acting Director (Jan. 29, 2025).

16. Attached hereto as Exhibit 13 is U.S. Office of Management and Budget, Memorandum M-25-11, "Guidance regarding Section 7 of the Executive Order *Unleashing American Energy*," from Matthew J. Vaeth, Acting Director (Jan. 21, 2025).

17. Attached hereto as Exhibit 14 is U.S. Environmental Protection Agency Memorandum, "Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause," from Gregg Treml, Acting Chief Financial Officer (Jan. 27, 2025).

18. Attached hereto as Exhibit 15 is U.S. Department of Energy Memorandum, "Cease all activities associated with DEI and CBP," from Sara Wilson, Acting Head of Contracting Activity, Energy Efficiency & Renewable Energy (Jan. 27, 2025).

19. Attached hereto as Exhibit 16 is U.S. Department of Transportation Memorandum, "Implementation of Executive Orders Addressing Energy, Climate Change, Diversity, and Gender," from The Secretary (Jan. 29, 2025).

20. Attached hereto as Exhibit 17 is U.S. Environmental Protection Agency Memorandum, "Update on Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause," from Gregg Treml, Acting Chief Financial Officer (Feb. 4, 2025).

21. Attached hereto as Exhibit 18 is the Declaration of Susan Dzbanko, Deputy Director of the Arizona Department of Homeland Security, dated Feb. 5, 2025.

22. Attached hereto as Exhibit 19 is the Declaration of Kori Kappes, Chief Financial Officer of the Department of Economic Security for the State of Arizona, dated Feb. 5, 2025.

23. Attached hereto as Exhibit 20 is the Declaration of John McCleve, CFO/Comptroller of the Arizona Office of the Governor, dated Feb. 5, 2025.

24. Attached hereto as Exhibit 21 is the Declaration of Sally Morton, Executive Vice President of the ASU Knowledge Enterprise at Arizona State University and a Professor in the ASU College of Mathematical and Statistical Sciences and the ASU College of Health Solutions, dated Feb. 5, 2025.

25. Attached hereto as Exhibit 22 is the Declaration of John F. Scott II, Director of the Arizona Department of Veterans' Services, dated Feb. 5, 2025.

26. Attached hereto as Exhibit 23 is the Declaration of Jared Sprunger, Chief Financial Officer of the Arizona Department of Environmental Quality, dated Feb. 5, 2025.

27. Attached hereto as Exhibit 24 is the Declaration of Jeffery Tegen, Assistant Director of the Division of Business and Finance at the Arizona Health Care Cost Containment System Administration, dated Feb. 5, 2025.

28. Attached hereto as Exhibit 25 is the Declaration of Kristine Ward, Chief Financial Officer of the Arizona Department of Transportation, dated Feb. 5, 2025.

29. Attached hereto as Exhibit 26 is the Declaration of Nicole Witt, Assistant Director of Public Health Preparedness for the Arizona Department of Health Services, dated Feb. 5, 2025.

30. Attached hereto as Exhibit 27 is the Declaration of Susan Jennifer Black Glennon, Staff Services Manager II at the California Department of Toxic Substances Control, dated Feb. 6, 2025.

31. Attached hereto as Exhibit 28 is the Declaration of Michelle Buffington, Interim Chief of the Fiscal Services Division of the California Air Resources Board, dated Feb. 5, 2025.

32. Attached hereto as Exhibit 29 is the Declaration of Nancy Farias Womack, Director of the California Employment Development Department, dated Feb. 5, 2025.

33. Attached hereto as Exhibit 30 is the Declaration of Katrina S. Hagen, Director of the California Department of Industrial Relations, dated Feb. 5, 2025.

34. Attached hereto as Exhibit 31 is the Declaration of Mary Halterman, Assistant Program Budget Manager of the California Department of Finance, dated Feb. 5, 2025.

35. Attached hereto as Exhibit 32 is the Declaration of Lindy Harrington, Assistant State Medicaid Director at the California Department of Health Care Services, dated Feb. 5, 2025.

36. Attached hereto as Exhibit 33 is the Declaration of Brandy Hunt, Deputy Director of the California Department of Resources Recycling's Administrative, Fiscal, and Information Technology Services Division, dated Feb. 5, 2025.

37. Attached hereto as Exhibit 34 is the Declaration of Jeni Kitchell, Assistant Vice Chancellor, Finance & Budget Administration and Controller at the California State University, dated Feb. 5, 2025.

38. Attached hereto as Exhibit 35 is the Declaration of Eric Lau, Acting Deputy Director of the Division of Administrative Services at the California State Water Resources Control Board, dated Feb. 5, 2025.

39. Attached hereto as Exhibit 36 is the Declaration of Yang Lee, Chief Financial Officer and Deputy Director of the Finance and Accounting Division of the California Department of Social Services, dated Feb. 5, 2025.

40. Attached hereto as Exhibit 37 is the Declaration of Theresa Maldonado, Vice President for Research & Innovation in the University of California Office of the President, dated Feb. 5, 2025.

41. Attached hereto as Exhibit 38 is the Declaration of Jim Mangia, President and Chief Executive Officer of St. John's Community Health, dated Feb. 5, 2025.

42. Attached hereto as Exhibit 39 is the Declaration of Mason Matthews, Chief Budget and Financial Officer of the County of Los Angeles, dated Feb. 5, 2025.

43. Attached hereto as Exhibit 40 is the Declaration of Damien Mimnaugh, Director of the Administrative and Financial Management Services Division of the California Energy Commission, dated Feb. 5, 2025.

44. Attached hereto as Exhibit 41 is the Declaration of Dr. Maricela Ramirez, Chief Education Officer of the Los Angeles County Office of Education, dated Feb. 5, 2025.

45. Attached hereto as Exhibit 42 is the Declaration of Sarah Rees, Ph.D., Deputy Executive Officer, Planning, Rule Development and Implementation at the South Coast Air Quality Management District, dated Feb. 5, 2025.

46. Attached hereto as Exhibit 43 is the Declaration of Tony Thurmond, Superintendent of Public Instruction for the State of California, dated Feb. 5, 2025.

47. Attached hereto as Exhibit 44 is the Declaration of Katie Dykes, Commissioner of the Connecticut Department of Energy and Environmental Protection, dated Feb. 5, 2025.

48. Attached hereto as Exhibit 45 is the Affidavit of Sarah Miller, Executive Director of City Seed, Inc., dated Feb. 5, 2025.

49. Attached hereto as Exhibit 46 is the Declaration of Mila Kofman, Executive Director of the DC Health Benefit Exchange Authority, dated Jan. 29, 2025.

50. Attached hereto as Exhibit 47 is the Declaration of Rebecca Reichardt, Associate Deputy Secretary / Chief Operating Officer of the Delaware Department of Health and Social Services, dated Feb. 5, 2025.

51. Attached hereto as Exhibit 48 is the Declaration of Ian Kimura, Accountant at the Department of Land and Natural Resources, State of Hawaiʻi, dated Feb. 4, 2025.

52. Attached hereto as Exhibit 49 is the Declaration of Leah J. Laramee, Climate Change Mitigation and Adaptation Coordinator for the Department of Land and Natural Resources, State of Hawaiʻi, dated Feb. 4, 2025.

53. Attached hereto as Exhibit 50 is the Declaration of Vassilis L. Syrmos, Vice President for Research and Innovation at the University of Hawaiʻi, dated Feb. 5, 2025.

54. Attached hereto as Exhibit 51 is the Declaration of Lance Tanaka, Accountant at the Department of Land and Natural Resources, State of Hawaiʻi, dated Feb. 5, 2025.

55. Attached hereto as Exhibit 52 is the Declaration of James Tokioka, Director of the State of Hawaiʻi Department of Business, Economic Development, and Tourism, dated Feb. 5, 2025.

56. Attached hereto as Exhibit 53 is the Declaration of Emma Yuen, Acting Administrator of the Division of Forestry and Wildlife of the Department of Land and Natural Resources, State of Hawaiʻi, dated Feb. 5, 2025.

57. Attached hereto as Exhibit 54 is the Declaration of Melissa Coultas, Chief of Staff of the Illinois Department of Employment Security, dated Feb. 5, 2025.

58. Attached hereto as Exhibit 55 is the Declaration of Heidi E. Mueller, Director of the Illinois Department of Children and Family Services, dated Feb. 5, 2025.

59. Attached hereto as Exhibit 56 is the Declaration of Laura Roche, Chief of Staff of the Illinois Environmental Protection Agency, dated Feb. 6, 2025.

60. Attached hereto as Exhibit 57 is the Declaration of Denise Barton, Chief Deputy General Counsel at the University of Massachusetts, dated Feb. 5, 2025.

61. Attached hereto as Exhibit 58 is the Declaration of Rita P. Colucci, Vice President and General Counsel at Salem State University, dated Feb. 5, 2025.

62. Attached hereto as Exhibit 59 is the Declaration of Bonnie Heiple, Commissioner of the Massachusetts Department of Environmental Protection, dated Feb. 5, 2025.

63. Attached hereto as Exhibit 60 is the Declaration of Patrick Herron, Executive Director of the Mystic River Watershed Association, dated Feb. 5, 2025.

64. Attached hereto as Exhibit 61 is the Declaration of David Mohler, Executive Director of the Office of Transportation Planning at the Massachusetts Department of Transportation, dated Feb. 5, 2025.

65. Attached hereto as Exhibit 62 is the Declaration of Marie Moreira, Interim Executive Director of World Farmers, dated Feb. 6, 2025.

66. Attached hereto as Exhibit 63 is the Declaration of Kristen Porter-Utley, Provost and Vice President for Academic Affairs at Framingham State University, dated Feb. 4, 2025.

67. Attached hereto as Exhibit 64 is the Declaration of Elizabeth Mahony, Commissioner of the Massachusetts Department of Energy Resources, dated Feb. 6, 2025.

68. Attached hereto as Exhibit 65 is the Declaration of Harry Coker Jr., Acting Secretary of the Maryland Department of Commerce, dated Feb. 6, 2025.

69. Attached hereto as Exhibit 66 is the Declaration of Bruce Gartner, Executive Director of the Maryland Transportation Authority, dated Feb. 5, 2025.

70. Attached hereto as Exhibit 67 is the Declaration of Paul G. Pinsky, Director of the Maryland Energy Administration, dated Feb. 6, 2025.

71. Attached hereto as Exhibit 68 is the Declaration of Carnitra D. White, Acting Secretary of the Maryland Department of Human Services, dated Feb. 5, 2025.

72. Attached hereto as Exhibit 69 is the Declaration of Carey M. Wright, State Superintendent of Schools of the Maryland State Department of Education, dated Feb. 6, 2025.

73. Attached hereto as Exhibit 70 is the Declaration of Portia Y. Wu, Secretary of the Maryland Department of Labor, dated Feb. 5, 2025.

74. Attached hereto as Exhibit 71 is the Declaration of Dan Burgess, Director of the Maine Governor's Energy Office, dated Feb. 6, 2025.

75. Attached hereto as Exhibit 72 is the Declaration of Sarah Curran, Deputy Director, Climate Planning and Community Partnerships in the Maine Governor's Office of Policy Innovation and the Future, dated Feb. 6, 2025.

76. Attached hereto as Exhibit 73 is the Declaration of Travis Boeskool, Deputy Director of the Michigan Department of Environment, Great Lakes and Energy, dated Feb. 5, 2025.

77. Attached hereto as Exhibit 74 is the Declaration of Elizabeth Hertel, Director of the Michigan Department of Health and Human Services, dated Feb. 5, 2025.

78. Attached hereto as Exhibit 75 is the Declaration of Michael F. Rice, Ph.D., Superintendent of Public Instruction at the Michigan Department of Education, dated Feb. 5, 2025.

79. Attached hereto as Exhibit 76 is the Declaration of Beverly Walker-Griffea, Ph.D., Director of the Michigan Department of Lifelong Education, Advancement and Potential (MiLEAP), dated Feb. 5, 2025.

80. Attached hereto as Exhibit 77 is the Declaration of Bradley C. Wieferich, Director of the Michigan Department of Transportation, dated Feb. 5, 2025.

81. Attached hereto as Exhibit 78 is the Declaration of Scott W. Carlson, Executive Director, Farmer's Legal Action Group, dated Feb. 5, 2025.

82. Attached hereto as Exhibit 79 is the Declaration of Myra Kunas, Assistant Commissioner of Health Protection, Minnesota Department of Health, dated Feb. 6, 2025.

83. Attached hereto as Exhibit 80 is the Declaration of Ahna Minge, Acting Commissioner for Budget Services and State Budget Director at Minnesota Management and Budget, dated Feb. 5, 2025.

84. Attached hereto as Exhibit 81 is the Declaration of R.T. Rybak, President and Chief Executive Officer of the Minneapolis Foundation, dated Feb. 6, 2025.

85. Attached hereto as Exhibit 82 is the Declaration of Peter Wyckoff, Deputy Commissioner of Energy Resources, Minnesota Department of Commerce, dated Feb. 5, 2025.

86. Attached hereto as Exhibit 83 is the Declaration of Joshua Davis, Chief Financial Officer for the North Carolina Department of Natural and Cultural Resources, dated Feb. 5, 2025.

87. Attached hereto as Exhibit 84 is the Declaration of Adrienne Kreipke, Chief Financial and Operations Officer for the New Jersey Department of Environmental Protection, dated Feb. 5, 2025.

88. Attached hereto as Exhibit 85 is the Declaration of Veronique Oomen, Director of the Division of Clean Energy at the New Jersey Board of Public Utilities, dated Feb. 5, 2025.

89. Attached hereto as Exhibit 86 is the Declaration of Elizabeth Groginsky, Cabinet Secretary of the New Mexico Early Childhood Education and Care Department, dated Feb. 4, 2025.

90. Attached hereto as Exhibit 87 is the Declaration of Emily Kaltenbach, Cabinet Secretary Designate for the New Mexico Aging and Long-Term Services Department, dated Feb. 4, 2025.

91. Attached hereto as Exhibit 88 is the Declaration of Sarita Nair, Cabinet Secretary of the New Mexico Department of Workforce Solutions, dated Feb. 4, 2025.

92. Attached hereto as Exhibit 89 is the Declaration of Mariana D. Padilla, Secretary Designate of the New Mexico Public Education Department, dated Feb. 4, 2025.

93. Attached hereto as Exhibit 90 is the Declaration of Wayne Propst, Cabinet Secretary for the New Mexico Department of Finance and Administration, dated Feb. 4, 2025.

94. Attached hereto as Exhibit 91 is the Declaration of Drew Roybal-Chavez, Administrative Services Division Bureau Chief of the New Mexico Office of Broadband Access and Expansion, dated Feb. 4, 2025.

95. Attached hereto as Exhibit 92 is the Declaration of Katherine Calogero, Division Director of Fiscal Management for the New York State Department of Environmental Conservation, dated Feb. 6, 2025.

96. Attached hereto as Exhibit 93 is the Declaration of Melissa A. Clayton, Director of the Bureau of State Accounting Operations within the Office of the New York State Comptroller, dated Feb. 6, 2025.

97. Attached hereto as Exhibit 94 is the Declaration of Scott Melvin, Executive Deputy Commissioner of the New York State Department of Labor, dated Feb. 5, 2025.

98. Attached hereto as Exhibit 95 is the Declaration of Pam Poisson, Chief Financial Officer of the New York State Energy Research and Development Authority, dated Feb. 5, 2025.

99. Attached hereto as Exhibit 96 is the Declaration of Sarah Blaney, Executive Director, Oklahoma Association of Conservation Districts, dated Feb. 6, 2025.

100. Attached hereto as Exhibit 97 is the Declaration of Matthew Davis, Policy and External Affairs Manager at the Oregon Department of Environmental Quality, dated Feb. 5, 2025.

101. Attached hereto as Exhibit 98 is the Declaration of Dr. Ruarri James Day-Stirrat, Oregon State Geologist and the Executive Director of the Oregon Department of Geology and Mineral Industries, dated Feb. 5, 2025.

102. Attached hereto as Exhibit 99 is the Declaration of Erin McMahon, Director of the Oregon Department of Emergency Management, dated Feb. 4, 2025.

103. Attached hereto as Exhibit 100 is the Declaration of Kate Nass, Chief Financial Officer at the Oregon Department of Administrative Services, dated Feb. 5, 2025.

104. Attached hereto as Exhibit 101 is the Declaration of Tom Riel, Director of Operations at Oregon's Higher Education Coordinating Commission, dated Feb. 4, 2025.

105. Attached hereto as Exhibit 102 is the Declaration of Kenneth Sanchagrin, Executive Director of the Oregon Criminal Justice Commission, dated Feb. 4, 2025.

106. Attached hereto as Exhibit 103 is the Declaration of Irem Turner, Vice President for Research and Innovation at Oregon State University, dated Feb. 5, 2025.

107. Attached hereto as Exhibit 104 is the Declaration of Carolina Valladares, Chief Financial Officer at the Oregon Employment Department, dated Feb. 5, 2025.

108. Attached hereto as Exhibit 105 is the Declaration of Jonathan Womer, Director of the Rhode Island Department of Administration, dated Feb. 5, 2025.

109. Attached hereto as Exhibit 106 is the Declaration of Emily Cahoon-Horvath, Chief Financial Officer of the Rhode Island Department of Environmental Management, dated Feb. 6, 2025.

110. Attached hereto as Exhibit 107 is the Declaration of Dr. Greg Hirth, Vice President for Research at Brown University, dated Feb. 5, 2025.

111. Attached hereto as Exhibit 108 is the Declaration of Christopher Kearns, Acting Energy Commissioner at the Rhode Island Office of Energy Resources, dated Feb. 5, 2025.

112. Attached hereto as Exhibit 109 is the Declaration of Nessa Richman, Executive Director of the Rhode Island Food Policy Council, dated Feb. 5, 2025.

113. Attached hereto as Exhibit 110 is the Declaration of Lorette Picciano, Executive Director of the Rural Coalition, dated Feb. 6, 2025.

114. Attached hereto as Exhibit 111 is the Declaration of Michael S. Pieciak, State Treasurer of Vermont, dated Feb. 5, 2025.

115. Attached hereto as Exhibit 112 is the Declaration of Sarah Norris Hall, Senior Vice President, Finance, Planning & Budgeting and Chief Financial Office of the University of Washington, dated Feb. 5, 2025.

116. Attached hereto as Exhibit 113 is the Declaration of Heather Bartlett, Deputy Director of the Washington State Department of Ecology, dated Feb. 4, 2025.

117. Attached hereto as Exhibit 114 is the Declaration of Leslie Anne Brunelli, Executive Vice President for Finance and Administration and Chief Financial Officer at Washington State University, dated Feb. 5, 2025.

118. Attached hereto as Exhibit 115 is the Declaration of Lacy Fehrenbach-Marosfalvy, Chief of Prevention, Safety and Health with the Washington State Department of Health, dated Feb. 5, 2025.

119. Attached hereto as Exhibit 116 is the Declaration of Jenny Heddin, Deputy Secretary and Chief of Staff for the Washington State Department of Children, Youth, and Families, dated Feb. 5, 2025.

120. Attached hereto as Exhibit 117 is the Declaration of Thomas J. Kelly, Chief Financial Officer of the Washington Office of Superintendent of Public Instruction, dated Feb. 5, 2025.

121. Attached hereto as Exhibit 118 is the Declaration of Joseph-Thanh Nguyen, Director of the Washington State Department of Commerce, dated Feb. 5, 2025.

122. Attached hereto as Exhibit 119 is the Declaration of Tricia Collins, Assistant State Superintendent for the Wisconsin Department of Public Instruction, dated Feb. 6, 2025.

123. Attached hereto as Exhibit 120 is the Declaration of Dorota Grejner-Brzezinska, Vice Chancellor for Research at the University of Wisconsin—Madison, dated Feb. 5, 2025.

124. Attached hereto as Exhibit 121 is the Declaration of Joshua Smith, Senior Associate Vice President for Finance at the Universities of Wisconsin, dated Feb. 5, 2025.

125. Attached hereto as Exhibit 122 is the Declaration of Erick Scheminske, Chief Operating Officer of the Colorado Department of Public Health and Environment dated Feb. 5, 2025.

126. Attached hereto as Exhibit 123 is the Declaration of Will Toor, Director of the Colorado Energy Office dated February 5, 2025.

127. Attached hereto as Exhibit 124 is U.S. Department of Energy Memorandum, "Agency-wide Review of Program and Administrative Activities," from Ingrid C. Kolb, Acting Secretary (Jan. 20, 2025).

128. Attached hereto as Exhibit 125 is a spreadsheet that, upon information and belief, was sent by the U.S. Environmental Protection Agency to grant recipients, as referenced in Exhibit 17.

129. Attached hereto as Exhibit 126 is a screenshot of a post made on the social media network X by Karoline Leavitt, the White House Press Secretary, on Jan. 29, 2025.

130. Attached hereto as Exhibit 127 is a transcript of a press briefing by Karoline Leavitt, the Whit House Press Secretary, on Jan. 29, 2025 (beginning 1:06 PM (EST)).

Dated:   New York, New York
         February 7, 2025

*Molly Thomas-Jensen*
Molly Thomas-Jensen
Special Counsel
Office of the Attorney General
New York State