# Thomas-Jensen Affirmation

# Exhibit # 16



**U.S. Department of Transportation**

Office of the Secretary
of Transportation

1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

## MEMORANDUM FOR SECRETATRIAL OFFICERS AND HEADS OF OPERATING ADMINISTRATIONS

**From:** The Secretary

**Subject:** Implementation of Executive Orders Addressing Energy, Climate Change, Diversity, and Gender

**DATE:** January 29, 2025

---

1. This Memorandum sets forth the initial steps to be taken by the U.S. Department of Transportation (Department or DOT) to implement the provisions of several executive orders including those titled as follows: several executive orders and memoranda issued by the President on January 20, 2025, including: Executive Order 14148, *Initial Rescissions of Harmful Executive Orders and Actions*; Executive Order 14151, *Ending Radical And Wasteful Government DEI Programs And Preferencing*; Executive Order 14154, *Unleashing American Energy;* and an Executive Order of January 20, 2025 titled *"Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government* (collectively referred to herein as "relevant executive orders"), which direct Federal agencies, where and as consistent with law, to identify and eliminate all orders, directives, rules, regulations, notices, guidance documents, funding agreements, programs, and policy statements, or portions thereof, which were authorized, adopted, or approved between noon on January 20, 2021 and noon on January 20, 2025, and which reference or relate in any way to climate change, "greenhouse gas" emissions, racial equity, gender identity, "diversity, equity, and inclusion" goals, environmental justice, or the Justice 40 Initiative.

2. All DOT Operating Administrations (OAs) and all components of the Office of the Secretary (OST) shall, within 10 days of the date of this Memorandum, identify and list in a written report to the Office of the General Counsel and the Office of the Under Secretary for Policy all DOT orders, directives, rules, regulations, notices, guidance documents, funding agreements, programs, and policy statements, or portions thereof, which are subject to the relevant executive orders.

3. Within 10 days after submission of the report, all OAs and OST components shall, in coordination and consultation with the Office of the General Counsel and the Office of the Under Secretary for Policy, initiate all lawful actions necessary to rescind, cancel, revoke, and terminate all DOT orders, directives, rules, regulations, notices, guidance documents, funding agreements, programs, policy statements, or portions thereof, which are subject to the relevant executive orders and which are not required by clear and express statutory language.

4. The Office of the General Counsel and the Office of the Under Secretary for Policy shall be responsible for overseeing compliance with this Memorandum and within 30 days of the date hereof shall

submit a written report to the Secretary regarding the status of compliance by each OA and OST component.

5. Pursuant to the relevant executive orders, the following Departmental Orders are hereby canceled:

| | | |
|---|---|---|
| DOT 1000.17 | Department of Transportation Equity Council | Dec. 19, 2022 |
| DOT 4360 | Climate Change Adaptation and Resilience Policy for DOT Operational Assets | Sept. 18, 2023 |
| DOT 5610.2C | U.S. Department of Transportation Actions to Address Environmental Justice in Minority Populations and Low-income Populations | May 16, 2021 |

_____
Secretary of Transportation