# Thomas-Jensen Affirmation

# Exhibit # 17



# THE CHIEF FINANCIAL OFFICER

WASHINGTON, D.C. 20460

February 4, 2025

**MEMORANDUM**

**SUBJECT:**     Update on Inflation Reduction Act and Infrastructure Investment and Jobs Act Pause

**FROM:**     Gregg Treml, Chief Financial Officer (Acting)

GREGG
TREML

Digitally signed by
GREGG TREML
Date: 2025.02.04
12:53:31 -05'00'

**TO:**     Deputy Assistant Administrators
Deputy Associate Administrators
Deputy Regional Administrators

Distribute as appropriate to those needed to carry out this direction.

This message provides an update pursuant to the recent Court directive addressing financial assistance. The Court directs that federal financial assistance shall not be paused based on the Office of Management and Budget's direction in the rescinded OMB memorandum or the President's Executive Orders, while ongoing litigation proceeds or until otherwise directed by a Court.

Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance. This includes programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act, including federal financial assistance in the State and Tribal Assistance Grants, Brownfields, and Superfund. The Office of Budget will follow-up with a detailed list. Additionally, the disbursement of funds connected to this notice will continue.

OCFO, working closely with the Office of General Counsel and Office of Mission Support, will continue to keep the community updated on this matter.

cc:  Lek Kadeli
     Meshell Jones-Peeler
     Paige Hanson
     OCFO Senior Managers
     Vonda Jennette
     Greg Luebbering
     Senior Resource Officials
     Senior Budget Officers

Regional Comptrollers
Funds Control Officers