Thomas-Jensen Affirmation

Exhibit # 25

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW YORK; et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants. | C.A. No. 1:25-cv-00039-JJM-PAS |

## <u>DECLARATION OF KRISTINE WARD</u>

I, Kristine Ward, declare as follows:

1.      I am a resident of the State of Arizona. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed as the Chief Financial Officer of the Arizona Department of Transportation (ADOT).  I have held that position since 2012.

3.      As Chief Financial Officer, I am responsible for the oversight and management of the Department's funding, including the federal funding apportioned or awarded to the State.

4.      ADOT is responsible for providing highway infrastructure and transportation services throughout Arizona, to safely connect Arizona citizens and empower the economy.

**Federal Funds Awarded to ADOT**

5.      As of February 4, 2025, ADOT has been awarded, but not authorized, a total of approximately $322,097,653 in federal discretionary grant funding made available through the Inflation Reduction Act (IRA) and the Infrastructure Investment and Jobs Act (IIJA).

6.      Of that $322,097,653, approximately $27,000,000 was awarded through the IRA and approximately $295,097,653 was awarded through the IIJA.

7.      Examples of funding awards ADOT received through the IRA include:

8.      On November 14, 2024, ADOT was awarded $27,000,000 from the U.S. Department of Transportation/Federal Highway Administration through the Low Carbon Transportation Materials Grant.  True and accurate copies of the grant award documents are attached hereto as Exhibit A.

     a.   The purpose of this grant is to address climate change and promote sustainability in transportation. The program aims to encourage the use of low carbon materials and the adoption of Environmental Product Declarations. ADOT seeks to mitigate the environmental impacts of transportation projects, not only in terms of Global Warming Potential (GWP), but also by avoiding adverse effects on air and water quality, wetlands, and endangered species.

     b.   ADOT receives these funds via the Financial Management Information System (FMIS).  When the project is ready, the Department seeks authorization and the obligation of funds, through the FMIS system. Once the project has begun, and expenses are incurred, reimbursement requests are submitted through FMIS.

       c. As of February 4, 2025, ADOT has not sought to authorize the project.

9.      Examples of funding awards ADOT received through the IIJA include:

10.     On October 21, 2024, ADOT was awarded $26,000,000 from the U.S. Department of Transportation/Federal Highway Administration through the Multimodal Project Discretionary Grant (MPDG) – Infrastructure for Rebuilding America (INFRA) Grant Program. True and accurate copies of the grant award documents are attached hereto as Exhibit B.

       a. The purpose of this grant is to fund the US 93 Corridor Improvements – Wickenburg Ranch Way to Vista Royale. The US 93 is the main route connecting Phoenix to Las Vegas. The primary focus of the project is to convert a 4.5-mile freight-heavy two-lane rural highway to a four-lane divided highway with the aim of preventing deadly head-on collisions and supporting planned future growth. The project will improve safety, have positive economic impacts, and increase freight movement. The project is expected to reduce serious injury crashes by more than 70% and will also enhance school bus safety by relocating the stops to frontage roads. The project will also increase mobility for residents in an Area of Persistent Poverty and expands active transportation options.

       b. ADOT receives these funds via the FMIS System. When the project is ready, the Department seeks authorization and the obligation of funds, through the FMIS system. Once the project has begun, and expenses are incurred, reimbursement requests are submitted through FMIS.

       c. As of February 4, 2025, ADOT has not sought to authorize the project.

11.     On October 21, 2024, ADOT was awarded $146,627,854 from the U.S. Department of Transportation/Federal Highway Administration through the Multimodal Project Discretionary Grant (MPDG) – Infrastructure for Rebuilding America (INFRA) and MEGA (National Infrastructure Assistance) Grant Programs.  True and accurate copies of the grant award documents are attached hereto as Exhibit C.

 a.  The purpose of this grant is to fund the US 60 (Grand Avenue), 35th Avenue and Indian School Road intersection improvements to mitigate complex issues around a six-legged highway/arterial intersection with two at-grade railroad crossings.  More than 140,000 vehicles pass through the existing six-legged intersection each day, creating numerous safety, congestion and access issues and barriers. Located in a Historically Disadvantaged Community and an Area of Persistent Poverty, the project will remove railroad conflicts, it will decrease bottlenecks, particularly freight bottlenecks, and improve travel times, will create a safer intersection and will improve safety and movement for transit options and pedestrians.

 b.  ADOT receives these funds via the FMIS System.  When the project is ready, the Department seeks authorization and the obligation of funds, through the FMIS system. Once the project has begun, and expenses are incurred, reimbursement requests are submitted through FMIS.

 c.  As of February 4, 2025, ADOT has not sought to authorize the project.

12.     On October 31, 2024, ADOT was awarded $27,507,200 from the U.S. Department of Transportation/Federal Highway Administration through the Bridge Investment Program Grant. True and accurate copies of the grant award documents are attached hereto as Exhibit D.

a. The purpose of this grant is to fund the I-40 Window Rock and Lupton traffic interchange enhancements. The project is to improve bridges that are in poor or fair condition and do not meet current design standards due to substandard clearance. The project is critical to the region, near Window Rock the capital of the Navajo Nation, and is critical for the U.S. economy as it supports the movement of millions of pounds of freight and goods each year.

b. ADOT receives these funds via the FMIS System. When the project is ready, the Department seeks authorization and the obligation of funds, through the FMIS system. Once the project has begun, and expenses are incurred, reimbursement requests are submitted through FMIS.

c. As of February 4, 2025, ADOT has not sought to authorize the project.

**Inability to Access Federal Funds**

13. On January 27, 2025, ADOT received Memorandum M-25-13 from the Executive Office of the President, Office of Management and Budget stating that in accordance with President Trump's Executive Orders, "Federal agencies **must temporarily pause** all activities related to the obligation or disbursement of all Federal financial assistance..." appropriated by the IRA and IIJA. A true and accurate copy of the memorandum is attached hereto as Exhibit E.

14. On January 29, 2025, ADOT received Memorandum M-25-14 from the Executive Office of the President, Office of Management and Budget stating that OMB Memorandum M-25-13 is rescinded. A true and accurate copy of the memorandum is attached hereto as Exhibit F.

15. On a weekly basis, the Department seeks reimbursement from FHWA and other federal agencies for expenses incurred on ongoing projects in the delivery of the State's Highway

Construction Program. Reimbursement requests average $18,000,000 per week. Additionally, the Department seeks authorization from FHWA and other federal agencies for new projects.

16.     Any further pause in or disruption to our federal discretionary grant funding would cause immediate harm to the safety and mobility of the travelling public.  The grants outlined in this declaration are intended to:

      a.  Reduce fatal and serious injury crashes by 79% (based on Crash Modification value from CMF Clearinghouse) (US 93 Corridor Improvements);

      b.  Improve safety by reducing impacts of seasonal flooding and improve traffic operations on crossroads (I-40 Window Rock and Lupton Traffic Interchange Enhancements);

      c.  Improve safety though elimination of two at-grade railroad crossings (US 60 Grand Ave); and

      d.  Provide workforce development, job quality and wealth creation by creating a Construction Academy to prepare individuals for construction careers through pre-apprenticeship training.

17.     In addition, highway construction has many economic benefits, including:

      a.  Job creation;

      b.  Increased property values;

      c.  Increased industry competitiveness; and

      d.  Increased tax base.

18.     Federal funding, formula and discretionary, constitutes the largest single source of funding supporting Arizona's transportation system. Delays in funding result in the slow-down or

deferment of projects critical to the safety and welfare of Arizona citizens, businesses, and the Arizona economy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2025, at Phoenix, Arizona.

*Kristine Ward*
_____
Kristine Ward
Chief Financial Officer
Arizona Department of Transportation

# EXHIBIT A

U.S. Department of Transportation
**Federal Highway Administration**

1200 New Jersey Avenue SE
Washington, DC 20590

To Whom It May Concern from Arizona Department of Transportation,

**Congratulations!** Your project, Innovations in Low Carbon Transportation Materials to Advance Sustainable Infrastructure, was selected to receive an FY 2022 Low Carbon Transportation Materials grant (LCTM).

**LCTM Grant Funding**: $27,000,000.00 - This award is equal to the $27,000,000.00 requested, and the Federal Highway Administration (FHWA) believes the project will deliver sufficient benefits with the award amount.

The FHWA Arizona Division Office will oversee the grant and contact you regarding next steps, which will include a kickoff meeting. The kickoff meeting's purpose is to review and discuss the LCTM grant package, timeline for grant package review and signature, timeline for funding obligations, post-award actions, and provide an opportunity for questions and answers.

State DOT awardees can expect the LCTM grant package to include a general set of Terms and Conditions, the original LCTM application incorporated by reference, and a template of FHWA Grant Schedules (i.e., statements of supplementary details). State DOT awardees must complete the template FHWA Grants Schedules after the kickoff meeting.

To confirm your acceptance of this award, **respond within five business days of receipt of this email** to FHWALowCarbonMaterials@dot.gov.

The FHWA Program Office for LCTM has a scheduled post-announcement informational webinar for all State DOT recipients from the Request for Application with details in the email that accompany this letter. The informational webinar is different than the kickoff meeting.

This letter DOES NOT authorize the applicant to incur costs for grant activities. Unless authorized by FHWA in writing, any costs incurred prior to the first obligation of funds (i.e., "pre-award costs") are ineligible for reimbursement. This letter DOES NOT authorize pre-award costs to be eligible. FHWA expects all LCTM funding be obligated by September 30, 2026, and expended by September 30, 2031.

If you have any questions about this award, please contact the LCTM Grants Team at FHWALowCarbonMaterials@dot.gov.

Sincerely,

Brian Hogge

Director, Office of Preconstruction, Construction, and Pavements

# EXHIBIT B



**U.S. Department of Transportation**

1200 New Jersey Avenue SE
Washington, DC 20590

**Project Name:** US 93 Corridor Improvements - Wickenburg Ranch Way to Vista Royale
**Grantee:** Town of Wickenburg
**Grant Funding:** $26,000,000
**Sources:** INFRA FY 25 Small - $6,000,000, INFRA FY 26 Small - $20,000,000
**Estimated Future Eligible Project Costs:** $77,600,000
**INFRA Leverage Pilot Designation:** No

**Project Description:** The project will convert approximately 4.5 miles of US 93 from a two-lane rural highway, to a four-lane divided highway in the town of Wickenburg. The project includes 8-foot shoulders and broadband conduit, a new two-lane frontage road, a new southbound two-lane bridge over BNSF tracks with a pedestrian walkway, and a roundabout at US 93 and the SR 89 intersection.

**Congratulations!** The project listed above was selected to receive an MPDG FY 2025-2026 grant.

All grantees must execute a grant agreement in a timely manner with the USDOT. This letter does not authorize the grantee to incur costs to carry out the project. The execution of the grant agreement will obligate INFRA grant funding, making it available to reimburse eligible expenses for the awarded project. Unless authorized by USDOT in writing, any costs incurred prior to execution of the grant agreement for a project (i.e., "pre-award costs") are ineligible for reimbursement and may be ineligible to count towards non-Federal match requirements. Written pre-approval is required for all pre-award costs, including those considered under 23 U.S.C. § 117(k). This letter does not authorize pre-award costs to be eligible.

Your prepopulated draft grant agreement from USDOT is attached. As a condition of this award, the Department expects grantees to execute grant agreements and obligate within 30 days of meeting the obligation pre-requisites, including phased obligations. Execution of a grant agreement to obligate INFRA funds may occur as early as December 15, 2024, if requirements are met. All agreements must be executed and fully obligated by September 30, 2028.

To accelerate project delivery and fund access to grantees, USDOT has assigned this project multiple years of funding, of which the FY 2025 portion could be obligated promptly to advance preconstruction activities under a phased agreement. Please review to confirm or adjust the amount required for the first phase of this agreement to advance your project, and submit a revised grant agreement to USDOT by November 20, 2024.

The Office of the Secretary will hold a Welcome Webinar to provide a high-level overview of the program and next steps on November 7, 2024 at 3pm Eastern. Recipients may register here: https://usdot.zoomgov.com/webinar/register/WN_3RnVDCMSTlW_SMf6f4yd2w.

The USDOT Operating Administration (OA) overseeing your project will contact you in the coming weeks regarding next steps to complete the relevant requirements. Please copy MPDGrants@dot.gov upon initial submission of revised grant agreement to the OA point of contact.

If you have any questions about this award, please contact the MPDG Team at MPDGrants@dot.gov .

Sincerely,

John Augustine

Director, Office of Infrastructure Finance and Innovation
Office of the Secretary

# EXHIBIT C



**U.S. Department of Transportation**

1200 New Jersey Avenue SE
Washington, DC  20590

**Project Name:** Grand Avenue Improvements
**Grantee:** Maricopa Association of Governments
**Grant Funding:** $146,627,854
**Sources:** INFRA FY 25 Large - $133,888,089, Mega FY 25 Small - $6,369,883, Mega FY 26 Small - $6,369,882
**Estimated Future Eligible Project Costs:** $356,643,491
**INFRA Leverage Pilot Designation:** No

**Project Description:**  The project will reconstruct the US 60 (Grand Avenue), 35th Avenue, and Indian School Road intersection to mitigate complex issues around a six-legged highway/arterial intersection with two at-grade railroad crossings. Proposed improvements include raising 35th Avenue to create a new elevated intersection with Indian School Road above Grand Avenue, constructing new bridges over the BNSF railroad, addressing local circulation needs, installing new, wider ADA-accessible sidewalks, right-of-way acquisition, accommodating future high-capacity transit, and installing separate bus pull-outs and new bus shelters.

**Congratulations!** The project listed above was selected to receive an MPDG FY 2025-2026 grant.

All grantees must execute a grant agreement in a timely manner with the USDOT. This letter does not authorize the grantee to incur costs to carry out the project. The execution of the grant agreement will obligate INFRA grant funding, making it available to reimburse eligible expenses for the awarded project. Unless authorized by USDOT in writing, any costs incurred prior to execution of the grant agreement for a project (i.e., "pre-award costs") are ineligible for reimbursement and may be ineligible to count towards non-Federal match requirements. Written pre-approval is required for all pre-award costs, including those considered under 23 U.S.C. § 117(k). This letter does not authorize pre-award costs to be eligible.

Your prepopulated draft grant agreement from USDOT is attached. As a condition of this award, the Department expects grantees to execute grant agreements and obligate within 30 days of meeting the obligation pre-requisites, including phased obligations. Execution of a grant agreement to obligate funds may occur as early as December 15, 2024, if requirements are met. All agreements must be executed and fully obligated by September 30, 2028.

To accelerate project delivery and fund access to grantees, USDOT has assigned this project multiple years of funding, of which the FY 2025 portion could be obligated promptly to advance preconstruction activities under a phased agreement. Please review to confirm or adjust the amount required for the first phase of this agreement to advance your project, and submit a revised grant agreement to USDOT by November 20, 2024.

The Office of the Secretary will hold a Welcome Webinar to provide a high-level overview of the program and next steps on November 7, 2024 at 3pm Eastern. Recipients may register here:
https://usdot.zoomgov.com/webinar/register/WN_3RnVDCMSTlW_SMf6f4yd2w.

The USDOT Operating Administration (OA) overseeing your project will contact you in the coming weeks regarding next steps to complete the relevant requirements. Please copy MPDGrants@dot.gov upon initial submission of revised grant agreement to the OA point of contact.

If you have any questions about this award, please contact the MPDG Team at MPDGrants@dot.gov .

Sincerely,

John Augustine

Director, Office of Infrastructure Finance and Innovation
Office of the Secretary

# EXHIBIT D



# Bridge Investment Program (BIP) Bridge Grant Awards

# 2024



www.fhwa.dot.gov/bridge/bip



## Table of Contents

| Project Name | State | Requested Grant | Rural or Urban | Page |
|---|---|---|---|---|
| Denali National Park and Preserve: Replace Ghiglione Bridge | AK | $13,393,509 | Rural | 1 |
| Helena Bridge (Highway 49) Mississippi River Bridge Crossing Rehabilitation | AR/ MS | $43,920,000 | Rural | 2 |
| I-40 Window Rock and Lupton Traffic Interchange Enhancements | AZ | $27,507,200 | Rural | 3 |
| Union Ave Bridge Replacement | CO | $13,713,060 | Urban | 4 |
| Building Bridges Today, Helping Feed America Tomorrow | IA | $38,640,000 | Rural | 5 |
| Arc of Justice Bridge Replacement | IA | $6,000,000 | Urban | 6 |
| I-95 Accessibility Improvements Minimizing Heavy-Truck Impacts (I-95 AIM HI) | ME | $69,659,473 | Rural | 7 |
| I-395 Bridge Bundle | ME | $63,016,563 | Urban/ Rural | 8 |
| Michigan Urban Bridges Revitalization | MI | $34,202,150 | Urban | 9 |
| Nicollet Avenue Bridge over Minnehaha Creek Rehabilitation | MN | $34,303,583 | Urban | 10 |
| Bridging Kansas City to the Future – Kansas City Bridge Investment Package | MO | $39,934,854 | Urban | 11 |
| Central Bridge Bundle in Lauderdale, Madison, and Newton Counties | MS | $67,512,520 | Urban/ Rural | 12 |
| Sportsman's Bridge Replacement | MT | $28,462,652 | Rural | 13 |
| Safe and Resilient Passages at Standing Rock | ND | $9,400,000 | Rural | 14 |
| Viking Bridge Reconstruction | ND | $2,700,000 | Rural | 15 |





**BRIDGE INVESTMENT PROGRAM (BIP)**

| Project Name | State | Requested Grant | Rural or Urban | Page |
|---|---|---|---|---|
| **Loup Canal Bridges – Today's Public Works Administration** | NE | $11,948,372 | Rural | 16 |
| **Replacement of Lincoln Avenue Bridge over Amtrak and Assunpink Creek** | NJ | $47,000,000 | Urban | 17 |
| **Replacement of Bridge Street over Schoharie Creek** | NY | $11,567,200 | Rural | 18 |
| **Absentee Shawnee Tribe Porter Avenue Bridge Replacement** | OK | $13,793,400 | Urban | 19 |
| **Minnehaha County Highway 104 Bridge Replacement** | SD | $3,133,863 | Rural | 20 |
| **Barton Springs Road Bridge** | TX | $32,000,000 | Urban | 21 |
| **Preserve and Protect Gardner River Bridge** | WY | $23,000,000 | Rural | 22 |




**BRIDGE INVESTMENT PROGRAM (BIP)**

U.S. Department of Transportation
**Federal Highway Administration**

# BIP Bridge Project, Rural

# Denali National Park and Preserve: Replace Ghiglione Bridge

Healy, Alaska; 1,095 trucks annually, (3 trucks per day); 297 vehicles per day

**Grant Funding**: $13,395,509

**Grantee**: National Park Service

**Estimated Total Project Cost**: $18,657,477

## Project Description

The Ghiglione Bridge spans the deep valley containing Ghiglione Creek on Denali Park Road and provides crucial access to all road-accessible facilities west for nearly 50 miles. The bridge is an essential link on the only road (Park Road) into Denali National Park's backcountry and to Kantishna area businesses at the western end of the road. Approximately 260,000 visitors travel through the project area annually, and over 90 percent of park visitors rank wildlife viewing in the backcountry of the park as an important reason for their visit.

## Project Benefits

The new structure will move people more efficiently by reducing the amount of maintenance and closures in the long term. The project will open access, remove restrictions, allow upkeep of historic and cultural sites, and provide value to underserved communities, including tribal and indigenous peoples.



Source: National Park Service

 

**BRIDGE INVESTMENT PROGRAM (BIP)**

## BIP Bridge Project, Rural

## Helena Bridge (Highway 49) Mississippi River Bridge Crossing Rehabilitation

Helena-West Helena, Phillips County, Arkansas to Coahoma County, Mississippi; 199,290 trucks annually, (546 trucks per day); 3,354 vehicles per day

**Grant Funding**: $43,920,000

**Grantee**: Arkansas Department of Transportation

**Estimated Total Project Cost**: $56,640,000

### Project Description

This project is a collaborative effort between the Arkansas DOT (lead applicant) and Mississippi DOT for the rehabilitation of Helena Bridge. This Mississippi River crossing carries U.S. Highway 49 extending for nearly one mile and is in poor condition. The rehabilitation project includes structural and general repairs to bring the bridge into a state of good repair, increasing the load rating and obtaining a service life of 20 to 25 years. That service life would allow the two State DOTs to monitor existing regional transportation movements and plan for future capacity for a new Mississippi River crossing that would respond to unique seismic conditions of the New Madrid Seismic Zone. Helena Bridge is a component of a rural intermodal transportation system, where strategic public investments in rail, river, and roadway infrastructure in Helena-West Helena align with private capital investments in grain processing, dry storage facilities, and intermodal transportation infrastructure.

### Project Benefits

This rehabilitation project would correct immediate safety and efficiency issues. The project will provide for 20 to 25 years of service life, allowing Arkansas and Mississippi DOTs to plan and design a bridge responding to potential seismic conditions of the New Madrid fault line.



Source: Arkansas Department of Transportation




**BRIDGE INVESTMENT PROGRAM (BIP)**

## BIP Bridge Project, Rural

## I-40 Window Rock and Lupton Traffic Interchange Enhancements

Apache County, Arizona; 1,402,976 trucks annually, (3,843 trucks per day); 5,095 vehicles per day

**Grant Funding:** $27,507,200

**Grantee**: Arizona Department of Transportation

**Estimated Total Project Cost:** $34,384,000

### Project Description

The Window Rock and Lupton Traffic Interchange Enhancement project is located in Apache County, Arizona, immediately west of the New Mexico border. The project replaces four Interstate 40 (I-40) rigid-frame concrete bridges built in 1963 that do not meet current geometric design standards. The project also enhances two transportation interchanges by mitigating substandard vertical clearances, eliminating the impacts of seasonal flooding, improving traffic operations on the crossroads, and improving pedestrian safety. The project is a key segment of I-40 that provides critical access to the capital of the Navajo Nation, Window Rock. I-40 supports nearly one-third of the United States gross domestic product, facilitating the movement of millions of pounds of transcontinental freight and goods each year.

### Project Benefits

This project will replace four rigid-frame concrete bridges built in 1963, increase vertical clearance, eliminate seasonal flooding, improve traffic flow on crossroads, and enhance pedestrian safety.



Source: Arizona Department of Transportation




**BRIDGE INVESTMENT PROGRAM (BIP)**

## BIP Bridge Project, Urban

## Union Ave Bridge Replacement

Pueblo, Colorado; 158,818 trucks annually, (435 trucks per day); 5,781 vehicles per day

**Grant Funding**: $13,713,060

**Grantee**: City of Pueblo

**Estimated Total Project Cost**: $17,286,994

### Project Description

The Union Ave. Bridge is critical to Pueblo's economy, connecting the city's significant historic and heritage sites, stores, restaurants, and other places where people live, work, and play. The bridge was recognized for its significance and function for connecting disparate parts of old Pueblo. Its condition is poor and does not meet current geometric design standards. At almost a century-old, the bridge is at the end of its service life and does not provide clearance for future intercity passenger rail. The project will increase clearance to accommodate future intercity passenger service rail linking Pueblo with Colorado's Front Range.

### Project Benefits

Increased clearance to accommodate future intercity passenger service rail linking Pueblo with Colorado's Front Range will create substantial regional impact. Cascading benefits to climate change resiliency, economic development, safety, and mobility of people and goods will be significant. The project will contribute to accomplishing at least three of the seven goals under 23 U.S.C. §150: safety, infrastructure condition, and system reliability. It will advance safe and efficient transportation for the public.



Source: City of Pueblo, Colorado



**BRIDGE INVESTMENT PROGRAM (BIP)**

U.S. Department of Transportation

**Federal Highway Administration**

**BIP Bridge Project, Rural**

**Building Bridges Today, Helping Feed America Tomorrow**

Washington, Iowa; 86,249 trucks annually, (236 trucks per day); 1,154 vehicles per day

**Grant Funding:** $38,640,000

**Grantee**: Washington County

**Estimated Total Project Cost:** $54,169,932

**Project Description**

The project will remove and replace six bridges across six counties: Hamilton, Buchanan, Jones, Cedar, Washington, and Monroe. An additional bridge in one of the counties (Monroe), will be replaced by an at-grade crossing that previously spanned the Union Pacific Railroad. That bridge is not active and no longer warrants a grade-separated crossing. One of the bridges in this project is currently closed.

**Project Benefits**

The project will have a measurable and significant impact on bridge infrastructure vital to connecting the agricultural industry, domestic supply chains, and critical services.



Source: Washington County, Iowa




**BRIDGE INVESTMENT PROGRAM (BIP)**

## BIP Bridge Project, Urban

## Arc of Justice Bridge Replacement

Cedar Rapids, Iowa; 0 trucks annually, (0 trucks per day); 9,391 vehicles per day

**Grant Funding:** $6,000,000

**Grantee**: City of Cedar Rapids

**Estimated Total Project Cost:** $85,000,000

### Project Description

The project will replace the Eighth Avenue Bridge over the Cedar River. The existing bridge was constructed in 1938 and reconstructed in 1987. It is part of the National Highway System, constructed under the outdated HS20 truck design, and is in poor condition. Sidewalks on the bridge are not compliant with Americans with Disabilities Act (ADA) standards—sections of the sidewalks are only 3-feet-8-inches wide. The bridge is closed during 25-year flood events, and the Cedar River has reached or exceeded the flood stage (100-year event) 15 times in the last 20 years. A cable-stayed design was selected for the bridge replacement. This design minimizes the number and thickness of the steel girders supporting the roadway, and raises the bridge to provide ample clearance above potential flood waters. This bridge design uses only one 90-foot pylon in the river (where there are currently seven) which improves hydraulic flows, increasing flood storage capacity, and reducing the height of the city's upstream floodwall by approximately 9 inches.

### Project Benefits

The bridge is a critical component of the larger flood control system aimed at reducing flood risk through the heart of Cedar Rapids on both the west and east sides of the river. The system will include a combination of floodwalls, levees, and gates. The new bridge spans over the top of both sides of the flood wall, eliminating the need for $5 million worth of flood gates on either side of the bridge.



Source: City of Cedar Rapids, Iowa




**BRIDGE INVESTMENT PROGRAM (BIP)**

**U.S. Department of Transportation**
**Federal Highway Administration**

## BIP Bridge Project, Rural

## I-95 Accessibility Improvements Minimizing Heavy-Truck Impacts Project (I-95 AIM HI)

Kennebec County, Maine; 8,614 trucks annually, (24 trucks per day); 1,156 vehicles per day

**Grant Funding**: $69,659,473

**Grantee**: Maine Department of Transportation

**Estimated Total Project Cost**: $88,262,763

### Project Description

The I-95 Accessibility Improvements Minimizing Heavy-Truck Impacts (I-95 AIM HI) project consists of replacing six bridges carrying rural roads over Interstate 95 in Kennebec County, Maine. The structures, all built in the late 1950s, are at risk due to insufficient vertical clearances and deterioration. One of the bridges is rated in poor condition. The remaining five bridges are rated in fair condition and likely to rapidly deteriorate to poor condition in the next three years. None of the bridges meet current geometric standards as they have insufficient vertical clearance, narrow shoulders, and guardrails incompliant with today's standards. The bridges are designated for replacement because they are unable to accommodate excess-height vehicles passing under them and contain weakening components due to their age. The project plans to ensure all bridges meet current Federal and State geometric design standards, including vertical clearances. It will contribute to a thriving Maine economy with reliable transportation in a rural region and along the State's most traveled corridor.

### Project Benefits

The project will reduce potential costly challenges related to the bridges' deterioration. Replacement would avoid passenger and freight disruptions, minimize traffic impacts to the traveling public, and minimize property impacts to nearby businesses and landowners.



Source: Maine Department of Transportation




**BRIDGE INVESTMENT PROGRAM (BIP)**

U.S. Department of Transportation

**Federal Highway Administration**

## BIP Bridge Project, Urban/Rural

## I-395 Bridge Bundle

Bangor and Brewer, Maine; 302,037 trucks annually, (827 trucks per day); 15,722 vehicles per day

**Grant Funding**: $63,016,563

**Grantee**: Maine Department of Transportation

**Estimated Total Project Cost**: $80,176,758

### Project Description

This project rehabilitates or replaces six bridges along Interstate 395 between Bangor and Brewer, Maine, to address damage caused by alkali-silica reaction (ASR). ASR occurs throughout the United States, not just in Maine, when alkali and silica are present in cement and react in a moist environment. This reaction creates a gel-like substance that expands and swells as it absorbs water, leading to cracking and degradation within concrete. Mitigation of ASR damage on these bridges will ensure the safe movement of people and freight across a major interstate and surrounding regions. The bridges in the project bundle are integral to regional mobility between central and Downeast Maine, an area with ongoing projects also aimed at improving regional connectivity.

### Project Benefits

The project aims to improve safety and reliability of roadways through the rehabilitation or replacement of the six bridges to mitigate ASR damage. A primary benefit of this project is reducing the chances of road closure due to bridge failure, avoiding creation of detours that place safety and structural burdens on surrounding roads. The project will provide safer driving conditions, improved infrastructure, and more dependable roadways, resulting in an overall cost savings for the Maine DOT.



Source: Maine Department of Transportation



**BRIDGE INVESTMENT PROGRAM (BIP)**

## BIP Bridge Project, Urban

## Michigan Urban Bridges Revitalization

Lansing, Michigan; 388,500 trucks annually, (1,065 trucks per day); 52,155 vehicles per day

**Grant Funding:** $34,202,150

**Grantee**: Michigan Department of Transportation

**Estimated Total Project Cost:** $45,948,487

### Project Description

The Michigan Urban Bridges Revitalization project brings critical infrastructure to a state of good repair, improving safety, mobility, efficiency, and resiliency. The project will replace seven deteriorating bridges to provide reliable infrastructure that connects residents and visitors with schools, jobs, and critical services. The replaced bridges will benefit 56,462,940 person miles traveled in the opening year.

### Project Benefits

The project will improve safety, mobility, efficiency, resiliency, and equitable access to employment hubs, providing safe connections to two areas of persistent poverty and two historically disadvantaged communities.



Source: Michigan Department of Transportation




**BRIDGE INVESTMENT PROGRAM (BIP)**

## BIP Bridge Project, Urban

## Nicollet Avenue Bridge over Minnehaha Creek Rehabilitation

Minneapolis, Minnesota; 0 annually, (0 trucks per day); 8,948 vehicles per day

**Grant Funding**: $34,303,583

**Grantee**: City of Minneapolis

**Estimated Total Project Cost**: $44,311,616

### Project Description

As one of only five bridges over Minnehaha Creek in the Tangletown neighborhood of Minneapolis, the Nicollet Avenue bridge provides a critical multi-modal network connection across a significant physical barrier. Over 100 years old, the bridge is eligible for listing in the National Register of Historic Places, and rehabilitation is the City's preferred solution. The project will address several transportation challenges, including deterioration of the concrete deck and substructures, while providing a sidewalk replacement, a new concrete railing, protected bike lanes, a new drainage system, and a new lighting system.

### Project Benefits

The rehabilitation project will allow this bridge to continue as an important transportation artery for at least 65 years. The project will address several transportation challenges, including deterioration of the concrete deck and substructures, while improving sidewalks, railings, bike lanes, drainage, and lighting.



Source: City of Minneapolis





**BRIDGE INVESTMENT PROGRAM (BIP)**

**U.S. Department of Transportation**

**Federal Highway Administration**

## BIP Bridge Project, Urban

## Bridging Kansas City to the Future – Kansas City Bridge Investment Package

Kansas City, Missouri; 617,344 trucks annually, (1,696 trucks per day); 34,276 vehicles per day

**Grant Funding:** $39,934,854

**Grantee**: City of Kansas City

**Estimated Total Project Cost:** $53,751,960

### Project Description

This project will target bridges in the worst condition. The bundled project will replace or rehabilitate nine aged and deteriorating bridges. Kansas City was founded where the Missouri River meets the Kansas River and the Blue River. These three rivers and the hundreds of tributaries that flow into them are a key reason the Kansas City region has the highest total rail tonnage volume in the United States. These waterways brought the railroad, and its location in the center of the country, along with a commitment to providing uncongested access for river traffic, an international airport, and six interstate highways. The growth of Kansas City's industry relies on safe, equitable and resilient transportation alternatives for workers, residents, and visitors—and a substantial investment in the city's bridge infrastructure.

### Project Benefits

The project will support the growth of Kansas City's industry, improve and connect historically disadvantaged neighborhoods, and promote the economy through transportation of goods and people.



Source: City of Kansas City, Missouri



**BRIDGE INVESTMENT PROGRAM (BIP)**

## BIP Bridge Project, Urban/Rural

## Central Bridge Bundle in Lauderdale, Madison, and Newton Counties, MS

Jackson, Mississippi; 240,681 trucks annually, (660 trucks per day); 6,020 vehicles per day

**Grant Funding**: $67,512,520

**Grantee**: Mississippi Department of Transportation

**Estimated Total Project Cost**: $91,883,049

### Project Description

The Mississippi Department of Transportation (MDOT) is requesting Bridge Investment Program funding to replace 13 bridge structures in central Mississippi: 5 bridges in Newton County constructed in 1929 and 1930, 5 bridges in Madison County constructed between 1929 and 1939, and 3 bridges in Lauderdale County constructed in 1928 and 1929. These aging bridges connect rural Mississippi to urban areas, including the City of Jackson, Mississippi's capital. These bridges do not comply with current geometric design criteria, have extremely narrow lanes, and are in poor to fair condition. Of the 13 structures, 12 are load-posted. The purpose of this project is to remove and replace these bridges, and restore safe crossings that meet today's design standards and regional traffic standards for safety and weight. MDOT intends to construct this project as a bundle, letting all 13 bridges as a single project to a single contractor. The 13 bridges will be replaced with prestressed concrete beam bridges of similar design and will provide two 12-foot-wide lanes and 6-foot-wide shoulders on each structure to accommodate the safe movement of freight and traffic. The proposed project is part of a larger infrastructure investment effort by MDOT to address bridges across Mississippi.

### Project Benefits

The purpose of the project is to eliminate these deficient bridges and restore safe crossings that meet today's design standards and regional traffic requirements for safety and weight.



Source: Mississippi Department of Transportation



**BRIDGE INVESTMENT PROGRAM (BIP)**

## BIP Bridge Project, Urban

## Sportsman's Bridge Replacement

Flathead County, Montana; 130,969 trucks annually, (360 trucks per day); 7,796 vehicles per day

**Grant Funding**: $28,462,652

**Grantee**: Montana Department of Transportation

**Estimated Total Project Cost**: $47,439,593

### Project Description

The project will replace the existing two-lane bridge with a more resilient two-lane bridge to maintain and improve access over the Flathead River in northwest Montana on Montana Highway 82 in Flathead County. Constructed in 1955, the existing bridge exhibits poor deck condition and its deck width does not meet current standards for accommodating future traffic volume growth. The structure also ranks high as a candidate for seismic retrofit as it is a two-girder non-redundant bridge that lies between two faults of the Mission Fault System. The new bridge will have an expanded deck width, be built on a redundant girder system, and use geogrid reinforcement to improve seismic resiliency. An additional 1.7 feet of freeboard and embankment protectors to route deck drainage will improve climate resiliency. Wider shoulders will allow drivers to pull out of travel lanes in emergency situations, allowing emergency responders to avoid vehicles parked on the shoulder.

### Project Benefits

The project will provide a safer, more reliable corridor for all travelers. It will accommodate traffic growth with improved mobility by adhering to National Bridge Inventory deck roadway width and geometry design standards for the area's average annual daily traffic. The wider shoulders also foster traffic efficiency and allow future lane reconfiguration for a shared-use path.



Source: Montana Department of Transportation



**BRIDGE INVESTMENT PROGRAM (BIP)**

U.S. Department of Transportation

Federal Highway Administration

## BIP Bridge Project, Rural

## Safe and Resilient Passages at Standing Rock

Morton and Sioux Counties, North Dakota; 42,340 trucks annually, (116 trucks per day); 1,334 vehicles per day

**Grant Funding**: $9,400,000

**Grantee**: North Dakota Department of Transportation

**Estimated Total Project Cost**: $20,300,000

### Project Description

The North Dakota DOT, in cooperation with local communities and stakeholders from the Standing Rock Reservation, is planning to replace two bridges along North Dakota Highway 1806 in Morton and Sioux counties: the Backwater Bridge over Canta Peta Creek and the Cannonball River Bridge. These bridges serve as lifelines for Cannon Ball and other communities, providing vital connections for residents and emergency services, and supporting economic opportunities. Both bridges are located just north of the Standing Rock Indian Reservation, a 3,625-square-mile territory that straddles the North Dakota-South Dakota border, and is home to 15,000 of the 15,568 total enrolled members of the Standing Rock Sioux Tribe. Both bridges are due for replacement because of their age and deteriorating condition.

### Project Benefits

The project will provide vital connections for residents and emergency services, and supporting economic opportunities.



Source: North Dakota Department of Transportation




**BRIDGE INVESTMENT PROGRAM (BIP)**

## BIP Bridge Project, Rural

## Viking Bridge Reconstruction Project

Valley City, North Dakota; 17,525 trucks annually, (48 trucks per day); 1,600 vehicles per day

**Grant Funding**: $2,700,000

**Grantee:** North Dakota Department of Transportation

**Estimated Total Project Cost**: $5,800,000

### Project Description

The Viking Bridge is in fair condition but at risk of falling into poor condition within the next three years. The new bridge is designed to meet current standards by widening the sidewalk, expanding the travel area, and incorporating a non-mountable traffic barrier. The bridge design will include measures to prevent scouring and enhance resilience against flooding events. Reconstruction of the bridge on Viking Drive Northwest over the Sheyenne River will include roadway and sidewalk travel areas that are consistent with current design standards. The existing roadway and sidewalk are both narrower than current design standards call for and are considered geometric deficiencies. The bridge will be designed to comply with applicable Americans with Disabilities Act standards.

### Project Benefits

The new bridge is designed to meet current standards with a wider sidewalk, expanded travel area, and a non-mountable traffic barrier. The bridge will include measures to prevent scouring and enhance resilience to flooding events.



Source: North Dakota Department of Transportation




**BRIDGE INVESTMENT PROGRAM (BIP)**

## BIP Bridge Project, Rural

## Loup Canal Bridges – Today's Public Works Administration

Platte County, Nebraska; 0 trucks annually, (0 trucks per day); 3,025 vehicles per day

**Grant Funding**: $11,948,372

**Grantee**: Platte County

**Estimated Total Project Cost**: $14,935,466

### Project Description

This project will remove and replace four structures on the Loup Power Canal. The Loup Canal was constructed in the 1930s as part of the New Deal, and the original structures were constructed during the same period as the canal. While the structures have received periodic maintenance and timely inspections (surface and underwater), the structures no longer conform to today's standards or traffic conditions. Each structure affects residential, commercial, and emergency services for the County. The widened structures will include accommodations for pedestrians and bicycles and updates to structural components.

### Project Benefits

The new structures are intended to reduce distance and travel times for larger vehicles and the transportation of goods to markets. The project will reduce emissions around the structures, and thus improve air quality in the immediate area.



Source: Platte County, Nebraska

16




**BRIDGE INVESTMENT PROGRAM (BIP)**

U.S. Department of Transportation

**Federal Highway Administration**

## BIP Bridge Project, Urban

## Replacement of Lincoln Avenue Bridge Carrying Lincoln Avenue over Amtrak and Assunpink Creek

Trenton, New Jersey; 141,298 trucks annually, (387 trucks per day); 9,291 vehicles per day

**Grant Funding**: $47,000,000

**Grantee**: Mercer County

**Estimated Total Project Cost**: $69,176,311

### Project Description

This Mercer County bridge carries Lincoln Avenue (County Route 626) over Amtrak's Northeast Corridor rail line, an abandoned rail yard, and Assunpink Creek. This grant request is to provide gap funding for a full replacement of this deficient structure. The bridge is a critical multimodal facility within the economically disadvantaged City of Trenton. With blocks of concrete spalling off the structure over the train tracks, a replacement project is entering final design. Federal funds replacement of four other structurally deficient bridges over Amtrak in Mercer County are in early stages of development (three State, one County, none yet programmed). The Lincoln Avenue Bridge is furthest along. Without a grant award, it will be challenging for the region and State to advance the Lincoln Avenue Bridge project to construction.

### Project Benefits

The project will advance the Lincoln Avenue Bridge project to construction to make it safe for students in Trenton to access their high school and for regional motorists, including Amtrak and NJ Transit riders, to traverse the bridge every day.



Source: Mercer County, New Jersey

 

**BIP Bridge Project, Rural**

**Replacement of Bridge Street over Schoharie Creek**

Schoharie County, New York; 31,298 trucks annually, (86 trucks per day); 1,952 vehicles per day

**Grant Funding**: $11,567,200

**Grantee**: Schoharie County

**Estimated Total Project Cost: $14,997,000**

**Project Description**

This project will replace the existing Bridge Street over Schoharie Creek, a two-span truss bridge constructed in 1928. It is in poor condition and does not meet current geometric design standards, the load, and traffic typical of the regional transportation network. The bridge was recently posted for load restriction of 18 tons due to poor conditions and safety concerns. The travel lanes are only 9.3 feet wide, making it impossible for two large vehicles to cross the bridge at once. The current structure does not include any accommodations for pedestrians or bicyclists and limits mobility for people, goods, and services in the region. The new bridge will be constructed on a new alignment just upstream. The new structure will have a 75-year service life while using cost effective techniques to minimize the life cycle cost of maintenance and repair. The project will include a sidewalk on one side with a protective safety railing, and two 4-feet shoulders to accommodate bicycle traffic.

**Project Benefits**

The project will improve the safety, efficiency, and reliability of the movement of people and freight over the bridges. A new sidewalk with a protective railing and accommodations for bicycle traffic will allow users of all ages and abilities to safely travel across the bridge.



Source: Schoharie County, New York





## BIP Bridge Project, Urban

## Absentee Shawnee Tribe Porter Avenue Bridge Replacement Project

Shawnee, Oklahoma; 48,180 trucks annually, (132 trucks per day); 4,265 vehicles per day

**Grant Funding**: $13,793,400

**Grantee:** Absentee Shawnee Tribe of Indians of Oklahoma

**Estimated Total Project Cost**: $17,417,887

### Project Description

This project will replace Porter Avenue Bridge, a structurally at-risk, functionally obsolete bridge that carries Porter Avenue over Little River in Norman, Oklahoma. The goals of the project are to improve the hydraulic capacity of the crossing to convey floodwater, improve the safety of the roadway, and accommodate larger traffic volumes and future pedestrian traffic on Porter Avenue. The engineering report analyzed the bridge replacement alternatives to meet the following outlined Federal Emergency Management Agency (FEMA) and City of Norman design criteria: (1) Provide one foot of freeboard from the 100-year water surface elevation to the lowest structural member of a bridge class structure, (2) pass the 50-year storm without overtopping (Oklahoma DOT specification for a minor urban arterial roadway classification and the average daily traffic on Porter Avenue), and (3) provide a solution with no rise from existing conditions for the FEMA Base Flood (100-year storm).

### Project Benefits

The goals of the project are to improve the hydraulic capacity of the crossing to convey floodwater, improve the safety of the roadway, and accommodate larger traffic volumes and future pedestrian traffic.



Source: Absentee Shawnee Tribe of Indians of Oklahoma



## BRIDGE INVESTMENT PROGRAM (BIP)

**BIP Bridge Project, Rural**

## Minnehaha County Highway 104 Bridge Replacement Project

Dell Rapids, South Dakota; 29,970 trucks annually, (82 trucks per day); 2,737 vehicles per day

**Grant Funding**: $3,133,863

**Grantee:** Minnehaha County Highway Department

**Estimated Total Project Cost**: $3,960,390

### Project Description

The Minnehaha County Highway 104 Bridge Replacement Project, located east of the City of Dell Rapids, South Dakota, consists of removing and replacing three bridges along Minnehaha County Highway 104 (Co. Hwy 104). Spanning 12 miles, Co. Hwy 104 is an important east-west rural major collector corridor, part of a broader transportation network that connects vital commodities and small communities in northern Minnehaha County to Interstate 29, Minnesota State Highway 23, and U.S. Highway 75. The project is important regionally because of the essential mobility provided by Co. Hwy 104, connecting residents and critical rural commodities. The bridges were constructed between 1922 and 1940. Two of the bridges are in poor condition and the third one is in fair condition and at risk of falling into poor condition within three years.

### Project Benefits

The project will improve the condition and safety of existing County-owned transportation infrastructure within the right-of-way, before proposing projects that add new general purpose travel lanes serving single occupancy vehicles.



Source: Minnehaha County Highway Department, South Dakota




**BRIDGE INVESTMENT PROGRAM (BIP)**

U.S. Department of Transportation

**Federal Highway Administration**

## BIP Bridge Project, Urban

## Barton Springs Road Bridge Project

Austin, Texas; 2,217,740 trucks annually, (6,076 trucks per day); 11,275 vehicles per day

**Grant Funding**: $32,000,000

**Grantee**: City of Austin

**Estimated Total Project Cost**: $40,000,000

### Project Description

The Barton Springs Road Bridge project will replace the existing three-span bridge, which consists of the original 99-year-old south structure and a north structure, a 78-year-old addition to the original. A new bridge will widen the current structure's deck. The current structure is past its useful life, features obsolete geometric design, and has insufficient pedestrian and bike paths. Replacing it will create additional space for safe multimodal pathways for bicyclists and pedestrians, resolve lane misalignment within the adjacent transportation network, and alleviate structural deterioration. Barton Springs Road and the associated bridge are a key access for vehicles, bicycles, and pedestrians, linking MoPac to downtown and the South Lamar/Congress corridors. They also provide the primary northern entrance to the Zilker and Barton Hills neighborhoods via Azie Morton Road, located immediately east of the bridge.

### Project Benefits

The new bridge will widen the current structure's deck, create additional space for safe multimodal pathways for bicyclists and pedestrians, resolve lane misalignment within the adjacent transportation network, and alleviate structural deterioration to improve the bridge's ability to handle current and future traffic volume and loads.



Source: City of Austin, Texas

21



**BRIDGE INVESTMENT PROGRAM (BIP)**

U.S. Department of Transportation

**Federal Highway Administration**

## BIP Bridge Project, Rural

## Preserve and Protect Gardner River Bridge

Mammoth, Wyoming; 10,373 trucks annually, (29 trucks per day); 2,813 vehicles per day

**Grant Funding**: $23,000,000

**Grantee**: National Park Service

**Estimated Total Project Cost**: $30,200,000

### Project Description

This project aims to preserve and protect the 200-foot-high bridge that crosses the Gardner River and provides an expansive view of Mount Everts to the east, Bunsen Peak to the west, and the Gardner River valley below. The area is a prime habitat for elk, bison, grizzly bears, black bears, and wolves. Visitors stops to enjoy the scenery as well as the wildlife. The Gardner River flows to the confluence with the Yellowstone River and is part of the blue-ribbon trout streams in Yellowstone that provide superlative fishing experience for visitors. The Gardner River Bridge provides access to these nationally significant recreation opportunities.

### Project Benefits

The project will prevent major issues associated with further deterioration, reduce future maintenance costs, improve safety, and promote workforce development and equity in many ways.



Source: National Park Service

# EXHIBIT E



**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

**THE DIRECTOR**

January 27, 2025

M-25-13

MEMORANDUM FOR HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

FROM:        Matthew J. Vaeth, Acting Director, Office of Management and Budget

SUBJECT:     Temporary Pause of Agency Grant, Loan, and Other Financial Assistance
             Programs

     The American people elected Donald J. Trump to be President of the United States and gave him a mandate to increase the impact of every federal taxpayer dollar. In Fiscal Year 2024, of the nearly $10 trillion that the Federal Government spent, more than $3 trillion was Federal financial assistance, such as grants and loans. Career and political appointees in the Executive Branch have a duty to align Federal spending and action with the will of the American people as expressed through Presidential priorities. Financial assistance should be dedicated to advancing Administration priorities, focusing taxpayer dollars to advance a stronger and safer America, eliminating the financial burden of inflation for citizens, unleashing American energy and manufacturing, ending "wokeness" and the weaponization of government, promoting efficiency in government, and Making America Healthy Again. The use of Federal resources to advance Marxist equity, transgenderism, and green new deal social engineering policies is a waste of taxpayer dollars that does not improve the day-to-day lives of those we serve.

     This memorandum requires Federal agencies to identify and review all Federal financial assistance[1] programs and supporting activities consistent with the President's policies and requirements.[2]  For example, during the initial days of his Administration, President Donald J. Trump issued a series of executive orders to protect the American people and safeguard valuable taxpayer resources, including *Protecting the American People Against Invasion* (Jan. 20, 2025), *Reevaluating and Realigning United States Foreign Aid* (Jan. 20, 2025), *Putting America First in International Environmental Agreements* (Jan. 20, 2025), *Unleashing American Energy* (Jan. 20, 2025), *Ending Radical and Wasteful Government DEI Programs and Preferencing* (Jan. 20,

---

[1] 2 CFR 200.1 defines Federal financial assistance to mean "[a]ssistance that recipients or subrecipients receive or administer" in various forms, but this term does not include assistance provided directly to individuals. For the purposes of this memorandum, Federal financial assistance includes: (i) all forms of assistance listed in paragraphs (1) and (2) of the definition of this term at 2 CFR 200.1; and (ii) assistance received or administered by recipients or subrecipients of any type except for assistance received directly by individuals.
[2] Nothing in this memo should be construed to impact Medicare or Social Security benefits.

2025), *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (Jan. 20, 2025), and *Enforcing the Hyde Amendment* (Jan. 24, 2025). These executive orders ensure that Federal funds are used to support hardworking American families.

To implement these orders, each agency must complete a comprehensive analysis of all of their Federal financial assistance programs to identify programs, projects, and activities that may be implicated by any of the President's executive orders. In the interim, to the extent permissible under applicable law, Federal agencies **must temporarily pause** all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency activities that may be implicated by the executive orders, including, but not limited to, financial assistance for foreign aid, nongovernmental organizations, DEI, woke gender ideology, and the green new deal.

This temporary pause will provide the Administration time to review agency programs and determine the best uses of the funding for those programs consistent with the law and the President's priorities. The temporary pause will become effective on January 28, 2025, at 5:00 PM. Even before completing their comprehensive analysis, Federal agencies must immediately identify any legally mandated actions or deadlines for assistance programs arising while the pause remains in effect. Federal agencies must report this information to OMB along with an analysis of the requirement. OMB also directs Federal agencies to pause all activities associated with open NOFOs, such as conducting merit review panels.

No later than February 10, 2025, agencies shall submit to OMB detailed information on any programs, projects or activities subject to this pause. Each agency must pause: (i) issuance of new awards; (ii) disbursement of Federal funds under all open awards; and (iii) other relevant agency actions that may be implicated by the executive orders, to the extent permissible by law, until OMB has reviewed and provided guidance to your agency with respect to the information submitted.

OMB may grant exceptions allowing Federal agencies to issue new awards or take other actions on a case-by-case basis. To the extent required by law, Federal agencies may continue taking certain administrative actions, such as closeout of Federal awards (2 CFR 200.344), or recording obligations expressly required by law.

Additionally, agencies must, for each Federal financial assistance program: (i) assign responsibility and oversight to a senior political appointee to ensure Federal financial assistance conforms to Administration priorities; (ii) review currently pending Federal financial assistance announcements to ensure Administration priorities are addressed, and, subject to program statutory authority, modify unpublished Federal financial assistance announcements, withdraw any announcements already published, and, to the extent permissible by law, cancel awards already awarded that are in conflict with Administration priorities, and; (iii) ensure adequate oversight of Federal financial assistance programs and initiate investigations when warranted to identify underperforming recipients, and address identified issues up to and including cancellation of awards.

# EXHIBIT F



OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

THE DIRECTOR

January 29, 2025

M-25-14

MEMORANDUM FOR HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

FROM: Matthew J. Vaeth, Acting Director, Office of Management and Budget

SUBJECT: Rescission of M-25-13

     OMB Memorandum M-25-13 is rescinded.  If you have questions about implementing the President's Executive Orders, please contact your agency General Counsel.