# Thomas-Jensen Affirmation

# Exhibit # 38

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK; et al.,

    Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States; et al.,

    Defendants.

C.A. No. 1:25-cv-00039-JJM-PAS

## DECLARATION OF JIM MANGIA

I, Jim Mangia, declare as follows:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by St. John's Community Health as President and Chief Executive Officer.

3. Over the course of its 60 years, St. John's Community Health has provided healthcare services to millions of people in Compton, South and East Los Angeles, and most recently, the Inland Empire. St. John's does so through a network of community health centers that provide medical, dental, behavioral, and mental health and substance use services, as well as case management and supportive/outreach services. St. John's is one of the largest non-profit Federally Qualified Health Center healthcare providers in Los Angeles and beyond, serving

1

patients of all ages at over 20 locations including standalone clinics, mobile clinics, school-based health and wellness centers, and clinics in public/affordable housing developments.

4. St. John's offers testing and other support services for HIV and other communicable diseases in a non-judgmental environment where all patients are treated with respect and receive high quality medical care, including some who may be transgender. Services include:

- **HIV and Hep C Testing:** St. John's uses an integrated care approach to HIV prevention. In accordance with guidelines issued by the Center for Disease Control and Prevention (CDC) and the United States Preventative Services Task Force, we offer routine HIV testing to all patients during their visits with a medical provider.

- **Linkage to Care:** Finding a doctor, understanding treatment options, telling family and friends, and finding the right support are only some of the concerns that people may have after being diagnosed with HIV/AIDS. Our staff walks through this process with newly diagnosed individuals, as well as HIV-positive individuals who have fallen out of care.

- **HIV and Hep C Medical Care:** Our HIV clinics offer comprehensive healthcare to people living with HIV/AIDS in our communities in Los Angeles.

- **Support Services:** We provide case management services to assist patients in the areas of housing, transportation, public benefits, medication adherence, disclosure, and risk reduction counseling; as well as provide referrals to dental services, behavioral health services, substance abuse counseling and treatment, nutrition therapy, and legal assistance.

- **AIDS Drug Assistance Program (ADAP):** Our ADAP services ensure that HIV-positive uninsured and under-insured individuals have access to medication. Our certified ADAP enrollment workers assist patients in completing the paperwork for this program and work with our case managers to ensure patients have timely and seamless access to medication.

5. Since 2022, these services have been funded through a four-year $1.6 million grant from the CDC's HIV prevention program. More than 500 people receive services through the grant annually.

6. St. John's budget for this year has relied on this CDC grant, and we made plans and allocated funding for staffing based on the anticipated receipt of the federal funding promised.

7. On January 27, 2025, acting director of Office of Management and Budget Matthew J. Vaeth issued M-25-13, issued a "Memorandum for the Heads of Executive Departments and Agencies" regarding "Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs" ("OMB Memorandum"). The OMB Memorandum directed all federal agencies to "pause all activities related to obligation or disbursement of all Federal financial assistance ... including, but not limited to, financial assistance for foreign aid, nongovernmental organizations, DEI, woke gender ideology, and the green new deal."

8. I am also aware of the recent Executive Orders, including the one entitled *Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government,* which caused St. John's to have immediate concern regarding our funding from the CDC as to how this Executive Order may be implemented.

9. On February 1, 2025, St. John's received a notice from the CDC which states: **"Termination:** The purpose of this amendment is to terminate this award in accordance with the

3

President's Executive Order, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Federal Government and Office of Personnel Management guidance issued January 29, 2025." Attached hereto as **Exhibits A and B** are true and correct copies of said notice of termination and a letter from the CDC to recipients.

10. Any pause in our federal funding would impact our ability to provide more than 500 people services through the grant annually, as well as our ability to continue to employ five staff members in Los Angeles County that provide that care.

11. We anticipate monthly drawdowns on the CDC grant and have not been able to seek a drawdown on the grant since receiving the notice of termination. We have endeavored to contact the CDC about the notice of termination and inability to drawdown funds since receiving the notice of termination, but have not been able to contact anyone by telephone.

12. If we do not receive such these funds, we could be facing layoffs and we will not be able to provide services to the patients who receive care through this funding. The services we provide through this grant help prevent the spread of communicable diseases through detection thereby protecting public health and help improve the health of individuals infected so they may live their healthiest, longest life possible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2025, at Washington D.C.

_____
Jim Mangia

# EXHIBIT A

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU62PS924782-03-01
FAIN# 
Federal Award Date: 01/31/2025

## Recipient Information

**1. Recipient Name**
ST. JOHN'S COMMUNITY HEALTH
808 W 58th St
Los Angeles, CA 90037-3632
--

**2. Congressional District of Recipient**
37

**3. Payment System Identifier (ID)**

**4. Employer Identification Number (EIN)**

**5. Data Universal Numbering System (DUNS)**

**6. Recipient's Unique Entity Identifier (UEI)**

**7. Project Director or Principal Investigator**
Mr. Kazumi Yamaguchi
Principal Investigator
kyamaguchi@wellchild.org
323-541-1600 ex 2335

**8. Authorized Official**
Ms. Elena Fernandez
Business Official
efernandez@wellchild.org
323-541-1600 ex 1467

## Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mrs. Benita Bosier-Ingram
Grant Management Specialist
ula8@cdc.gov
404-638-7434

**10. Program Official Contact Information**
Miss Carla Galindo
Behavioral Scientist
fco4@cdc.gov
404-639-1902

## Federal Award Information

**11. Award Number**
6 NU62PS924782-03-01

**12. Unique Federal Award Identification Number (FAIN)**

**13. Statutory Authority**
Sections 301 and 318(b) of the Public Health Service Act; 42 USC Sections 241 and 247c(a), as amended

**14. Federal Award Project Title**
St. John's Community Health: Community to Clinic Transgender Program

**15. Assistance Listing Number**
93.944

**16. Assistance Listing Program Title**
Human Immunodeficiency Virus (HIV)/Acquired Immunodeficiency Virus Syndrome (AIDS) Surveillance

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 06/30/2024 - **End Date** 01/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21. Authorized Carryover** | $0.00 |
| **22. Offset** | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | $500,000.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $500,000.00 |
| **26. Period of Performance Start Date** 06/30/2022 - **End Date** 01/31/2025 | |
| **27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance** | $1,418,845.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Stephanie Latham
Team Lead, Grants Management Officer

**30. Remarks**

Page 1

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU62PS924782-03-01
FAIN#
Federal Award Date: 01/31/2025

| Recipient Information | |
|---|---|
| **Recipient Name** | |
| ST. JOHN'S COMMUNITY HEALTH | |
| 808 W 58th St | |
| Los Angeles, CA 90037-3632 | |
| -- | |
| **Congressional District of Recipient** | |
| 37 | |
| **Payment Account Number and Type** | |
| **Employer Identification Number (EIN) Data** | |
| **Universal Numbering System (DUNS)** | |
| **Recipient's Unique Entity Identifier (UEI)** | |

| 31. Assistance Type |
|---|
| Cooperative Agreement |
| **32. Type of Award** |
| Other |

| 33. Approved Budget (Excludes Direct Assistance) | |
|---|---|
| I. Financial Assistance from the Federal Awarding Agency Only | |
| II. Total project costs including grant funds and all other financial participation | |
| a. Salaries and Wages | $265,879.00 |
| b. Fringe Benefits | $53,176.00 |
| c. Total Personnel Costs | $319,055.00 |
| d. Equipment | $0.00 |
| e. Supplies | $50,144.00 |
| f. Travel | $20,870.00 |
| g. Construction | $0.00 |
| h. Other | $22,246.00 |
| i. Contractual | $87,685.00 |
| j. TOTAL DIRECT COSTS | $500,000.00 |
| k. INDIRECT COSTS | $0.00 |
| l. TOTAL APPROVED BUDGET | $500,000.00 |
| m. Federal Share | $500,000.00 |
| n. Non-Federal Share | $0.00 |

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| | | PS | 41.51 | 93.944 | $0.00 | 75-22-0950 |
| | | PS | 41.51 | 93.944 | $0.00 | 75-23-0950 |
| | | PS | 41.51 | 93.944 | $0.00 | 75-24-0950 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU62PS924782-03-01
FAIN# 
Federal Award Date: 01/31/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

## AWARD ATTACHMENTS

ST. JOHN'S COMMUNITY HEALTH  6 NU62PS924782-03-01

1. TERMINATION

## TERMS AND CONDITIONS OF AWARD

**Termination**: The purpose of this amendment is to terminate this award in accordance with the President's Executive Order, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Federal Government and Office of Personnel Management guidance issued January 29, 2025.

No additional activities can be conducted, and no additional costs may be incurred. Un-obligated balances will be de-obligated.

**Closeout**: Submit all closeout reports identified below within 120 days of the period of performance end date of January 31, 2025. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR PART 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following: • Statement of progress made toward the achievement of originally stated aims. • Description of results (positive or negative) considered significant. • List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $5,000 or more. If no equipment was acquired under the award, a negative report is required

# EXHIBIT B

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

Dear Recipient:

This Centers for Disease Control and Prevention (CDC) award is funded in whole or in part with United States Government funds.

To implement the Executive Order entitled *Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government (Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government – The White House), and* in accordance with Office of Personnel Management's Initial Guidance (Memorandum to Heads and Acting Heads of Departments and Agencies: Initial Guidance Regarding President Trump's Executive Order Defending Women), you must immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting or inculcating gender ideology at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award. Any vestige, remnant, or re-named piece of any gender ideology programs funded by the U.S. government under this award are immediately, completely, and permanently terminated.

No additional costs must be incurred that would be used to support any gender ideology programs, personnel, or activities.

Any questions should be directed to PRISM@cdc.gov