# Thomas-Jensen Affirmation

# Exhibit # 39

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK; et al., | |
| Plaintiffs, | |
| v. | C.A. No. 1:25-cv-00039-JJM-PAS |
| DONALD TRUMP, in his official capacity as President of the United States; et al., | |
| Defendants. | |

## DECLARATION OF MASON MATTHEWS

I, Mason Matthews, declare as follows:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the County of Los Angeles, Chief Executive Office, Budget and Finance Division as Chief Budget and Financial Officer.

3. Los Angeles County (the "County") is the nation's largest county government with more residents than most states serving the needs of about 10 million diverse residents. The County has a budget that exceeds $49 billion in federal, state, and local funds to support a range of vital commitments including, but not limited to, healthcare, public safety operations, public benefits, workforce development, foster care, child support, housing and emergency management.

4. I have reviewed the Memorandum for Heads of Executive Departments and Agencies, M-25-13, dated January 27, 2025, issued by the Executive Office of the President of the United States, Office of Management and Budget, Matthew J. Vaeth, Acting Director, regarding "Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs" ("OMB Memo"). It is my understanding that the OMB Memo requires all federal agencies to "pause" all activities related to disbursement of all federal financial assistance, which I understand would include funds received by the County, including disaster assistance.

5. While the exact ramifications of the "pause" described in the OMB Memo remain unknown, and given the ambiguity and uncertainty regarding which funds will be withheld and for how long, this declaration is based on the possibility that the OMB Memo

1

could apply to federal financial assistance that the County receives, and provides a sampling of federally funded County programs that if subject to the OMB Memo policies and terminated, will have a direct, immediate, and adverse impact on the County's ability to operate associated programs including a range of vital commitments to its residents including, but not limited to, healthcare, public safety operations, public benefits, workforce development, foster care, child support, housing and emergency management.

6. The amounts referenced in this declaration are approximate and reflect the best estimates of federal funds expected by the County available to me since the OMB Memo provided effectively no notice to the County. Based on my understanding of the OMB Memo, I made a good faith attempt to identify County programs that receive federal funding that should the administration consider to be within the scope of the OMB Memo subject to a "pause" in federal financial assistance, would have an adverse impact on the County.

7. The County expects to receive approximately $5.3 billion for this fiscal year from the federal government to provide services to residents. This federal funding plays a crucial role in the County's ability to support a range of vital commitments including, but not limited to, healthcare, public safety operations, public benefits, workforce development, foster care, child support, housing and emergency management, that could be impacted by the "pause" described in the OMB Memo and subsequent, related actions taken by the federal government. This declaration includes a sampling, but by no means an exhaustive list, of the impacts the "pause" described in the OMB Memo will have to the County programs whose federal funds have been allocated but not spent, and would harm the County's delivery of services if the funding was terminated.

8. Implementation of the "pause" described in the OMB Memo will have a direct, immediate, and adverse impact on the County's children who may be or are subject to abuse

2

and neglect by their parents. The County's Department of Children and Family Services ("DCFS") expects to receive approximately $604.5 million annually to administer the investigation of abuse and neglect of children in the County, which includes providing supportive and therapeutic services to children and families to safely remain together. While the County may ultimately succeed in providing sufficient cash-flow to overcome a "pause" of a few days in funding, a continued interruption would likely jeopardize our ability to provide these services and make it difficult for the County to ensure the safety of children and provide supportive services to families.

9. Implementation of the "pause" described in the OMB Memo will also have a direct, immediate, and adverse impact on thousands of vulnerable families served by the County's Department of Public Social Services ("DPSS"). DPSS receives over $2 billion annually in federal funding, primarily from the United States Department of Health and Human Services, which is advanced twice a month to the County from the State of California to administer the CalWORKs program. In addition to providing direct cash-aid assistance, this federal funding supports a range of supports for CalWORKs families including employment services, child care, and other supportive services. These services are provided by community-based organizations ("CBOs") such as the South Bay Workforce Investment Board, Adolescent Family Life Providers, Crystal Stairs, and other County agencies such as Los Angeles County Office of Education and Department of Public Health. Additionally, the Community Services Block Grant ("CSBG"), administered by DPSS in partnership with 38 CBOs across the County, supports employment services, emergency services, child and family services, and services for seniors and/or disabled adults.

10. Implementation of the "pause" described in the OMB Memo will also impact the County's Department of Public Works ("DPW") federally awarded funds for various

3

transportation and water infrastructure projects including approximately $29.8 million to address pedestrian safety by implementing traffic safety infrastructure in six communities across the County specifically designed to decrease traffic fatalities.  The United States Department of Transportation Federal Highway Administration Safe Streets and Roads for All program has already issued notice of award to DPW and the agreement is nearly finalized, pending execution by the Federal Highway Administration.

11. If the "pause" described in the OMB Memo were allowed to proceed, it creates significant harm as the County is unable to prepare for, or mitigate, the "pause" in federal funding, which will cause significant budget and administrative burdens to the County and irreparably harm the day-to-day lives of the County's residents who rely on these federally funded programs.  The County estimates approximately 10% of the County's annual budget is from federal funding that the administration could consider to be within the scope of the OMB Memo subject to a "pause" in federal financial assistance.  As a result, the uncertainty of the "pause" described in the OMB Memo and any "pause" or withholding of federal funding from the County may have a negative impact on the County's credit rating.

12. The County has already experienced uncertainty and interruptions in federal grant assistance.  For example after OMB issued the memo, the United States Department of Health and Human Services – Centers for Disease Control and Prevention ("CDC") agency issued a notification to the County's Department of Public Health ("DPH") that CDC grant funds may not be used for activities that do not align with Executive Orders ("E.O.") and any programs in conflict with the E.O.s are terminated.  On January 28, 2025, the County issued a request through the federal Payment Management System and attempted to draw down $25.7 million in federal funds from the Health Resources and Services Administration ("HRSA") and CDC for reimbursement for crucial services related to HIV programs including HIV care and

4

treatment services, HIV surveillance activities, and HIV and STD prevention and testing services, which was initially denied. Subsequently, the request was resubmitted and accepted but designated to be under "pending review." At this time, the requested funds have not been reflected in our accounts.

13. There remains concern and uncertainty given the "pause" described in the OMB Memo for the recent County wildfires starting on January 7, 2025, which include the Palisades Fire, Eaton Fire, Hurst Fire, Kenneth Fire, and multiple other fires (collectively, "LA County Fires"), which have had a devastating impact on area residents. County departments are working diligently to provide emergency services and resources to those affected by the LA County Fires. The County is accelerating the procurement of vital supplies, cleanup and reconstruction efforts, securing potential rockslide and landslide runoffs, and containment and abatement of pollutants and dangerous chemicals caused by the fires. It is critical that the County receive federal funding reimbursements to respond to the LA County Fires. The withholding of federal funding, coupled with the ambiguity and uncertainty regarding which funds will be withheld and for how long, will cause irreparable harm and jeopardize critical response and recovery efforts. Though the County will take appropriate actions to respond to the LA County Fires, without reimbursement from federal funding, other County crucial programs may be impacted such as housing options for homeless families and veterans.

14. This declaration is illustrative rather than an exhaustive list of the types of federal assistance the County receives from the federal government to care for its residents.

15. There are also numerous other federally funded programs administered by the County that will be immediately negatively affected by any "pause" of federal funding.

///
///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2025, at Los Angeles, California.

Mason Matthews
Digitally signed by Mason Matthews
Date: 2025.02.05 14:54:38 -08'00'

_____

Mason Matthews
County of Los Angeles, Chief Executive Office, Budget and Finance Division as Chief Budget and Financial Officer

6