# Thomas-Jensen Affirmation

# Exhibit # 45

Case 1:25-cv-00039-JJM-PAS    Document 68-45    Filed 02/07/25    Page 2 of 3 PageID #: 3333



State of Connecticut       )
County of New Haven    ) ss.
City of New Haven          )

## Affidavit of Sarah Miller, Executive Director of City Seed, Inc.

1. I, Sarah Miller, am over the age of eighteen, and believe in the obligation of an oath.

2. I am Executive Director of City Seed, Inc., a Connecticut nonstock corporation recognized by the Internal Revenue Service as a 501(c)(3) public charity.

3. In my capacity as Executive Director, I do assert the truth of the following facts, to the best of my knowledge and belief:

On September 26, 2023, City Seed, Inc. ("CitySeed"), a non-profit organization in New Haven, CT was awarded a Local Food Promotion Program grant through the United States Department of Agriculture's Agricultural Marketing Service. The award supports CitySeed's Shared-Use Commercial Kitchen and Food Business Incubator for the period of September 30, 2023 through September 29, 2026. The Award Number is 23LFPPCT1192-00.

Funds enable the operation of a shared-use commercial kitchen, supportive services for aspiring food business entrepreneurs, promotion of local sourcing, and a Food Business Accelerator training program. Since the grant was awarded, CitySeed has submitted regular drawdowns to cover expenses associated with implementation of the grant, including applicable staff salaries and supplies. These submissions are reviewed and authorized by our Program Officer. CitySeed's first annual Performance Progress Report was accepted on January 10, 2025.

On Tuesday January 28, 2025, following news reports of a federal grant funding freeze, CitySeed staff reached out to our Program Officer via email to inquire about potential impact on the grant. The responses are as follows:

- On Tuesday January 28, 2025
  - "In response to OMB guidance, disbursements and payment request approvals are paused. We do not have further guidance at this time, we will be sharing more information when it is available. Thank you for your patience."
  - "We haven't been given the go to do anything but as soon as we do, I will get your payment approved."

162 James Street, New Haven, CT 06513 | 203-773-3736 | www.cityseed.org

- On Monday February 3, 2025
    - "Unfortunately, what's happening is above me and I have no control. As soon as I'm able to do anything, I will."

CitySeed has received no further guidance or information from anyone at the United States Department of Agriculture. Our most recent submitted drawdown, covering applicable staff salaries and supplies, appears in the federal Payment Management System (PMS) as "Pending review."

CitySeed does not have extensive reserves and relies on these funds to cover regular expenses associated with implementation of programs covered by the grant. The grant represents approximately 21.25% of our current annual budget. Without the ability to draw down on awarded funds by March 1, we will face a cash flow crisis and be forced to layoff at least two full time and one part time staff members, as well as pause supportive services for aspiring food business entrepreneurs, activities related to promotion of local sourcing, and our Food Business Accelerator training program. This pause will cease services to ten entrepreneurs who are midway through the current Food Business Accelerator and affect a wider group of approximately one hundred entrepreneurs who regularly participate in educational, coaching, and supportive services.

_____          2/5/2025
Sarah Miller, Executive Director         Date
City Seed, Inc.

------------------------------------------------------------

State of Connecticut
County of New Haven
City of New Haven

On this the day of __5__, __February__, 20__25__, before me, Brendalis Alejandro the undersigned officer, personally appeared Sarah Miller, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand.

_____          3/31/2029
Signature of Notary Public              Date Commission Expires



**BRENDALIS ALEJANDRO**
Notary Public, State of Connecticut
My Commission Expires Mar. 31, 2029

Printed Name of Notary: Brendalis Alejandro

162 James Street, New Haven, CT 06513 | 203-773-3736 | www.cityseed.org