# Thomas-Jensen Affirmation (redacted)

# Exhibit # 47

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK; et al.,

    Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States; et al.,

    Defendants.

C.A. No. 1:25-cv-00039-JJM-PAS

## DECLARATION OF REBECCA REICHARDT

I, Rebecca Reichardt, declare as follows:

1. I am a resident of the State of Delaware. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the State of Delaware/Department of Health and Social Services ("DHSS") as Associate Deputy Secretary/Chief Operating Officer.

3. The mission of DHSS is to improve the quality of life for Delaware's citizens by promoting health and well-being, fostering self-sufficiency, and protecting vulnerable populations.

4. As Associate Deputy Secretary/Chief Operating Officer, I am responsible for administrative and operational support for DHSS and have oversight of DHSS's budget and fiscal operations, including the Federal Funds Administration and Compliance Unit.

5. DHSS administers numerous federal grants, including the Environmental Protection Agency State Lead-Based Paint Program. The annual funding anticipated under this grant is over $275,000.00.

6. The ultimate goal of this grant is to eliminate lead poisoning, particularly for children under the age of six. The project works to achieve this goal by: a) establishing regulatory lead-safe work practices and requiring lead-based paint professionals to be trained and certified as authorized in 16 *Del. C.* § 122(3)(t); b) processing applications and certifying (licensing) individual workers and firms, c) accrediting training programs and providers who offer courses in the lead-based paint disciplines; and d) conducting compliance and enforcement activities, including on-site inspections and recordkeeping audits.

7. DHSS's budget for this year has relied on Environmental Protection Agency State Lead-Based Paint Program funds, and we made plans and allocated funding for staffing and other program support based on the anticipated receipt of Federal funding awarded.

8. Any pause in our federal funding would negatively impact our ability to carry our lead poisoning prevention work, which could particularly affect children under the age of six.

9. As of today, our ability to access funding under this grant is suspended. See Exhibit A Account Profile Inquiry.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 05, 2025, at Dover, Delaware.

_____
Rebecca Reichardt
*Associate Deputy Cabinet Secretary/Chief Operating Officer*

# EXHIBIT A

SENSITIVE BUT UNCLASSIFIED



**Account Profile Inquiry**

Date: 02/05/2025
Time: 3:54 PM

| | | |
|---|---|---|
| **ALC/Region:** 68128933 | **Agency Short Name:** RTP-Grants | **Account ID:** ▓▓▓▓ |
| **Recipient ID:** 1003361 | **Recipient Short Name:** DEWIC | |

**Inquiry Results:**

### ACCOUNT DETAILS

- **Requestor ID :** 1003361
- **Account ID :** ▓▓▓▓
- **Account Description :** DELAWARE LEAD-BASED PAINT
- **1031/LOC Account :** No
- **Account Type :** Regular Account
- **Group ID :** ▓▓▓
- **Control Account :** No
- **Account Status Indicator :** Suspended
- **Available Balance :** $207,239.39
- **Create Date :** 09/13/2023
- **Begin Date :** 10/01/2023
- **Performance Period End Date :** 09/30/2024
- **End Date :** 01/30/2025
- **TAS Distribution Method :** Percentage by Account
- **Allow Book Entry Adjustment :** Yes
- **Allow Warehoused Payments :** Yes
- **CMIA Indicator :** No

### CUMULATIVE AUTHORIZATIONS

- **Cumulative Authorized Amount :** $617,653.00
- **Cumulative Authorized Amount Reset Period :**

### GRANT DETAILS

- **Grant :** Yes
- **Federal Award Identification Number (FAIN) :** BG99319318
- **CFDA Number :** 66605.000
- **Total Estimated Grant Amount :** $0.00

### AGENCY PAYMENT REVIEW

- **Agency Review :** No
- **Threshold Amount :**
- **Reason for Review :**

### DRAW AMOUNTS

- **Max Total Draw Amount :**
- **Max Daily Draw Amount :**
- **Max Monthly Draw Amount :**
- **Max Quarterly Draw Amount :**

### AUTOMATED AUTHORIZATION RENEWALS

- **Authorized Renewal Amount :** $0.00
- **Certified Date :**
- **Renewal Frequency :**
- **Pending Renewal Frequency :**
- **Pending Automated Renewal Amount :** $0.00

**Annual Reset Month :**

**Rollover Reset Quarter :**

**Default Action :**

1 of 1

SENSITIVE BUT UNCLASSIFIED