# Thomas-Jensen Affirmation

# Exhibit # 51

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK; et al.,

      Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States; et al.,

      Defendants.

C.A. No. 1:25-cv-00039-JJM-PAS

### DECLARATION OF LANCE M. TANAKA

I, Lance M. Tanaka, declare as follows:

1. I am a resident of the State of Hawaiʻi. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Department of Land and Natural Resources, State of Hawaiʻi ("DLNR") as an Accountant. I work in the Audit & Compliance Section of the Administrative Services Office of DLNR.

3. The DLNR is responsible for enhancing, protecting, conserving, and managing Hawaiʻi's unique and limited natural, cultural, and historic resources held in public trust for current and future generations of the people of Hawaiʻi nei, and its visitors, in partnership with others from the public and private sectors.

4. My duties as an Accountant for DLNR include working with the federal payment system, the Automated Standard Application for Payments ("ASAP"), and working on the Schedule of Expenditures of Federal Awards, which is a schedule the DLNR submits for the State of Hawaiʻi Single Audit of Federal Financial Assistance Programs for each fiscal year. My duties include drawing down funds from various federal grants that have been granted to the State of Hawaiʻi, DLNR in the ASAP.

1

5. Draw downs and expenditures from federal grants are based on what is spent by the DLNR program that was awarded the federal grant. I process the transaction of drawing down the funding from the ASAP and into DLNR accounts.

6. One of the federal grants I am assigned to draw down upon when requested by DLNR is the federal grant identified by Federal Award Identification Number ("FAIN") 5D98T67001 ("Grant No. 5D98T67001").

7. The DLNR's source of federal grant funding for Grant No. 5D98T67001 is the U.S. Environmental Protection Agency.

8. I work with other employees of the DLNR who are responsible for allocation, distribution, and accounting for the expenditures of the federal grant funds drawn down from the ASAP. I am aware that Leah Laramee is the grant coordinator for Grant No. 5D98T67001.

9. The last date I successfully drew down grant funding through ASAP for Grant No. 5D98T67001 was January 28, 2025.

10. Since January 28, 2025, I have received one request from DLNR staff to draw down federal grant funds from Grant No. 5D98T67001 but have been unable to do so.

11. Attached hereto as "Exhibit A" is a screenshot I took of the ASAP.gov page for Grant No. 5D98T67001 as of February 4, 2025, at approximately 11:53 a.m. Hawaiʻi Standard Time, when I logged into the account to review the account status indicator and to see if I could draw down funds. The "Requestor ID" on Exhibit A is the DLNR's requestor ID number and I took this screenshot. Exhibit A is a true and accurate copy of the ASAP.gov page for Grant No. 5D98T67001 on February 4, 2025.

12. As reflected on Exhibit A, the account status indicator for Grant No. 5D98T67001 still indicates that the account is "suspended."

13. I am currently unable to process any request to draw down from Grant No. 5D98T67001.

14. The State of Hawaiʻi, DLNR should be able to access the remaining available balance of One Million, Nine Hundred Ninety-Four Thousand, Seven Hundred dollars and Thirty-Four cents ($1,994,700.34) for Grant No. 5D98T67001 to administer funds for its grant program, but is unable to due to the account status.

15. With the ASAP account for Grant No. 5D98T67001 being suspended and a lack of communication or guidance from the federal government regarding its suspension, I need to

keep going back and checking the ASAP to see if the account has been opened or released so that I can process DLNR staff's requests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2025, at Honolulu, Hawaiʻi.

_____
LANCE M. TANAKA

3

# EXHIBIT A TO TANAKA DECLARATION



# Account Profile Inquiry

Date: 02/04/2025
Time: 4:53 PM

**ALC/Region:** 68128933

**Agency Short Name:** RTP-Grants

**Account ID:** ▆▆▆▆

**Recipient ID:** ▆▆▆▆

**Recipient Short Name:** HI DLNR

**Inquiry Results:**

## ACCOUNT DETAILS

| | |
|---|---|
| Requestor ID | : 1544599 |
| Account ID | : ▆▆▆▆ |
| Account Description | : IRA CPRP |
| 1031/LOC Account | : No |
| Account Type | : Regular Account |
| Group ID | : ▆▆▆▆ |
| Control Account | : No |
| Account Status Indicator | : Suspended |
| Available Balance | : $1,994,700.34 |
| Create Date | : 07/12/2023 |
| Begin Date | : 06/01/2023 |
| Performance Period End Date | : 06/30/2027 |
| End Date | : 11/01/2027 |
| TAS Distribution Method | : Percentage by Account |
| Allow Book Entry Adjustment | : Yes |
| Allow Warehoused Payments | : Yes |
| CMIA Indicator | : No |

## CUMULATIVE AUTHORIZATIONS

| | |
|---|---|
| Cumulative Authorized Amount | : $3,000,000.00 |
| Cumulative Authorized Amount Reset Period | : |
| Annual Reset Month | : |

## GRANT DETAILS

| | |
|---|---|
| Grant | : Yes |
| Federal Award Identification Number (FAIN) | : 5D98T67001 |
| CFDA Number | : 66046.000 |
| Total Estimated Grant Amount | : $0.00 |

## AGENCY PAYMENT REVIEW

| | |
|---|---|
| Agency Review | : No |
| Threshold Amount | : |
| Reason for Review | : |

## DRAW AMOUNTS

| | |
|---|---|
| Max Total Draw Amount | : |
| Max Daily Draw Amount | : |
| Max Monthly Draw Amount | : |
| Max Quarterly Draw Amount | : |

## AUTOMATED AUTHORIZATION RENEWALS

| | |
|---|---|
| Authorized Renewal Amount | : $0.00 |
| Certified Date | : |
| Renewal Frequency | : |
| Pending Renewal Frequency | : |
| Pending Automated Renewal Amount | : $0.00 |
| Rollover Reset Quarter | : |
| Default Action | : |