# Thomas-Jensen Affirmation (redacted)

# Exhibit # 59

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK; et al.,

      Plaintiffs,

    v.

DONALD TRUMP, in his official capacity as
President of the United States; et al.,

      Defendants.

C.A. No. 1:25-cv-00039-JJM-PAS

## DECLARATION OF DEPARTMENT OF ENVIRONMENTAL PROTECTION

I, Bonnie Heiple, declare as follows:

1.    I am a resident of the Commonwealth of Massachusetts. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.    I am currently employed by the Massachusetts Department of Environmental Protection ("MassDEP") as its Commissioner.

3.    MassDEP is responsible for implementing a myriad of state statutes and federal delegations of authority to protect public health, public safety, public welfare and the environment. Our agency's purview includes safe drinking water, clean air, safe handling, transport, treatment and disposal of hazardous waste, sanitary disposal of wastes, protection of the state's surface and groundwaters from undue pollution, protection of natural resources, prompt assessment and remediation of releases of oil and hazardous materials and substances, incentivization of redevelopment of contaminated brownfields, incentivization of recycling of

1

waste materials, reduction in the use of toxic materials, as well as oversight of numerous

environmental professionals and organizations, such as sampling laboratories, waste site cleanup

professionals, well drillers and sanitary inspectors, among other programs.

4.    As Commissioner, I oversee all programs and divisions of MassDEP, including

the MassDEP programs that apply for and receive federal grant funding, and the fiscal division

of our agency which manages, tracks, and oversees spending pursuant to federal grant awards.

The MassDEP programs that received the grant awards discussed in this affidavit and the

MassDEP fiscal division reported information to me to verify the information, to the best of their

knowledge and belief, to which I attest in this affidavit.

5.    MassDEP is the recipient of nine grants awarded by the U.S. Environmental

Protection Agency ("EPA"), authorized under the Inflation Reduction Act ("IRA") or the

Infrastructure Investment and Jobs Act ("IIJA"). The nine grants and accompanying financial

details are identified in Exhibit A, attached hereto.

6.    To date, EPA has awarded to MassDEP a total of $74.9 million for all nine grant

programs.  Of that, MassDEP has contracted for the disbursement of $25.9 million and has

disbursed $5.8 million, as of January 31, 2025.

7.    MassDEP administers these grants by contracting, approving, and expending

funds, and then seeking reimbursement up to the amount of the grant award from the federal

Automated Standard Application for Payment, or "ASAP," system.

8.    During the week of January 27, 2025, MassDEP issued payments associated with

five of those nine grant accounts, totaling $1,863,116. On January 27 and 29, 2025, MassDEP

attempted to draw reimbursements for those payments (totaling $1,863,116) from the ASAP

system. As of February 3, 2025, at 12:00 p.m., none of the aforementioned reimbursements had

2

been issued. MassDEP fiscal personnel checked the status of the nine federal grant accounts in the ASAP system, and all such accounts were listed as "suspended." As of February 3, 2025, at 2:00 p.m., one account was updated to "open," while the other eight remained suspended. Included in Exhibit B are copies of screenshots from the ASAP system for eight of the nine grant accounts as of February 3, 2025, after 4 pm. Only one grant account, the CERCLA Brownfields Community-Wide Assessment Grant ("CERCLA Brownfields 104 Grant") program account, showed open as of that date and time.

9. These federal funds will have a critical impact on Massachusetts communities.

a. The two Emerging Contaminants in Small or Disadvantaged Communities Grants ("EC-SDC grants" or "EC-SDC Grant #1" and "EC-SDC Grant #2") will help more than 47 Massachusetts cities and towns remove contaminants from drinking water. These grants are focused specifically on small and economically disadvantaged communities, where they will have a direct impact on the long-term health of hundreds of thousands of residents of the Commonwealth. EC-SDC grant funds will begin to address the more than $485 million in documented needs of these communities for water treatment, new water sources, connecting small water systems and private wells to larger and better equipped public water suppliers, and increasing efficiency of public water systems to provide safe drinking water and maximize public health protection. This grant program is the first opportunity in the history of the Safe Drinking Water Act (SDWA) for small and economically disadvantaged public water systems to receive grants to address PFAS and other emerging contaminant issues, such as

3

manganese. These systems and communities often do not have the technical or financial capacity to tackle these issues on their own and routinely struggle to pay for necessary treatment or other strategies to remove man-made industrial contaminants like PFAS. Traditional financing, such as low-interest loans through the Drinking Water State Revolving Fund programs, are out of reach for many small systems because they are not equipped to manage the application process, nor do they have the financial resources to repay the loans.

b. The Long Island Sound Program Grant ("LISP Grant") will help reduce water pollution, particularly excess nitrogen, in the Long Island Sound watershed, which stretches along the coastline and up the Connecticut River and includes disadvantaged communities such as the city of Chicopee, Massachusetts. Reductions in nitrogen will reduce harmful algal blooms, contribute to the restoration of tidal wetlands and eelgrass, and improve conditions for aquatic organisms. The funding is awarded to municipalities to upgrade wastewater treatment facilities, which discharge nitrogen within the Massachusetts portion of the watershed. These wastewater infrastructure improvements are part of a decades-long effort to achieve compliance with the requirements of the federal Clean Water Act in Long Island Sound. The funding specifically benefits economically disadvantaged municipalities that would otherwise be unable to fund wastewater treatment plant upgrades – including through Clean Water State Revolving Fund loans – due to prohibitive costs.

c. The two Brownfields grant awards – the CERCLA Brownfields 104 Grant and the CERCLA Section 128(a) State and Tribal Response Program Grant ("CERCLA Brownfields 128 Grant") – will fund critical work to assess and respond to releases of oil and hazardous materials. In addition to the environmental and public health benefits of cleaning up pollution, redevelopment of formerly contaminated properties leads to economic revitalization, job creation, and tax revenue for the host community.

d. The Clean Air Act – Cumulative Impact Analysis Grant ("CAA-CIA Grant") will support expert modeling and analysis of traffic and vehicle emissions in areas of Massachusetts disproportionately affected by those sources of air pollution. This funding is critical to enable MassDEP to assess these types of impacts and design appropriate requirements for proposed projects to mitigate pollution emissions.

e. Two other Clean Air Act grants, the Clean Air Act – Air Sensors Grant ("CAA-AS Grant") and the Clean Air Act – Disadvantaged Communities Air Monitoring Grant ("CAA-DCAM Grant"), support MassDEP's air monitoring program in disadvantaged communities by providing funding to maintain 50 multi-pollutant air sensors, replace outdated equipment, and establish a new air monitoring station. This funding is critical to provide information to residents about air quality, and to inform MassDEP's permitting and regulatory processes to mitigate air pollution.

f. The Post-Consumer Materials Management Infrastructure Grant Program (also known as the "SWIFR" Grant) supports MassDEP's Recycle Smart

MA initiative, an education and awareness program providing residents with easy-to-access information about recycling. Educating residents on what can and cannot be recycled improves recycling efficiency, saves municipalities from paying contamination charges, and decreases the amount of municipal solid waste sent for disposal instead of recycling – thereby reducing the need for new landfills and incinerators.

10.     MassDEP's budget relies on the funds from these grant awards. For example, EC-SDC Grants permit MassDEP to reimburse municipalities for installing treatment systems to remove PFAS or other contaminants or connecting to safe drinking water supplies; MassDEP has contracted more than $16 million to subcontractees and has already paid out approximately $3.7 million in reimbursement to municipalities and other subgrantees. MassDEP will not have sufficient funds to honor reimbursements without the federal funding it was awarded. Likewise, MassDEP has contracted for more than $7 million in projects through the LISP Grant related to addressing water pollution in the Long Island Sound watershed and has already disbursed nearly $1 million. This project cannot continue, and those contracts cannot be paid, without the awarded federal funding.

11.     Any pause in or elimination of the awarded federal funding would cause the following harms to public health, public safety, and the environment, as well as to the public welfare in economic effects from these programs:

     a.  If funding for the EC-SDC Grants is unavailable, small public water systems may not be able to make necessary upgrades or connect to larger public water systems and therefore will continue to rely on drinking water polluted by PFAS and/or other emerging contaminants. PFAS has been

6

linked to health effects, including increased risk of cancer, decreased immune function, and reproductive effects. Small or economically disadvantaged public water systems would be forced to either abandon improvement projects or pass along costs to their ratepayers—further exacerbating disparities in economically disadvantaged communities.

b.  Without the continued funding of the LISP Grant, the Long Island Sound watershed will continue to be plagued by nitrogen and other pollution, in contravention of both state water quality standards and the federal Clean Water Act. Discontinuation of funding will irreparably harm municipalities that have contracted approximately $1 million dollars of work completed to date, and approximately $9.5 million of work for which reimbursement has not yet been sought. Work was planned, designed, and contracted based on the federal government's award of grant funding. It would be extremely challenging for MassDEP to provide replacement funding, as detailed in paragraph 13 below. Abandoning on-going construction for treatment plant upgrades may not be feasible, and the Commonwealth and the municipalities may suffer monetary damages as a result. Additionally, costs likely would be passed on to ratepayers in these economically disadvantaged communities.

c.  Paused or eliminated CERCLA Brownfields 128 and CERCLA Brownfields 104 Grants would stop cleanup and assessment of oil and hazardous materials contamination.  This means the economic revitalization, job creation and enhanced protection of persons and the

environment from the impacts of oil and hazardous materials described in Paragraph 9(c) above would not occur. The impacted municipalities likely do not have the funds to perform this assessment and cleanup work themselves, and, as detailed in paragraph 13 below, it would be extremely challenging for MassDEP to replace these funds. Private investment is often insufficient to perform these cleanups, as the underlying property values may not currently justify the investment and risk. These federal grants represent a significant opportunity to bring substantial improvements to blighted, post-industrial communities in Massachusetts.

d. Without the CAA-CIA Grant to hire and pay contractors to model traffic/vehicle emissions, it would be difficult for MassDEP to identify neighborhoods with higher traffic/vehicle related air pollution and assess health risks to residents, hampering MassDEP's ability to protect public health of vulnerable communities through its air permitting program.

e. A pause or elimination of the CAA-AS or CAA-DCAM Grants would hamper MassDEP's ability to monitor air pollution in Massachusetts communities, which directly affects information-sharing with the public so residents can take actions to protect their health, as well as the ability of the agency to formulate appropriate requirements for pollution mitigation.

f. Without the SWIFR Grant, efforts to reduce contamination in recycling – which costs municipalities hundreds of thousands of dollars a year – will be hampered and the poor quality of recovered materials will impact the value of these commodities reused by manufacturers. Diverting wastes

8

from disposal to recycling prevents the need for more landfills and incinerators, which have a detrimental impact on public health and the environment.

12.     We continue to be concerned that the funding will again be delayed or denied because the federal administration has announced policies that federal funds accounts should be frozen as part of a global change of policy.  The initial announcement was covered by all major media outlets, see, e.g., article by the Associated Press at https://apnews.com/article/donald-trump-project-2025-grants-freeze-6cb624cd3ef92805a5600fe5622733f0.  In addition, despite the issuance by the Court of a Temporary Restraining Order on January 31, 2025, eight of the nine MassDEP grant accounts remained suspended up to February 3, 2025, as of 4 p.m.

13.     These nine federal grant programs support critical environmental protection and public health work ranging from clean air to clean drinking water to clean land.  The $74.9 million total awarded to MassDEP almost equals the agency's entire state-funded annual operating budget of $87 million.  While MassDEP would strive to seek replacement funding for the important programs supported by these federal grants, replacing this magnitude of funds would be virtually impossible, particularly with the required expediency given that much work is already underway or critical to perform immediately.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2025, at __Boston, MA_____.
[city, state]

_____
Bonnie Heiple
Commissioner

9

# EXHIBIT A

**EXHIBIT A**

| FEDERAL GRANT I.D. # | GRANT NAME | EPA AWARDED TO DATE | GRANT END DATE | MASSDEP CONTRACTS TO DATE | MASSDEP EXPENDITURES TO DATE | STATUTORY AUTHORITY | CATALOG OF FEDERAL DOMESTIC ASSISTANCE DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 4W00A01201 | CERCLA Section 128(a) State and Tribal Response Program ("CERCLA Brownfields 128") Grant | $2,645,000 | 9/30/2027 | $1,166,237 | $479,276 | CERCLA: Sec. 128(a) & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.817 - State and Tribal Response Program Grants |
| 4B00A01605 | CERCLA Brownfields Community-Wide Assessment ("CERCLA Brownfields 104") Grant | $2,000,000 | 9/30/2029 | $0 | $0 | CERCLA: Secs. 104(k)(2) and 104(k)(5)(e) and Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.818 - Brownfields Multipurpose, Assessment, Revolving Loan Fund, and Cleanup Cooperative Agreements |
| 4S00A00885 | Long Island Sound Program Grant ("LISP") | $10,500,000 | 7/31/2028 | $7,127,138 | $923,456 | Clean Water Act: Sec. 119(d) & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.437 - Long Island Sound Program |
| 4800A01226 | Emerging Contaminants in Small or Disadvantaged Communities - Grant #1 ("EC-SDC Grant #1") | $38,204,000 | 9/30/2029 | $15,412,733 | $3,794,607 | Safe Drinking Water Act: Sec. 1459A &Infrastructure Investment and Jobs Act (IIJA) (PL117-58) | 66.442 - Water Infrastructure Improvements for the Nation Small and Underserved Communities Emerging Contaminants Grant Program |
| 4800A01613 | Emerging Contaminants (EC) in Small or Disadvantaged Communities - Grant #2 ("EC-SDC Grant #2") | $19,249,000 | 9/30/2030 | $1,327,073 | $145 | Safe Drinking Water Act: Sec. 1459A & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.442 - Water Infrastructure Improvements for the Nation Small and Underserved Communities Emerging Contaminants Grant Program |
| 5A00A01208 | Clean Air Act - Cumulative Impact Analysis ("CAA-CIA") Grant | $681,932 | 9/30/2025 | $460,372 | $213,589 | 33 USC 4282 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.920 - Solid Waste Management |
| 4200A01215 | Post-Consumer Materials Management Infrastructure Grant Program (also known as the "SWIFR" Grant Program) | $410,563 | 9/30/2025 | $77,398 | $306,669 | | Infrastructure Financing - Save Our Seas Act Grants |
| 5U00A01250 | Clean Air Act - Air Sensors ("CAA-AS") Grant | $21,925 | 6/30/2029 | $0 | $0 | Clean Air Act: Sec. 103 Inflation Reduction Act: Sec. 60105c IRA | 66.034 - Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |
| 5Q00A01601 | Clean Air Act - Disadvantaged Communities Air Monitoring ("CAA-DCAM") Grant | $1,170,472 | 6/30/2029 | $284,082 | $46,611 | Clean Air Act: Sec. 103 Inflation Reduction Act: Sec. 60105(a) IRA | 66.034 - Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |
| **GRAND TOTAL:** | | **$74,882,892** | | **$25,855,033** | **$5,764,353** | | |

Data Updated 1/31/25

# EXHIBIT B

SENSITIVE BUT UNCLASSIFIED



**Account Profile Inquiry**

Date: 02/03/2025
Time: 4:48 PM

| | | |
|---|---|---|
| **ALC/Region:** 68128933 | **Agency Short Name:** RTP-Grants | **Account ID:** ▮▮▮▮ |
| **Recipient ID:** ▮▮▮ | **Recipient Short Name:** EQE | |

**Inquiry Results:**

### ACCOUNT DETAILS

| | |
|---|---|
| Requestor ID : | ▮▮▮ |
| Account ID : | ▮▮▮ |
| Account Description : | CERCLA 128(A) RESPONSE PROGRAM |
| 1031/LOC Account : | No |
| Account Type : | Regular Account |
| Group ID : | ▮▮ |
| Control Account : | No |
| Account Status Indicator : | Suspended |
| Available Balance : | $2,134,786.00 |
| Create Date : | 01/17/2023 |
| Begin Date : | 01/01/2023 |
| Performance Period End Date : | 09/30/2027 |
| End Date : | 01/30/2028 |
| TAS Distribution Method : | Percentage by Account |
| Allow Book Entry Adjustment : | Yes |
| Allow Warehoused Payments : | Yes |
| CMIA Indicator : | No |

### CUMULATIVE AUTHORIZATIONS

| | |
|---|---|
| Cumulative Authorized Amount : | $2,645,000.00 |
| Cumulative Authorized Amount Reset Period : | |
| Annual Reset Month : | |

### GRANT DETAILS

| | |
|---|---|
| Grant : | Yes |
| Federal Award Identification Number (FAIN) : | ▮▮▮ |
| CFDA Number : | ▮▮▮ |
| Total Estimated Grant Amount : | $0.00 |

### AGENCY PAYMENT REVIEW

| | |
|---|---|
| Agency Review : | No |
| Threshold Amount : | |
| Reason for Review : | |

### DRAW AMOUNTS

| | |
|---|---|
| Max Total Draw Amount : | |
| Max Daily Draw Amount : | |
| Max Monthly Draw Amount : | |
| Max Quarterly Draw Amount : | |

### AUTOMATED AUTHORIZATION RENEWALS

| | |
|---|---|
| Authorized Renewal Amount : | $0.00 |
| Certified Date : | |
| Renewal Frequency : | |
| Pending Renewal Frequency : | |
| Pending Automated Renewal Amount : | $0.00 |
| Rollover Reset Quarter : | |
| Default Action : | |

**1 of 1**

SENSITIVE BUT UNCLASSIFIED

# ASAP.gov
Automated Standard
Application for Payments
BUREAU OF THE FISCAL SERVICE

**Account Profile Inquiry**

Date: 02/03/2025
Time: 4:45 PM

**ALC/Region:**
68128933

**Agency Short Name:**
RTP-Grants

**Account ID:**
▮▮▮▮▮▮

**Recipient ID:**
▮▮▮▮

**Recipient Short Name:**
EQE

**Inquiry Results:**

## ACCOUNT DETAILS

| | | |
|---|---|---|
| Requestor ID | : | 2563074 |
| Account ID | : | ▮▮▮▮▮ |
| Account Description | : | LONG ISLAND SOUND WATERSHED |
| 1031/LOC Account | : | No |
| Account Type | : | Regular Account |
| Group ID | : | ▮▮▮ |
| Control Account | : | No |
| Account Status Indicator | : | Suspended |
| Available Balance | : | $9,576,543.93 |
| Create Date | : | 09/08/2022 |
| Begin Date | : | 10/01/2022 |
| Performance Period End Date | : | 07/31/2028 |
| End Date | : | 12/01/2028 |
| TAS Distribution Method | : | Percentage by Account |
| Allow Book Entry Adjustment | : | Yes |
| Allow Warehoused Payments | : | Yes |
| CMIA Indicator | : | No |

## CUMULATIVE AUTHORIZATIONS

| | | |
|---|---|---|
| Cumulative Authorized Amount | : | $10,500,000.00 |
| Cumulative Authorized Amount Reset Period | : | |
| Annual Reset Month | : | |

## GRANT DETAILS

| | | |
|---|---|---|
| Grant | : | Yes |
| Federal Award Identification Number (FAIN) | : | ▮▮▮▮ |
| CFDA Number | : | ▮▮▮▮ |
| Total Estimated Grant Amount | : | $0.00 |

## AGENCY PAYMENT REVIEW

| | | |
|---|---|---|
| Agency Review | : | No |
| Threshold Amount | : | |
| Reason for Review | : | |

## DRAW AMOUNTS

| | | |
|---|---|---|
| Max Total Draw Amount | : | |
| Max Daily Draw Amount | : | |
| Max Monthly Draw Amount | : | |
| Max Quarterly Draw Amount | : | |

## AUTOMATED AUTHORIZATION RENEWALS

| | | |
|---|---|---|
| Authorized Renewal Amount | : | $0.00 |
| Certified Date | : | |
| Renewal Frequency | : | |
| Pending Renewal Frequency | : | |
| Pending Automated Renewal Amount | : | $0.00 |
| Rollover Reset Quarter | : | |
| Default Action | : | |

**1  of  1**

SENSITIVE BUT UNCLASSIFIED



**Account Profile Inquiry**

Date: 02/03/2025
Time: 4:39 PM

**ALC/Region:**
68128933

**Agency Short Name:**
RTP-Grants

**Account ID:**
████████

**Recipient ID:**
████

**Recipient Short Name:**
EQE

**Inquiry Results:**

### ACCOUNT DETAILS

| | |
|---|---|
| Requestor ID : | ████████ |
| Account ID : | ████████ |
| Account Description : | MASSDEP EC-SDC GRANT PROGRAM |
| 1031/LOC Account : | No |
| Account Type : | Regular Account |
| Group ID : | ████ |
| Control Account : | No |
| Account Status Indicator : | Suspended |
| Available Balance : | $33,963,178.56 |
| Create Date : | 08/31/2023 |
| Begin Date : | 10/01/2023 |
| Performance Period End Date : | 09/30/2029 |
| End Date : | 01/30/2030 |
| TAS Distribution Method : | Percentage by Account |
| Allow Book Entry Adjustment : | Yes |
| Allow Warehoused Payments : | Yes |
| CMIA Indicator : | No |

### CUMULATIVE AUTHORIZATIONS

| | |
|---|---|
| Cumulative Authorized Amount : | $38,204,000.00 |
| Cumulative Authorized Amount Reset Period : | |
| Annual Reset Month : | |

### GRANT DETAILS

| | |
|---|---|
| Grant : | Yes |
| Federal Award Identification Number (FAIN) : | ████████ |
| CFDA Number : | ████████ |
| Total Estimated Grant Amount : | $0.00 |

### AGENCY PAYMENT REVIEW

| | |
|---|---|
| Agency Review : | No |
| Threshold Amount : | |
| Reason for Review : | |

### DRAW AMOUNTS

| | |
|---|---|
| Max Total Draw Amount : | |
| Max Daily Draw Amount : | |
| Max Monthly Draw Amount : | |
| Max Quarterly Draw Amount : | |

### AUTOMATED AUTHORIZATION RENEWALS

| | |
|---|---|
| Authorized Renewal Amount : | $0.00 |
| Certified Date : | |
| Renewal Frequency : | |
| Pending Renewal Frequency : | |
| Pending Automated Renewal Amount : | $0.00 |
| Rollover Reset Quarter : | |
| Default Action : | |

**1  of  1**

SENSITIVE BUT UNCLASSIFIED



**Account Profile Inquiry**

Date: 02/03/2025
Time: 4:42 PM

**ALC/Region:**
███████

**Agency Short Name:**
RTP-Grants

**Account ID:**
███████

**Recipient ID:**
██████

**Recipient Short Name:**
EQE

**Inquiry Results:**

### ACCOUNT DETAILS

| | |
|---|---|
| Requestor ID : | ████████ |
| Account ID : | ████████ |
| Account Description : | MASSDEP EC-SDC GRANT PROGRAM 2 |
| 1031/LOC Account : | No |
| Account Type : | Regular Account |
| Group ID : | ███ |
| Control Account : | No |
| Account Status Indicator : | Suspended |
| Available Balance : | $19,248,854.92 |
| Create Date : | 09/11/2024 |
| Begin Date : | 10/01/2024 |
| Performance Period End Date : | 09/30/2030 |
| End Date : | 01/30/2031 |
| TAS Distribution Method : | Percentage by Account |
| Allow Book Entry Adjustment : | Yes |
| Allow Warehoused Payments : | Yes |
| CMIA Indicator : | No |

### CUMULATIVE AUTHORIZATIONS

| | |
|---|---|
| Cumulative Authorized Amount : | $19,249,000.00 |
| Cumulative Authorized Amount Reset Period : | |
| Annual Reset Month : | |

### GRANT DETAILS

| | |
|---|---|
| Grant : | Yes |
| Federal Award Identification Number (FAIN) : | ████████ |
| CFDA Number : | 66442.000 |
| Total Estimated Grant Amount : | $0.00 |

### AGENCY PAYMENT REVIEW

| | |
|---|---|
| Agency Review : | No |
| Threshold Amount : | |
| Reason for Review : | |

### DRAW AMOUNTS

| | |
|---|---|
| Max Total Draw Amount : | |
| Max Daily Draw Amount : | |
| Max Monthly Draw Amount : | |
| Max Quarterly Draw Amount : | |

### AUTOMATED AUTHORIZATION RENEWALS

| | |
|---|---|
| Authorized Renewal Amount : | $0.00 |
| Certified Date : | |
| Renewal Frequency : | |
| Pending Renewal Frequency : | |
| Pending Automated Renewal Amount : | $0.00 |
| Rollover Reset Quarter : | |
| Default Action : | |

SENSITIVE BUT UNCLASSIFIED



**Account Profile Inquiry**

Date: 02/03/2025
Time: 4:52 PM

**ALC/Region:** ▮▮▮▮

**Agency Short Name:** RTP-Grants

**Account ID:** ▮▮▮▮

**Recipient ID:** ▮▮▮▮

**Recipient Short Name:** EQE

**Inquiry Results:**

## ACCOUNT DETAILS

| | |
|---|---|
| Requestor ID : | ▮▮▮▮ |
| Account ID : | ▮▮▮▮ |
| Account Description : | ENHANCING PROTECTION OF ENVIRO |
| 1031/LOC Account : | No |
| Account Type : | Regular Account |
| Group ID : | ▮▮▮▮ |
| Control Account : | No |
| Account Status Indicator : | Suspended |
| Available Balance : | $512,298.72 |
| Create Date : | 06/26/2023 |
| Begin Date : | 10/01/2023 |
| Performance Period End Date : | 09/30/2025 |
| End Date : | 01/30/2026 |
| TAS Distribution Method : | Percentage by Account |
| Allow Book Entry Adjustment : | Yes |
| Allow Warehoused Payments : | Yes |
| CMIA Indicator : | No |

## CUMULATIVE AUTHORIZATIONS

| | |
|---|---|
| Cumulative Authorized Amount : | $681,932.00 |
| Cumulative Authorized Amount Reset Period : | |
| Annual Reset Month : | |

## GRANT DETAILS

| | |
|---|---|
| Grant : | Yes |
| Federal Award Identification Number (FAIN) : | ▮▮▮▮ |
| CFDA Number : | ▮▮▮▮ |
| Total Estimated Grant Amount : | $0.00 |

## AGENCY PAYMENT REVIEW

| | |
|---|---|
| Agency Review : | No |
| Threshold Amount : | |
| Reason for Review : | |

## DRAW AMOUNTS

| | |
|---|---|
| Max Total Draw Amount : | |
| Max Daily Draw Amount : | |
| Max Monthly Draw Amount : | |
| Max Quarterly Draw Amount : | |

## AUTOMATED AUTHORIZATION RENEWALS

| | |
|---|---|
| Authorized Renewal Amount : | $0.00 |
| Certified Date : | |
| Renewal Frequency : | |
| Pending Renewal Frequency : | |
| Pending Automated Renewal Amount : | $0.00 |
| Rollover Reset Quarter : | |
| Default Action : | |

**1 of 1**

SENSITIVE BUT UNCLASSIFIED



**Account Profile Inquiry**

Date: 02/03/2025
Time: 4:49 PM

**ALC/Region:**
68128933

**Agency Short Name:**
RTP-Grants

**Account ID:**
███████

**Recipient ID:**
███████

**Recipient Short Name:**
EQE

**Inquiry Results:**

### ACCOUNT DETAILS

| | |
|---|---|
| Requestor ID : | ██████ |
| Account ID : | ████████ |
| Account Description : | RECYCLESMART MA INITIATIVE |
| 1031/LOC Account : | No |
| Account Type : | Regular Account |
| Group ID : | ████ |
| Control Account : | No |
| Account Status Indicator : | Suspended |
| Available Balance : | $79,315.03 |
| Create Date : | 08/09/2023 |
| Begin Date : | 10/01/2023 |
| Performance Period End Date : | 09/30/2025 |
| End Date : | 01/30/2026 |
| TAS Distribution Method : | Percentage by Account |
| Allow Book Entry Adjustment : | Yes |
| Allow Warehoused Payments : | Yes |
| CMIA Indicator : | No |

### CUMULATIVE AUTHORIZATIONS

| | |
|---|---|
| Cumulative Authorized Amount : | $410,563.00 |
| Cumulative Authorized Amount Reset Period : | |
| Annual Reset Month : | |

### GRANT DETAILS

| | |
|---|---|
| Grant : | Yes |
| Federal Award Identification Number (FAIN) : | ██████ |
| CFDA Number : | ██████ |
| Total Estimated Grant Amount : | $0.00 |

### AGENCY PAYMENT REVIEW

| | |
|---|---|
| Agency Review : | No |
| Threshold Amount : | |
| Reason for Review : | |

### DRAW AMOUNTS

| | |
|---|---|
| Max Total Draw Amount : | |
| Max Daily Draw Amount : | |
| Max Monthly Draw Amount : | |
| Max Quarterly Draw Amount : | |

### AUTOMATED AUTHORIZATION RENEWALS

| | |
|---|---|
| Authorized Renewal Amount : | $0.00 |
| Certified Date : | |
| Renewal Frequency : | |
| Pending Renewal Frequency : | |
| Pending Automated Renewal Amount : | $0.00 |
| Rollover Reset Quarter : | |
| Default Action : | |

1  of  1

SENSITIVE BUT UNCLASSIFIED



**Account Profile Inquiry**

Date: 02/03/2025
Time: 4:51 PM

| | | |
|---|---|---|
| **ALC/Region:** 68128933 | **Agency Short Name:** RTP-Grants | **Account ID:** ███████ |
| **Recipient ID:** ███████ | **Recipient Short Name:** EQE | |

**Inquiry Results:**

### ACCOUNT DETAILS

| | |
|---|---|
| Requestor ID : | ███████ |
| Account ID : | ███████ |
| Account Description : | MA AIR SENSOR PROGRAM 60105C |
| 1031/LOC Account : | No |
| Account Type : | Regular Account |
| Group ID : | ████ |
| Control Account : | No |
| Account Status Indicator : | Suspended |
| Available Balance : | $21,925.00 |
| Create Date : | 08/28/2024 |
| Begin Date : | 07/01/2024 |
| Performance Period End Date : | 06/30/2029 |
| End Date : | 10/30/2029 |
| TAS Distribution Method : | Percentage by Account |
| Allow Book Entry Adjustment : | Yes |
| Allow Warehoused Payments : | Yes |
| CMIA Indicator : | No |

### CUMULATIVE AUTHORIZATIONS

| | |
|---|---|
| Cumulative Authorized Amount : | $21,925.00 |
| Cumulative Authorized Amount Reset Period : | |
| Annual Reset Month : | |

### GRANT DETAILS

| | |
|---|---|
| Grant : | Yes |
| Federal Award Identification Number (FAIN) : | ███████ |
| CFDA Number : | ███████ |
| Total Estimated Grant Amount : | $0.00 |

### AGENCY PAYMENT REVIEW

| | |
|---|---|
| Agency Review : | No |
| Threshold Amount : | |
| Reason for Review : | |

### DRAW AMOUNTS

| | |
|---|---|
| Max Total Draw Amount : | |
| Max Daily Draw Amount : | |
| Max Monthly Draw Amount : | |
| Max Quarterly Draw Amount : | |

### AUTOMATED AUTHORIZATION RENEWALS

| | |
|---|---|
| Authorized Renewal Amount : | $0.00 |
| Certified Date : | |
| Renewal Frequency : | |
| Pending Renewal Frequency : | |
| Pending Automated Renewal Amount : | $0.00 |
| Rollover Reset Quarter : | |
| Default Action : | |

**1 of 1**

SENSITIVE BUT UNCLASSIFIED

# ASAP.gov
Automated Standard
Application for Payments
BUREAU OF THE FISCAL SERVICE

## Account Profile Inquiry

Date: 02/03/2025
Time: 4:50 PM

**ALC/Region:**
68128933

**Agency Short Name:**
RTP-Grants

**Account ID:**
███████

**Recipient ID:**
█████

**Recipient Short Name:**
EQE

## Inquiry Results:

### ACCOUNT DETAILS

| | |
|---|---|
| Requestor ID : | ██████ |
| Account ID : | ███████ |
| Account Description : | AMBIENT AIR MONITORING IN MASS |
| 1031/LOC Account : | No |
| Account Type : | Regular Account |
| Group ID : | ████ |
| Control Account : | No |
| Account Status Indicator : | Suspended |
| Available Balance : | $1,024,522.83 |
| Create Date : | 09/09/2024 |
| Begin Date : | 07/01/2024 |
| Performance Period End Date : | 06/30/2029 |
| End Date : | 10/30/2029 |
| TAS Distribution Method : | Percentage by Account |
| Allow Book Entry Adjustment : | Yes |
| Allow Warehoused Payments : | Yes |
| CMIA Indicator : | No |

### CUMULATIVE AUTHORIZATIONS

| | |
|---|---|
| Cumulative Authorized Amount : | $1,170,472.00 |
| Cumulative Authorized Amount Reset Period : | |
| Annual Reset Month : | |

### GRANT DETAILS

| | |
|---|---|
| Grant : | Yes |
| Federal Award Identification Number (FAIN) : | ██████ |
| CFDA Number : | ██████ |
| Total Estimated Grant Amount : | $0.00 |

### AGENCY PAYMENT REVIEW

| | |
|---|---|
| Agency Review : | No |
| Threshold Amount : | |
| Reason for Review : | |

### DRAW AMOUNTS

| | |
|---|---|
| Max Total Draw Amount : | |
| Max Daily Draw Amount : | |
| Max Monthly Draw Amount : | |
| Max Quarterly Draw Amount : | |

### AUTOMATED AUTHORIZATION RENEWALS

| | |
|---|---|
| Authorized Renewal Amount : | $0.00 |
| Certified Date : | |
| Renewal Frequency : | |
| Pending Renewal Frequency : | |
| Pending Automated Renewal Amount : | $0.00 |
| Rollover Reset Quarter : | |
| Default Action : | |

**1 of 1**