# Thomas-Jensen Affirmation

# Exhibit # 62

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **STATE OF NEW YORK, ET AL.**<br><br>    Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, in his Official Capacity as President of the United States, et al.**<br><br>    Defendants | C.A. No. 1:25-cv-00039-JJM-PAS |

**Declaration of Maria Moreira**
**Interim Executive Director**
**World Farmers, Inc.**

Maria Moreira declares as follows:

1. I am the Interim Executive Director of the World Farmers, Inc. (World Farmers). World Farmers is a 501(c)(3) nonprofit which advocates for and supports small-scale immigrant and refugee vegetable farmers from farm to market with access to land, farming infrastructure, and technical assistance in agricultural production, marketing, business development, and land acquisition. Among other things, World Farmers solicits grant money from other donors and government entities, including the federal government, to fund our work.

2. I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

1

3. I am providing this declaration to explain some of the adverse impacts of the threatened and actual suspensions and impoundments of federal grant funding resulting from: (1) President Trump's Executive Orders; (2) the memorandum "Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs," Matthew J. Vaeth, Acting Director of the Office of Management and Budget (January 28, 2025) ("OMB Memo"); and (3) other federal agency actions.

4. World Farmers continues to see impacts from the OMB Memo and resulting federal funding suspensions. In 2022, World Farmers was awarded a $ 749,810 grant by the U.S. Department of Agriculture Office of Partnerships and Public Engagement, award number AO222501X443G036. This grant program is funded by the federal Outreach and Assistance for Socially Disadvantaged Farmers and Ranchers and Veteran Farmers and Ranchers Program (OASDFR or "2501" Program).

5. World Farmers' grant project was developed to align with the 2501 grant program priorities to: Assist socially disadvantaged or veteran farmers and ranchers in owning and operating successful farms and ranches; Improve participation among socially disadvantaged or veteran farmers and ranchers in USDA programs; Build relationships between current and prospective farmers and ranchers who are socially disadvantaged or veterans and USDA's local, state, regional, and National offices; Introduce agriculture-related information to socially disadvantaged or veteran farmers and ranchers through innovative training and technical assistance techniques; and Introduce agricultural education targeting youth and beginning socially disadvantaged and veteran farmers and ranchers in rural and persistent poverty communities. Through these program priorities, our project has

been successful and has made a significant impact within our project's target audience.

6. World Farmers' grant is fully funded, and we utilize the federal government's ezFedGrants portal to submit our financial and performance reports to USDA program staff.

7. World Farmers does not presently have the ability to submit our reports directly into the portal. Below are screenshots to demonstrate the absence of any actionable items once "Report" is selected. The first screenshot shows World Farmers' grant in the ezFedGrants system. The second screenshot shows no "Actionable Item" when the report function is selected, offering no mechanism to attach and submit our report.





8.   We continue to be concerned that system errors and portal changes such as this show us as non-compliant and limit our ability to freely deliver on our reporting requirements as dictated by our funder, as shown in the below screenshot of a PowerPoint slide provided to all grantees at time of onboarding and award. The system must be adjusted to ensure clear communication on grant and report status between funder and grantee. Changes in the system without formal notice from our funder, in conjunction with notice from other grantees of their funds being withheld, seeds doubt and concern in our ability to continue to implement this project as awarded.

## SEMI-ANNUAL REPORTING REQUIREMENTS

### Performance / Progress Reporting

- Due on a semi-annually
- Submit via ezFedGrants
- Template provided
- Details!
- **IMPACT!**
- Address the outputs, outcomes, and performance measures
- Must be signed (certified)
- Due 30 days after the end of the reporting period

*Delinquent reports result in withholding of funds

### Financial Reporting

- Due on a semi-annually
- Submit via ezFedGrants
- SF-425 Federal Financial Report
- Must use current forms
- This is a cumulative form
- Must be entirely filled out
- Must be signed
- Due 30 days after the end of the reporting period

*Delinquent reports result in withholding of funds

OASDVFR@usda.gov
U. S. Department of Agriculture – www.USDA.gov/partnerships

14

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:   February 6, 2025                         _____
                                                  Maria Moreira

5