# Thomas-Jensen Affirmation

# Exhibit # 67

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF NEW YORK; et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; et al.,<br><br>        Defendants. | C.A. No. 1:25-cv-00039-JJM-PAS |

## DECLARATION OF PAUL G. PINSKY

I, Paul G. Pinsky declare as follows:

1.  I am a resident of the State of Maryland. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.  I am the Director of the Maryland Energy Administration (MEA) and have held this position since 2023. Prior to holding this position, I served seven terms as a State Senator in the Maryland legislature.

3.  The Maryland Energy Administration's mission is to promote clean, affordable, reliable energy and energy-related greenhouse gas emission reductions to benefit Marylanders in a just and equitable manner.

4.  As MEA Director, I have responsibility for executing the mission and leading the staff of MEA in accomplishing State energy goals. I am also responsible for the day-to-day operations of the agency including its budget and finances.

1

5.  On or about January 4, 2024, MEA applied for early administrative funding from the U.S. Department of Energy (DOE) Home Efficiency Rebates Program established pursuant to Section 50121 of the Inflation Reduction Act of 2022. Grant funds from this program are intended to be used to provide rebates for single family and multifamily households completing eligible whole home energy efficiency upgrades.

6.  On or about July 2, 2024, MEA received confirmation from DOE that MEA had been awarded early administration grant funds. These early administrative grant funds total $721,176.34. On or about January 14, 2025, MEA received confirmation from DOE that MEA had conditionally been awarded additional grant funds. These additional grant funds total $67,751,427.66.

7.  MEA used the early administrative grant funds awarded under this program to hire a program manager to work on the grant project.

8.  To the extent early administration grant funds awarded from this program are unavailable, MEA will be required to reallocate agency funds to pay the salary of the program manager hired to work on the grant project.

9.  On or about January 4, 2024, MEA applied for the DOE Home Electrification and Appliance Rebate Program established pursuant to Section 50122 of the Inflation Reduction Act of 2022. Grant funds from this program are intended to be used to provide rebates for single family and multifamily households completing eligible residential electrification projects.

10. On or about July 8, 2024, MEA received confirmation from DOE that MEA had been awarded early administration grant funds. These funds total $721,176.34. On or about January 14, 2025, MEA received confirmation from DOE that MEA had conditionally been awarded additional grant funds. These additional grant funds total $67,491,363.66.

2

11. MEA used the early administrative grant funds awarded under this program to hire a program manager to work on the grant project.

12.  To the extent that early administration grant funds awarded from this program are unavailable, MEA will be required to reallocate agency funds to pay the salary of the program manager hired to work on the grant project.

13. To the extent the additional grant funds intended to promote residential efficiency improvement projects are made unavailable to MEA, it may impede the State of Maryland's ability to secure the benefits of reduced residential energy demand. Similarly, to the extent that additional grant funds for home electrification projects are made unavailable, it may impact the State's ability to meet its climate goals. In total, these two programs represent over $130 million in potential funding for home electrification and energy efficiency improvements.

14. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of February, 2025, in Baltimore, Maryland.

_____

Paul G. Pinsky
Director
Maryland Energy Administration