# Thomas-Jensen Affirmation

# Exhibit # 70

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK; et al.,

Plaintiffs,

v.

DONALD TRUMP, in his official capacity as
President of the United States; et al.,

Defendants.

C.A. No. 1:25-cv-00039-JJM-PAS

## DECLARATION OF PORTIA Y. WU, MARYLAND SECRETARY OF LABOR

I, Portia Y. Wu, declare as follows:

1.       I am a resident of the State of Maryland. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.       I am currently employed by the Maryland Department of Labor as Secretary of Labor.

3.       The Maryland Department of Labor is responsible for connecting Marylanders to good jobs; protecting workers, consumers, and the public; supporting Maryland businesses; and fostering economic growth and competitiveness.  The Department administers a wide range of federally funded workforce and training programs, including but not limited to those authorized by the Workforce Innovation and Opportunity Act (WIOA), that are vital to Maryland's economic stability and workforce development.

1

4.      As Maryland Secretary of Labor, I have access to comprehensive reports and financial records that detail the allocation and distribution of federal funding received by the Maryland Department of Labor. Additionally, my role includes overseeing the implementation and compliance of federally funded programs within the agency, ensuring all expenditures align with federal guidelines and regulations.

5.      These programs include programs and services funded by the U.S. Department of Labor, Employment and Training Administration under WIOA Titles I and III and through Quality Jobs, Equity, Strategy, and Training (QUEST) Disaster Recovery Dislocated Worker Grants (DWG), WIOA Title II Adult Education and Family Literacy Act funding through the Office of Career, Technical and Adult Education of the U.S. Department of Education, as well as by the U.S. Department of Commerce, Economic Development Administration under the Good Jobs Challenge (GJC) initiative, under which the Department administers its "Maryland Works for Wind" program. As of January 31, 2025, the Maryland Department of Labor's unspent balances were more than $80 million under WIOA; more than $3 million under QUEST/DWG; and more than $16 million under GJC.

6.      WIOA funding supports programs at the state's 33 American Job Centers, in partnership with 13 local workforce entities delivering career services, job training, rapid response initiatives for displaced workers, and educational opportunities for English language learners and individuals seeking a high school diploma. In 2024 alone, over 140,000 Marylanders benefitted from WIOA funded services. A halt to this funding would disrupt these critical services and deprive thousands of job seekers and businesses of essential support, potentially leading to significant economic disruption.

7.    The QUEST/DWG grants support two projects: (1) training and supportive services to workers in Western Maryland impacted by layoffs (2) training and supportive services to formerly incarcerated individuals in Maryland. Without this funding, roughly 300 Marylanders would lose access to the job training and reentry support necessary for economic self-sufficiency.  The loss of these services would harm businesses in need of skilled workers and exacerbate recidivism rates.

8.    The Maryland Works for Wind grant program under the GJC initiative supports training and job placement in high-demand sectors such as the skilled trades, manufacturing, and transportation and logistics critical to Maryland's offshore wind industry. To date, nearly 1,400 Marylanders have already been upskilled or placed into employment through this initiative. Without this funding, at least 2,000 additional Marylanders would be denied career advancement, stalling economic growth and undermining Maryland's clean energy workforce development efforts.

9.    The Maryland Department of Labor has planned and allocated funding for staffing, business support, career services, occupational training, educational services, and youth programming based on the promised federal grants. A pause in these funds would result in thousands of Maryland residents losing access to essential workforce development services, jeopardizing employment prospects, business operations, and economic stability.

10.    The uncertainty surrounding federal reimbursement has already created an immediate chilling effect on program operations, threatening to halt training initiatives, career counseling, education services, registered apprenticeships, and supportive services. The Department has received questions from providers about whether they should pause services and questions about whether these funding streams will continue. The disruption of these services

3

would cause lasting economic harm, weakening Maryland's workforce pipeline, diminishing business recruitment efforts, and undermining long-term regional competitiveness.

11.    Over the next 3 months, the Maryland Department of Labor is scheduled to receive at least $10 million dollars in federal disbursements under existing grant agreements pertaining to the aforementioned programs. This includes payments under WIOA and QUEST grants, as well as under the GJC initiative. The failure to receive these funds would force service reductions, affecting thousands of workers and businesses statewide.

12.    The impact of this potential funding freeze is immediate and severe. The livelihoods of thousands of Maryland residents and the economic stability of the state depend on the continued disbursement of these federal funds. Moreover, the funding freeze would significantly impact the Maryland Department of Labor's ability to sustain ongoing program operations and force the Department to reduce essential services - which are critical to maintaining workforce development efforts. Without immediate relief, the pause in federal assistance will inflict irreparable harm on workforce programs, training initiatives, and job placement services, crippling the very communities these grants are intended to support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2025, at Annapolis, Maryland.

Portia Y. Wu, Maryland Secretary of Labor