# Thomas-Jensen Affirmation

# Exhibit # 81

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **STATE OF NEW YORK, ET AL.** <br><br> **Plaintiffs,** <br><br> v. <br><br> **DONALD TRUMP, in his Official Capacity as President of the United States, et al.** <br><br> **Defendants** | C.A. No. 25-cv-39-JJM-PAS |

**Declaration of R.T. Rybak**
**President & Chief Executive Office**
**The Minneapolis Foundation**

R.T. Rybak declares as follows:

1. I am the President and Chief Executive Office of the Minneapolis Foundation. The Minneapolis Foundation is a charitable foundation focused on education, economic mobility, and the environment. Among other things, the Minneapolis foundation makes grants and solicits grant money from other donors and government entities, including the federal government.

2. I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

3. I am providing this declaration to explain some of the adverse impacts of the threatened and actual suspensions and impoundments of federal grant funding resulting from:

1

(1) President Trump's Executive Orders; (2) the memorandum "Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs," Matthew J. Vaeth, Acting Director of the Office of Management and Budget (January 28, 2025) ("OMB Memo"); and (3) other federal agency actions.

4. The Minneapolis Foundation continues to see impacts from federal funding suspensions. In 2023 and 2024, the Minneapolis Foundation was awarded $60 million in grant funds by the Environmental Protection Agency as a Regional Grantmaker under the EPA's Environmental Justice Thriving Communities grant program. Of the $60 million, $48 million is available for subgrants, and $12 million for administrative costs. This grant program is funded by the Federal Inflation Reduction Act ("IRA"). The grant covers EPA Region V, which includes Indiana, Illinois, Michigan, Minnesota, Ohio, and Wisconsin.

5. The Environmental Justice Thriving Communities grant program makes funding available to assist small community-based organizations in accessing federal environmental justice funding, responding to community feedback about the need to reduce barriers to federal funds, and improving the efficiency of the awards process to ensure communities that have long faced underinvestment can access the benefits of the IRA. Communities can apply to the Minneapolis Foundation for a subgrant to fund a range of different rural and urban environmental and public health project activities, including (but not limited to) small local cleanups, local preparedness for extreme weather events, environmental workforce development programs for local jobs, air quality and asthma related projects, healthy homes programs, and projects addressing illegal dumping.

6. The Minneapolis Foundation's grant is fully funded, and we have been

accessing the funds through the federal government's ASAP (Automated Standard Application of Payments) portal.

7.  The Minneapolis Foundation's access to the funding account in the ASAP portal is presently suspended. Below are screenshots from the ASAP portal showing the suspensions:



| | |
|---|---|
| **ALC/Region:** 68128933 | **Agency Short Name:** RTP-Grants |
| **Recipient ID:** 2724154 | **Recipient Short Name:** MPLS FDN |

**Account Profile Inquiry**

Date: 02/06/2025
Time: 1:37 PM

**Inquiry Results:**

**ACCOUNT DETAILS**

- Requestor ID : 2724154
- Account ID : [redacted]
- Account Description : GRANTMAKER - SUBSEQUENT AWARD
- 1031/LOC Account : No
- Account Type : Regular Account
- Group ID : 51232
- Control Account : No
- Account Status Indicator : Suspended
- Available Balance : $52,000,000.00
- Create Date : 09/30/2024
- Begin Date : 10/01/2024
- Performance Period End Date : 09/30/2027

**GRANT DETAILS**

- Grant : Yes
- Federal Award Identification Number (FAIN) [redacted]
- CFDA Number : 66615.000
- Total Estimated Grant Amount : $0.00

**AGENCY PAYMENT REVIEW**

- Agency Review : No
- Threshold Amount :
- Reason for Review :

**DRAW AMOUNTS**

- Max Total Draw Amount :
- Max Daily Draw Amount :

3

**SENSITIVE BUT UNCLASSIFIED**



**Account Profile Inquiry**

Date: 02/06/2025
Time: 1:35 PM

**ALC/Region:** 68128933
**Agency Short Name:** RTP-Grants
**Account ID:** [redacted]

**Recipient ID:** 2724154
**Recipient Short Name:** MPLS FDN

**Inquiry Results:**

### ACCOUNT DETAILS
- **Requestor ID:** 2724154
- **Account ID:** [redacted]
- **Account Description:** FOUNDATION TCGM GRANT 1
- **1031/LOC Account:** No
- **Account Type:** Regular Account
- **Group ID:** 51232
- **Control Account:** No
- **Account Status Indicator:** Suspended
- **Available Balance:** $6,821,965.46
- **Create Date:** 07/16/2024
- **Begin Date:** 04/01/2024
- **Performance Period End Date:** 03/31/2027
- **End Date:** 08/02/2027
- **TAS Distribution Method:** Percentage by Account
- **Allow Book Entry Adjustment:** Yes

### GRANT DETAILS
- **Grant:** Yes
- **Federal Award Identification Number (FAIN):** [redacted]
- **CFDA Number:** 66615.000
- **Total Estimated Grant Amount:** $0.00

### AGENCY PAYMENT REVIEW
- **Agency Review:** No
- **Threshold Amount:**
- **Reason for Review:**

### DRAW AMOUNTS
- **Max Total Draw Amount:**
- **Max Daily Draw Amount:**
- **Max Monthly Draw Amount:**
- **Max Quarterly Draw Amount:**

### AUTOMATED AUTHORIZATION RENEWALS

8.	Continued suspensions of the grant funds will hamper the Minneapolis Foundation's efforts to fulfill its mission and the purposes of this already-awarded grant. It will also negatively affect the communities we serve.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 2/6/25

_____
R.T. Rybak