# Thomas-Jensen Affirmation

# Exhibit # 103

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK; et al., | |
| Plaintiffs, | |
| v. | C.A. No. 1:25-cv-00039-JJM-PAS |
| DONALD TRUMP, in his official capacity as President of the United States; et al., | |
| Defendants. | |

## <u>DECLARATION OF IREM TUMER</u>

I, Irem Tumer, declare as follows:

1. I am Irem Tumer, Vice President for Research and Innovation at Oregon State University.

2. I submit this declaration as evidence in further support of Plaintiff's Motion for a Preliminary Injunction. The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

3. Oregon State University is the land grant university of the State of Oregon, a Carnegie Classification of Institutions of Higher Education Research I designated institution, and one of three land, sea, space, and sun grant universities in the United States.

4. Oregon State University is committed to teaching, research, and outreach and engagement. The university promotes economic, social, cultural and environmental progress for the people of Oregon, the nation, and the world.

5. Oregon State University has approximately 36,636 students and approximately 2,800 faculty. Approximately 3,770 Oregon State University faculty, staff, and students have been paid on federal grants for the university's 2025 fiscal year (July 1, 2024 – December 31, 2024; ending June 30, 2025).

1

6. Oregon State University conducts cutting edge research with internationally recognized researchers in collaboration with other universities; state, national, and international government entities; nonprofit organizations, and commercial entities. Research at Oregon State University creates knowledge that leads to innovations, commercial products and services, and supports the launch and growth of research-based startups in fields such as medicine and energy storage.

7. Oregon State University's total federally funded research expenditures for the university's 2024 fiscal year (July 1, 2023 – June 30, 2024) averaged between $23.9 million to $44.6 million per month.

8. Oregon State University's total federally funded research expenditures for the university's 2025 fiscal year (July 1, 2024 – December 31, 2024, ending June 30, 2025) averaged between $23.7 million to $37.3 million per month.

9. Oregon State University's top three federal funding agencies for the university's 2025 fiscal year (July 1, 2024 - December 2024; ending June 30, 2025), are the National Science Foundation ($46.4 million), Department of Energy ($36.2 million), and Department of Agriculture ($33.8 million).

10. Oregon State University's federal funding generates additional funding for university research and substantial economic benefits to the broader community. For example, the Oregon Sea Grant program supports coastal counties. Nationally, coastal counties contribute 46% of U.S. gross domestic product and 39% of jobs in the U.S. Oregon Sea Grant received approximately $4 million in federal funding for the university's 2024 fiscal year. That funding generated an additional $7.2 million in funding, resulting in $14 million in economic benefits to Oregonians, including environmental literacy and workforce development, resilient communities and economies, sustainable fisheries and aquaculture, and healthy coastal ecosystems.

11. The White House Office of Management and Budget released a memorandum initiating a federal funding freeze, M-25-13, on 1/27/2025, scheduled to take effect 1/28/2025 at 5:00 PM Eastern Time.

12. Since the release of the OMB memo, M-25-13, Oregon State University has experienced impacts to federally funded grants ranging from termination, payment delinquency for work already completed, budget reduction, and withdrawn opportunities. Even a temporary pause on the issuance of new awards and on the disbursement of federal funds for open awards would have broad impacts on the work of the university.

13. Oregon State University has received five total stop work orders from federal agencies, at least one stop work order explicitly resulting from the OMB memo and sent to OSU on 1/28/25.

14. Oregon State University received a memorandum on 1/22/25 from the U.S. Geological Survey, U.S. Department of the Interior, for Cooperative Agreement G23AC00657 directing a cessation of all related research activities under the agreement. See Exhibit A.

15. Oregon State University received an email on 1/27/25 from the U.S. Department of Agriculture for Award FX24BF-10777R014 to pause all activities under the Borlaug Fellowship Agreement, including to "hold off utilizing remaining research funds." See Exhibit B.

16. Oregon State University received a letter dated 1/28/25 to the Oregon State University Foundation from USAID for Agreement 72ASHA21GR00001 directing all work under the agreement to stop immediately upon receipt of the letter. See Exhibit C. Pausing or discontinuing HIV/AIDS programs threatens global health security by increasing the risk of drug-resistant HIV strains and cross-border disease transmission. Without consistent intervention, the situation could spiral into a global health crisis.

17. Oregon State University received an email on 1/28/25 at 9:43 AM from U.S. Fish & Wildlife Service on Award F21AC00199 to pause spending. See Exhibit D.

18. Oregon State University received an email on 2/04/25 from the Forest Service International Foundation for Subaward No. OSU-322-2024-101-00, to USDA-FS Award 24-DG-1113627, that the award was being terminated. See Exhibit E.

19. Oregon State University, including its university researchers and support staff, was unable to access some federal agency payment portals as of at least 2:00 Pacific Time on 1/28/25.

20. Oregon State University could not access the National Science Foundation payment system portal until Sunday, 2/02/25, approximately 9:26 AM Pacific Time. This resulted in delays in payment requests to the agency and failures by the agency to fulfill valid payment requests submitted prior to the portal's closure.

21. Oregon State University has four National Science Foundation fellows who are paid directly by the National Science Foundation. At least one of those fellows could not access the National Science Foundation's payment portal from 1/31/25 to 2/02/25 to receive their January paycheck.

22. Oregon State University received notices from federal agencies of the new executive orders, OMB memo, or both. Some of these notices were received on or after 1/28/25.

23. Oregon State University received notice of the administrative stay in the National Council of *Nonprofits, et. al. v. OMB et. al.* lawsuit, and could not access the NSF payment portal until 2/02/25.

24. Oregon State University received notice of OMB's rescission of M-25-13 via M-25-14 on 1/29/25, and could not access the National Science Foundation payment portal until 2/02/25.

25. Oregon State University received notice of the White House Press Secretary's statement on 1/29/25 that rescission of the OMB memo was not a rescission of the federal funding freeze, and could not access the National Science Foundation payment portal until 2/02/25.

26. Oregon State University received notice of the temporary restraining order in this case on 1/31/25, and could not access the NSF payment portal until 2/02/25.

27. Oregon State University has received no information from the National Science Foundation on processing timelines in the NSF payment portal, now that the portal is reopen.

28. Oregon State University has been able to access other agencies' payment system. However, there has been disparity on the outcomes of that access. In some instances, we've received payments, while in

others we've received rejections that need to be resubmitted, and in others appear to have payments delayed.

29. As of the date of this declaration, the lack of clarity on the federal directives, lack of federal agency guidance, and the disparate federal agency payment portal accessibility has caused much confusion and concern for Oregon State University researchers. This has made continuing research, planning future research endeavors, and engaging in fundamental research community collaboration such as peer reviews, federal research panels and committees, and conferences, challenging during the period of the federal funding freeze and thereafter, with impacts likely to extend for years to come.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of February, at Barcelona, Spain.

DocuSigned by:

Irem Tumer

266BD680B5B84CA...

IREM TUMER
Vice President for Research and Innovation
Oregon State University

# EXHIBIT A



**United States Department of the Interior**
U.S. GEOLOGICAL SURVEY
Office of Acquisition and Grants
12201 Sunrise Valley Drive, MS 205
Reston, VA 20192



MEMORANDUM

TO:        Megan Jones, Courtesy Faculty, Oregon State University
           Jennifer Creighton, Associate VP for Research Adm., Finance & Ops

FROM:      Sherri Bredesen, Contracting Officer

DATE:      January 22, 2025

RE:        Termination of DEIA related activities under Cooperative Agreement
           G23AC00657 - "Institutionalizing Inclusion in the USFWS: A Research Study"

---

Pursuant to Executive Orders entitled *Ending Radical and Wasteful Government DEI Programs and Preferencing*; *Initial Recissions of Harmful Executive Orders and Actions*, which rescinded several Executive Orders related to racial equity, support for underserved communities, promotion of environmental justice, and diversity, equity, inclusion, and accessibility (DEIA); and OPM Memorandum dated, January 21, 2025, entitled *Initial Guidance Regarding DEIA Executive Orders*; you are hereby directed to cease all related research activities with regard to Cooperative Agreement G23AC00657 - RWO 136 "Institutionalizing Inclusion in the USFWS: A Research Study":

The awarded proposal objectives were as follows:

- To conduct a discourse analysis of conservation narratives in the USFWS that might include or exclude conservationists from historically underrepresented and underserved groups.
- To understand how efforts to recruit and retain staff from historically unrepresented groups can scale up across multiple initiatives and programs to create organizational change.

All Grant and Cooperative Agreement activities supported by federal assistance funds related to any of the above must cease immediately. Further direction will be provided as it becomes available.

I can be reached by email at sbredesen@usgs.gov with any questions.

SHERRI
BREDESEN

Digitally signed by SHERRI
BREDESEN
Date: 2025.01.22 16:20:53
-05'00'

Sherri Bredesen
Contracting Officer

# EXHIBIT B

**From:** West, Joyce - TFAA-FAS, DC <joyce.west@usda.gov>
**Sent:** Monday, January 27, 2025 10:52 AM
**To:** Riggio, Mariapaola <mariapaola.riggio@oregonstate.edu>; Vega Gutierrez, Patricia Teresa <patricia.vega@oregonstate.edu>
**Cc:** Flach, Andrew - TFAA-FAS, DC <Andrew.Flach@usda.gov>
**Subject:** Follow Up/Reciprocal visit USDA FAS Borlaug Fellowship Program - Peru Dr. Marco Aurelio Rebaza

[This email originated from outside of OSU. Use caution with links and attachments.]
Good afternoon,

We've been directed to notify you to pause activities under the Borlaug Fellowship agreement; please hold off utilizing remaining research funds.

We will provide an update once we have more guidance.

Thank you.

Best,

Joyce

Joyce West
International Program Specialist
Office of Global Programs/Fellowship Programs Division
Foreign Agricultural Service
United States Department of Agriculture
1400 Independence Ave. SW, 6640-B  Washington, DC  20250


Joyce.West@usda.gov

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

# EXHIBIT C



January 28, 2025

Aaron Shonk
Oregon State University Foundation
aaron.shonk@osufoundation.org

**Subject: Stop-Work Order for Agreement 72ASHA21GR00001**

Greetings:

Pursuant to the FAR 52.242-15 Stop-Work Order clause in the agreement **72ASHA21GR00001**,Oregon State University Foundation is directed to stop all work under Agreement No. **72ASHA21GR00001**, effective immediately upon receipt of this notice.

**Scope of Stop-Work Order:**

This Stop-Work Order applies to all work under the contract.

**Reason for Stop-Work Order:**

In accordance with the President's Executive Order on Reevaluating and Realigning United States Foreign Aid and additional direction provided by the Department of State, USAID is pausing all new obligations of funding and sub-obligations of funding under Development Objective Agreement (DOAGs), pending a review of foreign assistance programs funded by USAID.

This Stop-Work Order is issued following Notice on Implementation of Executive Order: Reevaluating and Realigning United States Foreign Aid issued on January 24, 2025, directing Contracting and Agreement Officers to immediately issue stop-work orders, amend, or suspend existing awards consistent with the terms of the award pending review for alignment with administration priorities.

**Contractor Responsibilities:**

1. **Cease Work**: Immediately cease all work related to the contract, except as necessary to comply with this order.
2. **Minimize Costs**: Take all reasonable steps to minimize costs incurred as a result of this Stop-Work Order.

Per the January 24, 2025 Notice on Implementation of Executive Order: Reevaluating and Realigning United States Foreign Aid, The Secretary of State has approved waivers of the pause under the Executive Order, subject to further review, with respect to:

Exhibit C to Tumer Declaration
Page 1 of 2

- Emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance;
- On a temporary basis, salaries and related administrative expenses, including travel, for all categories of personal services contractors;
- Legitimate expenses incurred prior to January 24, 2025, under existing awards or legitimate expenses associated with stop-work orders, suspensions, or pause-related amendments; and
- Exceptions to the pause approved by the Director of Foreign Assistance.

**Duration of Stop-Work Order:**

This Stop-Work Order will remain in effect for **90 calendar days**, unless canceled or modified in writing by the Agreement Officer per FAR 52.242-15. During this period, no work shall be performed, and no additional costs shall be incurred without prior written authorization.

**Resolution or Cancellation:**

The Agreement Officer will provide further instructions regarding:

- The resumption of work.
- Modification or termination of the contract, if applicable.

**Points of Contact:**

If you have questions or require further clarification, please contact your Agreement Officer.

**Acknowledgment of Receipt:**

Please acknowledge receipt of this Stop-Work Order immediately by email to the Agreement Officer.

Your cooperation and compliance with this directive are essential. USAID appreciates your prompt attention to this matter and your commitment to fulfilling the terms of the contract while adhering to this Stop-Work Order.

Sincerely,

*Raymond Jennings*

Raymond Jennings
Agreement Officer
United States Agency for International Development

cc: Azara Turaki

Exhibit C to Tumer Declaration
Page 2 of 2

# EXHIBIT D

**From:** Marcum, Samantha <samantha_marcum@fws.gov>
**Sent:** Tuesday, January 28, 2025 9:43 AM
**To:** FW8 Habitat Restoration Division <FW8_Habitat_Restoration_Division@fws.gov>
**Cc:** FW8 Habitat Restoration Supervisors <FW8_Habitat_Restoration_Supervisors@fws.gov>
**Subject:** URGENT: Hold all financial assistance spending
**Importance:** High

Hi Partners and Coastal team-

Please see information below in John Huffman's email regarding the expenditure of funds for **ALL financial assistance (i.e., contracts and cooperative agreements funded by 1121, 1124, BIL, IRA, etc)**. This is an evolving situation. We were just informed that award recipients/cooperators need to pause spending for any agreement regardless of funding source.

**Please also note per John's email: "I do not know if payments will be processed in ASAP up to the indicated 5pm [EST] deadline today [1/28/2025] or if they are already receiving a notice that payment is under agency review.  If your cooperators can advise you of what they are seeing please share it with me as it would be helpful to know."**

Also, please note from John's email: "Until such guidance and clarity is available, I recommend assuring our cooperators we are aware and working tirelessly to get awards/payments from Coastal and PFW Program's cleared as quickly as possible."

If you have questions, please call your State or Regional Coordinator directly. We will keep you apprised of the situation as it unfolds.

Thank you-

Samantha

_____

Samantha Marcum (she/her)

Habitat Restoration Division Lead

U. S. Fish & Wildlife Service

Pacific Southwest Region

(916) 201-3938

Learn more about our programs:

**Partners Program | Facebook**

**Coastal Program | Facebook**

🐾 🐦 🐟 🦌 🐻

---

**From:** Huffman, John <john_huffman@fws.gov>
**Sent:** Tuesday, January 28, 2025 8:37
**To:** Gonzales, David <david_gonzales@fws.gov>; Grant, Colleen E <colleen_grant@fws.gov>; Wilhelm, Don <don_wilhelm@fws.gov>; Cookson, Mark <mark_cookson@fws.gov>; Marcum, Samantha <samantha_marcum@fws.gov>; Darnell, Chris <chris_darnell@fws.gov>; Leary, Pete <pete_leary@fws.gov>; Mosley, Sherri <sherri_mosley@fws.gov>; Pierluissi, Sergio <sergio_pierluissi@fws.gov>; Daigneault, Michael J <michael_daigneault@fws.gov>; Eng, Chris <chris_eng@fws.gov>; Moshogianis, Andreas M <andreas_moshogianis@fws.gov>; Mattheiss, Jeffrey P <jeffrey_mattheiss@fws.gov>; Stonehouse, Kourtney F <kourtney_stonehouse@fws.gov>; Littlejohn, Jalene <jalene_littlejohn@fws.gov>; Connell, Lauren C <lauren_connell@fws.gov>; Sawabini, Anna (Annie) <anna_sawabini@fws.gov>; Freiday, Elizabeth <Elizabeth_Freiday@fws.gov>; Collier, Jessica J <jessica_collier@fws.gov>; Brumbelow, Thomas R <thomas_brumbelow@fws.gov>; Williams, Scott <scott_williams@fws.gov>; Milley, Brad J <brad_milley@fws.gov>
**Cc:** DeVore, Debbie <debbie_devore@fws.gov>; Daisey, Amanda <Amanda_Daisey@fws.gov>; Christopher, Edwin A <edwin_christopher@fws.gov>; Wallace, Jon <jon_wallace@fws.gov>
**Subject:** Re: Hold all BIL funded project spending

All,
By now you and many of our cooperators have seen the news articles and an accompanying OMB memo (https://www.cnn.com/2025/01/27/politics/white-house-pauses-federal-grants-loan-disbursement/index.html)

The OMB memo states "..., *to the extent permissible under applicable law, Federal agencies must temporarily pause all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency*
*activities that may be implicated by the executive orders, including, but not limited to, financial assistance for foreign aid, nongovernmental organizations, DEI, woke gender ideology, and the green new deal.* " The memo further states the pause will start today Tuesday, Jan 28th at 5pm.

At least temporarily, this is being considered to apply to **all** fund sources not just BIL and IRA as previously understood and affect previous awards as well as pending or recent awards.

I do not know if payments will be processed in ASAP up to the indicated 5pm deadline today or if they are already receiving a notice that payment is under agency review. If your cooperators can advise you of what they are seeing please share it with me as it would be helpful to know. Our colleagues in FASO and us are working to clarify the details in hopes to resolve this circumstance as quickly as possible and provide additional guidance on how to proceed including messaging to our cooperators.

Until such guidance and clarity is available, I recommend assuring our cooperators we are aware and working tirelessly to get awards/payments from Coastal and PFW Program's cleared as quickly as possible.

The timeframe for such clearance is uncertain.

As evidenced of the last 24 hours, things are changing quickly and new information is coming out everyday. So I employ you all to stay calm, be patience, communicate what we know and what we don't.

This will get resolved and I hope in short order

Warmest regards to all,
John

John Huffman

Chief, Branch of Habitat Restoration

National Wildlife Refuge System, Division of Natural Resources and Conservation Planning

5275 Leesburg Pike, Mail Stop: NWRS

Falls Church, VA 22041

cell #: 281-682-3598


Learn more about our programs online:

Coastal Program

Coastal Program | Facebook | YouTube | Medium


Partners for Fish and Wildlife Program

Partners Program | Facebook


Farm Bill Conservation Program

Farm Conservation


---

**From:** Huffman, John <john_huffman@fws.gov>
**Sent:** Monday, January 27, 2025 5:14 PM
**To:** Gonzales, David <david_gonzales@fws.gov>; Grant, Colleen E <colleen_grant@fws.gov>; Wilhelm, Don
<don_wilhelm@fws.gov>; Cookson, Mark <mark_cookson@fws.gov>; Marcum, Samantha
<samantha_marcum@fws.gov>; Darnell, Chris <chris_darnell@fws.gov>; Leary, Pete <pete_leary@fws.gov>;
Mosley, Sherri <sherri_mosley@fws.gov>; Pierluissi, Sergio <sergio_pierluissi@fws.gov>; Daigneault, Michael J
<michael_daigneault@fws.gov>; Eng, Chris <chris_eng@fws.gov>; Moshogianis, Andreas M
<andreas_moshogianis@fws.gov>; Mattheiss, Jeffrey P <jeffrey_mattheiss@fws.gov>; Stonehouse, Kourtney F
<kourtney_stonehouse@fws.gov>; Littlejohn, Jalene <jalene_littlejohn@fws.gov>; Connell, Lauren C
<lauren_connell@fws.gov>; Sawabini, Anna (Annie) <anna_sawabini@fws.gov>; Freiday, Elizabeth
<Elizabeth_Freiday@fws.gov>; Collier, Jessica J <jessica_collier@fws.gov>; Brumbelow, Thomas R
<thomas_brumbelow@fws.gov>; Williams, Scott <scott_williams@fws.gov>; Milley, Brad J
<brad_milley@fws.gov>
**Cc:** DeVore, Debbie <debbie_devore@fws.gov>; Daisey, Amanda <Amanda_Daisey@fws.gov>; Christopher, Edwin

A <edwin_christopher@fws.gov>; Wallace, Jon <jon_wallace@fws.gov>
**Subject:** Re: Hold all BIL funded project spending

We are not issuing work stop orders at this time.


John

John Huffman

Chief, Branch of Habitat Restoration

National Wildlife Refuge System, Division of Natural Resources and Conservation Planning

5275 Leesburg Pike, Mail Stop: NWRS

Falls Church, VA 22041

cell #: 281-682-3598


Learn more about our programs online:

Coastal Program

Coastal Program | Facebook | YouTube | Medium


Partners for Fish and Wildlife Program

Partners Program | Facebook


Farm Bill Conservation Program

Farm Conservation


---

**From:** Gonzales, David <david_gonzales@fws.gov>
**Sent:** Monday, January 27, 2025 4:58 PM
**To:** Huffman, John <john_huffman@fws.gov>; Grant, Colleen E <colleen_grant@fws.gov>; Wilhelm, Don <don_wilhelm@fws.gov>; Cookson, Mark <mark_cookson@fws.gov>; Marcum, Samantha <samantha_marcum@fws.gov>; Darnell, Chris <chris_darnell@fws.gov>; Leary, Pete <pete_leary@fws.gov>; Mosley, Sherri <sherri_mosley@fws.gov>; Pierluissi, Sergio <sergio_pierluissi@fws.gov>; Daigneault, Michael J <michael_daigneault@fws.gov>; Eng, Chris <chris_eng@fws.gov>; Moshogianis, Andreas M <andreas_moshogianis@fws.gov>; Mattheiss, Jeffrey P <jeffrey_mattheiss@fws.gov>; Stonehouse, Kourtney F <kourtney_stonehouse@fws.gov>; Littlejohn, Jalene <jalene_littlejohn@fws.gov>; Connell, Lauren C <lauren_connell@fws.gov>; Sawabini, Anna (Annie) <anna_sawabini@fws.gov>; Freiday, Elizabeth <Elizabeth_Freiday@fws.gov>; Collier, Jessica J <jessica_collier@fws.gov>; Brumbelow, Thomas R <thomas_brumbelow@fws.gov>; Williams, Scott <scott_williams@fws.gov>; Milley, Brad J

<brad_milley@fws.gov>
Cc: DeVore, Debbie <debbie_devore@fws.gov>; Daisey, Amanda <Amanda_Daisey@fws.gov>; Christopher, Edwin
A <edwin_christopher@fws.gov>; Wallace, Jon <jon_wallace@fws.gov>
Subject: Re: Hold all BIL funded project spending

Follow up. Who is the right person to submit a work stop order. Is it the COR the Contracting officer CO?

Dave Gonzales CMF®

Conservation Delivery Coordinator

(404) 772-3710 (cell)

---

From: Huffman, John <john_huffman@fws.gov>
Sent: Monday, January 27, 2025 4:31:01 PM
To: Grant, Colleen E <colleen_grant@fws.gov>; Wilhelm, Don <don_wilhelm@fws.gov>; Cookson, Mark
<mark_cookson@fws.gov>; Marcum, Samantha <samantha_marcum@fws.gov>; Darnell, Chris
<chris_darnell@fws.gov>; Leary, Pete <pete_leary@fws.gov>; Mosley, Sherri <sherri_mosley@fws.gov>; Pierluissi,
Sergio <sergio_pierluissi@fws.gov>; Daigneault, Michael J <michael_daigneault@fws.gov>; Eng, Chris
<chris_eng@fws.gov>; Moshogianis, Andreas M <andreas_moshogianis@fws.gov>; Gonzales, David
<david_gonzales@fws.gov>; Mattheiss, Jeffrey P <jeffrey_mattheiss@fws.gov>; Stonehouse, Kourtney F
<kourtney_stonehouse@fws.gov>; Littlejohn, Jalene <jalene_littlejohn@fws.gov>; Connell, Lauren C
<lauren_connell@fws.gov>; Sawabini, Anna (Annie) <anna_sawabini@fws.gov>; Freiday, Elizabeth
<Elizabeth_Freiday@fws.gov>; Collier, Jessica J <jessica_collier@fws.gov>; Brumbelow, Thomas R
<thomas_brumbelow@fws.gov>; Williams, Scott <scott_williams@fws.gov>; Milley, Brad J
<brad_milley@fws.gov>
Cc: DeVore, Debbie <debbie_devore@fws.gov>; Daisey, Amanda <Amanda_Daisey@fws.gov>; Christopher, Edwin
A <edwin_christopher@fws.gov>; Wallace, Jon <jon_wallace@fws.gov>
Subject: Re: Hold all BIL funded project spending

Colleen,
Great question and what I have been told is to hold off discussing this with cooperators. We are
checking with FASO and others to confirm if there will be any potential impacts on the customer
experience.

I'll put this in the other email chain as well.

More to come soon I hope.
John

John Huffman

Chief, Branch of Habitat Restoration

National Wildlife Refuge System, Division of Natural Resources and Conservation Planning

5275 Leesburg Pike, Mail Stop: NWRS

Falls Church, VA 22041

cell #: 281-682-3598

**Coastal Program | Facebook | YouTube | Medium**



**From:** Huffman, John <john_huffman@fws.gov>
**Sent:** Monday, January 27, 2025 10:03 AM
**To:** Wilhelm, Don <don_wilhelm@fws.gov>; Cookson, Mark <mark_cookson@fws.gov>; Marcum, Samantha <samantha_marcum@fws.gov>; Darnell, Chris <chris_darnell@fws.gov>; Leary, Pete <pete_leary@fws.gov>; Mosley, Sherri <sherri_mosley@fws.gov>; Pierluissi, Sergio <sergio_pierluissi@fws.gov>; Daigneault, Michael J <michael_daigneault@fws.gov>; Eng, Chris <chris_eng@fws.gov>; Moshogianis, Andreas M <andreas_moshogianis@fws.gov>; Gonzales, David <david_gonzales@fws.gov>; Mattheiss, Jeffrey P <jeffrey_mattheiss@fws.gov>; Stonehouse, Kourtney F <kourtney_stonehouse@fws.gov>; Littlejohn, Jalene <jalene_littlejohn@fws.gov>; Connell, Lauren C <lauren_connell@fws.gov>; Sawabini, Anna (Annie) <anna_sawabini@fws.gov>; Freiday, Elizabeth <Elizabeth_Freiday@fws.gov>; Collier, Jessica J <jessica_collier@fws.gov>; Brumbelow, Thomas R <thomas_brumbelow@fws.gov>; Williams, Scott <scott_williams@fws.gov>; Grant, Colleen E <colleen_grant@fws.gov>; Milley, Brad J <brad_milley@fws.gov>
**Cc:** DeVore, Debbie <debbie_devore@fws.gov>; Daisey, Amanda <Amanda_Daisey@fws.gov>; Christopher, Edwin A <edwin_christopher@fws.gov>; Wallace, Jon <jon_wallace@fws.gov>
**Subject:** Hold all BIL funded project spending

Coordinators,
I believe most of you are aware but I wanted to confirm for you there is a complete hold on all BIL fund spending including those under previous awards. This would include BIL Hazardous Fuels Reduction projects, National Seed Strategy and any others using BIL fund. Until this gets sorted out and additional clarity is provided, do not spend any more BIL funds until we get clearances to proceed. I apologize I don't have more specific details to share with you at this moment, it has come to me through multiple sources including the NWRS Budget team, OCI and others.

I apologize for the impacts this may have on your work. Please be patient. As new information information and clarity become available I will share it.

John

John Huffman

Chief, Branch of Habitat Restoration

National Wildlife Refuge System, Division of Natural Resources and Conservation Planning

5275 Leesburg Pike, Mail Stop: NWRS

Falls Church, VA 22041

cell #: 281-682-3598


Learn more about our programs online:

Coastal Program

Learn more about our programs online:

Coastal Program

Coastal Program | Facebook | YouTube | Medium


Partners for Fish and Wildlife Program

Partners Program | Facebook


Farm Bill Conservation Program

Farm Conservation

---

**From:** Grant, Colleen E <colleen_grant@fws.gov>
**Sent:** Monday, January 27, 2025 2:43 PM
**To:** Huffman, John <john_huffman@fws.gov>; Wilhelm, Don <don_wilhelm@fws.gov>; Cookson, Mark <mark_cookson@fws.gov>; Marcum, Samantha <samantha_marcum@fws.gov>; Darnell, Chris <chris_darnell@fws.gov>; Leary, Pete <pete_leary@fws.gov>; Mosley, Sherri <sherri_mosley@fws.gov>; Pierluissi, Sergio <sergio_pierluissi@fws.gov>; Daigneault, Michael J <michael_daigneault@fws.gov>; Eng, Chris <chris_eng@fws.gov>; Moshogianis, Andreas M <andreas_moshogianis@fws.gov>; Gonzales, David <david_gonzales@fws.gov>; Mattheiss, Jeffrey P <jeffrey_mattheiss@fws.gov>; Stonehouse, Kourtney F <kourtney_stonehouse@fws.gov>; Littlejohn, Jalene <jalene_littlejohn@fws.gov>; Connell, Lauren C <lauren_connell@fws.gov>; Sawabini, Anna (Annie) <anna_sawabini@fws.gov>; Freiday, Elizabeth <Elizabeth_Freiday@fws.gov>; Collier, Jessica J <jessica_collier@fws.gov>; Brumbelow, Thomas R <thomas_brumbelow@fws.gov>; Williams, Scott <scott_williams@fws.gov>; Milley, Brad J <brad_milley@fws.gov>
**Cc:** DeVore, Debbie <debbie_devore@fws.gov>; Daisey, Amanda <Amanda_Daisey@fws.gov>; Christopher, Edwin A <edwin_christopher@fws.gov>; Wallace, Jon <jon_wallace@fws.gov>
**Subject:** Re: Hold all BIL funded project spending

Hi John,

Thank you for sharing. Do you know if the cooperators have been informed or should we reach out to let them know?

Best,
**Colleen Grant** (she/her)
Coastal Program Regional Coordinator
Pacific Southwest Region | U.S. Fish & Wildlife Service
(805) 535-8663

Coastal Program

Coastal Program | Facebook | YouTube | Medium

Partners for Fish and Wildlife Program

Partners Program | Facebook

Farm Bill Conservation Program

Farm Conservation

# EXHIBIT E



## FOREST SERVICE INTERNATIONAL FOUNDATION

February 4, 2025

Vickie Watkins
Managing Grant and Contract Officer
Oregon State University
Office for Sponsored Research and Award Administration
A312 Kerr Administration Building
Corvallis, OR 97331-2140

Email: sponsored.programs@oregonstate.edu

**Reference: Termination Notice for FSIF Subaward No. OSU-322-2024-101-00**

Dear Vickie Watkins:

We write to inform you that the above-referenced sub-award is being terminated pursuant to 2 CFR 200.340. We are requesting that you cease incurring expenses and obligations under the above-referenced award as of the date of this letter. Kindly submit any pending milestone invoices to FSIF per the subaward terms by February 14, 2025. If this is not possible, please contact us to discuss alternative arrangements.

Circumstances that are entirely outside of our control – namely the curtailment of the program that was the basis for this sub-award - have necessitated this termination and this action should, in no way, be viewed as a reflection of your institution's performance under the award.

Please confirm receipt of this letter immediately by replying to jennifer.pruessner@forestserviceinternational.org.

We value your partnership and appreciate your understanding.

Sincerely yours,

Zachary Hubbell
Executive Director (Interim)
Forest Service International Foundation

Copy:
Dr. Suhyun Jung, suhyun.jung@oregonstate.edu, FORSEE Fellow, Oregon State University
Kruti Patel, kruti.patel@usda.gov, Program Manager, United States Forest Service
Jennifer Pruessner, jennifer.pruessner@forestserviceinternational.org, Operations Manager, FSIF