Thomas-Jensen
Affirmation
(redacted)


Exhibit # 106

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK; et al.,

         Plaintiffs,

      v.

DONALD TRUMP, in his official capacity as
President of the United States; et al.,

         Defendants.

C.A. No. 1:25-cv-00039-JJM-PAS

## DECLARATION OF EMILY CAHOON-HORVATH

I, Emily Cahoon-Horvath, hereby depose and state as follows:

1.      I am the Chief Financial Officer at the Rhode Island Department of Environmental Management ("DEM"). I have worked at DEM for almost seven years and have held my current position since July 2023. Prior to my promotion, I was the Deputy Chief Financial Officer at DEM and was responsible for DEM's full catalog of federal grants. Before working at DEM, I spent 17 years at the Rhode Island Department of Health, in various financial management positions including federal grant management. I make this declaration as a representative of DEM, in part based on the business records of DEM and in part based on my personal knowledge, experience, and other sources of information I have obtained and reviewed in my official capacity. Based on these sources of information, I am familiar with and, if called upon to do so, would be competent to testify to the facts and circumstances set forth herein.

2.      It is my understanding that starting on January 20, 2025, President Donald Trump issued a series of executive orders and Defendants undertook certain actions in accordance with

those executive orders. Together, these actions caused various disruptions to federal financial assistance to Rhode Island. Below, I describe the specific disruptions that DEM has experienced thus far and the impact of these disruptions.

3.      As background, DEM and the State of Rhode Island incur federal program expenses in advance of reconciliation and reimbursement per our federal funding award agreements, 2 C.F.R. § 200, and internal policies and procedures. Any changes to grant terms or amounts have only occurred through updates to the official Notice of Award and require advance notice from the federal agency. 2 C.F.R. § 200.208 (Specific Conditions) and 2 C.F.R. § 200.339 (Remedies for noncompliance) reference circumstances when a federal agency can impose conditions on an award recipient as well as the process the federal agency must follow.

4.      As of the date of this filing, DEM has not been informed that there have been issues with their compliance or performance expectations with regard to any of the federal funding agreements discussed below.

5.      In my approximately 23 years working in Rhode Island in multiple financial roles including federal grant management, I have not encountered interruptions in funding as DEM has in the past two weeks. There has never been an instance of denial of federal funding spent in accordance with active obligations in any of my 23 years of experience.

I.      **Specialty Crop Block Grant Program**

        **A.  Background**

6.      Over the past several years, Rhode Island has applied for and received funding through the Specialty Crop Block Grant ("SCBG") program administered by the U.S. Department of Agriculture ("USDA"). The purpose of the SCBG program is to improve the competitiveness of U.S. specialty crop producers and increase the consumption of specialty

crops, which are defined as fruits and vegetables, dried fruit, tree nuts, and nursery crops including floriculture such as Christmas trees, cut flowers, honey, hops, and turf grass production.

7.    The vast majority of Rhode Island agriculture meets the USDA definition of "specialty crops" and the SCBG program is the primary program DEM uses to support this industry.

8.    Through these SCBG programs, DEM provides grants to subrecipients. DEM has previously received several grants from the SCBG program, including in 2021, 2022, 2023, and 2024. These four awards total approximately $1,175,580 and less than half of this funding has been spent to date. DEM is currently soliciting applications for its 2025 SCBG program.

9.    In 2024, SCBG provided an award of $270,657.79. The grant's performance project period began on September 30, 2024, and ends on September 29, 2027. DEM has not yet spent or invoiced any funds related to the 2024 SCBG. A true and accurate copy of the 2024 SCBG award is attached hereto as Exhibit A.

10.    In 2023, SCBG provided an award of $270,666.42. The grant's performance project period began on September 30, 2023, and ends on September 29, 2026. To date, $14,649.34 of the 2023 grant has been spent and $12,762.60 has been invoiced. A true and accurate copy of the 2023 SCBG award is attached hereto as Exhibit B.

11.    In 2022, SCBG provided an award of $270,342.13. The grant's performance period began on September 30, 2022, and ends on September 29, 2026. To date, $213,455.20 of the 2022 grant has been spent and $192,388.34 has been invoiced. A true and accurate copy of the 2022 SCBG award is attached hereto as Exhibit C.

12.     In 2021, SCBG provided an award of $363,910.51. The grant's performance

period began on September 30, 2021, and ends on September 29, 2025. To date, $236,661.85 of

the 2021 grant has been spent and $187,660.86 has been invoiced. A true and accurate copy of

the 2021 SCBG award is attached hereto as Exhibit D.

13.     To access the money available through the SCBG program, DEM requests funds

through Payment Management Services ("PMS"), which provides financial and administrative

services related to federal agency grant payments as well as cash management. Requests for

funds through PMS can only be submitted after DEM has incurred the costs.

### B.  Recent Developments

14.     On January 30, 2025, DEM attempted to draw $71,904.50 from PMS pursuant to

the 2021, 2022, and 2023 SCBG programs.

15.     Specifically, DEM submitted draws for $49,000.99 from the 2021 SCBG,

$21,006.86 from the 2022 SCBG, and $1,896.74 from the 2023 SCBG. Each draw request was

submitted separately via email. In response to each request, DEM received an email from a Grant

Management Specialist with USDA regarding the status of the three SCBG grants, explaining:

"The agency is still awaiting further guidance, and until we receive additional

information/clearances, payments will continue to be on hold at this time. We are continually

monitoring for updates and will update you as soon as we have received any new information."

On February 5, 2025, DEM responded to those emails attaching the Temporary Restraining

Order issued in the District of Rhode Island and explaining that it was DEM's understanding that

the funding associated with the reimbursement requests should be released. DEM further asked

USDA to provide a timeline as to the review, approval, and payment of the draws. True and

correct copies of these email exchanges are attached hereto as Exhibit E.

16.     On February 3, 2025, DEM received an updated email from a Grant Management Specialist with USDA regarding the status of the three SCBG grants: "The agency is still awaiting further guidance, and until we receive additional information/clearances, payments will continue to be on hold at this time. We are continually monitoring for updates and will update you as soon as we have received any new information." Regarding the Financial Year 2025 Request for Applications, the USDA Grant Management Specialist stated that they "do not have any specific dates that [they] can provide at this time" and "will provide further information once [they] receive it." A true and accurate copy of this email is attached hereto as Exhibit F.

17.     DEM has not received any communication from USDA indicating that any of its SCBG programs were out of compliance with the terms of the grant.

### C. Impact

18.     DEM's access to the $72,000 submitted to PMS last week sought to reimburse expenses that DEM has already incurred. Not receiving federal funds spent in accordance with the grant award requires DEM to absorb those expenses within the general fund at the expense of other programs and the State of Rhode Island.

19.     Moreover, DEM continues to have contractual and subrecipient obligations, who also continue to incur expenses. DEM cannot immediately terminate contractual agreements, as this requires a minimum of 30 days' notice. Without the SCBG federal funds, DEM will have to consider terminating programs (with proper notice) and cover the cost of existing contractual obligations.

20.     These SCBG funds also support several full-time employees within DEM's Division of Agriculture and Forest Environment and between 2-4 seasonal intern positions annually. If these funds are paused indefinitely, these positions may be at risk, and DEM would

be required to work within the State of Rhode Island personnel rules and regulations to

potentially layoff staff associated with this funding. DEM and the State of Rhode Island would

continue to incur expenses throughout this process.

21.     For each SCBG, DEM has invested significant resources in developing a plan that

would comply with all grant program requirements, help farmers who produce specialty crops,

support Rhode Island's economy, improve access to fresh and local produce, and provide

opportunities for low-income and disadvantaged Rhode Islanders. These programs provide

significant benefits to Rhode Island citizens and visitors.

22.     DEM's 2023 and 2022 SCBG awards support the increased consumption,

knowledge, and growing practices of specialty crops in Rhode Island through specific, notable

projects.

23.     For example, one project under the 2023 SCBG allows the University of Rhode

Island to research heat tolerant broccoli varieties suitable for the Northeast region and identify

optimal varieties for local production. These research results will be shared with the Rhode

Island vegetable farming community through a combination of events and publications.

24.     Another project provides funding to the African Alliance of Rhode Island to

increase access to and consumption of specialty crops by expanding its summer farmers markets

in underserved, low-food access communities. It also supports their work to involve young

farmers of color and educate them about the importance of the specialty crops industry to the

local community.

25.     Additional projects under the 2023 SCBG include funding for the Rhode Island

Food Policy Council to provide training technical assistance for small and beginning specialty

crop producers and for Farm Fresh Rhode Island to partner with farmers market operators for

monthly promotions that increase knowledge, access, and purchasing of Rhode Island grown specialty crops.

26.     One project under the 2022 SCBG provides funding for the Rhode Island Fruit Growers Association to install and maintain four weather stations and allow specialty crop growers to make timely and accurate pest management decisions.

27.     Another 2022 SCBG program funds the Rhode Island Food Policy Council's efforts to provide training and technical support services to small, beginning, and historically underserved communities of specialty crop producers. These technical support services include expanded risk identification and mitigation strategies, improved new market access identification and planning, and food safety strategies, all of which promote economic viability through new product and market development.

28.     DEM's 2022 SCBG also funds (1) Southside Community Land Trust's outreach to socially disadvantaged farmers for growing specialty crops to meet underserved markets; (2) Farm Fresh Rhode Island's efforts to educate culinary students and bring more local food into schools; and (3) Rhode Island Farm Incubator's project to share new integrated cropping techniques appropriate for use by small scale, organic, and beginning growers in the region.

29.     DEM's 2021 SCBG has been used to award 19 mini grants. These grants have been used for eligible expenses related to COVID-19 that benefit the production and distribution of Rhode Island specialty crops. These grants specifically relate to food safety, digital marketing, and direct COVID-19 experiences. Projects include, for example, "Food Safety Practices Implementation and Community Education" and "Specialty Cut Flowers & Herbs: Increase Health and Happiness While Decreasing Carbon Footprint."

30.     If the funds for the SCBG programs are cancelled or substantially further delayed, these programs will not go forward, and these benefits will be unrealized.

31.     If the program were to pause indefinitely, and DEM were to later be granted federal financial assistance, reinstating the programs would take significant time, effort, and additional investment.

## II.    Climate Pollution Reduction Grant

### A.  Background

32.     DEM receives funding from the federal government through the Climate Pollution Reduction Grant ("CPRG") program. This program is administered by the U.S. Environmental Protection Agency ("EPA").

33.     DEM's CPRG is a $3 million planning grant and was awarded on August 14, 2023. The grant runs through August 14, 2027. A true and accurate copy of the CPRG award is attached hereto as Exhibit G. A true and accurate copy of the CPRG Work Plan as submitted to EPA is attached hereto as Exhibit H.

34.     $2,424,909.30 of the CPRG balance remains unspent available at this time. $989,746 of the $3 million grant is currently contracted.

35.     DEM accesses its CPRG funds through ASAP.gov. "ASAP" stands for "Automated Standard Application for Payments" and is run by the Bureau of the Fiscal Service.

36.     The CPRG provides funding to DEM to develop a comprehensive, economy-wide, climate mitigation plan that will support actions to reduce greenhouse gases and harmful air pollutants and to conduct meaningful community engagement.

37.     The grant is intended to benefit all residents and visitors to Rhode Island through three main objectives: (1) tackling damaging climate pollution; (2) accelerating work to address

environmental injustice and empower community-driven solutions in overburdened neighborhoods; and (3) delivering cleaner air by reducing harmful air pollution in places where people live, play, and go to school. *See* Exhibit G at 4.

38.     Under the terms of the CPRG, Rhode Island must meet several reporting requirements. Exhibit G at 6-7. These reporting requirements include the production of a Comprehensive Climate Action Plan ("CCAP") (due December 2025) as well as a Status Report due in the summer/fall of 2027 (at the end of the CPRG grant).

39.     Rhode Island has another similar report due in December 2025. The Resilient Rhode Island Act established the Executive Climate Change Coordinating Council ("EC4"). *See* RI Gen L § 42-6.2-1. Under state law, following an opportunity for public comment, EC4 must submit a plan that "includes strategies, programs, and actions to meet economy-wide enforceable targets" for specific greenhouse gas emission reductions targets, which are outlined in the statute. RI Gen L § 42-6.2-2(a)(2). EC4 must submit this report (the "2025 Climate Action Strategy") to the governor and general assembly by December 31, 2025. *Id.*

40.     There is significant and direct overlap in what the state needs to include in the CCAP and in its state law-required 2025 Climate Action Strategy. These two required reports are being worked on in tandem as specifically addressed in the CPRG Work Plan referenced above. *See* Exhibit H at 1. Without CPRG, complying with this 2025 Climate Action Strategy requirement will be significantly more difficult and costly, as explained further below. The same can be said about Rhode Island's obligation to submit its CCAP to EPA in December 2025.

B.  **Recent Developments**

41.     On February 3, 2025, DEM noticed that its CPRG ASAP.gov account was "suspended." A true and accurate screenshot of DEM's CPRG ASAP.gov account as of February 4, 2025, at 9:18 am EST is attached hereto as Exhibit I.

42.     Because its CPRG account is suspended, DEM was unable to draw down approximately $44,000. As of February 5, 2025, the account remains suspended.

43.     DEM has not received any communication from EPA indicating that the CPRG grant was out of compliance with the terms of the grant.

44.     As of February 5, 2025, DEM has not received any communication from the EPA regarding the status of its attempted drawdown or the suspension of its CPRG program ASAP.gov account.

C.  **Impact**

45.     Rhode Island uses its CPRG award to hire contractor support for the preparation of the 2025 Climate Action Strategy that is required by state law. As a result, the elimination of this $3 million grant—approximately $2.5 million of which is outstanding—would make the EC4 committee's compliance with its statutory obligations substantially more difficult and more costly to the state, to the detriment of other essential programs.

46.     Specifically, Rhode Island has allocated $578,315.00 to a consulting team under contract with Rhode Island's Office of Energy Resources and $75,000 for the development of a new climate dashboard which will foster public transparency that tracks both emissions reductions and the sources of energy consumed by the state. The dashboard is nearly completed but not all invoices have been received from the vendor.

47.     The CPRG funds are also used to pay for half of the weekly time for three DEM employees through Summer 2027, as well as a portion of DEM's Climate Justice Specialist's salary, and for a 2025 University of Rhode Island Energy Fellow.

48.     Rhode Island also administers six Climate Change Community Engagement Grants with funding provided by its CPRG. These grants go to small community organizations that are under contract to provide engagement services and have already started working. Each of these grants are up to $40,000 and combined make up a total of $218,931.

49.     The CPRG funds are also used for payment to the Rhode Island Division of Statewide Planning for a Smart Comment subscription in 2024 and 2025.

50.     Thus, the CPRG funds represent a significant component of the development of the 2025 Climate Action Strategy.

51.     If the state law requirements are not met, serious consequences follow. Rhode Island law provides that EC4's obligation to produce the 2025 Climate Action Strategy may be enforced in the superior court by a plaintiff seeking either injunctive relief, a declaratory judgment, a writ of mandamus, or any combination thereof. *See* RI Gen L § 42-6.2-10. A prevailing plaintiff may also recover their litigation costs. *See id.* § 42-6-2.10(f).

52.     Not continuing with the 2025 Climate Action Strategy is thus not an option, so other programs will have to suffer. To avoid violating their statutory obligations, at their next meeting on February 10, 2025, EC4 is planning to discuss reprioritizing the use of up to $225,000 in state climate funding on a contingency basis to continue the development of the 2025 Climate Action Strategy. This constitutes a significant amount of state climate funding.

53.     This means that EC4 will redirect funds away from previously approved projects to instead support the costs required for the 2025 Climate Action Strategy—costs that were meant to be covered by the $3 million CPRG.

III.    **Other Affected Programs and Impact**

54.     DEM receives numerous other significant and essential grants from the federal government, including several others through the Inflation Reduction Act ("IRA") and Infrastructure Investment and Jobs Act ("IIJA"). These include funding for (1) an Air Monitoring Grant; (2) an Air Quality Sensor Grant; (3) Air Emissions Monitoring Special Studies; and (4) Solid Waste Infrastructure Financing.

55.     As explained further below, DEM's access to its ASAP.gov accounts for each of these programs has been suspended. In some cases, DEM has been unable to draw expended funds. There is no indication of how long these programs may be suspended, and if they will return at all.

56.     DEM has never received any communication from EPA indicating that any of these programs were out of compliance with the terms of the grant.

57.     If the funds for the programs are cancelled or substantially further delayed, these programs will not go forward, and these benefits will be unrealized.  The delay or cessation of these programs harms those in Rhode Island by impairing DEM's ability to monitor air quality and develop a strategy for addressing solid waste in the state.

A.  **Air Monitoring Grant**

58.     DEM received $870,472 for its Air Monitoring Grant, which funding is made available through the IRA and administered by the EPA. DEM received this award on August 23, 2024, and the grant performance period runs through June 30, 2029. A true and correct copy

of the Air Monitoring Grant is attached hereto as Exhibit J. A true and correct copy of the Air

Quality Sensor Grant Work Plan is attached hereto as Exhibit K.

59.    DEM's ASAP.gov account for this program was recently suspended. As of

February 5, 2025, DEM's ASAP.gov account for this program remains unavailable.

60.    DEM intends to use these funds for maintaining and upgrading the entire Rhode

Island air monitoring network by replacing aging air monitoring equipment at each air

monitoring site utilized as part of the state's air monitoring network required under the Clean Air

Act. DEM will also use these funds to create a new multipollutant monitoring site in

Woonsocket, Rhode Island. This Woonsocket multipollutant monitoring site is intended to

measure, at minimum, volatile organic compounds, PM25, and black carbon. *See* Exhibit K at 1,

7.

61.    Though the funds expended for this project so far have been fully drawn, DEM is

concerned about the ability to incur and receive reimbursement for expenses going forward.

62.    The delay or cessation of federal funding of this program will harm the health of

Rhode Island's residents and visitors by denying DEM the ability to maintain its air monitoring

network that allows it to monitor, study, address, and alert the public to air pollution in the state.

**B. Air Quality Sensor Grant**

63.    DEM received $21,925 for its Air Quality Sensor Grant, which funding is also

made available through the IRA and administered by the EPA. DEM received this award on

August 9, 2024, and the grant performance period runs through June 30, 2026. A true and correct

copy of the Air Quality Sensor Grant is attached hereto as Exhibit L. A true and correct copy of

the Air Quality Sensor Grant Work Plan is attached hereto as Exhibit M.

64.     DEM's ASAP.gov account for this program was recently suspended. As of February 5, 2025, DEM's ASAP.gov account for this program remains unavailable.

65.     Under the grant, DEM will use these funds to increase coverage of low-cost sensors across the state. During widespread wildfire smoke events, such a monitoring network has proven valuable in measuring, tracking, and forecasting wildfire smoke. There are currently several gaps across the state wherein particle data would prove valuable in tracking and timing the arrival of smoke. The funds from the Air Quality Sensor Grant are meant to address these gaps. *See* Exhibit M at 1-2.

66.     Additionally, the funds will be used to provide sensors for other special situations where monitoring may be valuable and for citizen science and educational purposes. They will also be used to purchase two 24-hour volatile organic compound sensors to be placed in disadvantaged communities or other areas experiencing unique air quality issues where there is a need for additional data. *See* Exhibit M at 2.

67.     This funding has been obligated but DEM has not yet incurred expenses. Still, DEM has invested significant resources in planning for the program. Even more importantly, the delay or cessation of this program will harm the health of Rhode Island's residents and visitors by denying DEM the ability to further monitor, study, address, and alert the public to air pollution in the state.

### C. Air Emissions Monitoring Special Studies

68.     DEM's Air Emissions Monitoring Special Studies are funded through a Clean Air Act grant under the IRA, and the grant program is administered by the EPA.

69.     DEM received $214,709 from the EPA for its Air Emissions Monitoring Special Studies. DEM received this award on July 25, 2023, and the grant performance period runs

through June 30, 2026. A true and correct copy of the Air Emissions Monitoring Special Studies

award is attached hereto as Exhibit N. A true and correct copy of the Air Emissions Monitoring

Special Studies Work Plan is attached hereto as Exhibit O.

70.     DEM's ASAP.gov account for this program was recently suspended. As of

February 5, 2025, DEM's ASAP.gov account for this program remains unavailable.

71.     At the moment, DEM has $2,232.07 in unreimbursed expenditures under this

program. DEM is unable to draw these funds because of the suspended ASAP.gov account.

72.     DEM is using these funds to obtain air monitoring data in areas that currently lack

such monitoring. DEM will use this data to make informed decisions that will ultimately reduce

exposures to both criteria and toxic air pollutants in Rhode Island. The areas evaluated include

areas throughout Rhode Island, as well as environmental justice focus areas—areas that are

disproportionately impacted by environmental and public health risks and where people lack

opportunities to access the state's open spaces. With these proposed projects, DEM will be able

to better understand air quality in these areas and seek possible solutions. *See* Exhibit O at 1.

73.     The inability to access these funds means that the Air Emissions Monitoring

Special Studies program will be unable to go forward. Impacted work includes the installation of

a permanent air monitoring site in the Port of Providence, the implementation of mobile air

quality monitoring equipment, and the utilization of air quality sensors to study emissions in

areas of interest. These areas of interest include, but are not limited to, schools operating non-

certified wood boilers, quarries, asphalt plants, and crematories.

74.     The delay or cessation of this program will harm the health of Rhode Island's

residents and visitors, including school children and the state's most disadvantaged populations,

by denying DEM the ability to further monitor, study, address, and alert the public to air pollution in the state.

D. **Solid Waste Infrastructure Financing**

75.    DEM received $551,877 for its Solid Waste Infrastructure Financing, which funding is also made available through the IIJA and administered by the EPA. DEM received this award on August 22, 2023, and the grant performance project period runs through September 30, 2026. A true and correct copy of the Solid Waste Infrastructure Financing award is attached hereto as Exhibit P.

76.    DEM's ASAP.gov account for this program was recently suspended. On the morning of February 4, 2025, DEM's ASAP.gov account for this program remained unavailable. Access to the account appears to have been restored as of 1:30pm on February 5, 2025.

77.    This financing encompasses several sub-awards. These include funding for statewide planning to deal with solid waste in a more comprehensive way and align with the Rhode Island statutory guidelines and federal requirements for solid waste management. Other sub-awards include funding for (1) the Rhode Island Recycling Project to advance their grassroots programs for recycling and organics diversion by formalizing training manuals, hiring staff, and expanding into more schools; (2) the Center of Eco Technology to advance existing and new efforts to reduce food loss, expand organics processing capacity, and mobilize efforts for a circular economy; (3) the University of Rhode Island to convene a cross-disciplinary task force to embark on the broad topic of bioplastics with a focus on the points of consideration for biotechnology and biomanufacturing and shifting away from petroleum-based plastics; and (4) a non-profit organization to do outreach in disadvantaged communities and to identify opportunities and barriers for increasing recycling and reducing food waste.

78.     Though the funds expended for this project so far have been fully drawn, DEM is

concerned about the ability to incur and receive reimbursement for expenses going forward.

79.     Without funding through the Solid Waste Infrastructure Financing, Rhode Island

will be delayed in developing its Solid Waste Management Plan that complies with federal and

state law. It will also be unable to move forward with programs designed to broadly address solid

waste through, for example, recycling and bioplastics research and analysis. This harms Rhode

Islanders' ability to live in a clean and sustainable environment.

*     *     *

80.     The federal funding mentioned above is critical to DEM's operations in Rhode

Island. Should receipt of funding be delayed or denied altogether, the numerous programs that

DEM operates for the health and safety of the citizens of Rhode Island will suffer and perhaps

have to cease altogether. Disadvantaged communities in the state are most likely to feel the most

significant and immediate impact of a delay or suspension of many of the affected programs.

However, given the scope of federal financial assistance at issue here, the impact would extend

statewide, disrupting programs that safeguard public health, environmental protection, and

emergency response efforts.

**SIGNED UNDER THE PENALTIES OF PERJURY THIS ⟨ DAY OF FEBRUARY, 2025.**

Emily Cahoon-Horvath
Chief Financial Officer
Rhode Island Department of Environmental Management

# EXHIBIT A

**USDA** United States Department of Agriculture

Agricultural Marketing Service

**Notice of Award**

Award# 24SCBPRI1264-00

FAIN# 24SCBPRI1264

Federal Award Date: 08/22/2024

## Recipient Information

**1. Recipient Name**
RHODE ISLAND. DEPARTMENT OF
ENVIRONMENTAL MANAGEMENT
235 Promenade St RM 370C
Division of Agriculture
Providence, RI 02908-5734
[No Phone Record]

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
056000522

**4. Employer Identification Number (EIN)**
056000522

**5. Data Universal Numbering System (DUNS)**
111441213

**6. Recipient's Unique Entity Identifier (UEI)**
EB27G6BK8813

**7. Project Director or Principal Investigator**



**8. Authorized Official**


Administrator

### Federal Agency Information

Agricultural Marketing Service (USDA-AMS)

**9. Awarding Agency Contact Information**


Grants Management Specialist

**10. Program Official Contact Information**


Grants Management Officer

## Federal Award Information

**11. Award Number**
24SCBPRI1264-00

**12. Unique Federal Award Identification Number (FAIN)**
24SCBPRI1264

**13. Statutory Authority**
SCBGP-Sec. 101 of the Specialty Crops Competitiveness Act of 2004 as amended by sec. 10107 of the
Agriculture Improvement Act of 2018 (Pub. L. No. 115-343) (7 U.S.C. § 1621 note)

**14. Federal Award Project Title**
Rhode Island Department of Agriculture 2024 SCBGP - Farm Bill Application

**15. Assistance Listing Number**
10.170

**16. Assistance Listing Program Title**
Specialty Crop Block Grant Program - Farm Bill

**17. Award Action Type**
New

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/30/2024  **- End Date** 09/29/2027 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $270,657.79 |
| 20a. Direct Cost Amount | $250,280.10 |
| 20b. Indirect Cost Amount | $20,377.69 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $0.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $270,657.79 |
| **26.** Period of Performance Start Date 09/30/2024  - End Date 09/29/2027 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $270,657.79 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**


Grants Management Specialist

## 30. Remarks

**USDA**
United States Department of Agriculture

**Agricultural Marketing Service**

Notice of Award

Award#   24SCBPRI1264-00
FAIN#   24SCBPRI1264
Federal Award Date:   08/22/2024

## Recipient Information

**Recipient Name**

RHODE ISLAND. DEPARTMENT OF
ENVIRONMENTAL MANAGEMENT
235 Promenade St RM 370C
Division of Agriculture
Providence, RI 02908-5734

**Congressional District of Recipient**
02

**Payment Account Number and Type**

**Employer Identification Number (EIN)**
056000522

**Data Universal Numbering System (DUNS)**
111441213

**Recipient's Unique Entity Identifier (UEI)**

---

**31. Assistance Type**
Block Grant

**32. Type of Award**
Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  **Salaries and Wages** | $7,192.00 |
| b.  **Fringe Benefits** | $4,102.00 |
| c.  **Total Personnel Costs** | $11,294.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $0.00 |
| f.  Travel | $4,582.00 |
| g.  Construction | $0.00 |
| h.  Other | $269.35 |
| i.  Contractual | $234,134.75 |
| j.  **TOTAL DIRECT COSTS** | **$250,280.10** |
| k.  **INDIRECT COSTS** | **$20,377.69** |
| l.  **TOTAL APPROVED BUDGET** | **$270,657.79** |
| m.  **Federal Share** | **$270,657.79** |
| n.  **Non-Federal Share** | **$0.00** |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| | 24SCBPRI1264 | TM | 4110 | $270,657.79 | 1242501 |

**USDA** United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award# 24SCBPRI1264-00
FAIN# 24SCBPRI1264
Federal Award Date: 08/22/2024

---

| 35. Terms And Conditions |
| --- |

## AWARD CONDITIONS

1. **AWARD CONDITIONS**

   The Agricultural Marketing Service (AMS) hereby awards a grant in support of the above referenced program.

   This Award is pursuant to CFDA # 10.170, Specialty Crop Block Grant Program and is subject to:

   1. Your organization's application package, including the SF-424, SF-424a, Application/Project Narrative, Budget Summary/Narrative, other supporting letters and documents.

   2. Agricultural Marketing Service Grants Division General Award Terms and Conditions available at https://www.ams.usda.gov/services/grants/terms-and-conditions. Use the link to the document that matches the award year(s).

   Acceptance of this award requires an authorized representative of the grant recipient organization to sign and date the Notice of Award (NOA) and submit to AMS via the grants management electronic system. You may also submit a signed copy of the NOA via email to ████████████ at ████████████ or ████████████ at ████████████. If you have any questions about this NOA, please contact the Federal Agency Project Manager listed on the attached Grant Agreement.

   **Statement of Work:**

   This agreement shall be carried out by the organizational units or officials of the Federal Agency and the Recipient in the manner and subject to the conditions provided in the Agricultural Marketing Service Grants Division General Award Terms and Conditions attached hereto and made a part of this agreement.

   **PROVISIONS:**

   This Agreement incorporates the following: 1. Approved application and budget including any mutually agreed upon budget revisions and other changes and amendments thereto. 2. Recipient must comply with General Award Terms and Conditions for the fiscal year in which the grant was awarded and available at https://www.ams.usda.gov/services/grants/scbgp/administer. 3. 2 CFR Part 200 and 2 CFR Part 400. 4. 2 CFR §200.216 and 2 CFR §200.340 5. If funds were not applied for and were reallocated, the reallocated amount is reflected in block 16-Federal Agency Funding Amount. These funds must be expended on projects in the Approved application and amendments thereto. 6. Grant funds received under this award shall supplement the expenditure of State funds in support of specialty crops grown in that State, rather than replace State funds. 7. Indirect costs are limited to eight (8) percent of the total Federal funds. 8. Awards are limited to 3 calendar years in duration from the start date of the grant agreement.

   **Paperwork Burden Statement:**

   According to the Paperwork Reduction Act, as amended, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB control number for this information collection is 0581-0240. Public reporting burden for this collection of information is estimated to average 2 hours per response, including time for reviewing instructions,

**USDA United States Department of Agriculture**

Agricultural Marketing Service

Notice of Award

Award# 24SCBPRI1264-00
FAIN# 24SCBPRI1264
Federal Award Date: 08/22/2024

searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project 0581-0240, Washington, DC 20503.

**Civil Rights:**

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by 1) mail: U.S. Department of Agriculture Office of the Assistant Secretary for Civil Rights 1400 Independence Avenue, SW Washington, D.C. 20250-9410. 2) fax: (202) 690-7442; or 3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.

**Public Announcement Embargo**

AMS Grants Division requests that awardees refrain from doing any form of publicity on their award recommendation until the Secretary's office has had a chance do a press release first or until your office receives official notification of this award from our awards management system. Failure to adhere to this request may put your award recommendation at risk and may make it subject to withdrawal.

# EXHIBIT B

**USDA** United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award#   23SCBPRI1210-00
FAIN#   23SCBPRI1210
Federal Award Date:  08/23/2023

## Recipient Information

**1. Recipient Name**
ENVIRONMENTAL MANAGEMENT, RHODE ISLAND DEPT OF
235 Promenade St Fl 3
Providence, RI 02908-5725
[No Phone Record]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
056000522

**4. Employer Identification Number (EIN)**
056000522

**5. Data Universal Numbering System (DUNS)**
111441213

**6. Recipient's Unique Entity Identifier (UEI)**
EB27G6BK8813

**7. Project Director or Principal Investigator**



**8. Authorized Official**


Administrator

### Federal Agency Information
Agricultural Marketing Service (USDA-AMS)

**9. Awarding Agency Contact Information**


Grants Management Specialist

**10.Program Official Contact Information**


Grants Management Officer

## Federal Award Information

**11. Award Number**
23SCBPRI1210-00

**12. Unique Federal Award Identification Number (FAIN)**
23SCBPRI1210

**13. Statutory Authority**
SCBGP-Sec. 101 of the Specialty Crops Competitiveness Act of 2004 as amended by sec. 10107 of the Agriculture Improvement Act of 2018 (Pub. L. No. 115-343) (7 U.S.C. § 1621 note)

**14. Federal Award Project Title**
Rhode Island Department of Agriculture 2023 SCBGP - Farm Bill Application

**15. Assistance Listing Number**
10.170

**16. Assistance Listing Program Title**
Specialty Crop Block Grant Program - Farm Bill

**17. Award Action Type**
New

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19.  Budget Period Start Date**  09/30/2023  **- End Date**  09/29/2026 | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | $270,666.42 |
| 20a. Direct Cost Amount | $251,378.65 |
| 20b. Indirect Cost Amount | $19,287.77 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23.  Total Amount of Federal Funds Obligated this budget period | $0.00 |
| 24.  Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25.  Total Federal and Non-Federal Approved this Budget Period | $270,666.42 |
| **26.** Period of Performance Start Date  09/30/2023  **- End Date**  09/29/2026 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $270,666.42 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**


Grants Management Specialist

## 30. Remarks

**USDA** United States Department of Agriculture

**Agricultural Marketing Service**

Notice of Award

Award#  23SCBPRI1210-00
FAIN#   23SCBPRI1210
Federal Award Date:  08/23/2023

## Recipient Information

**Recipient Name**

ENVIRONMENTAL MANAGEMENT, RHODE
ISLAND DEPT OF
235 Promenade St Fl 3
Providence, RI 02908-5725
[No Phone Record]

**Congressional District of Recipient**
01

**Payment Account Number and Type**

**Employer Identification Number (EIN)**
056000522

**Data Universal Numbering System (DUNS)**
11441213

**Recipient's Unique Entity Identifier (UEI)**

---

**31. Assistance Type**
Block Grant

**32. Type of Award**
Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  Salaries and Wages | $8,976.78 |
| b.  Fringe Benefits | $6,193.98 |
| c.  Total Personnel Costs | $15,170.76 |
| d.  Equipment | $0.00 |
| e.  Supplies | $1,586.25 |
| f.  Travel | $2,040.00 |
| g.  Construction | $0.00 |
| h.  Other | $161.93 |
| i.  Contractual | $232,419.71 |
| **j.  TOTAL DIRECT COSTS** | **$251,378.65** |
| **k.  INDIRECT COSTS** | **$19,287.77** |
| **l.  TOTAL APPROVED BUDGET** | **$270,666.42** |
| **m.  Federal Share** | **$270,666.42** |
| **n.  Non-Federal Share** | **$0.00** |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| | 23SCBPRI1210 | TM | 4110 | $270,666.42 | 1232501 |

**USDA** United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award# 23SCBPRI1210-00
FAIN# 23SCBPRI1210
Federal Award Date: 08/23/2023

---

**35. Terms And Conditions**

## AWARD CONDITIONS

1. **AWARD CONDITIONS**

The Agricultural Marketing Service (AMS) hereby awards a grant in support of the above referenced program.

This Award is pursuant to CFDA # 10.170, Specialty Crop Block Grant Program and is subject to:

1. Your organization's application package, including the SF-424, SF-424a, Application/Project Narrative, Budget Summary/Narrative, other supporting letters and documents.

2. Agricultural Marketing Service Grants Division General Award Terms and Conditions available at https://www.ams.usda.gov/sites/default/files/media/FY2023_GeneralTermsandConditions.pdf

Acceptance of this award requires an authorized representative of the grant recipient organization to sign and date the Notice of Award (NOA) and submit to AMS via the grants management electronic system. You may also submit a signed copy of the NOA via email to ▓▓▓▓▓▓ at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ or ▓▓▓▓▓ at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ If you have any questions about this NOA, please contact the Federal Agency Project Manager listed on the attached Grant Agreement.

**Statement of Work:**

This agreement shall be carried out by the organizational units or officials of the Federal Agency and the Recipient in the manner and subject to the conditions provided in the Agricultural Marketing Service Grants Division General Award Terms and Conditions attached hereto and made a part of this agreement.

**PROVISIONS:**

This Agreement incorporates the following: 1. Approved application and budget including any mutually agreed upon budget revisions and other changes and amendments thereto. 2. Recipient must comply with General Award Terms and Conditions for the fiscal year in which the grant was awarded and available at https://www.ams.usda.gov/services/grants/scbgp/administer. 3. 2 CFR Part 200 and 2 CFR Part 400. 4. 2 CFR §200.216 and 2 CFR §200.340 5. If funds were not applied for and were reallocated, the reallocated amount is reflected in block 16-Federal Agency Funding Amount. These funds must be expended on projects in the Approved application and amendments thereto. 6. Grant funds received under this award shall supplement the expenditure of State funds in support of specialty crops grown in that State, rather than replace State funds. 7. Indirect costs are limited to eight (8) percent of the total Federal funds. 8. Awards are limited to 3 calendar years in duration from the start date of the grant agreement.

**Paperwork Burden Statement:**

According to the Paperwork Reduction Act, as amended, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB control number for this information collection is 0581-0240. Public reporting burden for this collection of information is estimated to average 2 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other

**USDA** **United States Department of Agriculture**                    Notice of Award

Agricultural Marketing Service

Award# 23SCBPRI1210-00
FAIN# 23SCBPRI1210
Federal Award Date: 08/23/2023

aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project 0581-0240, Washington, DC 20503.

**Civil Rights:**

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by 1) mail: U.S. Department of Agriculture Office of the Assistant Secretary for Civil Rights 1400 Independence Avenue, SW Washington, D.C. 20250-9410. 2) fax: (202) 690-7442; or 3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.

**Public Announcement Embargo**

AMS Grants Division requests that awardees refrain from doing any form of publicity on their award recommendation until the Secretary's office has had a chance do a press release first or until your office receives official notification of this award from our awards management system. Failure to adhere to this request may put your award recommendation at risk and may make it subject to withdrawal.

# EXHIBIT C

**USDA** United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award#  AM22SCBPRI1166-00
FAIN#   AM22SCBPRI1166
Federal Award Date:  08/25/2022

## Recipient Information

**1. Recipient Name**
ENVIRONMENTAL MANAGEMENT, RHODE ISLAND DEPT OF
235 Promenade St Fl 3
Providence, RI 02908-5725
[No Phone Record]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**

**4. Employer Identification Number (EIN)**
056000522

**5. Data Universal Numbering System (DUNS)**
111441213

**6. Recipient's Unique Entity Identifier (UEI)**
EB27G6BK8813

**7. Project Director or Principal Investigator**


**8. Authorized Official**

Assistant Director

### Federal Agency Information
Agricultural Marketing Service (USDA-AMS)

**9. Awarding Agency Contact Information**

Grants Management Specialist

**10. Program Official Contact Information**

Grants Management Officer

## Federal Award Information

**11. Award Number**
AM22SCBPRI1166-00

**12. Unique Federal Award Identification Number (FAIN)**
AM22SCBPRI1166

**13. Statutory Authority**
SCBGP-Sec. 101 of the Specialty Crops Competitiveness Act of 2004 as amended by sec. 10107 of the Agriculture Improvement Act of 2018 (Pub. L. No. 115-343) (7 U.S.C. § 1621 note)

**14. Federal Award Project Title**
Rhode Island Department of Environmental Management 2022 SCBGP - Farm Bill Application

**15. Assistance Listing Number**
10.170

**16. Assistance Listing Program Title**
Specialty Crop Block Grant Program - Farm Bill

**17. Award Action Type**
New

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 09/30/2022 **- End Date** 09/29/2026 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $270,342.13 |
| 20a. Direct Cost Amount | | $267,504.88 |
| 20b. Indirect Cost Amount | | $2,837.25 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $0.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | | $270,342.13 |
| 26. Period of Performance Start Date 09/30/2022 **- End Date** 09/29/2026 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $270,342.13 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**

Grants Management Specialist

## 30. Remarks

USDA United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award# AM22SCBPRI1166-00
FAIN# AM22SCBPRI1166
Federal Award Date: 08/25/2022

## Recipient Information

**Recipient Name**

ENVIRONMENTAL MANAGEMENT, RHODE
ISLAND DEPT OF
235 Promenade St Fl 3
Providence, RI 02908-5725
[No Phone Record]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

**Employer Identification Number (EIN)**

056000522

**Data Universal Numbering System (DUNS)**

11441213

**Recipient's Unique Entity Identifier (UEI)**

**31. Assistance Type**

Block Grant

**32. Type of Award**

Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  Salaries and Wages | $8,610.00 |
| b.  Fringe Benefits | $5,940.00 |
| c.  Total Personnel Costs | $14,550.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $350.22 |
| f.  Travel | $3,800.00 |
| g.  Construction | $0.00 |
| h.  Other | $191.10 |
| i.  Contractual | $248,613.56 |
| **j.  TOTAL DIRECT COSTS** | **$267,504.88** |
| **k.  INDIRECT COSTS** | **$2,837.25** |
| **l.  TOTAL APPROVED BUDGET** | **$270,342.13** |
| **m.  Federal Share** | **$270,342.13** |
| **n.  Non-Federal Share** | **$0.00** |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| | 22SCBPRI1166 | TM | 4110 | $270,342.13 | |

**USDA** United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award# AM22SCBPRI1166-00
FAIN# AM22SCBPRI1166
Federal Award Date: 08/25/2022

| 35. Terms And Conditions |
| --- |

**Performance Progress Report Cycle**

| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| --- | --- | --- | --- |
| 09/30/2022 | 09/30/2022 | Annual | 01/28/2023 |
| 10/01/2022 | 09/30/2023 | Annual | 01/28/2024 |
| 10/01/2023 | 09/30/2024 | Annual | 01/28/2025 |
| 10/01/2024 | 09/30/2025 | Annual | 01/28/2026 |
| 10/01/2025 | 09/29/2026 | Final | 01/27/2027 |

## Terms and Conditions

1. **AWARD CONDITIONS**

   The Agricultural Marketing Service (AMS) hereby awards a grant in support of the above referenced program.

   This Award is pursuant to CFDA # 10.170, Specialty Crop Block Grant Program and is subject to:

   1. Your organization's application package, including the SF-424, SF-424a, Application/Project Narrative, Budget Summary/Narrative, other supporting letters and documents.

   2. Agricultural Marketing Service Grants Division General Award Terms and Conditions available at https://www.ams.usda.gov/sites/default/files/media/FY2021_GD_TermsandConditions.pdf

   Acceptance of this award requires an authorized [Grant recipient awarded] representative to sign and date the Notice of Award (NOA) and submit to AMS via the grants management electronic system. You may also submit a signed copy of the NOA via email to ███████ at ████████████ or ████ at ████████████. If you have any questions about this NOA, please contact the Federal Agency Project Manager listed on the attached Grant Agreement.

   **Statement of Work:**

   This agreement shall be carried out by the organizational units or officials of the Federal Agency and the Recipient in the manner and subject to the conditions provided in the Agricultural Marketing Service Grants Division General Award Terms and Conditions attached hereto and made a part of this agreement.

   **PROVISIONS:**

   This Agreement incorporates the following: 1. Approved application and budget including any mutually agreed upon budget revisions and other changes and amendments thereto. 2. Recipient must comply with General Award Terms and Conditions for the fiscal year in which the grant was awarded and available at https://www.ams.usda.gov/services/grants/scbgp/administer. 3. 2 CFR Part 200 and 2 CFR Part 400. 4. 2 CFR §200.216 and 2 CFR §200.340 5. If funds were not applied for and were reallocated, the reallocated amount is reflected in block 16-Federal Agency Funding Amount. These funds must be expended on projects in the Approved application and amendments thereto. 6. Grant funds received under this award shall supplement the expenditure of State funds in support of specialty crops grown in that State, rather than replace State funds. 7. Indirect costs are limited to eight (8) percent of the total Federal funds. 8. Awards are limited to 3 calendar years in duration from the start date of the grant

USDA **United States Department of Agriculture**

Agricultural Marketing Service

Notice of Award

Award#  AM22SCBPRI1166-00
FAIN#   AM22SCBPRI1166
Federal Award Date:  08/25/2022

agreement.

**Paperwork Burden Statement:**

According to the Paperwork Reduction Act, as amended, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB control number for this information collection is 0581-0240. Public reporting burden for this collection of information is estimated to average 2 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project 0581-0240, Washington, DC 20503.

**Civil Rights:**

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html  and at any USDA office or write a letter addressed to USDA and provide in the letter all the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by 1) mail: U.S. Department of Agriculture Office of the Assistant Secretary for Civil Rights 1400 Independence Avenue, SW Washington, D.C. 20250-9410. 2) fax: (202) 690-7442; or 3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.

**Public Announcement Embargo**

AMS Grants Division requests that awardees refrain from doing any form of publicity on their award recommendation until the Secretary's office has had a chance do a press release first or until your office receives official notification of this award from our awards management system. Failure to adhere to this request may put your award recommendation at risk and may make it subject to withdrawal.

# AWARD ATTACHMENTS

ENVIRONMENTAL MANAGEMENT, RHODE ISLAND DEPT OF                    AM22SCBPRI1166-00

1. Award Terms and Conditions

**AWARD CONDITIONS**

The Agricultural Marketing Service (AMS) hereby awards a grant in support of the above referenced program.

This Award is pursuant to CFDA # 10.170, Specialty Crop Block Grant Program and is subject to:

1. Your organization's application package, including the SF-424, SF-424a, Application/Project Narrative, Budget Summary/Narrative, other supporting letters and documents.

2. Agricultural Marketing Service Grants Division General Award Terms and Conditions available at https://www.ams.usda.gov/sites/default/files/media/FY2021_GD_TermsandConditions.pdf

Acceptance of this award requires an authorized [Grant recipient awarded] representative to sign and date the Notice of Award (NOA) and submit to AMS via the grants management electronic system. You may also submit a signed copy of the NOA via email to ████████ at ████████████████ or ████████████ at ████████████████ . If you have any questions about this NOA, please contact the Federal Agency Project Manager listed on the attached Grant Agreement.

**Statement of Work:**

This agreement shall be carried out by the organizational units or officials of the Federal Agency and the Recipient in the manner and subject to the conditions provided in the Agricultural Marketing Service Grants Division General Award Terms and Conditions attached hereto and made a part of this agreement.

**PROVISIONS:**

This Agreement incorporates the following: 1. Approved application and budget including any mutually agreed upon budget revisions and other changes and amendments thereto. 2. Recipient must comply with General Award Terms and Conditions for the fiscal year in which the grant was awarded and available at https://www.ams.usda.gov/services/grants/scbgp/administer. 3. 2 CFR Part 200 and 2 CFR Part 400. 4. 2 CFR §200.216 and 2 CFR §200.340 5. If funds were not applied for and were reallocated, the reallocated amount is reflected in block 16-Federal Agency Funding Amount. These funds must be expended on projects in the Approved application and amendments thereto. 6. Grant funds received

under this award shall supplement the expenditure of State funds in support of specialty crops grown in that State, rather than replace State funds. 7. Indirect costs are limited to eight (8) percent of the total Federal funds. 8. Awards are limited to 3 calendar years in duration from the start date of the grant agreement.

**Paperwork Burden Statement:**

According to the Paperwork Reduction Act, as amended, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB control number for this information collection is 0581-0240. Public reporting burden for this collection of information is estimated to average 2 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project 0581-0240, Washington, DC 20503.

**Civil Rights:**

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by 1) mail: U.S. Department of Agriculture Office of the Assistant Secretary for Civil Rights 1400

Independence Avenue, SW Washington, D.C. 20250-9410. 2) fax: (202) 690-7442; or 3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.

**Public Announcement Embargo**

AMS Grants Division requests that awardees refrain from doing any form of publicity on their award recommendation until the Secretary's office has had a chance do a press release first or until your office receives official notification of this award from our awards management system. Failure to adhere to this request may put your award recommendation at risk and may make it subject to withdrawal.

# EXHIBIT D

**USDA**
United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award#  21SCBPRI1072-00
FAIN#  21SCBPRI1072
Federal Award Date:  10/28/2021

## Recipient Information

**1. Recipient Name**
ENVIRONMENTAL MANAGEMENT, RHODE
ISLAND DEPT OF
235 Promenade St Fl 3
Providence, RI 02908-5725
[No Phone Record]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**

**4. Employer Identification Number (EIN)**
056000522

**5. Data Universal Numbering System (DUNS)**
111441213

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**


**8. Authorized Official**


### Federal Agency Information
Agricultural Marketing Service (USDA-AMS)

**9. Awarding Agency Contact Information**
Grants Management Specialist


**10. Program Official Contact Information**

GMO

## Federal Award Information

**11. Award Number**
21SCBPRI1072-00

**12. Unique Federal Award Identification Number (FAIN)**
21SCBPRI1072

**13. Statutory Authority**
SCBGP-Sec. 101 of the Specialty Crops Competitiveness Act of 2004 as amended by sec. 10107 of the Agriculture Improvement Act of 2018 (Pub. L. No. 115-343) (7 U.S.C. § 1621 note)

**14. Federal Award Project Title**
SCBGP 2021 Application HR 133

**15. Assistance Listing Number**
10.170

**16. Assistance Listing Program Title**
Specialty Crop Block Grant Program - Farm Bill

**17. Award Action Type**
New

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

**19. Budget Period Start Date**  09/30/2021  **- End Date**  09/29/2025

**20. Total Amount of Federal Funds Obligated by this Action**   $363,910.51
  20a. Direct Cost Amount   $363,910.51
  20b. Indirect Cost Amount   $0.00

**21. Authorized Carryover**   $0.00

**22. Offset**   $0.00

**23. Total Amount of Federal Funds Obligated this budget period**   $0.00

**24. Total Approved Cost Sharing or Matching, where applicable**   $0.00

**25. Total Federal and Non-Federal Approved this Budget Period**   $363,910.51

**26. Project Period  Start Date**  09/30/2021  **- End Date**  09/29/2025

**27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period**   Not Available

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**


Grants Management Specialist

## 30. Remarks

United States Department of Agriculture

**USDA**

Agricultural Marketing Service

Notice of Award

Award# 21SCBPRI1072-00
FAIN# 21SCBPRI1072
Federal Award Date: 10/28/2021

## Recipient Information

**Recipient Name**

ENVIRONMENTAL MANAGEMENT, RHODE
ISLAND DEPT OF
235 Promenade St Fl 3
Providence, RI 02908-5725
[No Phone Record]

**Congressional District of Recipient**
01

**Payment Account Number and Type**
██████████

**Employer Identification Number (EIN) Data**
056000522

**Universal Numbering System (DUNS)**
111441213

**Recipient's Unique Entity Identifier**
Not Available

**31. Assistance Type**
Block Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | **Salaries and Wages** | $0.00 |
| b. | **Fringe Benefits** | $0.00 |
| | c.  **Total Personnel Costs** | $0.00 |
| d. | **Equipment** | $0.00 |
| e. | **Supplies** | $0.00 |
| f. | **Travel** | $0.00 |
| g. | **Construction** | $0.00 |
| h. | **Other** | $363,910.51 |
| i. | **Contractual** | $0.00 |
| j. | **TOTAL DIRECT COSTS** | $363,910.51 |
| k. | **INDIRECT COSTS** | $0.00 |
| l. | **TOTAL APPROVED BUDGET** | $363,910.51 |
| m. | **Federal Share** | $363,910.51 |
| n. | **Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| ██████████ | 21SCBPRI1072 | TM | 4110 | $363,910.51 | |

Page 2

**USDA** United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award# 21SCBPRI1072-00
FAIN# 21SCBPRI1072
Federal Award Date: 10/28/2021

---

| 35. Terms And Conditions |
|---|

## Terms and Conditions

1. **AWARD CONDITIONS**

   The Agricultural Marketing Service (AMS) hereby awards a grant in support of the above referenced program.

   This Award is pursuant to CFDA # 10.170, Specialty Crop Block Grant Program and is subject to:

   1. Your organization's application package, including the SF-424, Application/Project Narrative, Budget Summary/Narrative, other supporting letters and documents.

   2. Agricultural Marketing Service Grants Division General Award Terms and Conditions available at https://www.ams.usda.gov/sites/default/files/media/FY2021_GD_TermsandConditions.pdf

   Acceptance of this award requires an authorized [Grant recipient awarded] representative to sign and date the Notice of Award (NOA) and submit to AMS via the grants management electronic system. You may also submit a signed copy of the NOA via email to ▮▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮▮▮▮▮ If you have any questions about this NOA, please contact the Federal Agency Project Manager listed on the attached Grant Agreement.

   **Statement of Work:**

   This agreement shall be carried out by the organizational units or officials of the Federal Agency and the Recipient in the manner and subject to the conditions provided in the Agricultural Marketing Service Grants Division General Award Terms and Conditions attached hereto and made a part of this agreement.

   **PROVISIONS:**

   This Agreement incorporates the following: 1. Approved application and budget including any mutually agreed upon budget revisions and other changes and amendments thereto. 2. Recipient must comply with General Award Terms and Conditions for the fiscal year in which the grant was awarded and available at https://www.ams.usda.gov/services/grants/scbgp/administer. 3. 2 CFR Part 200 and 2 CFR Part 400. 4. 2 CFR §200.216 and 2 CFR §200.340 5. If funds were not applied for and were reallocated, the reallocated amount is reflected in block 16-Federal Agency Funding Amount. These funds must be expended on projects in the Approved application and amendments thereto. 6. Grant funds received under this award shall supplement the expenditure of State funds in support of specialty crops grown in that State, rather than replace State funds. 7. Indirect costs are limited to eight (8) percent of the total Federal funds. 8. Awards are limited to 3 calendar years in duration from the start date of the grant agreement.

   **Paperwork Burden Statement:**

   According to the Paperwork Reduction Act, as amended, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB control number for this information collection is 0581-0240. Public reporting burden for this collection of information is estimated to average 2 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other

**USDA United States Department of Agriculture**

Agricultural Marketing Service

Notice of Award

Award# 21SCBPRI1072-00
FAIN# 21SCBPRI1072
Federal Award Date: 10/28/2021

aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project 0581-0240, Washington, DC 20503.

**Civil Rights:**

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by 1) mail: U.S. Department of Agriculture Office of the Assistant Secretary for Civil Rights 1400 Independence Avenue, SW Washington, D.C. 20250-9410. 2) fax: (202) 690-7442; or 3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.

**Public Announcement Embargo**

AMS Grants Division requests that awardees refrain from doing any form of publicity on their award recommendation until the Secretary's office has had a chance do a press release first or until your office receives official notification of this award from our awards management system. Failure to adhere to this request may put your award recommendation at risk and may make it subject to withdrawal.

# EXHIBIT E

**Wednesday, February 5, 2025 at 16:14:51 Eastern Standard Time**

**Subject:** FW: AM22SCBPRI1166 Drawdown
**Date:** Wednesday, February 5, 2025 at 12:37:44 PM Eastern Standard Time
**From:** ███████████
**To:** ███████████
**CC:** ███████████
**Attachments:** image001.png, image002.png, RI Temporary Restraining Order Notice 01-31-2025.pdf, SF-270 Signed.pdf

Good afternoon ████ ,

Per the Rhode Island Temporary restraining order (attached) issued 1/31/2025, it is our understanding that the funding associated with this reimbursement request should be released. Can you provide a timeline as to when you will review and approved the attached SF-270 and when we can anticipate payment to be initiated?

Thank you,



 
Assistant Director, Financial and Contract Management

**Rhode Island Department of Environmental Management**
**Office of Management Services**
235 Promenade Street, Providence, RI 02908

███████████

*Follow DEM on Facebook, Instagram, and Twitter*
*Please consider the environment before printing this e-mail.*

**From:** ███████████
**Sent:** Thursday, January 30, 2025 2:31 PM
**To:** ███████████
**Subject:** RE: AM22SCBPRI1166 Drawdown

| **This Message Is From an External Sender** | Report Suspicious |
| --- | --- |
| This message came from outside your organization. | |

 ,

Sorry for the delayed response.
*"The agency is still awaiting further guidance, and until we receive additional information/clearances, payments will continue to be on hold at this time. We are continually monitoring for updates and will update you as soon as we have received any new information."*

███████████

Grants Management Specialist
Specialty Crop Block Grant Program(SCBGP)
USDA, Agricultural Marketing Service
Phone: ███████████
Email: ███████████

---

**From:** ███████████
**Sent:** Thursday, January 30, 2025 1:15 PM
**To:** ███████████
**Subject:** AM22SCBPRI1166 Drawdown

Hey █████,

See attached SF-270 for your approval.

Thank you!



████████████
Principal Accountant

**Rhode Island Department of Environmental Management
Office of Management Services**
235 Promenade Street, Providence, RI 02908

████████████████

Follow DEM on Facebook, Instagram, and Twitter
Please consider the environment before printing this e-mail.

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**Wednesday, February 5, 2025 at 16:17:34 Eastern Standard Time**

**Subject:** FW: SF-270 for SCBPS21

**Date:** Wednesday, February 5, 2025 at 12:36:12 PM Eastern Standard Time

**From:** ▮▮▮▮▮▮▮▮

**To:** ▮▮▮▮▮▮▮▮

**CC:** ▮▮▮▮▮▮▮▮

**Attachments:** image001.png, image002.png, RI Temporary Restraining Order Notice 01-31-2025.pdf, SF-270 Signed.pdf

Good afternoon ▮▮▮▮ ,

Per the Rhode Island Temporary restraining order (attached) issued 1/31/2025, it is our understanding that the funding associated with this reimbursement request should be released. Can you provide a timeline as to when you will review and approved the attached SF-270 and when we can anticipate payment to be initiated?

Thank you,



▮▮▮▮▮▮▮▮

Assistant Director, Financial and Contract Management

**Rhode Island Department of Environmental Management**
**Office of Management Services**

235 Promenade Street, Providence, RI 02908

▮▮▮▮▮▮▮▮

*Follow DEM on Facebook, Instagram, and Twitter*
*Please consider the environment before printing this e-mail.*

**From:** ▮▮▮▮▮▮▮▮

**Sent:** Thursday, January 30, 2025 2:31 PM

**To:** ▮▮▮▮▮▮▮▮

**Subject:** RE: SF-270 for SCBPS21

| **This Message Is From an External Sender** | Report Suspicious |
|---|---|
| This message came from outside your organization. | |

▮▮▮▮ ,

Sorry for the delayed response.

*"The agency is still awaiting further guidance, and until we receive additional information/clearances, payments will continue to be on hold at this time. We are continually monitoring for updates and will update you as soon as we have received any new information."*

██████████████

Grants Management Specialist
Specialty Crop Block Grant Program(SCBGP)
USDA, Agricultural Marketing Service
Phone: ████████████
Email: ██████████████

---

**From:** ████████████████████████
**Sent:** Thursday, January 30, 2025 2:24 PM
**To:** ████████████████████
**Subject:** SF-270 for SCBPS21

Hey ██████ ,

Please review and approve the SF-270 for this drawdown.

Thank you!



████████████████
Principal Accountant

**Rhode Island Department of Environmental Management**
**Office of Management Services**
235 Promenade Street, Providence, RI 02908

████████████████████████

Follow DEM on Facebook, Instagram, and Twitter
Please consider the environment before printing this e-mail.

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**Wednesday, February 5, 2025 at 16:18:05 Eastern Standard Time**

| | |
|---|---|
| **Subject:** | FW: SF-270 for SCBGP23S |
| **Date:** | Wednesday, February 5, 2025 at 12:33:48 PM Eastern Standard Time |
| **From:** | ████████ |
| **To:** | ████████ S |
| **CC:** | ████████ |
| **Attachments:** | image001.png, image002.png, RI Temporary Restraining Order Notice 01-31-2025.pdf, SF-270 Signed.pdf |

Good afternoon ████ ,

Per the Rhode Island Temporary restraining order (attached) issued 1/31/2025, it is our understanding that the funding associated with this reimbursement request should be released. Can you provide a timeline as to when you will review and approved the attached SF-270 and when we can anticipate payment to be initiated?

Thank you,



████████
Assistant Director, Financial and Contract Management

**Rhode Island Department of Environmental Management**
**Office of Management Services**
235 Promenade Street, Providence, RI 02908

████████

*Follow DEM on Facebook, Instagram, and Twitter*
*Please consider the environment before printing this e-mail.*

---

**From:** ████████
**Sent:** Thursday, January 30, 2025 2:31 PM
**To:** ████████
**Subject:** RE: SF-270 for SCBGP23S

| | |
|---|---|
| **This Message Is From an External Sender** | ‾Report Suspicious‾ |
| This message came from outside your organization. | |

████ ,
Sorry for the delayed response.
*"The agency is still awaiting further guidance, and until we receive additional information/clearances, payments will continue to be on hold at this time. We are continually monitoring for updates and will*

*update you as soon as we have received any new information."*

████████████████

Grants Management Specialist
Specialty Crop Block Grant Program(SCBGP)
USDA, Agricultural Marketing Service
Phone: ████████████
Email: ████████████████

**From:** ████████████████████████████
**Sent:** Thursday, January 30, 2025 2:23 PM
**To:** ██████████████████████
**Subject:** SF-270 for SCBGP23S

Hey █████,

Please review and approve the SF-270 for this drawdown.

Thank you!



████████████████
Principal Accountant

**Rhode Island Department of Environmental Management**
**Office of Management Services**
235 Promenade Street, Providence, RI 02908

████████████████████████

Follow DEM on Facebook, Instagram, and Twitter
Please consider the environment before printing this e-mail.

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

# EXHIBIT F

**From:** ██████████████████████████████
**Sent on:** Monday, February 3, 2025 3:39:01 PM
**To:** ██████████████████████████████
**CC:** ██████████████████████████████████████
**Subject:** Fw: Updates

Passing this along regarding Specialty Crop.

██████

---

**From:** ██████████████████████████████
**Sent:** Monday, February 3, 2025 10:14 AM
**To:** ██████████████████████████████
**Subject:** Updates

---

**This Message Is From an External Sender**
This message came from outside your organization.

[Report Suspicious]

Dear State Contacts,

Payment Status-"The agency is still awaiting further guidance, and until we receive additional information/clearances, payments will continue to be on hold at this time.  We are continually monitoring for updates and will update you as soon as we have received any new information."

FY25 RFA Status- We do not have any specific dates that we can provide at this time, and we will provide further information once we receive it.

Thanks,
██████████████
Grants Management Specialist
Specialty Crop Block Grant Program
USDA, Agricultural Marketing Service
███████████████████████

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

# EXHIBIT G

5D - 00A00854 - 0    Page 1

| | |
|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Grant Agreement | **GRANT NUMBER (FAIN):** 00A00854 **MODIFICATION NUMBER:** 0 **PROGRAM CODE:** 5D |

| | | |
|---|---|---|
| | **GRANT NUMBER (FAIN):** 00A00854 **MODIFICATION NUMBER:** 0 **PROGRAM CODE:** 5D | **DATE OF AWARD** 08/14/2023 |
| | **TYPE OF ACTION** New | **MAILING DATE** 08/17/2023 |
| | **PAYMENT METHOD:** ASAP | **ACH#** 10110 |

| **RECIPIENT TYPE:** State | **Send Payment Request to:** Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** Rhode Island D.E.M. 235 Promenade Street Providence, RI 02908 EIN: 05-6000522 | **PAYEE:** Rhode Island D.E.M. 235 Promenade Street Providence, RI 02908 |

| **PROJECT MANAGER** ▮ 235 Promenade Street Providence, RI 02908 **Email:** ▮ **Phone:** ▮ | **EPA PROJECT OFFICER** Dan Burke 5 Post Office Square, Suite 100 Boston, MA 02109-3912 **Email:** ▮ **Phone:** ▮ | **EPA GRANT SPECIALIST** ▮ Grants Management Branch 5 Post Office Square, Suite 100 Boston, MA 02109-3912 **Email:** ▮ **Phone:** ▮ |
|---|---|---|

**PROJECT TITLE AND DESCRIPTION**

Rhode Island Climate Pollution Reduction Planning Grant

See Attachment 1 for project description.

| **BUDGET PERIOD** 08/15/2023 - 08/14/2027 | **PROJECT PERIOD** 08/15/2023 - 08/14/2027 | **TOTAL BUDGET PERIOD COST** $3,000,000.00 | **TOTAL PROJECT PERIOD COST** $3,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/27/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $3,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $3,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** U.S. EPA, Region 1 , EPA New England 5 Post Office Square, Suite 100 Boston, MA 02109-3912 | **ORGANIZATION / ADDRESS** U.S. EPA, Region 1, EPA New England R1 - Region 1 5 Post Office Square, Suite 100 Boston, MA 02109-3912 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| Digital signature applied by EPA Award Official ▮ - Director, Mission Support Division | **DATE** 08/14/2023 |

5D - 00A00854 - 0    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $0 | $3,000,000 | $3,000,000 |
| EPA In-Kind Amount | $0 | $0 | $0 |
| Unexpended Prior Year Balance | $0 | $0 | $0 |
| Other Federal Funds | $0 | $0 | $0 |
| Recipient Contribution | $0 | $0 | $0 |
| State Contribution | $0 | $0 | $0 |
| Local Contribution | $0 | $0 | $0 |
| Other Contribution | $0 | $0 | $0 |
| Allowable Project Cost | $0 | $3,000,000 | $3,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.046 - Climate Pollution Reduction Grants | Clean Air Act: Sec. 137 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Oganization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| CPRG RI | 23010CG038 | 2231 | E4SFX | 01V5 | 000ACGXJ1 | 4132 | - | - | $3,000,000 |
| | | | | | | | | | $3,000,000 |

5D - 00A00854 - 0     Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $467,335 |
| 2. Fringe Benefits | $308,426 |
| 3. Travel | $16,257 |
| 4. Equipment | $0 |
| 5. Supplies | $60,000 |
| 6. Contractual | $1,674,000 |
| 7. Construction | $0 |
| 8. Other | $332,406 |
| 9. Total Direct Charges | $2,858,424 |
| 10. Indirect Costs: 18.25 % Base - | $141,576 |
| 11. Total (Share: Recipient ___0.00 % Federal _100.00 %) | $3,000,000 |
| 12. Total Approved Assistance Amount | $3,000,000 |
| 13. Program Income | $0 |
| 14. Total EPA Amount Awarded This Action | $3,000,000 |
| 15. Total EPA Amount Awarded To Date | $3,000,000 |

5D - 00A00854 - 0     Page 4

## *Attachment 1 - Project Description*

This agreement provides funding under the Inflation Reduction Act (IRA) to Rhode Island Department of Environmental Management to develop a comprehensive, economy-wide climate mitigation plan or update an existing plan in collaboration with air pollution control districts, and large and small municipalities statewide, and tribal governments that will support actions to reduce greenhouse gases (GHG) and harmful air pollutants and to conduct meaningful engagement with low- income and disadvantaged communities.

In general, activities include the development, updating, and evaluation of plans to reduce climate pollution (i.e., to reduce GHG emissions and/or enhance carbon sinks). Specific activities include 1) a GHG inventory; 2) GHG emissions projections; 3) GHG reduction targets; 4) Quantified GHG reduction measures; 5) A benefits analysis for the full geographic scope and population covered by the plan; 6) A low-income and disadvantaged communities benefits analysis; 7) A review of authority to implement; 8) A plan to leverage other federal funding; and, 9) A workforce planning analysis. Three key deliverables will be produced and submitted over the course of the four-year program period, including: a Priority Climate Action Plan (PCAP), due March 1, 2024; a Comprehensive Climate Action Plan (CCAP), due two years from the date of the award; and a Status Report, due at the close of the grant period.

The expected outcomes include a PCAP and CCAP that identifies: tons of pollution (GHGs and co-pollutants) reduced over the lifetime of the measures; tons of pollution (GHGs and co-pollutants) reduced annually; and tons of pollution (GHGs and co-pollutants) reduced with respect to low-income and disadvantaged communities. Other expected outcomes include: improved staff capacity to implement policies to address climate change; enhanced community engagement; improved ambient air quality; health benefits achieved; increased public awareness of project and results; and, creation of high-quality jobs with an emphasis on workers from underserved populations.

The intended beneficiaries include all residents and visitors to the state of Rhode Island through three main objectives: tackling damaging climate pollution; accelerating work to address environmental injustice and empower community-driven solutions in overburdened neighborhoods; and delivering cleaner air by reducing harmful air pollution in places where people live, work, play, and go to school. Facilitation Services will include mini-grants to local community based organizations (CBOs) to assist with outreach and facilitated conversations about programs, policies and projects RI can invest in to reduce GHG emissions. The goal of this collaboration with CBOs is to help ensure that a wide range of voices are captured in the execution of this grant, especially those typically under-represented in RI's climate conversation. Stipends will be utilized as a method of fostering engagement. CBOs would be required to provide quarterly status reports on progress, execute outreach activities, and produce a final report summarizing all engagement and feedback for utilization by RIDEM staff as part of the overall CPRG process.

5D - 00A00854 - 0    Page 5

## *Administrative Conditions*

**A.  Correspondence Condition**

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA. Unless otherwise noted, all such correspondence should be sent to the following email addresses:

Federal Financial Reports (SF-425): rtpfc-grants@epa.gov

MBE/WBE reports (EPA Form 5700-52A): r1_mbewbereport@epa.gov

All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: **Grants Specialist,** ███████████████; **Project Officer,** ██████████████

Workplan revisions, equipment lists, programmatic reports and deliverables: ███████████

Quality Assurance documents: █████████████ **AND** R1QAPPs@epa.gov

## *Programmatic Conditions*

### Climate Pollution Reduction Grants Specific Programmatic Terms and Conditions

**A**.  **PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT**

#### Performance Reports – Content

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas:  1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) Additional pertinent information, including, when appropriate, analysis and explanation of cost overruns or high-unit costs.

Additionally, the recipient agrees to inform EPA as soon as problems, delays, or adverse conditions which will materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan are known.

#### Performance Reports - Frequency

Quarterly performance reports are required to be submitted electronically to the EPA Project Officer within 30 calendar days after the reporting period (every three-month period). Quarterly reports are due according to the following schedule. If a due date falls on a weekend or holiday, the report will be due on the next business day. If a project start date falls within a defined reporting period, the recipient must report for that period by the given due date unless otherwise noted. This quarterly reporting schedule shall be repeated for the duration of the award agreement.

July 1 – September 30 Reporting Period: report due date October 30 (note, in year 1, this reporting period should begin at the project start date)

October 1 – December 31 Reporting Period: report due date January 30

January 1 – March 31 Reporting Period: report due date April 30

April 1 – June 30 Reporting Period: report due date July 30

**The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance.**

<u>**Subaward Performance Reporting**</u>

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Examples of items that must be reported if the pass-through entity has the information available are:

1. Summaries of results of reviews of financial and programmatic reports.

2. Summaries of findings from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Environmental results the subrecipient achieved.

4. Summaries of audit findings and related pass-through entity management decisions.

5. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(e), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

**B.  DELIVERABLES AND REQUIREMENTS**

**States that accept an award are required to produce and electronically submit the following three deliverables by the date specified:**

1.) By March 1, 2024, a Priority Climate Action Plan (PCAP), which is a narrative report that includes a focused list of near-term, high-priority, implementation ready measures to reduce Greenhouse Gas (GHG) pollution and an analysis of GHG emissions reductions that would be achieved through implementation. These initial plans can focus on a specific sector or selected sectors, and do not need to comprehensively address all sources of GHG emissions and sinks in the jurisdiction. The PCAP must include: a GHG inventory; quantified GHG reduction measures; a low-income and disadvantaged communities benefits analysis; and a review of authority to implement.

2.) A Comprehensive Climate Action Plan (CCAP), due 2 years from the date of the award. The CCAP is a narrative report that should touch on all significant GHG sources/sinks and sectors present in a state or metropolitan area, establish near-term and long-term GHG emission reduction goals, and provide strategies and identify measures to achieve those goals. Each CCAP must include: a GHG inventory; GHG emissions projections; GHG reduction targets; quantified GHG reduction measures; a benefits analysis for the full geographic scope and population covered by the plan; a low-income and disadvantaged communities benefits analysis; a review of authority to implement; a plan to leverage other federal funding; and, a workforce planning analysis.

3.) A Status Report, due at the closeout of the 4-year grant period. This report should include the implementation status of the quantified GHG reduction measures included in the CCAP; any relevant

updated analyses or projections supporting CCAP implementation; and, next steps and future budget/staffing needs to continue CCAP implementation.

States must coordinate with municipalities and air pollution control agencies within their state to include priority measures that are implementable by those entities. States are further encouraged to similarly coordinate with tribes. In all cases, the lead organization for a state or metropolitan area PCAP funded through the CPRG program must make the PCAP available to other entities by March 1, 2024 for their use in developing an implementation grant application.

State lead organizations must involve stakeholder groups and the public in the process for developing the PCAP and CCAP. Potential stakeholders include urban, rural, and underserved or disadvantaged communities as well as the general public, governmental entities, federally recognized tribes, Port Authorities, labor organizations, community and faith-based organizations, and private sector and industry representatives.

## C.  Cybersecurity Condition

**State Grant Cybersecurity**

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure.

For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

## D.  Competency Policy

5D - 00A00854 - 0    Page 8

**Competency of Organizations Generating Environmental Measurement Data**

In accordance with Agency Policy Directive Number FEM-2012-02, <u>Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements.</u>

Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable. Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process. A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

**E**. **Public or Media Events**

The Recipient agrees to notify the EPA Project Officer listed in this award document of public or media events related to activities accomplished as a result of this agreement, and provide the opportunity for attendance and participation by federal representatives with at least ten (10) working days' notice.

**F**. **Geospatial Data Standards**

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards. Information on these standards may be found at https://www.fgdc.gov/.

**G.  Quality Assurance**

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient will develop Quality Assurance Project Plans (QAPP) for all applicable projects and tasks involving environmental information operations in accordance with the most current version of EPA Requirements for Quality Assurance Project Plans. Regional guidance documents and national guidance documents may be helpful in meeting the requirements.

"Environmental information operations" is a collective term for work performed to collect, produce, evaluate, or use environmental information or the design, construction, operation, or application of environmental technology. For EPA, environmental information includes direct measurements of environmental parameters or processes, analytical testing of environmental conditions, information provided by models, information compiled from other sources such as databases, software applications, or existing literature, the development of environmental software, tools, or models, or the design, construction, operation, or application of environmental technology.

The QAPP must be approved by EPA prior to environmental information operations, except under circumstances requiring immediate action to protect human health and the environment or operations conducted under police powers. Unless an alternate schedule has been agreed upon, QAPPs are to be submitted at least 60 days before project activities begin. QAPPs are submitted electronically to the following:

5D - 00A00854 - 0    Page 9

**EPA Project Officer/Tribal Coordinator (see page 1 of assistance agreement for contact information) <u>and</u> Regional Quality Assurance Branch        via <u>R1QAPPs@epa.gov</u>**

**\*If electronic submission is unavailable, please contact the Project Officer/Tribal Coordinator for submittal instructions.**

For organizations with an EPA-approved Quality Management Plan (QMP), the recipient will submit an annual update letter to EPA documenting progress over the year and any changes to the QMP. Annual update letters will be sent every year for four years until the expiration of the QMP (five years from initial EPA approval). Annual QA update letters will be sent to the EPA Project Officer/Tribal Coordinator and the RQAM on the anniversary of the approval of the QMP by the RQAM; or on another mutually agreeable schedule. In addition, for multi-year projects, the grantee shall confirm that the QAPP is current and accurate.

**H. Use of Logos**

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the State of Rhode Island received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

**I. Pre- Award Costs**

In accordance with 2 CFR 1500.8, the grantee may charge pre-award costs incurred from 08**/15/2023** to the actual award date provided that such costs were contained in the approved application and all costs are incurred within the approved budget period.

# EXHIBIT H

# Climate Pollution Reduction Grants (CPRG) –
# Workplan for the State of Rhode Island
## *April 2023*

## WORKPLAN SUMMARY:

Rhode Island's CPRG application will encompass the entire state of Rhode Island, an EPA Region 1 state. Rhode Island has prioritized GHG emissions reduction activities for well over 20 years, beginning with the RI 2002 GHG Action Plan and most recently with the completion of RI's 2022 Climate Update (an update to the 2016 GHG Emissions Reduction Plan). In between 2002 and 2022, RI has enacted numerous climate related laws, including the Resilient RI Act of 2014, the 2021 Act on Climate and a 100% renewable energy standard by 2033 (enacted in 2022). While all emissions sources need to be explored if RI intends to meet its aggressive *mandatory* net-zero GHG mandate by 2050, nearly 80% of RI's GHG emissions come from the transportation, electric generating and residential heating sectors (a visual of RI's sources can be found at https://dem.ri.gov/environmental-protection-bureau/air-resources/greenhouse-gas-emissions-inventory). RIDEM anticipates these areas will be the focus of much of the planning being undertaken as part of the CCAP and PCAP.

Rhode Island's primary comprehensive climate law, the Act on Climate enacted in 2021, required that the RI Executive Climate Change Coordinating Council (RIEC4) deliver an update to the 2016 Greenhouse Gas (GHG) Emissions Reduction Plan to the Governor and General Assembly by December 31, 2022 (referred to as the 2022 Climate Update). After a fourteen-month process involving substantial stakeholder engagement, research, and coordination among the 13 state agencies of the RIEC4, the 2022 Climate Update was completed in December 2022 and serves as a benchmark and updated foundation for Rhode Island's climate work ahead (online at https://climatechange.ri.gov/act-climate/2022-climate-update). RI's GHG annual inventories (performed by RIDEM staff) are a critical tool for helping Rhode Island track progress towards its GHG mandated reduction targets. In addition, RIDEM intends to undertake this work over the next 4 years in coordination with the principles and goals identified in its draft policy on environmental justice (anticipated to be finalized in late Spring 2023 and available online at https://dem.ri.gov/environmental-protection-bureau/initiatives/environmental-justice).

RIDEM intends to actively engage its recently hired Climate Justice Specialist in the development of the PCAP and CCAP to help ensure the work performed pursuant to this funding opportunity is transparent, represents the voices of low-income and disadvantaged communities, and is communicated effectively to populations most vulnerable to the impacts of climate change. RIDEM's Climate Justice Specialist will be developing an EJ workgroup for the EC4 and will engage with these members on specific community needs and priorities. In addition, RIDEM, with the assistance of the entire RIEC4 Council, will work to meet the deliverable deadlines for the PCAP, CCAP and Status Report in 2024, 2025, and 2027 respectively. Particular emphasis will be given to engaging with municipalities and the business community – two groups whose voices were not amplified during the creation of RI 2022 Climate Update.

A total budget of $3,000,000 for this funding opportunity has been identified, with the largest portion being used to support the development of the CCAP for modeling of GHG reduction scenarios, robust stakeholder engagement, preparing the final deliverables and related contractual services. It is important to note that Rhode Island's 2021 Act on Climate mandates the creation of a "RI 2025 Climate Strategy" by the end of 2025. RIDEM intends to closely sync the work done for the 2025 Climate Strategy with the CCAP and deliver one comprehensive, action-based strategy in the fall of 2025. RIDEM in coordination with other RIEC4 member agencies initiated a comprehensive public involvement strategy to provide transparency and approximately 20 direct opportunities for engagement during the development of the 2022 Climate Update. RIDEM also intends to utilize an experienced outside contractor and community-based organizations to assist with outreach and stakeholder engagement under the PCAP and CCAP.

1

## RESPONSIBLE ENTITIES:

The RI Department of Environmental Management will serve as the lead contact for this grant. The primary point-of-contact will be:



RIDEM - Office of the Director

**Coordinating Entities:**

- The RI Executive Climate Change Coordinating Council, or RIEC4, (as Chaired by RIDEM Director ████████) comprised of 13 member agencies as follows: RI Coastal Resources Management Council, RI Department of Administration, RI Department of Environmental Management, RI Department of Health, RI Department of Transportation, RI Division of Planning, RI Emergency Management Agency, RI Executive Office of Health & Human Services, RI Infrastructure Bank, RI Office of Energy Resources, RI Public Transit Authority, RI Division of Public Utilities and Carriers, and the Rhode Island Commerce Corporation.
- The 9-member RIEC4 Science and Technology Advisory Board (STAB)
- The 13-member RIEC4 Advisory Board
- RIDEM's Climate Justice Specialist and the RI Office of Energy Resources Energy Justice Manager
- The RI Department of Labor & Training (including the Governor's Workforce Board)
- Cities and towns across Rhode Island with targeted outreach and engagement
- Institutions of higher education located within Rhode Island (e.g., Brown University, University of Rhode Island)
- Environment Council of Rhode Island (ECRI) and member organizations
- The Northeast States for Coordinated Air Use Management (NESCAUM)

## DELIVERABLES DEVELOPMENT PROCESS:

**Key Deliverable #1: Priority Climate Action Plan**

RIDEM, in coordination with the RIEC4, will be on-point for developing the PCAP throughout the second half of 2023 and into the spring of 2024. RIDEM's Office of Air Resources, which leads a majority of the agency's mitigation related programs, will be directly involved. Key participants will include staff from the 13 agencies that comprise the RIEC4, municipal and business leaders, the RIEC4's two advisory bodies, RIDEM's Climate Justice Specialist, and RIDEM's climate policy staff (2 FTEs in the Director's Office). RIEC4 Council meetings as well as meetings of the RIEC4 Advisory Board and RIEC4 STAB will be key touch points with the public to engage on the development of the PCAP. RIDEM anticipates also partnering with non-profits (e.g., Climate Jobs RI), academic institutions (e.g., University of Rhode Island /Brown University) and/or regional organizations (e.g., NESCAUM) as needed to complete the following elements:
- GHG Inventory
  - o RIDEM's Office of Air Resources completes an annual RI GHG inventory which will be utilized to support the work of the PCAP. Any significant proposed changes to how RIDEM develops the annual RI GHG inventory will include stakeholder engagement. It is anticipated to be completed by mid-December 2023 (for calendar year 2020).
- GHG Reduction Targets
  - o RI already has legislatively mandated near-term and long-term reduction targets as follows which will be used for the development of the PCAP: 45% below 1990 levels by 2030, 80% below 1990 levels by 2040, and

2

net-zero emissions by 2050. No additional amendments to these targets are expected during the development of the PCAP.

- Quantified GHG Reduction Measures
  - RI's 2022 Climate Update modeled specific reduction measures and will be incorporated into the PCAP (utilizing the Energy Policy Simulator tool). The development of additional GHG reduction scenarios may be modeled with the use of contractual services and NESCAUM. Any additional modeling deemed necessary will be undertaken between October 2023 – February 2024.
- Low Income/ Disadvantaged Communities Benefits Analysis
  - RI's 2022 Climate Update and the recommendations of the RIEC4 Advisory Board on climate justice will inform this specific element. The development of this analysis will likely utilize contractual services (e.g., NESCAUM) between October 2023 – February 2024.
- Review of Authority to Implement
  - RIDEM anticipates this analysis can be undertaken internally in coordination with staff from the agencies that make up the RIEC4 in early 2024. RI's Act on Climate provides significant authority for RI state agencies to implement mitigation requirements in support of meeting RI's climate mandates.
- Workforce Planning Analysis
  - RIDEM anticipates it will engage with the RI Department of Labor and Training, the Governor's Workforce Board, NESCAUM and related workforce organizations engaged in workforce/just transition analysis to complete this optional element of the PCAP. RIDEM expects this analysis will be undertaken in late 2023 and early 2024.

**PCAP Interagency and Intergovernmental Coordination:**

Interagency coordination on climate change is one of the core elements of RI's success to-date on mitigation measures and climate planning. RIDEM climate policy staff interact on a very regular basis with staff from the other 12 RIEC4 agencies (listed above). This staff-level coordinating network will be critical to the success of both the PCAP and the CCAP. Agency directors meet 6-times a year at RIEC4 Council meetings, and it is anticipated that all key deliverables of this process over the next 4 years will be discussed and vetted though both RIEC4 staff and agency directors/staff. Because Rhode Island's Division of Statewide Planning serves as our state's only MPO, we will rely on their staff to help engage with cities and towns regarding local plans and requirements. We also interact frequently with the Rhode Island League of Cities and Towns. The Rhode Island Infrastructure Bank is also a critical partner in developing funding analysis and mechanisms to direct federal funds to cities and towns.

The RIEC4 has existed for nearly 10 years and is very adept at communicating about such large projects and deliverables. In order to bring in the voices of RI's 39 cities and towns into this process, RIDEM expects to set up a regular touch point with municipal leaders to solicit input and provide regular progress updates. In addition, monthly RIEC4 Advisory Board meetings and bi-monthly RIEC4 STAB meetings will be utilized to advance interagency and municipal coordination. The RI climate change website (online at https://climatechange.ri.gov/) will continue to be utilized as the primary repository for sharing materials and announcing meetings/events via its online calendar feature. SmartComment (web-based software for public comments and engagement campaigns) will be used for capturing, organizing, and analyzing online feedback from stakeholders. Similarly, RI's climate listserv will be utilized to push out interim deliverables, engage stakeholders, and the final PCAP (to inform the development of implementation grant applications by RI cities/towns, tribes, etc.).

**PCAP Public and Stakeholder Engagement:**

The members of the RIEC4 Advisory Board and RIEC4 STAB represent a wide variety of organizations/interests including, but not limited to, the Audubon Society of RI, TNC, RI AFL-CIO, RI Coastal Resources Center, Brown University, the University of Rhode Island, the Narragansett Bay National Estuarine Research Reserve, builders, affordable housing,

3

architects, and private business. With the RIEC4 Advisory Board meeting monthly and the RIEC4 STAB meeting bi-monthly, board meetings can be used to provide direct input into the development of the PCAP and solicit public feedback (all meetings include opportunity for public comment). Rhode Island also has an active environmental advocacy community that is organized as the Environment Council of Rhode Island. We will utilize this network and their monthly meetings to engage with the largest environmental advocacy groups in the state.

RIDEM is familiar with the Justice 40 CEJST tool, and we have created our own maps of environmental justice focus areas that overlap with those identified by CEJST. The maps, along with our environmental justice policy, will guide our benefits analysis and our outreach to specific areas of the state. Because of Rhode Island's small size, we are intimately familiar with the areas that we consider environmental justice focus areas. In much of our planning, we work on a watershed scale and include adjacent neighborhoods as well. There are several state-designated watershed councils that are actively engaged in citizen science and advocacy within our EJ communities, and they are all organized under the umbrella of the Rhode Island Rivers Council which is a quasi-public body. In addition to these tools, we will utilize existing structures such as the Department of Health's Health Equity Zones and neighborhood associations to reach into the community. During this phase of the grant, the EC4 will be aiming to create an environmental justice workgroup and we can begin to share the planning documents and priority projects with them. RIDEM applied for an Environmental Justice Government to Government (EJG2G) grant in April 2023. If successful, we will align the work of this proposal with work performed in support of the EJG2G grant.

Additional direct stakeholder engagement through online listening events, similar to the ~20 events undertaken to develop the 2022 Climate Update, will be planned.

RIDEM intends to actively engage its recently hired Climate Justice Specialist in the development of the PCAP and CCAP to help ensure the work performed pursuant to this funding opportunity is transparent, represents the voices of low-income and disadvantaged communities, and is communicated effectively to populations most vulnerable to the impacts of climate change. Ongoing 'Climate Justice Hours' will provide an avenue to share information and solicit feedback from low-income and disadvantaged community members. RIDEM will look to engage with the members of the Providence Racial and Environmental Justice Committee (REJC) about the PCAP and how it can work to implement some of the recommendations outlined in the Providence Climate Justice Plan (https://www.providenceri.gov/sustainability/climate-justice-action-plan-providence/) as adopted in 2019. This outreach and coordination will continue past March 2024 when RIDEM turns its attention to the development of the CCAP.

In order to better communicate with the public and stakeholder groups about the PCAP, CCAP and related climate activities (e.g., the 2025 Climate Strategy due to be completed in late 2025), RIDEM anticipates utilizing contractual services to develop an online metric-based climate and emissions reduction dashboard. It will be developed as an easy to use/understand tool so residents of RI can track how fast RI is moving the needle on specific climate metrics (e.g., EV adoption, installation of EVSE, heat pump deployment, progress towards renewable energy standard goals, or MWs of renewable energy contracted for use in RI). This dashboard will be integrated into our https://climatechange.ri.gov/ website which hosts all of our meeting minutes, resources, and links to reports and policies. We also maintain a listserv and actively invite members of the public to receive newsletters and updates via email.

### Key Deliverable #2: Comprehensive Climate Action Plan:

RIDEM, in coordination with the RIEC4, will be on-point for developing the CCAP from the spring of 2024 through the fall of 2025. RIDEM's Office of Air Resources, which leads a majority of the agency's mitigation related programs (including the development of RI's annual GHG inventories), will be directly involved. Key participants will include staff from the 13 agencies that comprise the RIEC4, municipal and business leaders, the RIEC4's two advisory bodies, RIDEM's Climate Justice Specialist, and RIDEM's climate policy staff (2 FTEs in the Director's Office). RIEC4 Council meetings as well as meetings of the RIEC4 Advisory Board and RIEC4 STAB will be key touch points with the public to engage on the

4

development of the CCAP. The most significant portion of RIDEM's time and budget (e.g for contractual services) under this funding opportunity will be focused on development of the CCAP and the accompanying 2025 RI Climate Strategy. The findings and recommendations of the RI 2022 Climate Update and the PCAP will inform the development of the CCAP. RIDEM anticipates also partnering with non-profits (e.g., Climate Jobs RI), academic institutions (e.g., University of Rhode Island /Brown University) and/or regional organizations (e.g., NESCAUM) as needed to complete the following:

- GHG Inventory
  - o RIDEM's Office of Air Resources completes an annual state-level RI GHG inventory for all of the major sectors which will be utilized to support the work of the CCAP. Any significant proposed changes to how RIDEM develops the annual RI GHG inventory will include stakeholder engagement. It is anticipated to be completed by mid-December 2023 (for calendar year 2020) and annually each year after that throughout the span of this funding opportunity. RIDEM has been completing annual inventories for RI each year since 2014.
- GHG Emissions Projections
  - o GHG emissions projections (using scenario-based modeling) will be developed with the use of contractual services. RI's 2020 GHG Inventory (to be completed in late 2023) and 2021 GHG Inventory (to be completed in late 2024) will inform modeled projections. RIDEM anticipates modeling will be completed between fall of 2024 and summer of 2025.
- GHG Reduction Targets
  - o RI already has legislatively mandated near-term and long-term reduction targets as follows which will be used for the development of the CCAP: 45% below 1990 levels by 2030, 80% below 1990 levels by 2040, and net-zero emissions by 2050. No additional amendments to these targets are expected during the development of the CCAP. RIDEM and the RIEC4 would like to keep open the possibility of developing sector-based targets (e.g., for the heating sector). This proposal was discussed as part of the RI 2022 Climate Update. Modeling used for developing scenarios in the PCAP along with earlier work done for the 2022 climate update will be used to create sector-based targets for specific sub-sets of priority sectors such as residential heating and transportation. We already have a 100% renewable electricity target set for 2033. The sub-targets will also help us to build out our emissions dashboard so that we can better communicate progress, future needs and priority reduction measures.
- Quantified GHG Reduction Measures
  - o RI's 2022 Climate Update modeled specific reduction measures and this information/data will be incorporated into the CCAP along with any additional modeling performed for the PCAP. The preliminary low-income benefits analysis and workforce planning done for the PCAP will help to inform specific measures that will enhance benefits or mitigate harms to disadvantaged communities. The development of additional quantified GHG reduction measures (using scenario-based modeling) will be developed with the use of contractual services. RI's 2020 and 2021 GHG inventories will also inform the identification of priority reduction measures. RIDEM anticipates modeling will be completed between fall of 2024 and summer of 2025.
- Benefits Analysis for the Full Geographic Scope and Population Covered by the Plan
  - o Quantified estimates of co-pollutant reductions (e.g., PM2.5, NOx, SO2, VOCs, air toxics, etc.) associated with GHG reduction measures will be estimated. This will be used to estimate economic and health benefits including avoided health costs. Where possible, we will address specific priority GHG reduction measures in our benefits analysis. We will also discuss the mitigation of potential harms to specific populations especially in terms of workforce or other economic factors. The benefits analysis will be developed with the use of contractual services. RIDEM anticipates modeling will be completed between fall of 2024 and summer of 2025.
- Low Income/ Disadvantaged Communities Benefits Analysis
  - o RI's 2022 Climate Update and the recommendations of the RIEC4 Advisory Board on climate justice will inform this specific element. The development of this analysis will likely utilize contractual services between

fall of 2024 and summer of 2025 to evaluate the extent to which any GHG reduction measures in the CCAP will deliver co-pollutant emissions reductions and other benefits specifically to disadvantaged populations This will include avoided health costs and other benefits in community resilience or social determinants. We will discuss, where appropriate, the mitigation of potential disadvantages to these populations from the clean energy transition and ways to ensure future community resilience.

- Review of Authority to Implement
  - RIDEM anticipates this analysis will be undertaken utilizing contractual services in association with staff from the agencies that make up the RIEC4 in early to mid-2025.
- Intersection with Other Funding Availability
  - RIDEM anticipates this analysis will be undertaken utilizing contractual services in association with staff from the agencies that make up the RIEC4 in early to mid-2025. RIDEM will use this opportunity to identify key gaps in fundings.
- Workforce Planning Analysis
  - RIDEM anticipates it will engage with the RI Department of Labor and Training, the Governor's Workforce Board and non-profits in RI engaged in workforce/just transition analysis to complete this element of the CCAP. RIDEM expects this analysis will be undertaken in the spring/summer of 2025 with the assistance of outside contractual services.

**CCAP Interagency and Intergovernmental Coordination:**

Interagency coordination on climate change is one of the core elements of RI's success to-date on mitigation measures and climate planning. RIDEM climate policy staff interact on a very regular basis with staff from the other 12 RIEC4 agencies (listed above). This staff-level coordinating network will be critical to the success of the CCAP. Agency directors meet 6-times a year at RIEC4 Council meetings, and it is anticipated that all key deliverables of this process over the next 4 years will be discussed and vetted through both RIEC4 staff and agency directors/staff. RIDEM expects that the interagency and intergovernmental coordination necessary to complete the CCAP will be additionally supported by outside contractual services as part of the overall production of the CCAP by the fall of 2025.

The RIEC4 has existed for nearly 10 years and is very adept at communicating about such large projects and deliverables. In order to bring in the voices of our 39 cities and towns, RIDEM expects to continue regular touch points with municipal leaders to solicit input and provide regular progress updates during the development of the CCAP. In addition, monthly RIEC4 Advisory Board meetings and bi-monthly RIEC4 STAB meetings will be utilized to advance interagency and municipal coordination. The RI climate change website (online at https://climatechange.ri.gov/) will continue to be utilized as the primary repository for sharing materials and announcing meetings/events via its online calendar feature. SmartComment (web-based software for public comments and engagement campaigns) will be used for capturing, organizing and analyzing online feedback from stakeholders. Similarly, RI's climate listserv will be utilized to push out interim deliverables, engage stakeholders, and the final PCAP (to inform the development of implementation grant applications by RI cities/towns, tribes, etc.).

**CCAP Public and Stakeholder Engagement:**

The members of the RIEC4 Advisory Board and RIEC4 STAB represent a wide variety of organizations/interests including, but not limited to, the Audubon Society of RI, TNC, RI AFL-CIO, RI Coastal Resources Center, Brown University, the University of Rhode Island, the Narragansett Bay National Estuarine Research Reserve, builders, affordable housing, architects, and private business. With the RIEC4 Advisory Board meeting monthly and the RIEC4 STAB meeting bi-monthly, board meetings can be used to provide direct input into the development of the CCAP and solicit public feedback (all meetings include opportunity for public comment). We will continue to use our established connections with environmental advocacy groups through both the Environment Council of Rhode Island and the Rhode Island Rivers Council. Because of Rhode Island's small size we have long-standing relationships with most of these groups. We will

6

build on new connections made during the development of the PCAP to further develop priority projects and GHG reduction strategies.

Additional direct stakeholder engagement through online listening events, similar to the ~20 events undertaken to develop the 2022 Climate Update, will be planned.

We will utilize a metric-based climate dashboard to engage with the public. This dashboard will be updated yearly as we complete our GHG inventories and get data from various agencies. We will also utilize the Department of Health's climate and health dashboard to engage around climate science and health effects (available at https://health.ri.gov/data/climatechange/). This dashboard provides education on the direct effects of climate change on our temperatures, precipitation, and impacts of heat. We will continue to utilize our https://climatechange.ri.gov/ webpage and our email listserv to disseminate report drafts, meeting minutes, resources, and other educational materials. We will also utilize public events such as fairs and farmer's markets to solicit feedback and provide education about our efforts.

RIDEM's Climate Justice Specialist will continue to plan for the development of an EJ workgroup for the EC4 and will engage with these members on specific community needs and priorities. Ongoing 'Climate Justice Hours' will provide an avenue to share information and solicit feedback from low-income and disadvantaged community members. RIDEM will analyze recommendations outlined in the Providence Climate Justice Plan and incorporate as warranted into the CCAP. This outreach and coordination will hopefully help RIDEM and the RIEC4 develop long standing relationships with communities that have not typically engaged with the state on mitigation priorities.

**Key Deliverable #3: Status Report**

RIDEM, in coordination with the RIEC4 and its two advisory boards, will be on-point for developing the required Status Report due in the fall of 2027. At this time RIDEM anticipates much of this work can be performed by agency staff, although the project budget does include some funding for contractual assistance (e.g., on modeling, facilitation and program support) in 2026 and 2027. RIDEM's Office of Air Resources, which leads a majority of the agency's mitigation related programs (including the development of RI's annual GHG inventories), will be directly involved. We anticipate key participants will continue to include staff from the 13 agencies that comprise the RIEC4, municipal and business leaders, the RIEC4's two advisory bodies, RIDEM's Climate Justice Specialist, and RIDEM's climate policy staff (2 FTEs in the Director's Office). RIEC4 Council meetings as well as meetings of the RIEC4 Advisory Board and RIEC4 STAB will be key touch points with the public to engage on the development of the CCAP. The findings and recommendations of the CCAP, the RI 2022 Climate Update and the 2025 Climate Strategy will be updated as needed and provide forward-looking recommendations for additional investments in RI to reduce GHG emissions. RIDEM anticipates it may need to partner with a regional organization (e.g. NESCAUM) to complete certain elements of the Status Report.

- Implementation Status of GHG Reduction Measures
  - RIDEM will provide an update on the current status of plan implementation, including individual GHG reduction measures. For measures that still need to be implemented, RIDEM will identify key next steps and responsible parties. RIDEM anticipates this analysis will begin in the fall of 2026 and conclude in the summer of 2027. The current status of implementation actions that are part of our GHG inventory and sub-sector planning will be part of the climate change dashboard hosted on the https://climatechange.ri.gov/ webpage. RIDEM may need to partner with an outside organization (e.g., NESCAUM) or solicit contractual support to complete this portion of the Status Update.
- Updated Benefits Analysis
  - RIDEM will provide updated estimates of co-pollutant reductions or other benefits associated with GHG reduction measures. RIDEM may need to partner with an outside organization (e.g., NESCAUM) or solicit

7

contractual support to complete this portion of the Status Update. RIDEM anticipates this analysis will begin in the fall of 2026 and conclude in the summer of 2027.

- <u>Updated Low-Income and Disadvantaged Communities Benefits Analysis</u>
  - o RIDEM will provide an updated analysis of the co-pollutant emissions reductions and other program benefits to low-income/disadvantaged communities associated with GHG reduction measures identified in the CCAP (both implemented and yet to be implemented). RIDEM anticipates this analysis will begin in the fall of 2026 and conclude in the summer of 2027. RIDEM may need to partner with an outside organization (e.g., NESCAUM) or solicit contractual support to complete this portion of the Status Update.
- <u>Updated Review of Authority to Implement</u>
  - o RIDEM will provide an updated analysis of the authority to implement the various measures identified in the CCAP. Any regulatory or statutory (state & federal) amendments which may impact RI's authority to implement identified measures will be explained and taken into consideration. RIDEM anticipates this analysis will begin in the fall of 2026 and conclude in the summer of 2027.
- <u>Updated Workforce Planning Analysis</u>
  - o RIDEM will report on the workforce development progress identified in the CCAP, as well as any ongoing workforce challenges that may be slowing progress. RIDEM anticipates it will engage with the RI Department of Labor and Training, the Governor's Workforce Board to complete this element. RIDEM anticipates this analysis will begin in the fall of 2026 and conclude in the summer of 2027. RIDEM may need to partner with an outside organization (e.g., NESCAUM) or solicit contractual support to complete this portion of the Status Update.
- <u>Next Steps/Future Budget/Staffing Needs</u>
  - o RIDEM, in coordination with RIEC4, will seek to identify future budget and staffing needs, as well as measures RI might pursue if additional funding were made available (both planning and project implementation). This will help to inform RI's next comprehensive climate strategy due to be completed in 2030. Where possible, RIDEM and RIEC4 will work to ensure a consistent level of analysis between the planning efforts. Should the RIEC4 have a dedicated budget by 2026, RIDEM will include recent budget workplans as part of the Status Update. RIDEM anticipates this analysis will begin in the fall of 2026 and conclude in the summer of 2027. RIDEM may need to partner with an outside organization (e.g., NESCAUM) or solicit contractual support to complete this portion of the Status Update.

**<u>Status Report Interagency and Intergovernmental Coordination:</u>**

Interagency coordination on climate change is one of the core elements of RI's success to-date on implanting mitigation measures and climate planning. RIDEM climate policy staff interact on a very regular basis with staff from the other 12 RIEC4 agencies (listed above). This staff-level coordinating network will be critical to providing a comprehensive Status report by fall 2027. Agency directors meet 6-times a year at RIEC4 Council meetings, and it is anticipated that all key deliverables of this process will be discussed and vetted though both RIEC4 staff and agency directors/staff. RIDEM expects that the interagency and intergovernmental coordination necessary to complete provide a comprehensive Status Report may be additionally supported by outside contractual services and/or coordination with a regional organization like NESCAUM. The RIEC4 Advisory Board and STAB will be involved on an as needed basis.

**<u>Status Report Public and Stakeholder Engagement:</u>**

The RI climate change website (online at [https://climatechange.ri.gov/](https://climatechange.ri.gov/)) will continue to be utilized as the primary repository for sharing materials about the PCAP/CCAP and announcing meetings/events via its online calendar feature. The climate change and emissions reduction dashboard will be hosted on this webpage and will include metrics related to our sub-sector goals and commitments. This dashboard will be updated at least yearly or more often if applicable. It will also include case studies and success stories to augment the data points. SmartComment (web-based software for public comments and engagement campaigns) will be used for capturing, organizing and analyzing any additional online

feedback from stakeholders. Similarly, RI's climate listserv will be utilized to push out deliverables, engage stakeholders, and the final Status Report. These communication tools (website, listserv and SmartComment portals) will continue after the close of the grant period. In addition, future RIEC4 meetings can be utilized to update all agencies and participating members of the public. RIDEM's Climate Justice Specialist will be integrated into the process to ensure lines of communication remain open with disadvantaged communities.

## ENVIRONMENTAL RESULTS, OUTPUTS, AND OUTCOMES:

RIDEM will make every effort to help ensure that the activities undertaken as part of this funding opportunity will support Goal 1 of USEPA's current Strategic Plan on addressing the climate crisis.

Anticipated OUTPUTS include:
- Completion of the PCAP
- Completion of the CCAP
- Completion of the Status Report
- Benefits analyses that can help direct funding to the most effective GHG reduction measures
- Creation of an emissions reduction and climate change dashboard
- Additional elements of the https://climatechange.ri.gov/ webpage that detail actions towards our GHG reduction goals with case studies and educational content
- Public outreach at community events
- Number of involved community members/groups (as measured by SmartComment)
- Number of stakeholder events (listening sessions, etc.) at which the PCAP, CCAP and Status Report were discussed/feedback received
- Number of RIEC4 listserv announcements related to the PCAP, CCAP and Status Report

Anticipated OUTCOMES include:
- GHG and co-pollutants reduced over the lifetime of the measures identified in the PCAP and CCAP
- GHG and co-pollutants reduced annually
- GHG and co-pollutants reduced in low-income and disadvantaged communities in RI
- Measurable positive health outcomes related to targeted mitigation efforts
- Stakeholders are educated about specific greenhouse gas emissions reduction programs and how they can participate
- Increased capacity at RIDEM and RIEC4 member agencies to address climate change
- Enhanced community engagement especially with disadvantaged communities
- Enhanced engagement with RI's business sector and municipal decision-makers
- Increased awareness of RI's climate activities
- Increased readiness in RI's workforce (relative to the future green economy)

The process for measuring progress towards these outputs/outcomes will include Rhode Island's annual GHG emissions inventory, the RI climate dashboard (described above) to track identified metrics, and Rhode Island's comprehensive GHG strategies (to be completed beginning in 2025 and every 5-years thereafter).

SCHEDULE:

| YEAR / Q | KEY DELIVERABLES | ONGOING DELIVERABLES |
|---|---|---|
| **2023** | | |
| Q3 | • PCAP: Execute contractual agreement to assist with key elements (e.g. quantifying GHG reduction measures; low-income/disadvantaged communities benefits analysis, and; workforce planning analysis)<br>• PCAP: Commence outline and analysis of GHG reduction measures<br>• PCAP: Commence analysis of LI – DC benefits<br>• PCAP: Commence workforce planning analysis<br>• CCAP: Issue RFP for CCAP<br>• Prepare draft of annual RI GHG Inventory | • EPA Quarterly Reporting<br>• Quarterly Outreach Session<br>• EC4, EC4 AB, EC4 STAB update & engagement |
| Q4 | • Publish annual RI GHG inventory *<br>• PCAP: Undertake 'Review of Authority to Implement' analysis<br>• PCAP: Continue analysis of GHG reduction measures<br>• PCAP: Continue analysis of LI – DC benefits<br>• PCAP: Continue workforce planning analysis<br>• CCAP: Review RFP responses | • EPA Quarterly Reporting<br>• Quarterly Outreach Session<br>• EC4, EC4 AB, EC4 STAB update & engagement |
| **2024** | | |
| Q1 | • PCAP: Finalize analysis of GHG reduction measures<br>• PCAP: Finalize analysis of LI – DC benefits<br>• PCAP: Finalize workforce planning analysis<br>• PCAP: Publish and submit to EPA by end of March (utilize RI GHG inventory as completed in Q4 2023)<br>• CCAP: Early in Q1, finalize RFP process and select contractor | • EPA Quarterly Reporting<br>• Quarterly Outreach Session<br>• EC4, EC4 AB, EC4 STAB update & engagement |
| Q2 | • CCAP: Project kickoff with contractor(s)<br>• CCAP: GHG measure selection and quantification (commences)<br>• CCAP: Benefits and LI-DC benefits analyses (commences) | • EPA Quarterly Reporting<br>• Quarterly Outreach Session<br>• EC4, EC4 AB, EC4 STAB update & engagement |
| Q3 | • Prepare draft of annual RI GHG Inventory<br>• CCAP: GHG measure selection and quantification (ongoing)<br>• CCAP: Benefits and LI-DC benefits analyses (ongoing) | • EPA Quarterly Reporting<br>• Quarterly Outreach Session<br>• EC4, EC4 AB, EC4 STAB update & engagement |

| Q4 | <ul><li>Publish annual RI GHG inventory *</li><li>CCAP: GHG measure selection and quantification (ongoing)</li><li>CCAP: Benefits and LI-DC benefits analyses (ongoing)</li><li>CCAP: Review of authority and funding opportunities (commences)</li><li>CCAP: Workforce planning analysis (commences)</li></ul> | <ul><li>EPA Quarterly Reporting</li><li>Quarterly Outreach Session</li><li>EC4, EC4 AB, EC4 STAB update & engagement</li></ul> |
|---|---|---|
| **2025** | | |
| Q1 | <ul><li>CCAP: GHG measure selection and quantification (ongoing)</li><li>CCAP: Benefits and LI-DC benefits analyses (ongoing)</li><li>CCAP: Review of authority and funding opportunities (ongoing)</li><li>CCAP: Workforce planning analysis (ongoing)</li></ul> | <ul><li>EPA Quarterly Reporting</li><li>Quarterly Outreach Session</li><li>EC4, EC4 AB, EC4 STAB update & engagement</li></ul> |
| Q2 | <ul><li>CCAP: GHG measure selection and quantification (ongoing)</li><li>CCAP: Benefits and LI-DC benefits analyses (ongoing)</li><li>CCAP: Review of authority and funding opportunities (ongoing)</li><li>CCAP: Workforce planning analysis (ongoing)</li></ul> | <ul><li>EPA Quarterly Reporting</li><li>Quarterly Outreach Session</li><li>EC4, EC4 AB, EC4 STAB update & engagement</li></ul> |
| Q3 | <ul><li>Prepare draft of annual RI GHG Inventory</li><li>CCAP: Finalize analysis, publish final report and submit to EPA</li></ul> | <ul><li>EPA Quarterly Reporting</li><li>Quarterly Outreach Session</li><li>EC4, EC4 AB, EC4 STAB update & engagement</li></ul> |
| Q4 | <ul><li>RIEC4 submits *RI 2025 Climate Strategy* to RI Gov/General Assembly (informed by CCAP)</li><li>Publish annual RI GHG inventory & Triennial GHG Summary *</li></ul> | <ul><li>EPA Quarterly Reporting</li><li>Quarterly Outreach Session</li><li>EC4, EC4 AB, EC4 STAB update & engagement</li></ul> |
| **2026** | | |
| Q1 | <ul><li>Status Report: Ongoing activities/deliverables (see next column)</li></ul> | <ul><li>EPA Quarterly Reporting</li><li>Quarterly Outreach Session</li><li>EC4, EC4 AB, EC4 STAB update & engagement</li></ul> |

11

| | | |
|---|---|---|
| Q2 | • Status Report: Ongoing activities/deliverables (see next column) | • EPA Quarterly Reporting<br>• Quarterly Outreach Session<br>• EC4, EC4 AB, EC4 STAB update & engagement |
| Q3 | • Status Report: Assess implementation of identified reduction measures (commence)<br>• Status Report: Develop next steps/future budget and staffing needs (commence)<br>• Status Report: LI-DC analysis / benefits analysis (commence)<br>• Status Report: Update workforce analysis (commence)<br>• Prepare draft of annual RI GHG Inventory | • EPA Quarterly Reporting<br>• Quarterly Outreach Session<br>• EC4, EC4 AB, EC4 STAB update & engagement |
| Q4 | • Publish annual RI GHG inventory *<br>• Status Report: Assess implementation of identified reduction measures (ongoing)<br>• Status Report: Develop next steps/future budget and staffing needs (ongoing)<br>• Status Report: LI-DC analysis / benefits analysis (ongoing)<br>• Status Report: Update workforce analysis (ongoing) | • Final EPA Reporting<br>• Quarterly Outreach Session<br>• EC4, EC4 AB, EC4 STAB update & engagement |
| **2027** | | |
| Q1 | • Status Report: Assess implementation of identified reduction measures (ongoing)<br>• Status Report: Develop next steps/future budget and staffing needs (ongoing)<br>• Status Report: LI-DC analysis / benefits analysis (ongoing)<br>• Status Report: Update workforce analysis (ongoing) | • Final EPA Reporting<br>• Quarterly Outreach Session<br>• EC4, EC4 AB, EC4 STAB update & engagement |
| Q2 | • Status Report: Finalize analysis, publish next steps + final status report; submit to EPA | • Final EPA Reporting<br>• Quarterly Outreach Session<br>• EC4, EC4 AB, EC4 STAB update & engagement |

*Q1 – January through March // Q2 – April through June // Q3 – July through September // Q4 – October through Dec.*
*EC4 – RI Executive Climate Change Coordinating Council*
*EC4 AB – EC4 Advisory Board*
*EC4 STAB – EC4 Science & Technical Advisory Board*
*\* Note – RIDEM's Office of Air Resources performs annual GHG inventories for Rhode Island; this task will not be undertaken by an outside contractor.*

## BUDGET:

Narrative & detailed budget table submitted separately via www.grants.gov

# EXHIBIT I

SENSITIVE BUT UNCLASSIFIED



**Account Profile Inquiry**

Date: 02/04/2025
Time: 9:18 AM

| | |
|---|---|
| **ALC/Region:** | **Agency Short Name:** |
| 68128933 | RTP-Grants |

**Account ID:**
███████

**Recipient ID:**
████

**Recipient Short Name:**
DEM

**Inquiry Results:**

### ACCOUNT DETAILS

| | | |
|---|---|---|
| Requestor ID | : | 4432682 |
| Account ID | : | ███████ |
| Account Description | : | RHODE ISLAND CLIMATE POLLUTION |
| 1031/LOC Account | : | No |
| Account Type | : | Regular Account |
| Group ID | : | 10110 |
| Control Account | : | No |
| Account Status Indicator | : | Suspended |
| Available Balance | : | $2,424,909.30 |
| Create Date | : | 08/15/2023 |
| Begin Date | : | 08/15/2023 |
| Performance Period End Date | : | 08/14/2027 |
| End Date | : | 12/15/2027 |
| TAS Distribution Method | : | Percentage by Account |
| Allow Book Entry Adjustment | : | Yes |
| Allow Warehoused Payments | : | Yes |
| CMIA Indicator | : | No |

### CUMULATIVE AUTHORIZATIONS

| | | |
|---|---|---|
| Cumulative Authorized Amount | : | $3,000,000.00 |
| Cumulative Authorized Amount Reset Period | : | |
| Annual Reset Month | : | |

### GRANT DETAILS

| | | |
|---|---|---|
| Grant | : | Yes |
| Federal Award Identification Number (FAIN) | : | 5D00A00854 |
| CFDA Number | : | 66046.000 |
| Total Estimated Grant Amount | : | $0.00 |

### AGENCY PAYMENT REVIEW

| | | |
|---|---|---|
| Agency Review | : | No |
| Threshold Amount | : | |
| Reason for Review | : | |

### DRAW AMOUNTS

| | | |
|---|---|---|
| Max Total Draw Amount | : | |
| Max Daily Draw Amount | : | |
| Max Monthly Draw Amount | : | |
| Max Quarterly Draw Amount | : | |

### AUTOMATED AUTHORIZATION RENEWALS

| | | |
|---|---|---|
| Authorized Renewal Amount | : | $0.00 |
| Certified Date | : | |
| Renewal Frequency | : | |
| Pending Renewal Frequency | : | |
| Pending Automated Renewal Amount | : | $0.00 |
| Rollover Reset Quarter | : | |
| Default Action | : | |

**1 of 1**

# EXHIBIT J

5Q - 00A01324 - 0    Page 1

| **U.S. ENVIRONMENTAL PROTECTION AGENCY** **Grant Agreement** | | **GRANT NUMBER (FAIN):** 00A01324 **MODIFICATION NUMBER:** 0 **PROGRAM CODE:** 5Q | **DATE OF AWARD** 08/23/2024 |
|---|---|---|---|
| | | **TYPE OF ACTION** New | **MAILING DATE** 08/28/2024 |
| | | **PAYMENT METHOD:** ASAP | **ACH#** 10110 |

| **RECIPIENT TYPE:** State | **Send Payment Request to:** Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** | **PAYEE:** |
| RHODE ISLAND. DEPARTMENT OF ENVIRONMENTAL MANAGEMENT 235 Promenade Street Providence, RI 02908-5725 EIN: 05-6000522 | RHODE ISLAND. DEPARTMENT OF ENVIRONMENTAL MANAGEMENT 235 Promenade Street Providence, RI 02908 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| 235 Promenade Street Providence, RI 02908-5767 **Email:** **Phone:** | Zachary Degler 5 Post Office Square, Suite 100 Boston, MA 02109 **Email:** **Phone:** | Adam Blanchette Grants Management Branch 5 Post Office Square, Suite 100 Boston, MA 02109 **Email:** **Phone:** |

**PROJECT TITLE AND DESCRIPTION**

Inflation Reduction Act (IRA) Air Monitoring Grant

See Attachment 1 for project description.

| **BUDGET PERIOD** 07/01/2024 - 06/30/2029 | **PROJECT PERIOD** 07/01/2024 - 06/30/2029 | **TOTAL BUDGET PERIOD COST** $ 870,472.00 | **TOTAL PROJECT PERIOD COST** $ 870,472.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/26/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 870,472.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 870,472.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 1, EPA New England 5 Post Office Square, Suite 100 Boston, MA 02109-3912 | U.S. EPA, Region 1, EPA New England R1 - Region 1 5 Post Office Square, Suite 100 Boston, MA 02109-3912 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| Digital signature applied by EPA Award Official ▮▮▮▮▮ - Director, Mission Support Division | **DATE** 08/23/2024 |

5Q - 00A01324 - 0     Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 870,472 | $ 870,472 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 870,472 | $ 870,472 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.034 - Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act | Inflation Reduction Act: Sec. 60105(a)<br><br>Clean Air Act: Sec. 103 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| MONITORING | 240101G054 | 2231 | E1SFX | 01V5 | 000AMTXM1 | 4183 | - | - | $ 870,472 |
| | | | | | | | | | $ 870,472 |

5Q - 00A01324 - 0    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 0 |
| 2. Fringe Benefits | $ 0 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 847,537 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 20,000 |
| 7. Construction | $ 0 |
| 8. Other | $ 0 |
| 9. Total Direct Charges | $ 867,537 |
| 10. Indirect Costs: 0.00 % Base | $ 2,935 |
| 11. Total (Share: Recipient ___0.00_ % Federal __100.00_ %) | $ 870,472 |
| 12. Total Approved Assistance Amount | $ 870,472 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 870,472 |
| 15. Total EPA Amount Awarded To Date | $ 870,472 |

5Q - 00A01324 - 0    Page 4

## Attachment 1 - Project Description

The agreement provides funding under the Inflation Reduction Act (IRA) to Rhode Island Department of Environmental Management for the expansion and enhancement of their air monitoring activities. Specifically, the Rhode Island Department of Environmental Management Office of Air Resources intends to use the funds for maintaining and upgrading the entire Rhode Island air monitoring network as well as establishing a new multipollutant site. The upgraded equipment will lower the amount or disruptions in monitoring due to downtime from their current aging equipment. Consistent monitoring will help Rhode Island Department of Environmental Management to identify and address potential air pollution issues. Investing in these air monitoring sites assures sustainability of the monitoring programs for future generations. The monitoring will help to identify and address potential air pollution issues so Rhode Island may more effectively identify and address existing, emerging, and future issues. The project also aligns with EPA's goal to modernize the technologies, equipment, and network design used to measure air quality as well as enhance the quality and security of critical data collection, handling, and reporting from the network. Consistent with the strategic plan, the environmental outcomes from this grant include may reduce incidences of respiratory illnesses, including asthma and lung cancer, reduced exposure to air pollutants, and improved visibility in and near disadvantaged communities.

Rhode Island Department of Environmental Management Office of Air Resources intends to use this funding to replace select monitoring equipment at each of the monitoring sites as indicated Table 1. Specifically, under §60105(a) several pieces of equipment at the Rhode Island site, 440070022, will be replaced and under §60105(b) a new multipollutant site will be deployed and several pieces of monitoring equipment at existing sites will be upgraded/replaced. Rhode Island Department of Environmental Management intend to operate a new multipollutant site in Woonsocket. The site will be located in one of the disadvantaged census tracts in the Woonsocket area. There are several census tracts in Woonsocket considered disadvantaged meeting more than one burden thresholds and the associated socioeconomic threshold. Rhode Island Department of Environmental Management will further investigate these areas to determine which sites will be best suited for air monitoring and provide us with useful data for analysis that can be used for policy and decision making. As noted in the project description, in addition to the new multipollutant site, the funding will be used to purchase new equipment across all Rhode Island Department of Environmental Management permanent monitoring sites. Vernon St, Near Rd, Community College of Rhode Island and East Providence are all indicated on the Climate and Economic Justice Screening Tool MAP within the narrative and all fall within areas of the map highlighted as disadvantaged areas. Investing in these air monitoring sites assures sustainability of the monitoring programs for future generations.Expected project outputs include:

• One new multipollutant air monitoring site

• Critical Equipment upgrades and replacement at all network sites (see Table 1 of narrative)

The following outcomes are expected from the project detailed above:

• Increased monitoring in disadvantaged communities.

• Increased public awareness of ambient air quality.

• Information about air quality in previously unmonitored areas.

• Potential identification of new air quality issues at the new multipollutant site.

5Q - 00A01324 - 0     Page 5

• Air monitoring data that supports policy and decision making.

• Increased sustainability of ambient air monitoring networks.

• Ability to better inform public of potential air pollution issues with state-of-the-art operating equipment.

• Benefits for disadvantages communities.

Consistent with the strategic plan, the environmental outcomes from this grant include may reduce incidences of respiratory illnesses, including asthma and lung cancer, reduced exposure to air pollutants, and improved visibility in and near disadvantaged communities.

The intended beneficiaries include the entire state of Rhode Island, with specific monitoring network sites in Pawtucket, East Providence, Cranston, West Greenwich, Narragansett, and South Kingston, RI.

No subawards are included in this assistance agreement.

5Q - 00A01324 - 0    Page 6

# Administrative Conditions

## General Terms and Conditions

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2023-or-later

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general

## A.  Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA. Unless otherwise noted, all such correspondence should be sent to the following email addresses:

- Federal Financial Reports (SF-425): rtpfc-grants@epa.gov
- MBE/WBE reports (EPA Form 5700-52A): r1_mbewbereport@epa.gov
- All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: **Grants Specialist,** ███████████ ███████████  **Project Officer,** ███████████████████████
- Workplan revisions, equipment lists, programmatic reports and deliverables: ███████████████████ ██
- Quality Assurance documents: ███████████████ **AND** R1QAPPs@epa.gov

## B.  Pre-Award Costs

In accordance with 2 CFR 1500.9, the recipient may charge otherwise allowable pre-award costs (both Federal and non-Federal matching shares) incurred from 7.1.2024 to the actual award date provided that such costs were contained in the approved application and all costs are incurred within the approved budget period.

# Programmatic Conditions

<u>Grant Specific Programmatic Terms and Conditions</u>

## A.  PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT

<u>Performance Reports – Content</u>

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas:  1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) Additional pertinent information, including, when appropriate, analysis and explanation of cost overruns or high-unit costs.

Additionally, the recipient agrees to inform EPA as soon as problems, delays, or adverse conditions which will materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan are known.

Interim performance and final progress reports must prominently display the three Essential Elements for state work plans:  1) Strategic Plan Goal; (2) Strategic Plan Objective; and (3) Workplan Commitments plus time frame.

(See [Grants Policy Issuance 11-03 State Grant Workplans and Progress Reports](#) for more information)

<u>Performance Reports - Frequency</u>

The recipient agrees to submit semi-**annual** performance reports electronically to the EPA Project Officer within 30 days after the semi-annual reporting period ends. The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance.

1.   If semi-**annual** performance reports are required, they are to be submitted electronically to the EPA Project Officer within 30 days after the reporting period (every six-month period based on project start date).

## B.  Cybersecurity Condition

<u>State Grant Cybersecurity</u>

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure.

For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) and work with the

designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332 (d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

## C. Data Reporting

Data and/or related observations must be shared publicly and in a practicable amount of time throughout the lifetime of the project and not only after the project is at or near completion.

## D. EPASS Security

In accordance with Homeland Security Presidential Directive-12 (HSPD-12), "Policy for a Common Identification Standard of Federal Employees and Contractors;"  Executive Order 13467, "Reforming Processes Related to Suitability for Government Employment, Fitness for Contractor Employees, and Eligibility for Access to Classified National Security Information;" and Executive Order 13488, "Granting Reciprocity on Excepted Service and Federal Contractor Employee Fitness and Reinvestigating Individuals in Positions of Public Trust," the recipient agrees to follow instructions from the EPA project officer to ensure compliance with the EPA Personnel Access and Security System (EPASS).

Prior to beginning work at an EPA facility, the recipient, or its employees or program participants, must complete either:

A. A favorable fingerprint check for recipients (and their employees or program participants) who require six (6) months or less of unescorted physical access to EPA facilities; or
B. A favorable background investigation and fingerprint check for recipients (and their employees or program participants) who require more than six (6) months of unescorted physical access to EPA facilities.

Recipients, their employees, or program participants may not be permitted access to EPA facilities until meeting these requirements.

Recipients may initiate the appropriate check through the following link: https://cdx.epa.gov

Failure of a recipient, their employees, or program participants to receive a favorable fingerprint or background check, whichever is applicable, shall result in the termination of the recipient, the employees, or program participants from continued enrollment in the program.

## E.  Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined

in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement a Quality Assurance (QA) planning document in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents.

1.  Quality Assurance Project Plan(s) (QAPP)

Prior to beginning environmental information operations, the recipient must:

1.  Prepare a QAPP(s) for all applicable projects and tasks involving environmental information operations in accordance with the current version of EPA's Quality Assurance Project Plan (QAPP) Standard;

2.  Submit the document for EPA review and approval at least sixty (60) days before environmental information operations begin. QAPPs are submitted by e-mail to both the EPA Project Officer (PO) (see page 1 of the assistance agreement for contact information) and the Region 1 Quality Assurance Branch (QAB) at R1QAPPS@epa.gov;

3.  Obtain EPA approval from both the EPA PO and Regional Quality Assurance Manager (RQAM) (or delegated QA Reviewer) prior to the start of environmental information operations.

2.  Quality Management Plan (QMP) (only applicable to organizations with existing, EPA-approved QMPs)

1.  Submit the current EPA-approved QMP to the EPA Project Officer (PO) within sixty (60) days after grant award. The EPA PO will confirm that the QMP remains current (i.e., it was approved by EPA within the last five-years). The EPA PO shall confirm the status of the QMP with Region 1 Quality Assurance Manager (RQAM), if needed.

2.  The recipient must review their EPA-approved QMP at least annually.These reviews shall be documented and made available to the EPA PO and/or RQAM, if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPAPO and RQAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and RQAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard

"Environmental information operations" is a collective term for work performed to collect, produce, evaluate, or use environmental information and the design, construction, operation, or application of environmental technology. For EPA, environmental information includes direct measurements of environmental parameters or processes, analytical testing of environmental conditions, information provided by models, information compiled from other sources such as databases, software applications, or existing literature, the development of environmental software,

tools, or models, or the design, construction, operation, or application of environmental technology.

To assist meeting these requirements, regional guidance documents and resources are available at Region 1 Quality Program Documents and national (Agency-wide) QA Directives are available at EPA Quality Program Directives.

**For Reference:**

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• (QAM and/or PO may insert QA references that inform or assist the recipient here).

• EPA's Quality Program website has a list of QA managers, and Specifications for EPA and Non-EPA Organizations.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

## F.  Use of Logos

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the [Insert Recipient or subrecipient NAME] received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

## G. Competency Policy

### Competency of Organizations Generating Environmental Measurement Data

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements, Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process. A copy of the Policy is  available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaianew.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

## H. Public or Media Events

The Recipient agrees to notify the EPA Project Officer listed in this award document of public or media events publicizing the accomplishment of significant events related to construction projects as a result of this agreement, and provide the opportunity for attendance and participation by federal representatives with at least ten (10) working days' notice.

5Q - 00A01324 - 0    Page 11

## I. Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards. Information on these standards may be found at https://www.fgdc.gov/.

## J. Pre- Award Costs

In accordance with 2 CFR 1500.8, the grantee may charge pre-award costs incurred from 07/01/2024 to the actual award date provided that such costs were contained in the approved application and all costs are incurred within the approved budget period.

## K. Davis-Bacon Related Act Term and Condition

### 1. Program Applicability

a. Program Name: Fenceline Air Monitoring: Direct Awards - IRA Only

b. Statute Requiring Compliance: Section 314 of the Clean Air Act.

c. Activities subject to prevailing wage requirements: Construction activities conducted under a fenceline air monitoring grant.

d. The recipient must work with the appropriate authorities to determine wage classifications for the specific project (s) or activities subject to Davis-Bacon under this grant.

### 2. Davis-Bacon and Related Acts

Davis-Bacon and Related Acts (DBRA) (https://www.dol.gov/agencies/whd/government-contracts/construction) is a collection of labor standards provisions administered by the Department of Labor, that are applicable to grants involving construction. These labor standards include the:

a. Davis-Bacon Act, which requires payment of prevailing wage rates for laborers and mechanics on construction contracts of $2,000 or more;

b. Copeland "Anti-Kickback" Act, which prohibits a contractor or subcontractor from inducing an employee into giving up any part of the compensation to which he or she is entitled; and

c. Contract Work Hours and Safety Standards Act, which requires overtime wages to be paid for over 40 hours of work per week, under contracts in excess of $100,000.

### 3. Recipient Responsibilities When Entering Into and Managing Contracts

a. Solicitation and Contract Requirements:

(1) Include the Correct Wage Determinations in Bid Solicitations and Contracts: Recipients are responsible for complying with the procedures provided in 29 CFR 1.6 when soliciting bids and awarding contracts.

(2) Include DBRA Requirements in All Contracts: Include the following text on all contracts under this grant:

5Q - 00A01324 - 0    Page 12

"By accepting this contract, the contractor acknowledges and agrees to the terms provided in the DBRA Requirements for Contractors and Subcontractors Under EPA Grants (https://www.epa.gov/grants/contract-provisions-davis-bacon-and-related-acts)."

b. After Award of Contract:

(1) Approve and Submit Requests for Additional Wages Rates: Work with contractors to request additional wage rates if required for contracts under this grant, as provided in 29 CFR 5.5(a)(1)(iii).

(2) Provide Oversight of Contractors to Ensure Compliance with DBRA Provisions: Ensure contractor compliance with the terms of the contract, as required by 29 CFR 5.6.

## 4. Recipient Responsibilities When Establishing and Managing Additional Subawards

a. Include DBRA Requirements in All Subawards (including Loans): Include the following text on all subawards under this grant:

"By accepting this award, the EPA subrecipient acknowledges and agrees to the terms and conditions provided in the DBRA Requirements for EPA Subrecipients (https://www.epa.gov/grants/contract-provisions-davis-bacon-and-related-acts)."

b. Provide Oversight to Ensure Compliance with DBRA Provisions: Recipients are responsible for oversight of subrecipients and must ensure subrecipients comply with the requirements in 29 CFR 5.6.

## 5. Consideration as Part of Every Prime Contract Covered by DBRA

The contract clauses set forth in this Term & Condition, along with the correct wage determinations, will be considered to be a part of every prime contract covered by Davis-Bacon and Related Acts (see 29 CFR 5.1), and will be effective by operation of law, whether or not they are included or incorporated by reference into such contract, unless the Department of Labor grants a variance, tolerance, or exemption. Where the clauses and applicable wage determinations are effective by operation of law under this paragraph, the prime contractor must be compensated for any resulting increase in wages in accordance with applicable law.

# EXHIBIT K

**Inflation Reduction Act of 2022 (IRA)**

**Air Monitoring Direct Award §60105(a)and (b)**

**Work Plan**

**April 26, 2024**

**Project Title:** IRA Air Monitoring Direct Award

**Project Period:** July 1, 2024 – June 30, 2029

**Amount of Funding:** $870,472

**Place of Performance:** Entire State of Rhode Island

**Applicant Information:**   Rhode Island Department of Environmental Management
Office of Air Resources
235 Promenade Street
Providence, RI 02908
www.dem.ri.gov

**Primary Point of Contact:** ▮▮▮▮▮▮, Deputy Administrator

**Project Background:** The Inflation Reduction Act (IRA) passed by Congress in August 2022 provided funding for direct various fence-line, and multipollutant air monitoring activities. Sections 60105 (a) and (b) of IRA provide funding for grants and other activities authorized under subsections (a) through (c) of sections 103 and 105 of the Clean Air Act.  This funding will support activities related to establishing new air monitoring stations or for maintaining, operating, or upgrading existing monitoring stations.

The Rhode Island Department of Environmental Management Office of Air Resources intends to use the funds for maintaining and upgrading the entire RI air monitoring network as well as establishing a new multipollutant site.  The current RI Air Monitoring Network is pictured in Figure 1.

*Figure 1: RI Air Monitoring Network Locations*



| 1 | Vernon St | Vernon St, Pawtucket, Ri |
| 2 | Myron Francis School | 64 Bourne Ave, East Providence, RI |
| 3 | CCRI Liston Campus | 1 Hilton St, Providence, RI |
| 4 | Near Rd | 750 Wellington Ave, Cranston, RI |
| 5 | Alton Jones | Victory Highway, West Greenwich, RI |
| 6 | USEPA Lab | 27 Tarzwell Dr, Narragansett., RII |
| 7 | East Matunuck | 950 Succotash Rd, South Kingstown, RI |

## Roles and Responsibilities

The Rhode Island Department of Environmental Management Office of Air Resources (RIDEM OAR), in conjunction with the Rhode Island Department of Health Air Pollution Lab (HEALTH APL) operate a network of air monitoring stations to measure ambient concentrations of pollutants for which EPA has established National Ambient Air Quality Standards (NAAQS). RIDEM OAR will be the primary recipient of the grant contracting the operation of the air monitoring network to the HEALTH APL. RIDEM OAR will be responsible for oversight of all tasks related to this grant and assuring that all work is done in a timely manner. HEALTH APL will be responsible for deploying all new equipment in the field, maintaining the equipment, analysis of samples or shipping of samples to appropriate laboratories for analysis as directed.

Key personnel for this project include:

- ███████████, a Deputy Administrator in the OAR, with 35 years of experience in air toxics, planning and monitoring, will be the Co-Project Manager. She authored and oversees all aspects of the 2024 IRA Direct Award, the 2022 ARP Direct Award Grant, the 2020 Community Scale Air Toxics Monitoring Grant and 2021 and 2022 Exchange Network grants, prepares and reviews QAPPs and relevant SOPs, manages the Section 103 grants and participated in the completion of the 2015 Community-Scale Air Toxics Ambient Monitoring grants. She will be responsible for EPA grant reporting, assuring that project outcomes, outputs and performance measures are met, and oversight of the budget. ███████████████████████

- ███████████, a State Meteorologist in the OAR, with 20 years of experience in air monitoring and meteorology will act as Co-Project Manager for this grant. He will act as the main liaison with the HEALTH APL and be responsible for oversight of the equipment ordering process and deployment of all equipment. ██████ is currently managing the ARP Direct Award and IRA Direct Award activities. Additionally, he continues presentations and community outreach related to the 2020 Community Scale Air Toxics Grant. ██████ was previously involved in siting of a new ozone monitoring site, relocation of the NATTS site, and relocation of the RI Near-Road monitoring site. ██████████████

- ███████████, Supervising Environmental Laboratory Scientist, manages the Department of Health, Air Pollution Lab, where she has worked for over 22 years. She is responsible for supervision of all aspects of operations at HEALTH APL including equipment selection, deployment, operation and troubleshooting, as well as submitting data to AQS, as required. Melinda has assisted in all grants mentioned above and plays a critical role in implementing all aspects of the grants. ██████████████

## Project Description

§60105(a) of the IRA air monitoring grant program provides funding "to deploy, integrate, support, and maintain fenceline air monitoring, screening air monitoring, national air toxics trend stations, and other air toxics and community monitoring." §60105(b) of the IRA air monitoring grant program provides funding "to expand the national ambient air quality monitoring network with new multipollutant monitoring stations; and to replace, repair, operate, and maintain existing monitors." RIDEM OAR intends to use this funding to replace select monitoring equipment at each of the monitoring sites as indicated Table 1. Specifically, under §60105(a) several pieces of equipment at the RI NATTS site, 440070022, will be replaced and under §60105(b) a new multipollutant site will be deployed and several pieces of monitoring equipment at existing sites will be upgraded/replaced. Please note, the equipment slated to be replaced is subject to change based on current market conditions and cost of equipment at the time of purchase. This list represents the intended replacements based on estimated costs available at the time of writing this plan. Any changes will be noted on semiannual reports submitted to EPA.

**Table 1: Equipment List by Site**

| SITE ID | | Quantity | Price | Total |
|---------|-----|----------|--------|--------|
| 440030002 | AJ Shelter | 1 | $77,565 | $77,565 |
| 440030002 | BAMs | 1 | $25,250 | $25,250 |
| 440030002 | Xontech | 1 | $11,400 | $11,400 |
| 440030002 | Calibrator | 1 | $27,050 | $27,050 |
| 440030002 | Ozone 2b | 1 | $10,000 | $10,000 |
| 440030002 | Zero Air Box | 1 | $7,600 | $7,600 |
| 440070022 | BAMs | 1 | $25,250 | $25,250 |
| 440070022 | Xontech | 1 | $11,400 | $11,400 |
| 440070022 | Carbonyl Atec | 1 | $9,660 | $9,660 |
| 440070022 | Met Stations | 1 | $6,000 | $6,000 |
| 440070026 | BAMs | 1 | $25,250 | $25,250 |
| 440070026 | Xontech | 1 | $11,400 | $11,400 |
| 440071010 | NO-NO2-NOX | 2 | $26,534 | $53,068 |
| 440071010 | SO2 | 1 | $21,872 | $21,872 |
| 440071010 | CO analyzer | 2 | $22,998 | $45,996 |
| 440071010 | data loggers | 1 | $15,450 | $15,450 |
| 440071010 | URG | 1 | $17,192 | $17,265 |
| 440071010 | Calibrator | 1 | $27,050 | $27,050 |
| 440071010 | SAS - PM 2.5 speciation (SASS) | 1 | $20,000 | $20,000 |
| 440071010 | Ozone Thermo | 1 | $19,270 | $19,270 |
| 440071010 | Zero Air Box | 1 | $7,600 | $7,600 |
| 440071010 | Carbonyl Atec | 1 | $9,660 | $9,660 |
| 440071010 | Met Stations | 1 | $6,000 | $6,000 |
| 440071010 | LoVol/HiVol (coarse PM10) | 1 | $30,000 | $30,000 |

| 440071010 | Particle Count | 1 | $30,000 | $30,000 |
|---|---|---|---|---|
| 440090007 | data loggers | 1 | $15,450 | $15,450 |
| 440090007 | BAMs | 1 | $25,250 | $25,250 |
| 440090007 | Calibrator | 1 | $27,050 | $27,050 |
| 440090007 | Ozone Thermo | 1 | $19,270 | $19,270 |
| 440090008 | data loggers | 1 | $15,450 | $15,450 |
| Lab/new | PM25 Scale at new lab | 1 | $79,311 | $79,311 |
| lab | HPLC | 1 | $74,000 | $74,000 |
| New | data loggers | 1 | $15,450 | $15,450 |
| New | BAMs | 1 | $25,250 | $25,250 |
| **TOTAL** | | | | **$847,537** |



## Justice40 Initiative and Advancing Environmental Justice

This grant program is covered under the Justice40 initiative set forth in Executive Order 14008.  The goal of the Justice 40 initiative is to ensure that "40 percent of the overall benefits of certain Federal investments flow to disadvantaged communities that are marginalized, underserved, and overburdened by pollution."  For the purposes of this grant program EPA has defined one criteria for disadvantaged communities as "any community that is in any census tract that is identified as disadvantaged in the Climate and Economic Justice Screening Tool (CJEST)[1]."

*Figure 2: RI Census Tracts Identified as Disadvantaged (Climate and Economic Justice Screening Tool)[2]*

The CJEST mapping tool[2] identifies every county in RI as having as least one disadvantaged area as it meets more than one burden threshold and associated socioeconomic threshold.

---

[1] https://www.epa.gov/grants/air-monitoring-and-air-quality-sensors-grants-under-inflation-reduction-act
[2] https://screeningtool.geoplatform.gov/en/#9.23/41.7575/-71.4721

In supporting the Justice40 initiative, an investment will be made in upgrading and modernizing air monitoring equipment at all permanent network monitoring sites in Rhode Island. The upgraded equipment will lower the amount or disruptions in monitoring due to downtime from our current aging equipment. Consistent monitoring will help us to identify and address potential air pollution issues.

We intend to operate a new multipollutant site in Woonsocket. The site will be located in one of the disadvantaged census tracts in the Woonsocket area. There are several census tracts in Woonsocket considered disadvantaged meeting more than one burden thresholds and the associated socioeconomic threshold. We will further investigate these areas to determine which sites will be best suited for air monitoring and provide us with useful data for analysis that can be us for policy and decision making.



*Figure 3:Woonsocket Census Tracts Identified as Overburdened and Underserved (Climate and Economic Justice Screening Tool)*

As noted in the project description, in addition to the new multipollutant site, the funding will be used to purchase new equipment across all our permanent monitoring sites.  Vernon St, Near Rd, CCRI and East Providence are all indicated on the CEJST MAP below (red X) and all fall within areas of the map highlighted as disadvantaged areas.  Investing in these air monitoring sites assures sustainability of the monitoring programs for future generations.



*Figure 4: Location of Current Monitoring Sites in or near Disadvantaged Census Tracts (Climate and Economic Justice Screening Tool)*

## Strategic Plan Linkage

This project supports EPA's FY 2022-2026 Strategic Plan[3] Goal 4, Ensure Clean and Healthy Air for All Communities, specifically Objective 4.1, Improve Air Quality and Reduce Localized Pollution and Health Impacts.   In supporting this goal, new modernized air monitoring equipment will be employed at all permanent monitoring sites, contributing to sustainability of the air monitoring network.  In addition, a new site will be added in a disadvantaged area allowing us to evaluate air pollution levels in this

---

[3]https://www.epa.gov/planandbudget/strategicplan

community. The monitoring will help us to identify and address potential air pollution issues so we may more effectively identify and address existing, emerging, and future issues. The project also aligns with EPA's goal to modernize the technologies, equipment, and network design used to measure air quality as well as enhance the quality and security of critical data collection, handling, and reporting from the network.

Consistent with the strategic plan, the environmental outcomes from this grant include may reduce incidences of respiratory illnesses, including asthma and lung cancer, reduced exposure to air pollutants, and improved visibility in and near disadvantaged communities.

## Project Outputs and Outcomes

Expected project outputs include:

- One new multipollutant air monitoring site
- Critical Equipment upgrades and replacement at all network sites (see Table 1)

The following outcomes are expected from the project detailed above:

- Increased monitoring in disadvantaged communities.
- Increased public awareness of ambient air quality.
- Information about air quality in previously unmonitored areas.
- Potential identification of new air quality issues at the new multipollutant site.
- Air monitoring data that supports policy and decision making.
- Increased sustainability of ambient air monitoring networks.
- Ability to better inform public of potential air pollution issues with state-of-the-art operating equipment.
- Benefits for disadvantages communities.

## Timeline

Following is the timeline for the proposed task indicated in this proposal:

| Task | 2024 | 2025 | | 2026 | | 2027 | | 2028 | | 2029 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 7/24-12/ 24 | 1/25-6/25 | 7/25-12/25 | 1/26-6/26 | 7/26-12/26 | 1/27-6/ 27 | 7/27-12/27 | 1/28-6/28 | 7/28-9/28 | 1/29-6/29 |
| Grant Awarded | x | | | | | | | | | |
| Equipment Bid Process | x | x | x | x | x | x | x | | | |
| Equipment Installation | | | x | x | x | x | x | x | x | |
| Semi Annual Report | | x | x | x | x | x | x | x | x | |
| Final Report | | | | | | | | | | x |

**Performance Measures**

The following performance measures will be utilized to track the success of meeting the outcomes of the project:

- Successful installation of a new monitoring site in the Woonsocket area.
- Successful upgrade of select existing air monitoring equipment within budget.
- Semi-annual grant reporting on technical progress, planned activities for the next six months, and expenditures.
- A final report including: a summary of the project, the problems, successes, and lessons learned from the project, advances achieved, and cost of the project, shall be submitted 120 days after the completion of the performance period of the project.
- Updated RIDEM OAR Webpage Information regarding the new monitoring site/ press release.

**BUDGET DETAIL**

As shown in the budget table below, the IRA Air Monitoring Grant will be used for the purchase of equipment and contracts for the air monitoring network.

Existing State personnel, equipment and other resources will be leveraged for this project. Responsibilities of RIDEM OAR and RIDOH APL personnel, financed through a combination of state and federal grants, include managing the project; ordering equipment and supplies; installation of equipment; and any other necessary task related to project completion.

| Budget Category | | | Totals |
|---|---|---|---|
| Personnel | | | n/a |
| Fringe Benefits | | | n/a |
| Travel | | | n/a |
| Equipment (from Table 1) | | | **$847,537** |
| Supplies | | | $0 |
| Contractual | | | **$20,000** |
| | | | |
| | CCRI Heating/Cooling | $10,000 | |
| | Met Repair | $10,000 | |
| Other | | | |
| Total Direct Charges | | | $867,537 |
| Total Indirect Charges | | | $2,935 |
| Total Charges | | | **$870,472** |

# EXHIBIT L

5U - 00A01325 - 0    Page 1

| | | | |
|---|---|---|---|
|  **U.S. ENVIRONMENTAL PROTECTION AGENCY** **Grant Agreement** | **GRANT NUMBER (FAIN):** 00A01325 **MODIFICATION NUMBER:** 0 **PROGRAM CODE:** 5U | | **DATE OF AWARD** 08/09/2024 |

| | |
|---|---|
| | **TYPE OF ACTION** New | **MAILING DATE** 08/14/2024 |
| | **PAYMENT METHOD:** ASAP | **ACH#** 10110 |

| **RECIPIENT TYPE:** State | **Send Payment Request to:** Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** | **PAYEE:** |
| RHODE ISLAND. DEPARTMENT OF ENVIRONMENTAL MANAGEMENT 235 Promenade Street Providence, RI 02908-5725 EIN: 05-6000522 | RHODE ISLAND. DEPARTMENT OF ENVIRONMENTAL MANAGEMENT 235 Promenade Street Providence, RI 02908 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| 235 Promenade Street Providence , RI 02908-5767 **Email: Phone:** | 5 Post Office Square, Suite 100 Boston, MA 02109 **Email: Phone:** | Grants Management Branch 5 Post Office Square, Suite 100 Boston, MA 02109 **Email: Phone:** |

**PROJECT TITLE AND DESCRIPTION**

IRA -Air Quality Sensor Grant

See Attachment 1 for project description.

| **BUDGET PERIOD** 07/01/2024 - 06/30/2029 | **PROJECT PERIOD** 07/01/2024 - 06/30/2029 | **TOTAL BUDGET PERIOD COST** $ 21,925.00 | **TOTAL PROJECT PERIOD COST** $ 21,925.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/26/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 21,925.00. EPA agrees to cost-share <u>100.00%</u> of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 21,925.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 1, EPA New England 5 Post Office Square, Suite 100 Boston, MA 02109-3912 | U.S. EPA, Region 1, EPA New England R1 - Region 1 5 Post Office Square, Suite 100 Boston, MA 02109-3912 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| Digital signature applied by EPA Award Official [redacted] - Director, Mission Support Division | **DATE** 08/09/2024 |

5U - 00A01325 - 0    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 21,925 | $ 21,925 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 21,925 | $ 21,925 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.034 - Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act | Inflation Reduction Act: Sec. 60105c<br><br>Clean Air Act: Sec. 103 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| SENSOR | 240101G055 | 2231 | E1SFX | 01V5 | 000AMTXM3 | 4183 | - | - | $ 21,925 |
| | | | | | | | | | $ 21,925 |

5U - 00A01325 - 0    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 0 |
| 2. Fringe Benefits | $ 0 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 21,235 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 600 |
| 7. Construction | $ 0 |
| 8. Other | $ 0 |
| 9. Total Direct Charges | $ 21,835 |
| 10. Indirect Costs: 0.00 % Base | $ 90 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 21,925 |
| 12. Total Approved Assistance Amount | $ 21,925 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 21,925 |
| 15. Total EPA Amount Awarded To Date | $ 21,925 |

5U - 00A01325 - 0    Page 4

# Attachment 1 - Project Description

This agreement provides funding under the Inflation Reduction Act (IRA) to Rhode Island Department of Environmental Management (RIDEM). Specifically, the recipient will use the funds to increase coverage of low-cost sensors across the entire state of Rhode Island. With this grant, in addition to having a fleet of low-cost sensors, Rhode Island Department of Environmental Management intend to have several available for public loan for special situations when and where monitoring may be valuable, and intend to have sensors available for citizen science and educational purposes. In addition to the Purple Air sensors, Rhode Island will invest in up to two SENSIT Spods, 24-hour volatile organic compound sensors, to be placed in disadvantaged communities where there is a need for volatile organic compound data in addition to particulate matter 25 data or areas experiencing unique air quality issues where more information is necessary. Rhode Island Department of Environmental Management Office of Air Resources intends to use this funding to install Purple Air sensors in areas of Rhode Island lacking sensors with a particular emphasis on disadvantages communities. With the funding Rhode Island Department of Environmental Management Office of Air Resources will purchase up to 18 Purple Air units with the final number dependent on the cost at the time of purchase. In addition to the Purple Air sensors, Rhode Island will invest in up to two SENSIT Spods, 24-hour volatile organic compound sensors, to be placed in disadvantaged communities as identified on the Climate and Economic Justice Screening Tool map. The locations will be determined after full evaluation of the census tracts for the best locations for the sensors. The SENSIT Spods will be deployed at each of the locations for a minimum of six months. Expected project outputs include:

• Deployment of air quality sensors in/near low-income or disadvantaged communities;

• Real-time air quality data availability for low-income or disadvantaged communities;

• Assessments of community-based air quality concerns;

The following outcomes are expected from the project detailed above:

• Increased monitoring in disadvantaged communities.

• Increased public awareness of ambient air quality.

• Information about air quality in previously unmonitored areas.

• Potential identification of new air quality issues.

• Air monitoring data that supports policy and decision making.

• Ability to better inform public of potential air pollution issues.

• Better tracking of pollution during wildfire smoke incidents

• Benefits for disadvantages communities.

The intended beneficiaries include the citizens of Rhode Island. In supporting the Justice40 initiative, a Purple Air sensor will be sited in disadvantaged communities currently lacking coverage, as well as other areas in Rhode Island abutting disadvantaged communities. This will allow for full coverage of Rhode

Island especially during wildfire events where it is critical that Rhode Island tracks the movement of smoke and particulate matter 25 levels for advance public notice of unhealthy air conditions approaching.

No subawards are included in this assistance agreement.

5U - 00A01325 - 0     Page 6

# Administrative Conditions

## General Terms and Conditions

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2023-or-later

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general

## A.  Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA. Unless otherwise noted, all such correspondence should be sent to the following email addresses:

- Federal Financial Reports (SF-425): rtpfc-grants@epa.gov
- MBE/WBE reports (EPA Form 5700-52A): r1_mbewbereport@epa.gov
- All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: **Grants Specialist,** ███████████ ████████████  **Project Officer,** █████████████████████
- Workplan revisions, equipment lists, programmatic reports and deliverables: ██████████████████ ██
- Quality Assurance documents: ███████████████ **AND** R1QAPPs@epa.gov

## B.  Pre-Award Costs

In accordance with 2 CFR 1500.9, the recipient may charge otherwise allowable pre-award costs (both Federal and non-Federal matching shares) incurred from 7.1.2024 to the actual award date provided that such costs were contained in the approved application and all costs are incurred within the approved budget period.

5U - 00A01325 - 0    Page 7

# Programmatic Conditions

## Grant Specific Programmatic Terms and Conditions

## A.  PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT

### Performance Reports – Content

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas:  1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) Additional pertinent information, including, when appropriate, analysis and explanation of cost overruns or high-unit costs.

Additionally, the recipient agrees to inform EPA as soon as problems, delays, or adverse conditions which will materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan are known.

Interim performance and final progress reports must prominently display the three Essential Elements for state work plans:  1) Strategic Plan Goal; (2) Strategic Plan Objective; and (3) Workplan Commitments plus time frame.

(See Grants Policy Issuance 11-03 State Grant Workplans and Progress Reports for more information)

### Performance Reports - Frequency

The recipient agrees to submit semi-**annual** performance reports electronically to the EPA Project Officer within 30 days after the semi-annual reporting period ends. The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance.

1.  If **semi-annual** performance reports are required, they are to be submitted electronically to the EPA Project Officer within 30 days after the reporting period (every six-month period based on project start date).

## B.  Cybersecurity Condition

### State Grant Cybersecurity

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure.

For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-

5U - 00A01325 - 0    Page 8

controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

## C.  Data Reporting

Data and/or related observations must be shared publicly and in a practicable amount of time throughout the lifetime of the project and not only after the project is at or near completion.

## D.  EPASS Security

In accordance with Homeland Security Presidential Directive-12 (HSPD-12), "Policy for a Common Identification Standard of Federal Employees and Contractors;"  Executive Order 13467, "Reforming Processes Related to Suitability for Government Employment, Fitness for Contractor Employees, and Eligibility for Access to Classified National Security Information;" and Executive Order 13488, "Granting Reciprocity on Excepted Service and Federal Contractor Employee Fitness and Reinvestigating Individuals in Positions of Public Trust," the recipient agrees to follow instructions from the EPA project officer to ensure compliance with the EPA Personnel Access and Security System (EPASS).

Prior to beginning work at an EPA facility, the recipient, or its employees or program participants, must complete either:

A. A favorable fingerprint check for recipients (and their employees or program participants) who require six (6) months or less of unescorted physical access to EPA facilities; or
B. A favorable background investigation and fingerprint check for recipients (and their employees or program participants) who require more than six (6) months of unescorted physical access to EPA facilities.

Recipients, their employees, or program participants may not be permitted access to EPA facilities until meeting these requirements.

5U - 00A01325 - 0    Page 9

Recipients may initiate the appropriate check through the following link: https://cdx.epa.gov

Failure of a recipient, their employees, or program participants to receive a favorable fingerprint or background check, whichever is applicable, shall result in the termination of the recipient, the employees, or program participants from continued enrollment in the program.

## E. Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement a Quality Assurance (QA) planning document in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents.

Quality Assurance Project Plan(s) (QAPP)

Prior to beginning environmental information operations, the recipient must:

1. Prepare a QAPP(s) for all applicable projects and tasks involving environmental information operations in accordance with the current version of EPA's Quality Assurance Project Plan (QAPP) Standard;

2. Submit the document for EPA review and approval at least sixty (60) days before environmental information operations begin. QAPPs are submitted by e-mail to both the EPA Project Officer (PO) (see page 1 of the assistance agreement for contact information) and the Region 1 Quality Assurance Branch (QAB) at R1QAPPS@epa.gov;

3. Obtain EPA approval from both the EPA PO and Regional Quality Assurance Manager (RQAM) (or delegated QA Reviewer) prior to the start of environmental information operations.

Quality Management Plan (QMP) (only applicable to organizations with existing, EPA-approved QMPs)

1. Submit the current EPA-approved QMP to the EPA Project Officer (PO) within sixty (60) days after grant award. The EPA PO will confirm that the QMP remains current (i.e., it was approved by EPA within the last five-years). The EPA PO shall confirm the status of the QMP with Region 1 Quality Assurance Manager (RQAM), if needed.

2. The recipient must review their EPA-approved QMP at least annually.These reviews shall be documented and made available to the EPA PO and/or RQAM, if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPAPO and RQAM of the changes. If significant changes have been made to the Quality Program that affect the

performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and RQAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard

"Environmental information operations" is a collective term for work performed to collect, produce, evaluate, or use environmental information and the design, construction, operation, or application of environmental technology. For EPA, environmental information includes direct measurements of environmental parameters or processes, analytical testing of environmental conditions, information provided by models, information compiled from other sources such as databases, software applications, or existing literature, the development of environmental software, tools, or models, or the design, construction, operation, or application of environmental technology.

To assist meeting these requirements, regional guidance documents and resources are available at Region 1 Quality Program Documents and national (Agency-wide) QA Directives are available at  EPA Quality Program Directives.

**For Reference:**

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• (QAM and/or PO may insert QA references that inform or assist the recipient here).

• EPA's Quality Program website has a list of QA managers, and Specifications for EPA and Non-EPA Organizations.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

## F.  Use of Logos

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the [Insert Recipient or subrecipient NAME] received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

## G. Competency Policy

**Competency of Organizations Generating Environmental Measurement Data**

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements, Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process. A copy of the Policy is  available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaianew. pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

## H. Public or Media Events

The Recipient agrees to notify the EPA Project Officer listed in this award document of public or media events publicizing the accomplishment of significant events related to construction projects as a result of this agreement, and provide the opportunity for attendance and participation by federal representatives with at least ten (10) working days' notice.

## I. Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards. Information on these standards may be found at https://www.fgdc.gov/.

## J. Pre- Award Costs

In accordance with 2 CFR 1500.8, the grantee may charge pre-award costsincurred from 07/01/2024 to the actual award date provided that such costs were contained in the approved application and all costs are incurred within the approved budget period.

# EXHIBIT M

**Inflation Reduction Act of 2022 (IRA)**

**Air Quality Sensor Grants §60105(c)**

**April 26, 2024**

**Project Title:** IRA Air Quality Sensor Grant

**Project Period:** July 1, 2024 – June 30, 2029

**Amount of Funding:** $21,925

**Place of Performance:** Entire State of Rhode Island

**Applicant Information:** Rhode Island Department of Environmental Management
Office of Air Resources
235 Promenade Street
Providence, RI 02908
www.dem.ri.gov

**Primary Point of Contact:** ███████████████████
███████████████
(401) 537-4396
(401) 222-2017 (fax)

**Project Background:** The Inflation Reduction Act (IRA) passed by Congress in August 2022 provided funding for direct various air monitoring activities, including funds to deploy, integrate and operate air quality sensors in low income and disadvantaged communities. Sections 60105 (c) of the IRA provides funding for grants and other activities authorized under subsections (a) through (c) of sections 103 and 105 of the Clean Air Act to deploy integrate and operate air quality sensors in low-income and disadvantaged communities.

The Rhode Island Department of Environmental Management Office of Air Resources intends to use the funds to increase coverage of low-cost sensors across the entire state of Rhode Island. During widespread wildfire smoke events, the Purple Air monitoring network has proven to be very valuable in measuring, tracking, and forecasting wildfire smoke. There are currently several gaps across the state where some fine particle data would prove valuable in tracking and timing the arrival of smoke.  The

areas outlined in red in Figure 1 show gaps in coverage within the state of RI, but also appear as gaps in coverage when compared to other New England states.

During 2023, the Northeast US experienced several days of poor air quality from significant Canadian wildfire smoke. Although not completely unprecedented, the number of days and duration of the 2023 event was significant, as was the acreage burned in Canada. Typically, Rhode Island will experience light to moderate wildfire smoke from central and westerly North American during fire season, however, 2023 saw smoke from closer fires in Ontario to our north, which resulted in much higher PM 2.5 concentrations throughout the region.

During these events, smoke would be moving into RI from the northwest. It would have been quite helpful for timing of public notice and health messaging, to have PM 2.5 concentrations particularly in NW Rhode Island. Additionally, once smoke begins to impact a region, it often lingers for days and can be pushed offshore over the Atlantic and back onshore by sea breezes, making tracking difficult. To add, during the first smoke event of 2023, Rhode Island experienced wildfire smoke that was transported from Nova Scotia from our east. Therefore, low-cost sensors would also be helpful along the southern coastal portions of the state, even Block Island, Little Compton, and south Washington County so that public notification of poor air quality can promptly be made.

At this point, we are assuming that the current public Purple Air monitors on the current public site, but operated by private homeowners remain public on the following map:

https://map.purpleair.com/1/m/i/mPM25/a60/p0/cC6#8/41.725/-72.032

However, if any of these privately operated Purple Air monitors come offline, RIDEM may elect to replace in a nearby location to be determined. See the list for possible sites and locations on Table 1.

With this grant, in addition to having a fleet of low-cost sensors, we intend to have several available for public loan for special situations when and where monitoring may be valuable, and we intend to have sensors available for citizen science and educational purposes. In addition to the Purple Air sensors, RI will invest in up to two SENSIT Spods, 24-hour VOC sensors, to be placed in disadvantaged communities where there is a need for VOC data in addition to PM25 data or areas experiencing unique air quality issues where more information is necessary.

*Figure 1: Purple Air Monitoring Locations*



*Table 1: Potential Purple Air Locations*

| 1  | Westerly         | Westerly Public Library               |
|----|------------------|---------------------------------------|
| 2  | Charlestown      | Cross Mills Public Library            |
| 3  | Block Island     | Block Island Free Library             |
| 4  | Richmond         | Clark Memorial Library                |
| 5  | Little Compton   | Brownell Library                      |
| 6  | Coventry         | Coventry Public Library               |
| 7  | Western Coventry | Green Public Library?                 |
| 8  | Smithfield       | Douglas and Judith Krupp Library (Bryant) |
| 9  | Burrillville     | Jessie M Smith Memorial Library       |
| 10 | Foster           | Public Library                        |

## Roles and Responsibilities

The RIDEM OAR will be the primary recipient of the grant funds and will be responsible for oversight of all tasks related to this grant and assure that all work is done in a timely manner. RIDEM OAR will be responsible for deploying all sensors equipment in the field, maintaining the sensors, analysis of data and troubleshooting of sensors.

Key personnel for this project include:

- ███████████, a Deputy Administrator in the OAR, with 35 years of experience in air toxics, planning and monitoring, will be the Co-Project Manager. She authored and oversees all aspects of the 2024 IRA Direct Award, the 2022 ARP Direct Award Grant, the 2020 Community Scale Air Toxics Monitoring Grant and 2021 and 2022 Exchange Network grants, prepares and

reviews QAPPs and relevant SOPs, manages the Section 103 grants and participated in the completion of the 2015 Community-Scale Air Toxics Ambient Monitoring grants.  She will be responsible for EPA grant reporting, assuring that project outcomes, outputs and performance measures are met, and oversight of the budget. ██████████████████████████
████████████████████████████████████████
████████████████████████████

- ██████████, a State Meteorologist in the OAR, with 20 years of experience in air monitoring and meteorology will act as Co-Project Manager for this grant.  He will be responsible for oversight of all staff working on the program, the sensor ordering process and deployment of all sensors. ██████ is currently managing the ARP Direct Award and IRA Direct Award activities. Additionally, he continues presentations and community outreach related to the 2020 Community Scale Air Toxics Grant. ██████ was previously involved in siting of a new ozone monitoring site, relocation of the NATTS site, and relocation of the RI Near-Road monitoring site. ████████████████████████████████

- ██████████████, an Air Quality Specialist in the OAR has worked in the private environmental sector for nearly 8 years. ██████ has extensive field experience with environmental monitoring, particularly air monitoring including HAPSITE ER, vapor intrusion, asbestos, and other monitoring. ██████ will be responsible for field operations. ████████████████████████
████████████████████

## Project Description

§60105(c) of the IRA air quality sensor grant program specifies that the funding must be used for the deployment, integration, and operation of air sensors in low-income and disadvantaged communities and all grants must fund activities resulting in the deployment of air sensors in low-income and disadvantaged communities. RIDEM OAR intends to use this funding to install Purple Air sensors in areas of RI lacking sensors with a particular emphasis on disadvantages communities. With the funding RIDEM OAR will purchase up to 18 Purple Air units with the final number dependent on the cost at the time of purchase.  In addition to the Purple Air sensors, RI will invest in up to two SENSIT Spods, 24-hour VOC sensors, to be placed in disadvantaged communities as identified on the CJEST map.  The locations will be determined after full evaluation of the census tracts for the best locations for the sensors.  The SENSIT Spods will be deployed at each of the locations for a minimum of six months.

## Justice40 Initiative and Advancing Environmental Justice

This grant program is covered under the Justice40 initiative set forth in Executive Order 14008. The goal of the Justice 40 initiative is to ensure that "40 percent of the overall benefits of certain Federal investments flow to disadvantaged communities that are marginalized, underserved, and overburdened by pollution." For the purposes of this grant program EPA has defined one criteria for disadvantaged communities as "any community that is in any census tract that is identified as disadvantaged in the Climate and Economic Justice Screening Tool (CJEST)[1]."



The CJEST mapping tool[2] identifies every county in RI as having as least one disadvantaged area as it meets more than one burden threshold and associated socioeconomic threshold.

In supporting the Justice40 initiative, a Purple Air sensor will be sited in disadvantaged communities currently lacking coverage (see Figure 1), as well as other areas in RI abutting disadvantaged communities. This will allow for full coverage of RI especially during wildfire events where it is critical that we track the movement of smoke and PM25 levels for advance public notice of unhealthy air conditions approaching.

*Figure 2: RI Census Tracts Identified as Disadvantaged (Climate and Economic Justice Screening Tool)[2]*

In addition to the Purple Air monitors we will be adding 24-hour VOC monitors in communities identified as disadvantaged to obtain data where RIDEM OAR has not previously had data, or locations presenting unique and local air quality issues. This data will inform for future policy and decisions. The data will also help us to identify and address potential air pollution issues.

---

[1] https://www.epa.gov/grants/air-monitoring-and-air-quality-sensors-grants-under-inflation-reduction-act
[2] https://screeningtool.geoplatform.gov/en/#9.23/41.7575/-71.4721

## Strategic Plan Linkage

This project supports EPA's FY 2022-2026 Strategic Plan[3] Goal 4, Ensure Clean and Healthy Air for All Communities, specifically Objective 4.1, Improve Air Quality and Reduce Localized Pollution and Health Impacts.   In supporting this goal, RIDEM OAR will deploy a network of Purple Air Sensors across the state. The sensors will help us to identify and address potential air pollution issues so we may more effectively identify and address existing, emerging, and future issues. EPA's goal to protect public health during wildfire smoke events by improving smoke forecasting abilities, identifying, and communicating when and where smoke events are occurring, building local capacity to be Smoke Ready, and providing tools and resources for communities for health protection during smoke events is further supported by the expansion of the Purple Air network in areas of RI previously not monitored.

Consistent with the strategic plan, the environmental outcomes from this grant include may reduce incidences of respiratory illnesses, including asthma and lung cancer, reduced exposure to air pollutants, and improved visibility in and near disadvantaged communities.

## Project Outputs and Outcomes

Expected project outputs include:

- Deployment of air quality sensors in/near low-income or disadvantaged communities;
- Real-time air quality data availability for low-income or disadvantaged communities;
- Assessments of community-based air quality concerns;

The following outcomes are expected from the project detailed above:

- Increased monitoring in disadvantaged communities.
- Increased public awareness of ambient air quality.
- Information about air quality in previously unmonitored areas.
- Potential identification of new air quality issues.
- Air monitoring data that supports policy and decision making.
- Ability to better inform public of potential air pollution issues.
- Better tracking of pollution during wildfire smoke incidents
- Benefits for disadvantages communities.

---

[3] https://www.epa.gov/planandbudget/strategicplan

## Timeline

Following is the timeline for the proposed task indicated in this proposal:

| Task | 2024 | 2025 | | 2026 | | 2027 | | 2028 | | 2029 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 7/24-12/24 | 1/25-6/25 | 7/25-12/25 | 1/26-6/26 | 7/26-12/26 | 1/27-6/27 | 7/27-12/27 | 1/28-6/28 | 7/28-9/28 | 1/29-6/29 |
| Grant Awarded | x | | | | | | | | | |
| Sensor Bid Process | x | x | x | x | x | x | x | | | |
| Location Selection | x | x | | | | | | | | |
| Equipment Installation | | | x | x | x | x | x | x | x | |
| Semi Annual Report | | x | x | x | x | x | x | x | x | |
| Final Report | | | | | | | | | | x |

## Performance Measures

The following performance measures will be utilized to track the success of meeting the outcomes of the project:

- Successful installation of sensors.
- Semi-annual grant reporting on technical progress, planned activities for the next six months, and expenditures.
- A final report including: a summary of the project, the problems, successes, and lessons learned from the project, advances achieved, and cost of the project, shall be submitted 120 days after the completion of the performance period of the project.
- All work performed on time and within budget.
- Updated RIDEM OAR Webpage Information regarding the new sensor network.

## BUDGET DETAIL

As shown in the budget table below, the IRA Air Quality Sensor Grant will be used for the purchase of sensors.

Existing State personnel, equipment and other resources will be leveraged for this project. Responsibilities of RIDEM OAR and RIDOH APL personnel, financed through a combination of state and federal grants, include managing the project; ordering equipment and supplies; installation of equipment; and any other necessary task related to project completion.

| Budget Category | | | Totals |
|---|---|---|---|
| Personnel | | | n/a |
| Fringe Benefits | | | n/a |
| Travel | | | n/a |
| Equipment | | | $ |
| | Purple Air w/adapter (18) w/shipping | ($344.7/unit) | **$6206** |
| | Sensit Spod (2)w/ shipping | ($7515/unit) | **$15,029** |
| Supplies | | | $0 |
| Contractual | | | $ |
| | Data plans for sensors | 200/yr. | 600 |
| Other | | | |
| Total Direct Charges | | | $ |
| Total Indirect Charges | | (14.66% contract) | $90 |
| Total Charges | | | **$21,925** |

# EXHIBIT N

5A - 00A00853 - 0    Page 1

| | | | |
|---|---|---|---|
|  **U.S. ENVIRONMENTAL PROTECTION AGENCY** Grant Agreement | **GRANT NUMBER (FAIN):** 00A00853 **MODIFICATION NUMBER:** 0 **PROGRAM CODE:** 5A | | **DATE OF AWARD** 07/25/2023 |

**U.S. ENVIRONMENTAL PROTECTION AGENCY**

**Grant Agreement**

| | |
|---|---|
| **GRANT NUMBER (FAIN):** 00A00853 **MODIFICATION NUMBER:** 0 **PROGRAM CODE:** 5A | **DATE OF AWARD** 07/25/2023 |
| **TYPE OF ACTION** New | **MAILING DATE** 07/28/2023 |
| **PAYMENT METHOD:** ASAP | **ACH#** 10110 |

| | |
|---|---|
| **RECIPIENT TYPE:** State | **Send Payment Request to:** Contact EPA RTPFC at: rtpfc-grants@epa.gov |
| **RECIPIENT:** Rhode Island D.E.M. 235 Promenade Street Providence, RI 02908 EIN: 05-6000522 | **PAYEE:** Rhode Island D.E.M. 235 Promenade Street Providence, RI 02908 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| ▮ 235 Promenade Street Providence, RI 02908 Email: ▮ Phone: ▮ | ▮ 5 Post Office Square, Suite 100 Boston, MA 02109-3912 Email: ▮ Phone: ▮ | ▮ Grants Management Branch 5 Post Office Square, Suite 100 Boston, MA 02109-3912 Email: ▮ Phone: ▮ |

**PROJECT TITLE AND DESCRIPTION**

Air Emissions Monitoring Special Studies

See Attachment 1 for project description.

| **BUDGET PERIOD** 07/01/2023 - 06/30/2026 | **PROJECT PERIOD** 07/01/2023 - 06/30/2026 | **TOTAL BUDGET PERIOD COST** $214,709.00 | **TOTAL PROJECT PERIOD COST** $214,709.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/14/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $214,709.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $214,709.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 1 , EPA New England 5 Post Office Square, Suite 100 Boston, MA 02109-3912 | U.S. EPA, Region 1, EPA New England R1 - Region 1 5 Post Office Square, Suite 100 Boston, MA 02109-3912 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| Digital signature applied by EPA Award Official ▮ - Director, Mission Support Division | **DATE** 07/25/2023 |

5A - 00A00853 - 0    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $0 | $214,709 | $214,709 |
| EPA In-Kind Amount | $0 | $0 | $0 |
| Unexpended Prior Year Balance | $0 | $0 | $0 |
| Other Federal Funds | $0 | $0 | $0 |
| Recipient Contribution | $0 | $0 | $0 |
| State Contribution | $0 | $0 | $0 |
| Local Contribution | $0 | $0 | $0 |
| Other Contribution | $0 | $0 | $0 |
| Allowable Project Cost | $0 | $214,709 | $214,709 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.034 - Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act | Clean Air Act: Sec. 103 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Oganization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| IRA CAA | 230101G056 | 2231 | E1SFX | 01V5 | 000A04XM6 | 4183 | - | - | $214,709 |
| | | | | | | | | | $214,709 |

5A - 00A00853 - 0    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $0 |
| 2. Fringe Benefits | $0 |
| 3. Travel | $0 |
| 4. Equipment | $59,500 |
| 5. Supplies | $30,209 |
| 6. Contractual | $125,000 |
| 7. Construction | $0 |
| 8. Other | $0 |
| 9. Total Direct Charges | $214,709 |
| 10. Indirect Costs: 0.00 % Base - | $0 |
| 11. Total (Share: Recipient ___0.00 % Federal _100.00 %) | $214,709 |
| 12. Total Approved Assistance Amount | $214,709 |
| 13. Program Income | $0 |
| 14. Total EPA Amount Awarded This Action | $214,709 |
| 15. Total EPA Amount Awarded To Date | $214,709 |

5A - 00A00853 - 0    Page 4

## *Attachment 1 - Project Description*

This agreement provides funding under the Inflation Reduction Act (IRA). The purpose of this grant agreement is to obtain air monitoring data in areas they currently do not have data for and use this data to make informed decisions that will ultimately reduce exposures to both criteria and toxic air pollutants in Rhode Island.

Specifically, the recipient will install a permanent monitoring site in the Port of Providence, implement a mobile monitoring program using various mobile and handheld technology, use air quality sensors to study emissions in areas of interest, including but not limited to schools operating non-certified wood boilers, quarries, and asphalt plants, and evaluate crematory hazardous air pollutant emissions. The activities include installation of a permanent monitoring site in the Port of Providence; conducting mobile monitoring studies where data acquisition in real time tools (DART), as well as handheld monitoring equipment, will be used to determine volatile organic compound (VOC) emissions levels. When elevated levels of are noted with the monitoring equipment, summa canisters will used to take VOC samples that will be analyzed at the Rhode Island Department of Health Air Pollution Lab for speciation. This data will help inform inspectors of suspected violations, as well as validate a facility's reported emission's inventory data. Compliance inspections will be performed based on data collected. Studies will be conducted in environmental justice focus areas throughout the state, as well as any other identified area of interest. Sensors will be purchased to monitor air quality in areas of interest including, but not limited to, schools with recently installed non-certified wood boilers, quarries, and asphalt plants. Data will be used to determine if further compliance action is necessary. Inspectors will follow up with any sources potentially linked to elevated data. study of crematories in the state to determine more accurate particulate emissions levels, as well as emissions levels of various hazardous air pollutant metals. The study will include stack testing at one or more facilities. Data will be used across all similar facilities to characterize emissions from crematories for use in decision making in regard to regulation. The anticipated deliverables include: All relevant pollutant measurements and meteorological data will be uploaded to an Excel workbook which will be used for data analysis and will be available to researchers and other interested parties; For mobile monitoring, route travelled will be documented with results of mobile monitoring data and sources identified along with compliance actions taken as a result of sampling. Any spikes detected resulting in further sampling with Summa canisters will be documented with location data and volatile organic compound (VOC) analysis by the Rhode Island Department of Health Air Pollution Lab. This data will be stored in an Excel database; Sensor data will be available in real time on Rhode Island Department of Environmental Management Office of Air Resources website. A profile will be produced for each sensor sampling location, including a site description, pollutant information, and an analysis of the conditions that affect air pollutant levels at that location; Data obtained from crematory study will be used to characterize crematory emissions from all crematories in the state; Semi-annual progress reports will be submitted to EPA summarizing technical progress, planned activities for the next six months, and a summary of expenditures on a schedule to be determined by EPA; A final report shall be submitted to EPA within 120 calendar days of the completion of the period of performance. The final report will include a summary of the

project, costs of the project discussion of any problems, successes, and lessons learned from the project that could help overcome structural, organizational, or technical obstacles to implementing a similar project.

The expected outcomes of the proposed study include: Increased community awareness through real time access to PM2.5 data in Port area as well as other areas of interest; Identification of areas experiencing air quality issues where data was previously unavailable; Air monitoring data that supports decision making; Reduced ambient levels of air pollutants through compliance inspections resulting from sensor and mobile monitoring data; and reduced exposures of the public to air pollutants, including air toxics, resulting in fewer incidences of respiratory illnesses, including asthma and lung cancer.

The intended beneficiaries include residents throughout Rhode Island, as well as environmental justice focus areas. No subawards are included in this assistance agreement.

5A - 00A00853 - 0    Page 6

# *Administrative Conditions*

**General Terms and Conditions**

The recipient agrees to comply with the current EPA general terms and conditions available at:
https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2022-or-later

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at:
https://www.epa.gov/grants/grant-terms-and-conditions#general

## A.  Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA. Unless otherwise noted, all such correspondence should be sent to the following email addresses:

Federal Financial Reports (SF-425): rtpfc-grants@epa.gov

MBE/WBE reports (EPA Form 5700-52A): r1_mbewbereport@epa.gov

All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: **Grants Specialist, ▮▮▮▮▮▮▮▮▮▮▮▮; Project Officer, ▮▮▮▮▮▮▮▮▮▮▮**

Workplan revisions, equipment lists, programmatic reports and deliverables: ▮▮▮▮▮▮▮▮▮▮
Quality Assurance documents: ▮▮▮▮▮▮▮▮▮▮ **AND** R1QAPPs@epa.gov

## B.  Pre-Award Costs

In accordance with 2 CFR 1500.9, the recipient may charge otherwise allowable pre-award costs (both Federal and non-Federal matching shares) incurred from 7/1/2023 to the actual award date provided that such costs were contained in the approved application and all costs are incurred within the approved budget period.

# *Programmatic Conditions*

**Grant Programmatic Terms and Conditions**

## A. PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT

**Performance Reports – Content**

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas:  1) A comparison of actual accomplishments to the

outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) Additional pertinent information, including, when appropriate, analysis and explanation of cost overruns or high-unit costs.

Additionally, the recipient agrees to inform EPA as soon as problems, delays, or adverse conditions which will materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan are known.

(See Grants Policy Issuance 11-03 State Grant Workplans and Progress Reports for more information)

## Performance Reports - Frequency

The recipient agrees to submit **semi-annual** performance reports electronically to the EPA Project Officer within 30 days after the  reporting periods end (every six-month period). The reporting periods are *July 1-December 31; January 1-June 30.*

The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance.

### B.  Cybersecurity Condition

### State Grant Cybersecurity

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure.

For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection

5A - 00A00853 - 0    Page 8

Service Agreement between the subrecipient and EPA.

**C. Competency Policy**

**Competency of Organizations Generating Environmental Measurement Data**

In accordance with Agency Policy Directive Number FEM-2012-02, <u>Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,</u>

Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process.  A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

**D**. **Geospatial Data Standards**

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards.  Information on these standards may be found at https://www.fgdc.gov/.

**E. Quality Assurance**

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement Quality Assurance (QA) planning documents in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents.

The recipient will develop Quality Assurance Project Plans (QAPP) for all applicable projects and tasks involving environmental information operations in accordance with the most current version of EPA Requirements for Quality Assurance Project Plans. Regional guidance documents and national guidance documents may be helpful in meeting the requirements.

"Environmental information operations" is a collective term for work performed to collect, produce, evaluate, or use environmental information or the design, construction, operation, or application of environmental technology. For EPA, environmental information includes direct measurements of environmental parameters or processes, analytical testing of environmental conditions, information provided by models, information compiled from other sources such as databases, software applications, or existing literature, the development of environmental software, tools, or models, or the design, construction, operation, or application of environmental technology.

The QAPP must be approved by EPA prior to environmental information operations, except under circumstances requiring immediate action to protect human health and the environment or operations

conducted under police powers. Unless an alternate schedule has been agreed upon, QAPPs are to be submitted at least 60 days before project activities begin. QAPPs are submitted electronically to the following:

EPA Project Officer (see page 1 of assistance agreement for contact information) and Regional Quality Assurance Branch via R1QAPPs@epa.gov
*If electronic submission is unavailable, please contact the Project Officer for submittal instructions.

For organizations with an EPA-approved Quality Management Plan (QMP), the recipient will submit an annual update letter to EPA documenting progress over the year and any changes to the QMP. Annual update letters will be sent every year for four years until the expiration of the QMP (five years from initial EPA approval). Annual QA update letters will be sent to the EPA Project Officer and the RQAM on the anniversary of the approval of the QMP by the RQAM; or on another mutually agreeable schedule. In addition, for multi-year projects, the grantee shall confirm that the QAPP is current and accurate.

**For Reference:**

• Quality Management Plan (QMP) Standard and EPA QA/R-5: *EPA Requirements for Quality Assurance Project Plans*; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*, Appendix C provides a QAPP Checklist.

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

## F. Use of Logos

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the Rhode Island Department of Environmental Management received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

## G. DURC/iDURC

The recipient agrees to not initiate any life sciences research involving agents and toxins identified in Section 6.2.1 of the *United States Government Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern (iDURC Policy)* until appropriate review and clearance by the recipient institution's Institutional Review Entity (IRE). The recipient also agrees to temporarily suspend life sciences research in the event that, during the course of the research project, the IRE determines that the life sciences research meets the definition of DURC in the iDURC Policy, and the recipient agrees to notify the EPA Institutional Contact for Dual Use Research (ICDUR) (DURC@epa.gov) of the institution's determination.

# EXHIBIT O

# Clean Air Act Grant under §60105(f) of the Inflation Reduction Act Direct Award Funding

## Work Plan

### April 14, 2023

**Project Title:** Air Emissions Monitoring Special Studies

**Project Period:** July 1, 2023 – June 30, 2026

**Amount of Funding:** $214,709

**Place of Performance:** Entire State of Rhode Island

**Applicant Information:**     Rhode Island Department of Environmental Management
Office of Air Resources
235 Promenade Street
Providence, RI 02908
www.dem.ri.gov

**Primary Point of Contact:**     

**Project Description:** The Rhode Island Department of Environmental Management Office of Air Resources (RIDEM OAR) is proposing to install a permanent monitoring site in the Port of Providence, implement a mobile monitoring program using various mobile and handheld technology, use air quality sensors to study emissions in areas of interest, including but not limited to schools operating non-certified wood boilers, quarries, and asphalt plants, and evaluate crematory hazardous air pollutant emissions. The objective of the study is to obtain air monitoring data in areas we currently do not have data for and use this data to make informed decisions that will ultimately reduce exposures to both criteria and toxic air pollutants in RI. The areas evaluated will include areas throughout RI, as well as environmental justice focus areas. With these proposed projects we intend to better understand air quality in these areas and seek possible solutions.

We intend to use the funds to support several initiatives related to fine particulate matter, air toxics, and other air monitoring activities as follows:

- Permanent monitoring site in the Port of Providence

The funding will be used for installation of a permanent monitoring site in the Port of Providence which is located adjacent to the state's largest environmental justice focus area. This fulfills an outcome of the recently completed 2020 Community Scale Air Toxics Grant. At this site RIDEM OAR, in coordination with Rhode Island Department of Health Air Pollution Lab (RIDOH APL), will operate a permanent monitoring site for VOC and PM25. The monitoring at the Port will allow RIDEM OAR to see PM25 data in real time. Elevated data may be related to citizen complaints received, potentially relating to a

compliance issue in the Port area. Data may also be used to substantiate complaints of excess emissions related to odors in the Port community. VOC data will be collected on the same schedule as our permanent monitoring sites for comparison in an effort to assure that the adjacent environmental justice focus area is not subject to elevated emissions levels.

- Mobile monitoring study

Funding will be used to conduct mobile monitoring studies where data acquisition in real time tools (DART), as well as handheld monitoring equipment, will be used to determine VOC emissions levels. When elevated levels of VOCs are noted with the monitoring equipment, summa canisters will be used to take VOC samples that will be analyzed at the RIDOH APL for speciation. This data will help inform inspectors of suspected violations, as well as validate a facility's reported emission's inventory data. Compliance inspections will be performed based on data collected. Studies will be conducted in environmental justice focus areas throughout the state, as well as any other identified area of interest.

- Air Quality Sensors

Sensors will be purchased to monitor air quality in areas of interest including, but not limited to, schools with recently installed non-certified wood boilers, quarries, and asphalt plants. Data will be used to determine if further compliance action is necessary. Inspectors will follow up with any sources potentially linked to elevated data.

- Crematories

EPA hazardous air pollutant emissions factors (Webfire), commonly used for crematory permitting, are considered poor quality. In RI several crematories have come online in the last several years and as such we are proposing to do a study of crematories in the state to determine more accurate particulate emissions levels, as well as emissions levels of various hazardous air pollutant metals. The study will include stack testing at one or more facilities. Data will be used across all similar facilities to characterize emissions from crematories for use in decision making in regard to regulation.

**Roles and Responsibilities**

The RIDEM OAR will be the primary recipient of the grant overseeing all tasks identified and assuring that all projects are done within the appropriated budget in a timely manner. RIDOH APL will be responsible for analysis of samples taken as part of the tasks listed and maintenance of the permanent monitoring site planned in the Port of Providence.

Key personnel for this project include:
- ████████, a Deputy Administrator in the OAR, with 34 years of experience in air toxics, planning and monitoring, will be the Co-Project Manager. She authored and oversees all aspects of the 2022 ARP Direct Award Grant, the 2020 Community Scale Air Toxics Monitoring Grant and 2021 and 2022 Exchange Network grants, prepares and reviews QAPPs and relevant SOPs, manages the Section 103 grants and participated in the completion of the 2015 Community-Scale Air Toxics Ambient Monitoring grants. She will be responsible for preparing or updating any necessary QAPPs and/or SOPs, EPA reporting, assuring that project outcomes, outputs and performance measures are met, and oversight of the budget. ████████████████████
████████████████████████████████

- ███████████, a Senior Air Quality Specialist in the OAR, with 18 years of experience in air monitoring and meteorology will act as Co-Project Manager for this Grant responsible for all aspects of equipment selection and siting, oversight of mobile monitoring staff, and troubleshooting and maintenance of all equipment, as well as any community engagement and data presentation events. ████████ is currently managing the day-to-day activities of the 2020 Community Scale Air Toxics Grant including monitoring, presentations, and community outreach. ████████ was previously involved in siting of a new ozone monitoring site, relocation of the NATTS site, and relocation of the RI Near-Road monitoring site. ████████████████ ████████████████████████████████████████████████

- ███████████, Supervising Environmental Laboratory Scientist, manages the Department of Health, Air Pollution Lab, where she has worked for 22 years. She is responsible for supervision of VOC and PM25 sample analysis, as well as submitting data to AQS, as necessary. ████████████ ████████████████████████████

## Project Objectives and Alignment with EPA Strategic Plan:

This project supports EPA's FY 2022-2026 Strategic Plan[1] Goal 4, Ensure Clean and Healthy Air for All Communities, specifically Objective 4.1, Improve Air Quality and Reduce Localized Pollution and Health Impacts. In supporting this goal, modernized air monitoring equipment will be employed in the permanent monitoring site, allowing for real time data availability in the Port community. The sensors will also allow us to have real time data in area of concern. The monitoring will help us to identify and address potential air pollution issues, including air toxics emissions so we may more effectively identify and address existing, emerging, and future air toxics issues

Consistent with the strategic plan, the environmental outcomes from this grant include reduced incidences of respiratory illnesses, including asthma and lung cancer, reduced exposure to air toxics, and improved visibility in and near environmental justice communities.

## Outputs, Outcomes and Performance Measures

## Outputs

Outputs for this projects include the following:

- All relevant pollutant measurements and meteorological data will be uploaded to an Excel workbook which will be used for data analysis and will be available to researchers and other interested parties.
- For mobile monitoring, route travelled will be documented with results of mobile monitoring data and sources identified along with compliance actions taken as a result of sampling. Any spikes detected resulting in further sampling with Summa canisters will be documented with location data and VOC analysis by the RIDOH APL. This data will be stored in an Excel database.
- Sensor data will be available in real time on RIDEM OAR website. A profile will be produced for each sensor sampling location, including a site description, pollutant information, and an analysis of the conditions that affect air pollutant levels at that location.
- Data obtained from crematory study will be used to characterize crematory emissions from all crematories in the state,

---

[1] https://www.epa.gov/planandbudget/strategicplan

- Semi-annual progress reports will be submitted to EPA summarizing technical progress, planned activities for the next six months, and a summary of expenditures on a schedule to be determined by EPA.
- A final report shall be submitted to EPA within 120 calendar days of the completion of the period of performance. The final report will include a summary of the project, costs of the project discussion of any problems, successes, and lessons learned from the project that could help overcome structural, organizational, or technical obstacles to implementing a similar project.

**Outcomes**

Outcomes of the proposed study include:
- Increased community awareness through real time access to PM25 data in Port area as well as other areas of interest.
- Identification of areas experiencing air quality issues where data was previously unavailable.
- Air monitoring data that supports decision making.
- Reduced ambient levels of air pollutants through compliance inspections resulting from sensor and mobile monitoring data.
- Reduced exposures of the public to air pollutants, including air toxics, resulting in fewer incidences of respiratory illnesses, including asthma and lung cancer.

**Performance Measures**

The project will achieve the following measurable results:
- An Excel workbook that includes pollutant measurements and meteorological data will be created to be used for analysis and for future research.
- A webpage with real time data and study data, as available.
- Reports summarizing results, conclusions, and recommendations, including profiles of each sampling location, will be produced in a timely manner and available on RIDEM OAR webpage.
- Stack test protocols and final test report for crematory study reviewed and approved by RIDEM OAR.
- Timely and efficient reporting of project progress and expenditure of funds.

**Timeline**

Following is the timeline for the proposed task indicated in this proposal:

| Task | 2023 | | 2024 | | | | 2025 | | | | 2026 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| | 7/23-9/23 | 10/23-12/23 | 1/24-3/24 | 4/24-6/24 | 7/24-9/24 | 10/23-12/23 | 1/25-3/25 | 4/25-6/25 | 7/25-9/25 | 10/25-12/25 | 1/26-3/26 | 4/26-6/26 |
| Grant Awarded | x | | | | | | | | | | | |
| Equipment Bid Process | x | x | x | | | | | | | | | |
| Contractor Bid Process | x | x | x | | | | | | | | | |
| Site Selection/Route Plans | x | x | x | x | x | x | x | | | | | |
| Monitoring (all) | | x | x | x | x | x | x | x | x | x | x | |
| Inspections/Enforcement | | | x | x | x | x | x | x | x | x | x | x |
| Data preliminary analysis | | | | | x | x | x | x | x | x | x | |
| Semi Annual Progress Report | | | x | x | x | x | x | x | x | x | x | x |
| Final Analysis and Report | | | | | | | | | | | | x |

**BUDGET DETAIL**

As shown in the budget table below, the IRA, Section 103 direct award will be used for the purchase of supplies and equipment, and contract services.

Existing State personnel, equipment and other resources will be leveraged for this project. Responsibilities of RIDEM OAR and RIDOH APL personnel, financed through a combination of state and federal grants, include managing the project; ordering equipment and supplies; installation of equipment; modifying the QAPP; obtaining permits (if necessary) and arranging for installation of the monitoring shelter.

| Budget Category | | | | | Totals |
|---|---|---|---|---|---|
| **Personnel** | | | | | n/a |
| **Fringe Benefits** | | | | | n/a |
| **Travel** | | | | | n/a |
| **Equipment** | | Cost/item | # Of items | Subtotal | |
| | BAMS | $25,000 | 1 | $25,000 | |
| | Xontech | $9,500 | 1 | $9,500 | |
| | Shelter | $15,000 | 1 | $15,000 | |
| | Handhelds | $5,000 | 2 | $10,000 | |
| | | | | TOTAL | $ 59,500 |
| **Supplies** | Supplies | Cost/item | # Of items | Subtotal | |
| | Laptop | $1,500 | 10 | $15,000 | |
| | misc. | $3,209 | 1 | $3,209 | |
| | Sensors | $ 2000 | 6 | $12,000 | |
| | | | | TOTAL | $30,209 |
| **Contractual** | | Cost/contract | # Of contracts | Subtotal | |
| | Stack Testing | $50,000 | 1 | $50,000 | |
| | Sample analysis | $50,000 | 1 | $50,000 | |
| | DART | $20,000 | 1 | $20,000 | |
| | Electric Hookup Port | $5,000 | 1 | $5,000 | |
| | | | | TOTAL | $125,000 |
| **Other** | | | | | n/a |
| | | | | | |
| **Total Direct Charges** | | | | | $214,709 |
| **Total Indirect Charges** | | | | | |
| **Total Charges** | | | | | **$214,709** |

# EXHIBIT P

4Z - 00A01082 - 0     Page 1

| | | GRANT NUMBER (FAIN): 00A01082 | |
|---|---|---|---|
| | **U.S. ENVIRONMENTAL PROTECTION AGENCY** Cooperative Agreement | MODIFICATION NUMBER: 0 PROGRAM CODE: 4Z | **DATE OF AWARD** 08/22/2023 |
| | | TYPE OF ACTION New | **MAILING DATE** 08/25/2023 |
| | | PAYMENT METHOD: ASAP | ACH# 10110 |

| RECIPIENT TYPE: State | Send Payment Request to: Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** Rhode Island D.E.M. 235 Promenade Street Providence, RI 02908 EIN: 05-6000522 | **PAYEE:** Rhode Island D.E.M. 235 Promenade Street Providence, RI 02908 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| 235 Promenade Street, Floor 3 Providence, RI 02908-5723 **Email:** **Phone:** | 5 Post Office Square, Suite 100 Boston, MA 02109-3912 **Email:** **Phone:** | Grants Management Branch 5 Post Office Square, Suite 100 Boston, MA 02109-3912 **Email:** **Phone:** |

| PROJECT TITLE AND DESCRIPTION |
|---|
| Solid Waste Infrastructure Financing |
| See Attachment 1 for project description. |

| BUDGET PERIOD 10/01/2023 - 09/30/2026 | PROJECT PERIOD 10/01/2023 - 09/30/2026 | TOTAL BUDGET PERIOD COST $551,877.00 | TOTAL PROJECT PERIOD COST $551,877.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 05/31/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $551,877.00. EPA agrees to cost-share <u>100.00%</u> of all approved budget period costs incurred, up to and not exceeding total federal funding of $551,877.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 1 , EPA New England 5 Post Office Square, Suite 100 Boston, MA 02109-3912 | U.S. EPA, Region 1, EPA New England R1 - Region 1 5 Post Office Square, Suite 100 Boston, MA 02109-3912 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official          - Director, Mission Support Division | **DATE** 08/22/2023 |

4Z - 00A01082 - 0    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $0 | $551,877 | $551,877 |
| EPA In-Kind Amount | $0 | $0 | $0 |
| Unexpended Prior Year Balance | $0 | $0 | $0 |
| Other Federal Funds | $0 | $0 | $0 |
| Recipient Contribution | $0 | $0 | $0 |
| State Contribution | $0 | $0 | $0 |
| Local Contribution | $0 | $0 | $0 |
| Other Contribution | $0 | $0 | $0 |
| Allowable Project Cost | $0 | $551,877 | $551,877 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.920 - Solid Waste Infrastructure Financing - Save Our Seas Act Grants | 33 USC 4282 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Oganization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 230101G054 | 22 | E1SD | 01V5 | 000D11X81 | 4183 | - | - | $551,877 |
| | | | | | | | | | $551,877 |

4Z - 00A01082 - 0    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $48,580 |
| 2. Fringe Benefits | $33,915 |
| 3. Travel | $0 |
| 4. Equipment | $0 |
| 5. Supplies | $0 |
| 6. Contractual | $275,000 |
| 7. Construction | $0 |
| 8. Other | $185,515 |
| 9. Total Direct Charges | $543,010 |
| 10. Indirect Costs: 18.25 % Base - | $8,867 |
| 11. Total (Share: Recipient ___0.00 % Federal _100.00 %) | $551,877 |
| 12. Total Approved Assistance Amount | $551,877 |
| 13. Program Income | $0 |
| 14. Total EPA Amount Awarded This Action | $551,877 |
| 15. Total EPA Amount Awarded To Date | $551,877 |

## *Attachment 1 - Project Description*

This agreement provides funding from the Infrastructure Investment and Jobs Act (IIJA). EPA's Solid Waste Infrastructure for Recycling (SWIFR) grants for states and territories will fund activities that support long-term planning and data collection needs to demonstrate progress toward the National Recycling Goal and Food Loss and Waste Reduction Goal and advance a Circular Economy for materials, as well as support the state-led implementation of plans to advance post-consumer materials management. The purpose of this award is to enhance the Rhode Island Department of Environmental Managment's efforts to meet the SWIFR grants elements. The activities to be performed by the State of Rhode Island are:

• Update the Rhode Island Comprehensive Solid Waste Management Plan

• Develop a Data Management System

• Perform Projects to Improve recycling and organics collection and management in Rhode Island including technical assistance to business on food recovery and food waste diversion, implement the Get Food Smart Rhode Island program in K-12 schools and develop resources to promote the growth on the composting infrastructure within the state. The anticipated deliverables and the expected outcomes include:

1) Develop/Update plans: Update the Rhode Island Comprehensive Solid Waste Management Plan (RICSWMP) with the outcome of • Number of disadvantaged communities (as defined in this Guidance) served by the plan. • Number of temporary or permanent jobs created. Develop and Enhance data collection and measurement:

2) Develop a Data Management System with the outcomes of • Tons of MSW/C&D collected, recycled, composted, or managed via other management pathways in the state as a result of the grant. • Tons of MSW/C&D generated per material type and source in the state as a result of the grant (e.g., plastic and food waste). • GHGs reduced (in MTCO2e) from collection, recycling, composting, or management via other management pathways in the state as a result of the grant. • Number of temporary or permanent jobs created.

3) Perform Projects to Improve recycling and organics collection and management in Rhode Island including technical assistance to businesses, report on permitting process for compost and anerobic digestion operators; market development analysis for finished compost and technical assistance for Rhode K-12 schools to implement the Get Food Smart RI toolkit with the outcomes of • Tons of MSW/C&D collected, recycled, composted, or managed via other management pathways in the state as a result of the grant. • Tons of MSW/C&D generated per material type and source in the state as a result of the grant (e.g., plastic and food waste). • GHGs reduced (in MTCO2e) from collection, recycling, composting, or management via other management pathways in the state as a result of the grant. • Number of disadvantaged communities (as defined in this Guidance) served because of plan implementation. • Number of temporary or permanent jobs created.

The intended beneficiaries include the residents, institutions and businesses in the state of Rhode Island.

4Z - 00A01082 - 0    Page 5

Sub-Award recipient activities:

University of Rhode Island --- The University of Rhode Island as part of their "Plastics: Land to Sea" initiative will be awarded $44,638 to convene a cross-disciplinary task force with private and public sector participation to embark on the broad topic of Bioplastics with a focus on the points of consideration of the White House Executive Order1 for biotechnology and biomanufacturing and shifting away from petroleum-based plastics. The main area of focus will be on the impact of bioplastics to MRF operations within the State of Rhode Island with expected programmatic outcome of a group of stakeholders with diverse interests in bioplastics and expected environmental outcomes of advancing the understanding and identification of opportunities and challenges of developing bioplastics within a circular economy.

Environmental Council of Rhode Island Education Fund --- The Rhode Island Schools Recycling Club will advance their well-established grassroots programs for recycling and organics diversion by formalizing the program with training manuals, hiring staff, and expanding the program into additional schools. This work effort will occur in tandem with expansion of the program within the City of Providence school system that has been awarded a USDA grant for similar activities. We anticipate providing a sub award for $35,000 to their fiscal agent the Environmental Council of Rhode Island Education Fund who will provide the funds to the Rhode Island Schools Recycling Club for the activities/outputs/outcomes listed in the activities narrative table.

Center for EcoTechnology --- The Center for EcoTechnology will be awarded $80,000 to advance existing and new efforts to reduce food loss, expand organics processing capacity, and mobilize efforts for a circular economy. The work effort will be split into four efforts for technical assistance for food waste generators that aligns with the Rhode Island Food Waste Ban2, improvements to the application and permitting process for organics processing facilities, technical assistance for organics processing facilities, and the market development for the circular economy of re-use of the finished compost material. Some of these efforts may be achieved by CET contracting services with other organizations. The initial grant design expects to award $20,000 per deliverable but within the cooperative arrangement we anticipate making the best use of funds available which may include reallocating funds between tasks over the course of the project period.

Non-Governmental Organization (TBD) --- We anticipate awarding a non-governmental organization a sub award in the amount of $25,711 to advance work efforts in disadvantaged communities by performing boots on the ground outreach and community activation to identify the opportunities and barriers for increasing recycling, reducing contamination within recycling, and responsibly managing food resources to maximize edible food usage and to reduce food waste, as part of the activities/outputs/outcomes listed in the activities narrative table.

4Z - 00A01082 - 0    Page 6

## *Administrative Conditions*

**General Terms and Conditions**

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2022-or-later

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general

### A.  Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA. Unless otherwise noted, all such correspondence should be sent to the following email addresses:

Federal Financial Reports (SF-425): rtpfc-grants@epa.gov

MBE/WBE reports (EPA Form 5700-52A): r1_mbewbereport@epa.gov

All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: **Grants Specialist,** ███████████████; **Project Officer,** ███████████████

Workplan revisions, equipment lists, programmatic reports and deliverables: ████████████████
Quality Assurance documents: ███████████████ **AND** R1QAPPs@epa.gov

## *Programmatic Conditions*

### Solid Waste Infrastructure for Recycling - State Grant Programmatic Terms and Conditions

### A. Performance Reporting and Final Performance Report

### Performance Reports – Content

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas:  1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) Additional pertinent information, including, when appropriate, analysis and explanation of cost overruns or high-unit costs.

Additionally, the recipient agrees to inform EPA as soon as problems, delays, or adverse conditions which will materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan are known.

4Z - 00A01082 - 0    Page 7

## Performance Reports - Frequency

The recipient agrees to submit **semi-annual (every six-month period)** performance reports electronically to the EPA Project Officer within 30 days after the reporting period (every six-month period). The reporting periods are October 1 to March 30 and April 1 to September 30 annually.

The recipient agrees to submit a Final Performance Report to the EPA Project Officer no later than120 calendar days after the end date of the period of performance.

## Subaward Performance Reporting .

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Examples of items that must be reported if the pass-through entity has the information available are:

1. Summaries of results of reviews of financial and programmatic reports.

2. Summaries of findings from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Environmental results the subrecipient achieved.

4. Summaries of audit findings and related pass-through entity management decisions.

5. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(e), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

## B.  Cybersecurity Condition

## State Grant Cybersecurity

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure.

For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to

4Z - 00A01082 - 0    Page 8

EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

## C. Competency Policy

### Competency of Organizations Generating Environmental Measurement Data

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,

Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process.  A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

## D. Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

## 1. Quality Assurance Project Plan (QAPP)

a. Prior to beginning environmental information operations, the recipient must:

i. Develop a QAPP,

ii. Prepare QAPP in accordance with the current version of EPA QA/R-5: EPA Requirements for Quality Assurance Project Plans,

iii. Submit the document for EPA review, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

b. The recipient must submit the QAPP  90 days after grant award

c. The recipient shall notify the PO and QAM when substantive changes are needed to the QAPP. EPA may require the QAPP be updated and re-submitted for approval.

d. The recipient must review their approved QAPP at least annually. The results of the QAPP review and any revisions must be submitted to the PO and the QAM at least annually and may also be submitted when changes occur.

**For Reference:**

• Quality Management Plan (QMP) Standard and EPA QA/R-5: *EPA Requirements for Quality Assurance Project Plans*; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*, Appendix C provides a QAPP Checklist.

• (QAM and/or PO may insert QA references that inform or assist the recipient here).

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

## E.  Use of Logos

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the [Insert Recipient or subrecipient NAME] received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

## F.  Paperwork Reduction Act

Notwithstanding any references to collection of information in the recipient's application or proposal for EPA funding, the scope of work for this cooperative agreement does not include a survey or other information collection of identical information from 10 or more parties.  No EPA funds (directly paid by EPA or from the recipient's cost share) may be used for the design or administration of such an information collection, and EPA personnel may not participate in such activities.  Reasonable costs for analyzing independently collected information and publishing the results of such information collections are allowable to the extent authorized in the EPA approved budget for this agreement.

## G.  Substantial Involvement

EPA will be substantially involved in this agreement. Substantial involvement by the EPA Project Officer may include (but is not limited to):

1) monthly or quarterly telephone calls and other monitoring (or meeting on an alternate schedule suggested by EPA's Project Officer),

2) reviewing project phases and providing approval to continue to the next phase,

3) reviewing and commenting on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4) approving substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend or direct the recipient to select any particular contractor or subrecipient except to the extent

4Z - 00A01082 - 0     Page 10

permitted in Section 10 of EPA's Subaward Policy).

5) reviewing and commenting on the programmatic progress reports

6) Consultation with EPA regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection.  EPA's Project Officer will not suggest, recommend or direct the recipient to select any individual).

7) Joint operational involvement, participation, and/or collaboration between EPA and the recipient. EPA's Project Officer or designee may provide data, advice, and information that will help the grantee carry out the agreement effectively.

4Z - 00A01082 - 1    Page 1

| U.S. ENVIRONMENTAL PROTECTION AGENCY — Assistance Amendment | GRANT NUMBER (FAIN): 00A01082<br>MODIFICATION NUMBER: 1<br>PROGRAM CODE: 4Z | DATE OF AWARD 01/14/2025 |
|---|---|---|
| | TYPE OF ACTION<br>No Cost Amendment | MAILING DATE 01/14/2025 |
| | PAYMENT METHOD:<br>ASAP | ACH# 10110 |

| RECIPIENT TYPE:<br>State | Send Payment Request to:<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| RECIPIENT: | PAYEE: |
| Rhode Island D.E.M.<br>235 Promenade Street<br>Providence, RI 02908<br>EIN: 05-6000522 | Rhode Island D.E.M.<br>235 Promenade Street<br>Providence, RI 02908 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| 235 Promenade Street, Floor 3<br>Providence, RI 02908-5723<br>Email:<br>Phone: | 5 Post Office Square, Suite 100<br>Boston, MA 02109-3912<br>Email:<br>Phone: | Grants Management Branch<br>5 Post Office Square, Suite 100<br>Boston, MA 02109-3912<br>Email:<br>Phone: |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Solid Waste Infrastructure Financing

Amendment #1 approves a No-Cost Accounting Change/Object Class Rebudgeting. All Administrative Terms and Conditions have been updated in accordance with the National Administrative Terms and Conditions (effective 10/1/2024). All other Terms and Conditions remain unchanged and in full effect.

| BUDGET PERIOD<br>10/01/2023 - 09/30/2026 | PROJECT PERIOD<br>10/01/2023 - 09/30/2026 | TOTAL BUDGET PERIOD COST<br>$551,877.00 | TOTAL PROJECT PERIOD COST<br>$551,877.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 05/31/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 551,877.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 1, EPA New England<br>5 Post Office Square, Suite 100<br>Boston, MA 02109-3912 | U.S. EPA, Region 1, EPA New England<br>R1 - Region 1<br>5 Post Office Square, Suite 100<br>Boston, MA 02109-3912 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY ||
|---|---|
| Digital signature applied by EPA Award Official　- Grants Management Specialist | DATE 01/14/2025 |

4Z - 00A01082 - 1    Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| **EPA Amount This Action** | $ 551,877 | $ 0 | $ 551,877 |
| **EPA In-Kind Amount** | $ 0 | $ 0 | $ 0 |
| **Unexpended Prior Year Balance** | $ 0 | $ 0 | $ 0 |
| **Other Federal Funds** | $ 0 | $ 0 | $ 0 |
| **Recipient Contribution** | $ 0 | $ 0 | $ 0 |
| **State Contribution** | $ 0 | $ 0 | $ 0 |
| **Local Contribution** | $ 0 | $ 0 | $ 0 |
| **Other Contribution** | $ 0 | $ 0 | $ 0 |
| **Allowable Project Cost** | $ 551,877 | $ 0 | $ 551,877 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.920 - Solid Waste Infrastructure Financing - Save Our Seas Act Grants | 33 USC 4282 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

4Z - 00A01082 - 1    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 0 |
| 2. Fringe Benefits | $ 0 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 0 |
| 7. Construction | $ 0 |
| 8. Other | $ 523,891 |
| 9. Total Direct Charges | $ 523,891 |
| 10. Indirect Costs: 18.63 % Base - | $ 27,986 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 551,877 |
| 12. Total Approved Assistance Amount | $ 551,877 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 551,877 |

4Z - 00A01082 - 1    Page 4

## Administrative Conditions

All Administrative Terms and Conditions remain unchanged and in full effect.

4Z - 00A01082 - 1    Page 5

## Programmatic Conditions

All Programmatic Terms and Conditions remain unchanged and in full effect.