Thomas-Jensen Affirmation (redacted)

Exhibit # 110

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **STATE OF NEW YORK, ET AL.**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**DONALD TRUMP, in his Official Capacity as President of the United States, et al.**<br><br>    **Defendants** | C.A. No. 1:25-cv-00039-JJM-PAS |

### Declaration of Lorette Picciano
### Executive Director
### Rural Coalition

Lorette Picciano declares as follows:

1. I am the Executive Director of the Rural Coalition. The Rural Coalition is a 501(c)(3) nonprofit organization which since 1978 has focused on supporting our some 50 member community based organizations who have long served the needs of rural communities and who have a fundamental role in building their future with important returns to our economy, our environment, and our society. Among other things, the Rural Coalition solicits grant money from other donors and government entities, including the federal government.

2. I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

3. I am providing this declaration to explain some of the adverse impacts of the

1

threatened and actual suspensions and impoundments of federal grant funding resulting from: (1) President Trump's Executive Orders; (2) the memorandum "Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs," Matthew J. Vaeth, Acting Director of the Office of Management and Budget (January 28, 2025) ("OMB Memo"); and (3) other federal agency actions.

4. The Rural Coalition continues to see impacts from federal funding suspensions. In 2022, the Rural Coalition was awarded a $7 million grant by the U.S. Department of Agriculture, Award Number 2022-70416-37276.

5. This grant program is funded by the federal American Rescue Plan Act (ARPA).

6. With this award, we are providing improved understanding of participation in the full range of USDA programs and services among new and existing farmers, ranchers, forest landowners and operators through supporting the organizational delivery of technical assistance projects and networks. Rural Coalition and its partners in 10 states, including Puerto Rico and Minnesota, provide technical assistance, program development, curriculum development, deployment, and evaluation of impact in the following areas:

- Introduction to USDA programs
- Financial Literacy
- Market Planning
- Technical Support

7. The Rural Coalition's grant is fully funded, and we have been accessing the funds through the federal government's ASAP (Automated Standard Application of

2

Payments) portal.

8. The Rural Coalition's access to the funding account in the ASAP portal is presently suspended. The screenshots from the ASAP portal showing the suspensions: Are included in appendix 1.

9. In 2022, Rural Coalition was also awarded a $702,900 Grant from the USDA Natural Resources and Conservation Service, Award Number NR223A750003C038.

10. This program provided intensive technical assistance to family farms, newer to conservation and that actively feed their communities in 6 states and Puerto Rico. This program reached over 3,000 farmers including in natural disaster-prone states such as California and Florida. The groups educate farmers how to install practices that increase resilience to disaster, strengthening local and regional food systems to withstand disasters and lead farms to require less disaster relief. This work has enhanced community-led conservation projects to reach more producers and build economic, social, and ecological resilience according to the unique needs of farmers, ranchers and small-scale agriculture in each region.

11. We have provide regular required progress and financial reports and have been awaiting payment for a claim of $702,000 submitted early in January. We can no longer file and track claims in the ez fed system and we have no idea when they will be paid. This delay is causing us delay in implementing a new award because these awards are paid by reimbursment and we need the funds to commence to the new work.

12. Continued suspensions of the grant funds will hamper the Rural Coalition's efforts to fulfill its mission and the purposes of this already-awarded grant. Specifically, it

will cause major disruptions in our ability to retain our staff and for our partners to maintain theirs with the potential loss of many talented staff. It will negatively affect the communities we serve as follows by delaying work on installing community farmers and supporting producers in increasing the resilience of their operations and their ability to feed their communities.

13. We continue to be concerned that the funding or will continue to be delayed or denied because they have suspended this grant from ASAP so we can no longer get access and because we can no longer track our claims in the EZ-Fed system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: __Feb 6, 2025

*Loretta Picciano*
_____
[Declarant]



# Account Profile Inquiry

Date: 02/05/2025
Time: 5:01 PM

**ALC/Region:** 12402200
**Agency Short Name:** NIFA
**Account ID:** [redacted]
**Recipient ID:** [redacted]
**Recipient Short Name:** Rural Co

## Inquiry Results:

### ACCOUNT DETAILS

| Field | Value |
|---|---|
| Requestor ID | [redacted] |
| Account ID | [redacted] |
| Account Description | AMERICAN RESCUE PLAN TECHNICAL |
| 1031/LOC Account | No |
| Account Type | Regular Account |
| Group ID | |
| Control Account | No |
| Account Status Indicator | Suspended |
| Available Balance | $4,697,105.96 |
| Create Date | 05/06/2022 |
| Begin Date | 05/01/2022 |
| Performance Period End Date | 04/30/2027 |
| End Date | 08/30/2027 |
| TAS Distribution Method | Percentage by Account |
| Allow Book Entry Adjustment | No |
| Allow Warehoused Payments | No |
| CMIA Indicator | No |

### CUMULATIVE AUTHORIZATIONS

| Field | Value |
|---|---|
| Cumulative Authorized Amount | $7,000,000.00 |
| Cumulative Authorized Amount Reset Period | |
| Annual Reset Month | |

### GRANT DETAILS

| Field | Value |
|---|---|
| Grant | Yes |
| Federal Award Identification Number (FAIN) | 20227041637276 |
| CFDA Number | 10234.000 |
| Total Estimated Grant Amount | $7,000,000.00 |

### AGENCY PAYMENT REVIEW

| Field | Value |
|---|---|
| Agency Review | No |
| Threshold Amount | |
| Reason for Review | |

### DRAW AMOUNTS

| Field | Value |
|---|---|
| Max Total Draw Amount | |
| Max Daily Draw Amount | |
| Max Monthly Draw Amount | |
| Max Quarterly Draw Amount | |

### AUTOMATED AUTHORIZATION RENEWALS

| Field | Value |
|---|---|
| Authorized Renewal Amount | $0.00 |
| Certified Date | |
| Renewal Frequency | |
| Pending Renewal Frequency | |
| Pending Automated Renewal Amount | $0.00 |
| Rollover Reset Quarter | |
| Default Action | |

**Lorette Picciano**
**Working For 1120686**

Initiate Payment Requests (PR)

### Step 1 of 4 (Continued)
### Retrieve Accounts

*ERROR 839: No accounts found matching criteria.*

Enter one or more of the following

|  |  |
|---|---|
| **Recipient ID :** | ▓▓▓▓▓▓ |
| **ALC / Region :** | 12402200 |
| **Account ID (or partial) :** | 704163727670416220 00 |

[Continue]    [Help for this Step]