Thomas-Jensen Affirmation

Exhibit # 119

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK; et al.,

      Plaintiffs,

    v.

DONALD TRUMP, in his official capacity as
President of the United States; et al.,

      Defendants.

C.A. No. 1:25-cv-00039-JJM-PAS

## <u>DECLARATION OF TRICIA COLLINS</u>

I, Tricia Collins, declare as follows:

1.      I am a resident of the State of Wisconsin. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Wisconsin Department of Public Instruction (DPI) as the Assistant State Superintendent for the Division for Finance and Management.

3.      The DPI is responsible for supporting and advancing public education and public libraries in Wisconsin, so that all school-age learners can access high-quality educational programs meeting their needs including nutritional needs, and all citizens have access to comprehensive public library resources and services. The DPI's Division for Finance and Management provides centralized and managerial support services to the DPI to ensure effective

and cost-efficient operation of the agency, including administering federal aids, grants and nutrition programs.

4.      As Assistant State Superintendent for the Division for Finance and Management, I oversee all funding received by the DPI, including all federal funding.

5.      Attached as Exhibit A is a true and correct copy of totals and relevant columns from the DPI's Schedule of Expenditures of Federal Awards (SEFA) for Fiscal Year 2024. The complete SEFA for Fiscal Year 2024, containing all columns, has been audited by the Wisconsin Legislative Audit Bureau as part of their annual audit of all state agencies. Exhibit A shows all expenditures by the DPI in Fiscal Year 2024 that were reimbursed by federal funds, totaling over $2 billion. Fiscal Year 2024 included some COVID-19 federal awards that will not recur in Fiscal Year 2025, but expenditures from year to year are otherwise generally stable and the non-COVID-19 amounts shown Exhibit A are a reasonable estimate of the sources, types and dollar amounts of federal funding the DPI anticipates receiving during Fiscal Year 2025.

6.      The scope of the federal funding received by the DPI, as shown in Exhibit A, is extensive. Among other things, federal funding helps feed children and community members through the school and community nutrition programs; supports special education, charter schools and career and technical education; and provides financial support to high-poverty schools. Exhibit A's column titled "Official Federal Program Title" shows the breadth of the programs for which federal funds are used by the DPI to advance the DPI's mission of advancing transformative and sustainable education that develop learners, schools, libraries, and communities in Wisconsin.

7.      The DPI's budget includes a significant amount of federal funding allocated under the federal grants listed in Exhibit A. The DPI made plans and allocated funding for staffing

based on the anticipated receipt of federal funding promised in the various grant awards. Approximately 53.17% of DPI's currently authorized FTE positions are funded by federal funds and 58.48% of DPI's current workforce is funded in part or in full by federal funds.

8.    Any pause in our federal funding would result in interruption of funds for these programs and would result in the loss of services. In addition, pauses in federal funding would likely result in layoffs both at the DPI, local schools, and other organizations supporting children learning.

9.    The uncertainty of not getting reimbursed from federal grants that have already been authorized has led to DPI staff being unsure whether they should come to work and whether school districts will be able to continue provide breakfasts and lunches to kids at schools across the state tomorrow and be reimbursed for it through the school nutrition program.

10.    The DPI incurs costs as it implements federal awards and later receives the federal funds as reimbursement for expenditures that have already been made. If the DPI is not reimbursed, either the State of Wisconsin will have to cover the expenses from state funds, or the DPI will have to stop providing the services.

11.    Attached as Exhibit B are examples of transmissions received by DPI that describe or effect a pause or impediments for federal disbursements.

12.    If the federal funding is again paused, blocked, denied or delayed suddenly, children and their education and communities will be hurt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2025, Madison, Wisconsin.

_Tricia Collins_
Tricia Collins

3

# EXHIBIT A

STATE OF WISCONSIN
SCHEDULE OF EXPENDITURES OF FEDERAL AWARDS - AGENCY SUBMISSION
FOR THE YEAR ENDED JUNE 30, 2024



| | Agency BU: | 25000 |
| | State Agency Name: | |
| | Agency FEIN: | 396006457 |
| | Unique Entity Identifier: | YS5RMHCJ8HL6 |
| | Prepared by Name: | |
| | Phone Number: | 608-266- |
| | E-mail Address: | @dpi.wi.gov |
| | Does your agency elect to use the 10% de minimis indirect cost rate? | N |

Subtotals

| Source of Funding | Total G.L. Expenditures of Federal Funds | Total G.L. Expenditure Adjustments | SUBTOTAL Adjusted G.L. Expenditures | Total Amount Subgranted to State Agencies | TOTAL SEFA Reportable Expenditures |
|---|---|---|---|---|---|
| Direct "D" | 2,055,051,501 | 1,641 | 2,055,053,232 | 1,307,501 | 2,159,908,757 |
| Indirect "I" | 105,001 | | 105,001 | 0 | |
| Non-monetary "N" | 0 | 53,045,473 | 53,045,473 | 0 | |
| Transfers "T" | 53,114,982 | 0 | 53,114,982 | 25,000 | |

| Administering | Federal Program Cluster | | Special Federal Funding: ARRA COVID-19? | Source of Funding (D, I, N, or T) | Transferred From State | G.L. Expenditures | | | Transferred To State Agencies | SEFA Expenditures |
|---|---|---|---|---|---|---|---|---|---|---|
| Agency Name | Federal Awarding Agency Name | Official Federal Program Title | Other Cluster Name (if part of Federal cluster, otherwise "N/A") | | Agency Name | FY 2024 Total Expenditures per General Ledger | FY 2024 Adjustments to G.L. Expenditures (include Comment Shift + F2) | SUBTOTAL FY 2024 Adjusted G.L. Expenditures | FY 2024 Amount Sub-Granted to State Agencies | FY 2024 SEFA Reportable Expenditures of Federal Funds |
| Public Instruction | U.S. Department of Agriculture | Local Food for Schools Cooperative Agreement Program | N/A | No | | 2,646,657 | | 2,646,657 | | 2,646,657 |
| Public Instruction | U.S. Department of Agriculture | Child Nutrition Technology Innovation Grant | N/A | No | | 100,451 | | 100,451 | | 100,451 |
| Public Instruction | U.S. Department of Agriculture | School Breakfast Program | Child Nutrition Cluster | No | D | 72,873,085 | | 72,873,085 | 53,763 | 72,819,322 |
| Public Instruction | U.S. Department of Agriculture | National School Lunch Program | Child Nutrition Cluster | No | D | 214,360,014 | | 214,360,014 | 99,775 | 214,260,599 |
| Public Instruction | U.S. Department of Agriculture | National School Lunch Program | Child Nutrition Cluster | COVID-19 | D | 20,687,653 | | 20,687,653 | | 20,687,653 |
| Public Instruction | U.S. Department of Agriculture | Special Milk Program for Children | Child Nutrition Cluster | No | D | 553,781 | | 553,781 | 560 | 553,221 |
| Public Instruction | U.S. Department of Agriculture | Child Nutrition Discretionary Grants Limited Availability | N/A | No | D | 421,401 | | 421,401 | | 421,401 |
| Public Instruction | U.S. Department of Agriculture | Child and Adult Care Food Program | N/A | No | D | 35,929,851 | | 35,929,851 | 418,252 | 35,511,599 |
| Public Instruction | U.S. Department of Agriculture | Farm to School State Formula Grant | N/A | COVID-19 | D | 163,885 | | 163,885 | | 163,885 |
| Public Instruction | U.S. Department of Agriculture | Student Support and Academic Enrichment Program | N/A | No | D | 20,372,731 | | 20,372,731 | | 20,372,731 |
| Public Instruction | U.S. Department of Agriculture | Summer Food Service Program for Children | Child Nutrition Cluster | No | D | 10,990,914 | | 10,990,914 | 83,267 | 10,907,647 |
| Public Instruction | U.S. Department of Agriculture | Child and Adult Care Food Program | N/A | COVID-19 | D | 3,113 | | 3,113 | | 3,113 |
| Public Instruction | U.S. Department of Agriculture | State Administrative Expenses for Child Nutrition | N/A | No | D | 7,069,540 | | 7,069,540 | | 7,069,540 |
| Public Instruction | National Endowment for the Humanities (NEH) | Grants to States | N/A | No | D | 3,495,047 | | 3,495,047 | | 3,495,047 |
| Public Instruction | U.S. Department of Health and Human Services | Substance Abuse and Mental Health Services Projects of Regional and National Si | N/A | No | D | 2,283,293 | | 2,283,293 | | 2,283,293 |
| Public Instruction | U.S. Department of Education | Career and Technical Education – National Programs | N/A | No | D | 19,460 | | 19,460 | | 19,460 |
| Public Instruction | U.S. Department of Agriculture | Team Nutrition Grants | N/A | No | D | 315,324 | | 315,324 | | 315,324 |
| Public Instruction | U.S. Department of Agriculture | Farm to School Grant Program | N/A | No | D | 18,760 | | 18,760 | | 18,760 |
| Public Instruction | U.S. Department of Agriculture | Child Nutrition Discretionary Grants Limited Availability | Child Nutrition Cluster | No | D | 1,020,634 | | 1,020,634 | | 1,020,634 |
| Public Instruction | U.S. Department of Agriculture | Fresh Fruit and Vegetable Program | Child Nutrition Cluster | No | D | 4,397,240 | | 4,397,240 | | 4,397,240 |
| Public Instruction | U.S. Department of Justice | STOP School Violence | N/A | No | D | 232,008 | | 232,008 | | 232,008 |
| Public Instruction | Federal Communications Commission | Affordable Connectivity Outreach Grant Program | N/A | No | D | 314 | | 314 | | 314 |
| Public Instruction | U.S. Department of Health and Human Services | Cooperative Agreements to Promote Adolescent Health through School-Based HIV | N/A | No | D | 131,781 | | 131,781 | | 131,781 |
| Public Instruction | U.S. Department of Health and Human Services | Improving Student Health and Academic Achievement through Nutrition, Physical | N/A | No | D | 84,183 | | 84,183 | | 84,183 |
| Public Instruction | U.S. Department of Education | Title I Grants to Local Educational Agencies | N/A | No | D | 240,069,067 | | 240,069,067 | | 240,069,067 |
| Public Instruction | U.S. Department of Education | Migrant Education State Grant Program | N/A | No | D | 797,409 | | 797,409 | 20,198 | 777,211 |
| Public Instruction | U.S. Department of Education | Title I State Agency Program for Neglected and Delinquent Children and Youth | N/A | No | D | 296,748 | | 296,748 | 295,024 | 1,724 |
| Public Instruction | U.S. Department of Education | Special Education Grants to States | Special Education Cluster (IDEA) | COVID-19 | D | 51,559 | | 51,559 | | 51,559 |
| Public Instruction | U.S. Department of Education | TRIO Talent Search | TRIO Cluster | No | D | 643,350 | | 643,350 | | 643,350 |
| Public Instruction | U.S. Department of Education | TRIO Upward Bound | TRIO Cluster | No | D | 283,003 | | 283,003 | | 283,003 |
| Public Instruction | U.S. Department of Education | Career and Technical Education – Basic Grants to States | N/A | T | WI Technical College System | 11,469,435 | | 11,469,435 | 25,000 | 11,499,435 |
| Public Instruction | U.S. Department of Education | Migrant Education Coordination Program | N/A | No | D | 117,231 | | 117,231 | | 117,231 |
| Public Instruction | U.S. Department of Education | Special Education Preschool Grants | Special Education Cluster (IDEA) | No | D | 10,623,022 | | 10,623,022 | 2,265 | 10,620,757 |
| Public Instruction | U.S. Department of Agriculture | School Safety National Activities | N/A | No | D | 2,041,498 | | 2,041,498 | | 2,041,498 |
| Public Instruction | U.S. Department of Agriculture | School Breakfast Program | Child Nutrition Cluster | COVID-19 | D | (12,613) | | (12,613) | | (12,613) |
| Public Instruction | U.S. Department of Education | Education for Homeless Children and Youth | N/A | No | D | 1,522,764 | | 1,522,764 | | 1,522,764 |
| Public Instruction | U.S. Department of Education | Charter Schools | N/A | No | D | 9,085,742 | | 9,085,742 | | 9,085,742 |
| Public Instruction | U.S. Department of Health and Human Services | The Healthy Brain Initiative: Technical Assistance to Implement Public Health Actio | N/A | No | T | Health Services | 20,500 | | 20,500 | | 20,500 |
| Public Instruction | U.S. Department of Education | Twenty-First Century Community Learning Centers | N/A | No | D | 17,356,178 | | 17,356,178 | | 17,356,178 |
| Public Instruction | U.S. Department of Education | Special Education Technical Assistance and Dissemination to Improve Services and | N/A | No | D | 124,264 | | 124,264 | | 124,264 |
| Public Instruction | U.S. Department of Education | Gaining Early Awareness and Readiness for Undergraduate Programs | N/A | No | D | 5,113,670 | | 5,113,670 | 119,089 | 4,994,581 |
| Public Instruction | U.S. Department of Education | Rural Education | N/A | No | D | 320,150 | | 320,150 | | 320,150 |
| Public Instruction | U.S. Department of Education | English Language Acquisition State Grants | N/A | No | D | 9,246,196 | | 9,246,196 | | 9,246,196 |
| Public Instruction | U.S. Department of Education | Supporting Effective Instruction State Grants (formerly Improving Teacher Quality S | N/A | No | D | 29,835,467 | | 29,835,467 | | 29,835,467 |
| Public Instruction | U.S. Department of Education | Grants for State Assessments and Related Activities | N/A | No | D | 7,772,814 | | 7,772,814 | | 7,772,814 |
| Public Instruction | U.S. Department of Education | Statewide Longitudinal Data Systems | N/A | No | D | 471,253 | | 471,253 | | 471,253 |
| Public Instruction | U.S. Department of Health and Human Services | Substance Abuse and Mental Health Services Projects of Regional and National Si | N/A | No | I | 78,040 | | 78,040 | | 78,040 |
| Public Instruction | U.S. Department of Education | Education Stabilization Fund | N/A | COVID-19 | D | 764,171,066 | | 764,171,066 | | 764,171,066 |
| Public Instruction | U.S. Department of Education | Student Support and Academic Enrichment Program | N/A | No | D | 248,551 | | 248,551 | | 248,551 |
| Public Instruction | U.S. Department of Education | Education Stabilization Fund | N/A | COVID-19 | T | Office of the Governor | 5,381,770 | | 5,381,770 | | 5,381,770 |
| Public Instruction | U.S. Department of Health and Human Services | Teenage Pregnancy Prevention Program | N/A | No | D | 47,360 | | 47,360 | | 47,360 |
| Public Instruction | U.S. Department of Education | Special Education Grants to States | Special Education Cluster (IDEA) | No | D | 261,060,610 | | 261,060,610 | 296,778 | 260,764,040 |
| Public Instruction | U.S. Department of the Treasury | CORONAVIRUS STATE AND LOCAL FISCAL RECOVERY FUNDS | N/A | COVID-19 | T | Administration | 1,181,323 | | 1,181,323 | | 1,181,323 |
| Public Instruction | U.S. Department of Education | Education Stabilization Fund | N/A | COVID-19 | T | Office of the Governor | 866,792 | | 866,792 | | 866,792 |
| Public Instruction | U.S. Department of Health and Human Services | Maternal and Child Health Federal Consolidated Programs | N/A | No | T | Health Services | 4,999 | | 4,999 | | 4,999 |
| Public Instruction | U.S. Department of Agriculture | Pandemic EBT Administrative Costs | N/A | COVID-19 | T | Health Services | 2,341 | | 2,341 | | 2,341 |
| Public Instruction | U.S. Department of the Treasury | CORONAVIRUS STATE AND LOCAL FISCAL RECOVERY FUNDS | N/A | COVID-19 | T | Health Services | 353,317 | | 353,317 | | 353,317 |
| Public Instruction | U.S. Department of Agriculture | State Administrative Matching Grants for the Supplemental Nutrition Assistance Pr | SNAP Cluster | No | T | Health Services | 38,899 | | 38,899 | | 38,899 |
| Public Instruction | U.S. Department of Health and Human Services | Every Student Succeeds Act/Preschool Development Grants | N/A | No | T | Children and Families | 543,953 | | 543,953 | | 543,953 |
| Public Instruction | U.S. Department of Health and Human Services | Child Care and Development Block Grant | CCDF Cluster | No | T | Children and Families | 104,004 | | 104,004 | | 104,004 |
| Public Instruction | U.S. Department of Health and Human Services | Head Start | Head Start Cluster | No | T | Children and Families | 21,000 | | 21,000 | | 21,000 |
| Public Instruction | U.S. Department of Health and Human Services | Block Grants for Community Mental Health Services | N/A | No | T | Health Services | 9,952 | | 9,952 | | 9,952 |
| Public Instruction | U.S. Department of Education | Education Stabilization Fund | N/A | COVID-19 | D | 1,793,071 | 1,641 | 1,794,912 | | 1,794,912 |
| Public Instruction | U.S. Department of Education | Education Stabilization Fund | N/A | COVID-19 | D | 282,142,066 | | 282,142,066 | | 282,142,066 |
| Public Instruction | U.S. Department of Education | Education Stabilization Fund | N/A | COVID-19 | D | 2,890,767 | | 2,890,767 | | 2,890,767 |
| Public Instruction | U.S. Department of Education | Maternal and Child Health Services Block Grant to the States | N/A | No | T | Health Services | 106,837 | | 106,837 | | 106,837 |
| Public Instruction | U.S. Department of Education | Education Stabilization Fund | N/A | COVID-19 | T | Office of the Governor | 32,022,701 | | 32,022,701 | | 32,022,701 |
| Public Instruction | Corporation for National and Community Service | AmeriCorps State and National 94,006 | N/A | No | D | 323,651 | | 323,651 | | 323,651 |
| Public Instruction | U.S. Department of Education | Special Education Preschool Grants | Special Education Cluster (IDEA) | COVID-19 | D | 213,545 | | 213,545 | 130 | 213,415 |
| Public Instruction | U.S. Department of Education | School Safety National Activities | N/A | No | D | 394,075 | | 394,075 | | 394,075 |
| Public Instruction | U.S. Department of Agriculture | Summer Food Service Program for Children | Child Nutrition Cluster | No | N | 68,749 | | 68,749 | | 68,749 |
| Public Instruction | U.S. Department of Agriculture | National School Lunch Program | Food Distribution Cluster | No | N | 37,151,682 | | 37,151,682 | | 37,151,682 |
| Public Instruction | U.S. Department of Agriculture | Emergency Food Assistance Program (Food Commodities) | Food Distribution Cluster | No | N | 15,825,042 | | 15,825,042 | | 15,825,042 |
| Public Instruction | U.S. Department of Health and Human Services | Substance Abuse and Mental Health Services Projects of Regional and National Si | N/A | No | I | 27,621 | | 27,621 | | 27,621 |

| *SCO Compilation* |
| --- |
| |
| |
| FINAL AWARD TITLE |
| Local Food for Schools Cooperative Agreement Program |
| Child Nutrition Technology Innovation Grant |
| School Breakfast Program |
| National School Lunch Program |
| COVID-19 - National School Lunch Program |
| Special Milk Program for Children |
| COVID-19 - Child Nutrition Discretionary Grants Limited Availability |
| Child and Adult Care Food Program |
| COVID-19 - Farm to School State Formula Grant |
| Student Support and Academic Enrichment Program |
| Summer Food Service Program for Children |
| COVID-19 - Child and Adult Care Food Program |
| State Administrative Expenses for Child Nutrition |
| Grants to States |
| Substance Abuse and Mental Health Services Projects of Regional and National Significance |
| Career and Technical Education -- National Programs |
| Team Nutrition Grants |
| Farm to School Grant Program |
| Child Nutrition Discretionary Grants Limited Availability |
| Fresh Fruit and Vegetable Program |
| STOP School Violence |
| Affordable Connectivity Outreach Grant Program |
| Cooperative Agreements to Promote Adolescent Health through School-Based HIV/STD Prevention and School-Based Surveillance |
| Improving Student Health and Academic Achievement through Nutrition, Physical Activity and the Management of Chronic Conditions in Schools |
| Title I Grants to Local Educational Agencies |
| Migrant Education State Grant Program |
| Title I State Agency Program for Neglected and Delinquent Children and Youth |
| COVID-19 - Special Education Grants to States |
| TRIO Talent Search |
| TRIO Upward Bound |
| Career and Technical Education -- Basic Grants to States (from WTCS) |
| Migrant Education Coordination Program |
| Special Education Preschool Grants |
| School Safety National Activities |
| COVID-19 - School Breakfast Program |
| Education for Homeless Children and Youth |
| Charter Schools |
| The Healthy Brain Initiative: Technical Assistance to Implement Public Health Actions related to Cognitive Health, Cognitive Impairment, and Caregiving at the State and Local Levels (from DHS) |
| Twenty-First Century Community Learning Centers |
| Special Education Technical Assistance and Dissemination to Improve Services and Results for Children with Disabilities |
| Gaining Early Awareness and Readiness for Undergraduate Programs |
| Rural Education |
| English Language Acquisition State Grants |
| Supporting Effective Instruction State Grants (formerly Improving Teacher Quality State Grants) |
| Grants for State Assessments and Related Activities |
| Statewide Longitudinal Data Systems |
| Substance Abuse and Mental Health Services Projects of Regional and National Significance (from Mental Health America of WI) |
| COVID-19 - Education Stabilization Fund |
| Student Support and Academic Enrichment Program |
| COVID-19 - Education Stabilization Fund (from Gov) |
| Teenage Pregnancy Prevention Program (from DHS) |
| Special Education Grants to States |
| COVID-19 - CORONAVIRUS STATE AND LOCAL FISCAL RECOVERY FUNDS (from DOA) |
| COVID-19 - Education Stabilization Fund (from Gov) |
| Maternal and Child Health Federal Consolidated Program (from DHS) |
| COVID-19 - Pandemic EBT Administrative Costs (from DHS) |
| COVID-19 - CORONAVIRUS STATE AND LOCAL FISCAL RECOVERY FUNDS (from DHS) |
| State Administrative Matching Grants for the Supplemental Nutrition Assistance Program (from DHS) |
| Every Student Succeeds Act/Preschool Development Grants (from DCF) |
| Child Care and Development Block Grant (from DCF) |
| Head Start (from DCF) |
| Block Grants for Community Mental Health Services (from DHS) |
| COVID-19 - Education Stabilization Fund |
| COVID-19 - Education Stabilization Fund |
| COVID-19 - Education Stabilization Fund |
| Maternal and Child Health Services Block Grant to the States (from DHS) |
| COVID-19 - Education Stabilization Fund (from Gov) |
| AmeriCorps State and National 94.006 (from DHS) |
| COVID-19 - Special Education Preschool Grants |
| School Safety National Activities |
| Summer Food Service Program for Children |
| National School Lunch Program |
| Emergency Food Assistance Program (Food Commodities) |
| Substance Abuse and Mental Health Services Projects of Regional and National Significance (from Mental Health America of WI, INC) |

# EXHIBIT B



| From: | noreply@grantsolutions.gov |
| To: | ▇▇▇▇, S, DPI; Collins, Tricia L, DPI; ▇▇▇▇, DPI |
| Subject: | Grant number NU58DP007321 WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION - Grant message added by Shirley Byrd |
| Date: | Saturday, February 1, 2025 2:43:33 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

A Grant message has been added by Shirley Byrd for grant number NU58DP007321 WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Recipient: WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Grant Number: NU58DP007321

Program Service Office: National Center for Chronic Disease Prevention and Health Promotion [DP] (NCCDPHP)

Program: National Center for Chronic Disease Prev

Grant Program: CDC-RFA-DP-23-0002 School-Based Interventions to Promote Equity and Improve Heal

Please note: If this message doesn't appear in your message thread, the author may have deleted it.

| | |
|---|---|
| From: | noreply@grantsolutions.gov |
| To: | ▓▓▓▓▓ DPI; Collins, Tricia L. DPI; ▓▓▓▓▓ DPI |
| Subject: | Grant number NU58DP007321 WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION - Grant message added by Shirley Byrd |
| Date: | Friday, January 31, 2025 3:05:19 PM |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



A Grant message has been added by Shirley Byrd for grant number NU58DP007321 WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Recipient: WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Grant Number: NU58DP007321

Program Service Office: National Center for Chronic Disease Prevention and Health Promotion [DP] (NCCDPHP)

Program: National Center for Chronic Disease Prev

Grant Program: CDC-RFA-DP-23-0002 School-Based Interventions to Promote Equity and Improve Heal

Please note: If this message doesn't appear in your message thread, the author may have deleted it.

| From: | noreply@grantsolutions.gov |
| To: | ████████ DPI; Collins, Tricia L. DPI; ████████ DPI |
| Subject: | Grant number NU58DP007321 WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION - Grant message added by Shirley Byrd |
| Date: | Friday, January 31, 2025 3:05:19 PM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[?]

A Grant message has been added by Shirley Byrd for grant number NU58DP007321 WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Recipient: WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Grant Number: NU58DP007321

Program Service Office: National Center for Chronic Disease Prevention and Health Promotion [DP] (NCCDPHP)

Program: National Center for Chronic Disease Prev

Grant Program: CDC-RFA-DP-23-0002 School-Based Interventions to Promote Equity and Improve Heal

Please note: If this message doesn't appear in your message thread, the author may have deleted it.

[?]

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

January 29, 2025

Dear Recipient:

This Centers for Disease Control and Prevention (CDC) award is funded in whole or in part with United States Government foreign assistance funds.

To implement Executive Orders entitled *Ending Radical and Wasteful Government DEI Programs and Preferencing* and *Initial Rescissions of Harmful Executive Orders and Action,* you must immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting "diversity, equity, and inclusion" (DEI) at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award. Any vestige, remnant, or re-named piece of any DEI programs funded by the U.S. government under this award are immediately, completely, and permanently terminated.

No additional costs must be incurred that would be used to support any DEI programs, personnel, or activities.

If you are a global recipient and have previously received this notification regarding DEI activities, please follow those instructions accordingly.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

January 29, 2025

Dear Recipient:

This Centers for Disease Control and Prevention (CDC) award is funded in whole or in part with United States Government funds.

To implement Executive Orders entitled *Ending Radical and Wasteful Government DEI Programs and Preferencing* and *Initial Rescissions of Harmful Executive Orders and Action,* you must immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting "diversity, equity, and inclusion" (DEI) at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award. Any vestige, remnant, or re-named piece of any DEI programs funded by the U.S. government under this award are immediately, completely, and permanently terminated.

No additional costs must be incurred that would be used to support any DEI programs, personnel, or activities.

If you are a global recipient and have previously received this notification regarding DEI activities, please follow those instructions accordingly.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

Dear Recipient:

This Centers for Disease Control and Prevention (CDC) award is funded in whole or in part with United States Government funds.

To implement the Executive Order entitled *Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government (Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government – The White House)*, and in accordance with Office of Personnel Management's Initial Guidance (Memorandum to Heads and Acting Heads of Departments and Agencies: Initial Guidance Regarding President Trump's Executive Order Defending Women), you must immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting or inculcating gender ideology at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award. Any vestige, remnant, or re-named piece of any gender ideology programs funded by the U.S. government under this award are immediately, completely, and permanently terminated.

No additional costs must be incurred that would be used to support any gender ideology programs, personnel, or activities.

Any questions should be directed to PRISM@cdc.gov

**From:** GrantSolutions
**To:** ▇▇▇▇▇▇ DPI
**Subject:** Important Notice for Grant Recipients
**Date:** Sunday, February 2, 2025 12:15:41 PM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Dear HHS Recipients,

The United States District Court of Rhode Island issued a temporary restraining order (Court's Order) in the case of *New York et al. v. Trump*, No. 25-cv-39-JJM-PAS (D.R.I.), ECF No. 50 (Jan. 31, 2025). You are receiving this Notice pursuant to the Court's directive. Please see the Temporary Restraining Order.

As the Court's order reflects, the above terms are temporary as litigation in the

case is ongoing.

If you have any questions, please contact your respective agency representative.





**From:**     chantel.hill@ed.gov
**To:**     ▇▇▇▇▇▇▇▇▇ DPI
**Date:**     Tuesday, January 28, 2025 11:13:39 AM

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Grantees,

As you may have heard, a recent Executive Order has paused Federal grants. Any scheduled meetings are postponed until further notice. We are awaiting guidance from leadership on the implications of this, and assure you that we will let you know about next steps as soon as we know more.

Thank you for your patience and regards,

Chantel Hill
Federal Project Officer

| From: | Department of Justice |
|---|---|
| To: | ▓▓▓▓▓▓▓ DPI |
| Subject: | Notice to DOJ Grantees Regarding Funding Pause – Temporary Restraining Order |
| Date: | Sunday, February 2, 2025 1:47:02 PM |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Notice to DOJ Grantees Regarding Funding Pause – Temporary Restraining Order**

Please see the attached written Notice of the Court's Order, including a copy of the Court's Order, regarding certain Federal financial assistance programs, including grants. Effective immediately, this temporary restraining order prohibits certain actions.

A copy of this Notice will be filed on Monday, February 3, 2025, by 9:00 a.m.

**As a reminder, the Automated Standard Application for Payments (ASAP) is available. DOJ award recipients are able to request a drawdown in ASAP.**

- RI Temporary Restraining Order Notice 01-31-2025.pdf

You received this email because you are a current or previous Department of Justice grant applicant or award recipient. GovDelivery is providing this service on behalf of the Department of Justice and may not use your subscription information for any other purposes. For more information, review the Department of Justice Privacy Policy and the GovDelivery Privacy Policy.

This email was sent to ▓▓▓▓▓▓▓@dpi.wi.gov using GovDelivery Communications Cloud on behalf of Department of Justice · Washington, DC



**From:**        corinne.full@ed.gov
**To:**          ███████ DPI
**Subject:**     S184F180015-SBMH/MHSP Program Update 1/28/2025
**Date:**        Tuesday, January 28, 2025 10:49:02 AM

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Award: S184F180015 - WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Dear Grantees,

As you may have heard, a recent Executive Order has paused Federal grants. We are awaiting guidance from leadership on the implications of this, and assure you that we will let you know about next steps as soon as we know more.

Thank you for your patience and regards,

| | |
|---|---|
| **From:** | corinne.full@ed.gov |
| **To:** | ▮▮▮▮▮▮▮▮ DPI |
| **Subject:** | S184H200002-SBMH/MHSP Program Update 1/28/2025 |
| **Date:** | Tuesday, January 28, 2025 10:52:44 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Award: S184H200002 - WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Dear Grantees,

As you may have heard, a recent Executive Order has paused Federal grants. We are awaiting guidance from leadership on the implications of this, and assure you that we will let you know about next steps as soon as we know more.

Thank you for your patience and regards,

| | |
|---|---|
| **From:** | amy.banks@ed.gov |
| **To:** | ▉▉▉▉▉▉▉ DPI |
| **Subject:** | S184H200002-SBMH/MHSP Program Update, 1/28/2025 |
| **Date:** | Tuesday, January 28, 2025 11:51:00 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Grantees,

As you may have heard, a recent Executive Order has paused Federal grants. We are awaiting guidance from leadership on the implications of this, and assure you that we will let you know about next steps as soon as we know more.

Thank you for your patience and regards,

Amy Banks
SBMH Program Lead

| | |
|---|---|
| **From:** | corinne.full@ed.gov |
| **To:** | ███████████ DPI |
| **Subject:** | S184H240082-SBMH/MHSP Program Update 1/28/2025 |
| **Date:** | Tuesday, January 28, 2025 10:47:34 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Award: S184H240082 - WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Dear Grantees,

As you may have heard, a recent Executive Order has paused Federal grants. We are awaiting guidance from leadership on the implications of this, and assure you that we will let you know about next steps as soon as we know more.

Thank you for your patience and regards,

| | |
|---|---|
| **From:** | corinne.full@ed.gov |
| **To:** | ▇▇▇▇▇▇▇ DPI |
| **Subject:** | S424A220051-SBMH/MHSP Program Update 1/28/2025 |
| **Date:** | Tuesday, January 28, 2025 10:49:01 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Award: S424A220051 - WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Dear Grantees,

As you may have heard, a recent Executive Order has paused Federal grants. We are awaiting guidance from leadership on the implications of this, and assure you that we will let you know about next steps as soon as we know more.

Thank you for your patience and regards,

| | |
|---|---|
| **From:** | corinne.full@ed.gov |
| **To:** | ██████████ DPI |
| **Subject:** | S424A230051-SBMH/MHSP Program Update 1/28/2025 |
| **Date:** | Tuesday, January 28, 2025 10:47:35 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Award: S424A230051 - WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Dear Grantees,

As you may have heard, a recent Executive Order has paused Federal grants. We are awaiting guidance from leadership on the implications of this, and assure you that we will let you know about next steps as soon as we know more.

Thank you for your patience and regards,

**From:**      corinne.full@ed.gov
**To:**        ▮▮▮▮▮▮▮▮▮▮ DPI
**Subject:**   S424A240051-SBMH/MHSP Program Update 1/28/2025
**Date:**      Tuesday, January 28, 2025 10:51:21 AM

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Award: S424A240051 - WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Dear Grantees,

As you may have heard, a recent Executive Order has paused Federal grants. We are awaiting guidance from leadership on the implications of this, and assure you that we will let you know about next steps as soon as we know more.

Thank you for your patience and regards,

| | |
|---|---|
| **From:** | corinne.full@ed.gov |
| **To:** | ▓▓▓▓▓▓▓ DPI |
| **Subject:** | S424H240004-SBMH/MHSP Program Update 1/28/2025 |
| **Date:** | Tuesday, January 28, 2025 10:54:08 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Award: S424H240004 - WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION

Dear Grantees,

As you may have heard, a recent Executive Order has paused Federal grants. We are awaiting guidance from leadership on the implications of this, and assure you that we will let you know about next steps as soon as we know more.

Thank you for your patience and regards,

| | |
|---|---|
| **From:** | Department of Justice |
| **To:** | ▮▮▮▮▮ DPI |
| **Subject:** | Temporary Pause on Disbursement of Federal Financial Assistance |
| **Date:** | Tuesday, January 28, 2025 11:06:38 AM |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

### Automated Standard Application for Payments (ASAP) Accounts Temporary Suspension: Temporary Pause of Federal Financial Assistance

On January 27, 2025, the Office of Management and Budget (OMB) issued memorandum M-25-13, *Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs*. This memorandum requires Federal agencies to "identify and review all Federal financial assistance programs and supporting activities consistent with the President's policies and requirements," including certain recent executive orders.

Among other things, the OMB memorandum requires that while these reviews are being conducted, Federal agencies must, to the extent permissible under applicable law, pause disbursement of Federal funds under all open awards.

This temporary pause is intended to provide the Administration with time to review agency programs and determine the best uses of the funding for those programs consistent with the law and the President's priorities. Accordingly, all DOJ-related ASAP accounts will be temporarily suspended during the pause. As expressly provided in the OMB memorandum, **the temporary pause "will become effective on January 28, 2025, at 5:00 p.m. ET." After this deadline, DOJ award recipients will not be able to request a drawdown in ASAP until further notice.**

If a grantee attempts to draw funds down in ASAP during the account suspension period, the grantee will receive an "Error 839: No accounts found matching criteria" message and will not be able to request drawdowns.

Please visit the ASAP Resources page on the JustGrants Resources website for background about the system, frequently asked questions (FAQs), and training opportunities. For information on how to request funds in ASAP in the ordinary course, please reference this user guide.

For all questions related to the ASAP system, please contact the OCFO Customer Service Center by email at Ask.OCFO@usdoj.gov or by telephone at 800–458–0786.

You received this email because you are a current or previous Department of Justice grant applicant or award recipient. GovDelivery is providing this service on behalf of the Department of Justice and may not use your subscription information for any other purposes. For more information, review the Department of Justice Privacy Policy and the GovDelivery Privacy Policy.

This email was sent to ▮▮▮▮▮ @dpi.wi.gov using GovDelivery Communications Cloud on behalf of Department of Justice · Washington, DC

