# Thomas-Jensen Affirmation

# Exhibit # 120

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF NEW YORK; et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; et al.,<br><br>　　　　Defendants. | C.A. No. 1:25-cv-00039-JJM-PAS |

## DECLARATION OF DOROTA GREJNER-BRZEZINSKA

I, Dorota Grejner-Brzezinska, declare as follows:

1.　　I am a resident of the State of Wisconsin. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.　　I am currently employed by the University of Wisconsin–Madison (UW–Madison) as its Vice Chancellor for Research.  UW–Madison, the flagship institution of the University of Wisconsin System, is a public land-grant university, enrolling over 52,000 students.  As the Vice Chancellor for Research, I have responsibility for overseeing the UW–Madison research enterprise with more than $1.7 billion in annual research expenditures. My office also includes administration of 20 cross-campus research and service centers. The mission of the Office of the Vice Chancellor for Research is to advance excellence in research and scholarship, to support our multidisciplinary research centers and institutes, and to provide campus-wide administrative infrastructure to support and advance the research enterprise.

1

3.      UW–Madison's research enterprise is significantly bolstered by federal funding, which is essential for advancing innovation and addressing complex societal challenges. In the fiscal year 2022–2023, of the more than $1.7 billion in total research expenditures, nearly half of this amount—over $952 million—was sourced from federal awards. Approximately 25% of UW-Madison's annual budget is derived from federal sources, underscoring the critical role these funds play in supporting UW–Madison's research initiatives. The below table reflects federal research awards to UW–Madison for 2022-2023, by agency.

| Federal Research Awards by Agency | |
|---|---|
| (Millions of Dollars) | |
| **Agency** | **2022-23** |
| Dept of Agriculture | 77.1 |
| Dept of Commerce | 23.1 |
| Dept of Defense | 59.1 |
| Dept of Energy | 91.7 |
| Dept of Health and Human Services | 513 |
| NASA | 15.4 |
| National Science Foundation | 129.7 |
| Other Agencies | 43.3 |
| **Total** | **952.4** |

4.      While not comprehensive, below is a summary of some of the important research being done at UW–Madison with the support of this federal funding:

**U.S. Department of Agriculture (USDA)**

The USDA funds research focused on agriculture, food security, rural development, and environmental sustainability. At UW–Madison, this includes advancements in dairy science, crop resilience, precision agriculture, and sustainable farming practices. Wisconsin is a national leader in dairy and agricultural production, and UW–Madison plays a vital role in supporting farmers and agribusinesses through cutting-edge research and extension services. USDA-funded projects help

Wisconsin's farming communities remain competitive, resilient, and sustainable in the face of economic and environmental challenges.

### U.S. Department of Commerce (DOC)

The DOC, through agencies like the National Institute of Standards and Technology (NIST) and the National Oceanic and Atmospheric Administration (NOAA), funds research in technology, manufacturing, and Earth science. At UW–Madison, this includes work on precision manufacturing, artificial intelligence, weather forecast improvement, and economic development. Wisconsin has a strong manufacturing sector and a history of leadership in studying weather, climate and natural disasters. DOC-funded research at UW–Madison supports local industries by driving innovation in smart manufacturing and economic growth, while NOAA-funded studies help Wisconsin communities prepare for extreme weather and environmental shifts.

### U.S. Department of Defense (DoD)

The DoD funds research in national security, defense technology, and medical advancements. At UW–Madison, projects include cybersecurity, artificial intelligence, materials engineering, and treatments for traumatic brain injuries (TBIs) affecting professional athletes and military service members. DoD-funded projects drive interdisciplinary collaboration between engineering, computer science, and medical research at UW–Madison. UW–Madison's expertise in AI, bioengineering, and rehabilitation medicine contributes to life-saving advancements for service members, while fostering partnerships with industry and government.

### U.S. Department of Energy (DOE)

The DOE supports research in renewable energy, nuclear science, materials science, and high-performance computing. UW–Madison ranks among the top institutions in DOE-funded

research, with work in fusion energy, battery storage, grid modernization, and across sectors that strengthen the country's energy future.  As a leader in energy research, UW–Madison is at the forefront of developing next-generation power systems and technologies. DOE-funded projects in fusion energy, advanced materials, and energy storage position UW-Madison as a key player in the country's energy transition, also benefiting Wisconsin's energy sector and workforce.

### U.S. Department of Health and Human Services (HHS)

HHS, primarily through the National Institutes of Health (NIH), funds biomedical and public health research. UW–Madison is a leader in Alzheimer's disease research, cancer research, neuroscience, infectious disease studies, and vaccine development. UW–Madison's world-class biomedical research centers drive breakthroughs in cancer treatment, neuroscience, and infectious diseases. HHS funding supports faculty and students working on life-changing medical discoveries, while fostering collaborations with Wisconsin hospitals and biotech industries, and serving Wisconsin's rural communities

### National Aeronautics and Space Administration (NASA)

NASA funds research in astronomy, space exploration, Earth and atmospheric science, and aeronautics. UW–Madison contributes to Earth observation satellite missions, planetary science, astrophysics, and space technology development. UW–Madison has a long history of partnership with NASA in astrophysical research and satellite-based monitoring, including the impact of wildfires and tropical storm forecasting. NASA-funded projects allow UW–Madison scientists to analyze global environmental changes, while also engaging students in space-related innovation and discovery.

**National Science Foundation (NSF)**

The NSF supports basic and applied research across all scientific and engineering disciplines. At UW–Madison, NSF funding drives advances in artificial intelligence, quantum computing, engineering innovations, biological science and nanotechnology. NSF grants support early-stage research that often leads to major scientific breakthroughs. These funds help UW–Madison attract top faculty, train the next generation of scientists, and push the boundaries of knowledge in key fields like AI and quantum computing.

5.     While UW–Madison is not able precisely forecast future federal research funding, such funding to UW–Madison has increased year-over-year over the last approximately decade. In fiscal year 2025, UW–Madison is averaging $18.8 million in average weekly expenditures on federally-funded projects. For the month of January 2025, UW–Madison was scheduled to receive total disbursements of $61.8 million under our current federal awards for funds obligated and expended. Of this amount, we have drawn and received $45.5 million, have drawn and have yet to receive $4.2 million, and have yet to draw $12.1 million.

6.     The implementation of the (now-rescinded) Office of Management and Budget "pause" memorandum M-25-13 (OMB Memo), citing various Executive Orders, had a direct and adverse effect on UW–Madison's research operations. UW–Madison's ability to continue to provide full employee salaries, provide instruction to students, and continue pursuing scientific research is contingent upon anticipated receipt of federal funding and the prompt payment on expenditures incurred during the course of research projects funded by the federal government.

7.     UW–Madison's Office of Research and Sponsored Programs, which is within my purview, recently received a number of notifications from federal agencies purporting to pause certain work being conducted under federal grants and awards that cited as authority various recent

5

Executive Orders, the OMB Memo, or both.  In most instances, the notices did not identify specific awards that were subject to the communication, or identify with sufficient specificity the activity that needed to cease. Rather, the communications purported to put the burden on UW–Madison to immediately determine the applicability of the agency guidance, Executive Orders, or OMB Memo across a large portfolio of projects funded by the agency, without clear direction from the agency, at the risk of not being reimbursed any undefined activity not immediately halted. Examples include:

- On January 23, 2025, UW-Madison received a "Memorandum for NASA Contractor and Grantee Community," described as being issued to implement the requirements of the EO entitled *Initial Rescissions of Harmful Executive Orders and Actions* and a subsequent Office of Personnel Management memorandum issued on January 21, 2025 entitled *Initial Guidance Regarding DEIA Executive Orders*, directing NASA Contractors and Grantees immediately to "cease and desist all DEIA activities required of their contracts or grants...including but not limited to: DEIA plan requirement, training, reporting, considerations for staffing, or any other direct or indirect contract or grant activity." (Memorandum for NASA Contractor and Grantee Community from Karla Smith Jackson (Jan. 23, 2025), attached hereto as **Exhibit A**.) NASA provided no definition of "DEIA" activities, and rather than identify activities on specific awards or contracts that it considered to fall within this purview, NASA purported to place this responsibility on Contractors and Grantees, directing them to notify NASA if they identified requirements within their grants or contracts in violation of NASA's guidance. In a subsequent communication dated January 29, 2025, NASA reiterated earlier directives to grant and cooperative agreement recipients but provided no further clarification on what it meant by "DEIA" activities. (Email to NASA Grantees on DEIA EOs from NASA (Jan. 29, 2025), attached hereto as **Exhibit B**.) UW–Madison currently has 218 NASA-funded projects.

- On January 27, 2025, the Department of Energy (DOE) issued a memorandum "for all DOE funding agreements or awards" citing the Executive Order entitled *Ending Radical and Wasteful Government DEI Programs and Preferencing* as the basis for its directive that "Recipients and subrecipients must cease any activities, including contracted activities, and stop incurring costs associated with DEI and CBP activities effective as of the date of this letter for all DOE grants, cooperative agreements, loans, loan guarantees, cost sharing agreements, or other DOE funding of any kind." (Memorandum for All DOE Funding Agreements or Awards from Sarah Wilson (Jan. 27, 2025), attached hereto as **Exhibit C**.) DOE indicated that "[c]osts incurred after the date of this letter will not be reimbursed." DOE provided no definition of what it considered to be encompassed by "DEI programs and activities involving or related to DEI objectives and principles" or "Community Benefits Plans" or "Justice40 requirements, conditions, or principles." UW–Madison currently has 325 projects supported by DOE funding.

- On January 28, 2025, NSF sent a message to the NSF PI Community citing OMB Memorandum M-25-13 as a basis for pausing all review panels, new awards, and payments of funds under open awards. (Message to the NSF PI Community from U.S. National Science Foundation (Jan. 28, 2025), attached hereto as **Exhibit D**.) NSF's communication went on to inform NSF grantees that they "must comply with these Executive Orders, and any other relevant Executive Orders issued, by ceasing all non-compliant grant and award activities." NSF indicated that its directive included, but was not limited to "conferences, trainings, workshops, considerations for staffing and participant selection, and any other grant activity that uses or promotes the use of DEIA principles and frameworks or violates Federal anti-discrimination laws." NSF's guidance directed principal investigators to "work with your institutional research office to assist you in complying with the Executive Orders" but did not provide additional guidance to UW–Madison's institutional research office as to what activities NSF understood its guidance to prohibit.

- On January 29, 2025, the Centers for Disease Control and Prevention (CDC) sent a notification to UW-Madison indicating that, to implement Executive Orders entitled *Ending Radical and Wasteful Government DEI Programs and Preferencing* and *Initial Rescissions of Harmful Executive Orders and Action,* UW–Madison was required to "immediately  terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting 'diversity, equity, and inclusion' (DEI) at every level and activity... that are supported with funds from this award." (Email and Memorandum from Shirley K. Bird to "Cease DEI Activities on CDC Awards" (Jan. 29, 2025), attached hereto as **Exhibit E**.) The notice was not sent with reference to any particular grant, contract, or other award managed by UW-Madison. Moreover, neither the CDC notification nor the referenced Executive Orders provide a definition of "DEI" or guidance on the types of programs or activities that "promote" DEI and should be terminated. The CDC sent an additional notification to UW-Madison on January 31, 2025, with the subject "Cease Gender Ideology Activities on CDC Awards." (Email and Memorandum from Angie Willard, "Cease Gender Ideology Activities on CDC Awards" (Jan. 31, 2025), attached hereto as **Exhibit F**.) This notice directed UW–Madison to "immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting or inculcating gender ideology at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award," citing the Executive Order entitled *Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government* as well as the OPM's January 29, 2025, Memorandum to Heads and Acting Heads of Departments and Agencies: *Initial Guidance Regarding President Trump's Executive Order Defending Women*. That Executive Order states that:

  > "Gender ideology" replaces the biological category of sex with an ever-shifting concept of self-assessed gender identity, permitting the false claim that males can identify as and thus become women and vice versa, and requiring all institutions of society to regard this false claim as true. Gender ideology includes the idea that there is a vast spectrum of genders that are disconnected from one's sex.  Gender ideology is internally inconsistent, in that it diminishes sex as an identifiable or useful category

but nevertheless maintains that it is possible for a person to be born in the wrong sexed body.

The CDC did not provide guidance on what it means for a program to "promote" or "inculcate" "gender ideology." UW–Madison currently receives funding on 101 CDC awards.

- On January 23, 2025, the U.S. Department of Labor (DOL) provided to UW-Madison a statement that it was "reviewing all active federal awards and [would] take appropriate action, including terminating the award, consistent with the requirements of the Executive Orders titled 'Ending Radical and Wasteful Government DEI Programs and Preferencing,' issued on January 20, 2025, and 'Ending Illegal Discrimination and Restoring Merit-Based Opportunity,' issued on January 21, 2025." (Department of Labor DEI Cease Work Statement (Jan. 23, 2025), attached hereto as **Exhibit G**.) The statement directed all recipients of federal financial assistance to "all activities related to 'diversity, equity, and inclusion' (DEI) or 'diversity, equity, inclusion, and accessibility' (DEIA) under their federal awards," consistent with the Executive Orders, adding that "cost incurred on such activities, after the issuance of this notice, will not be considered allowable, and if incurred will be disallowed." DOL suggested that additional guidance was forthcoming, but UW–Madison is, at present, unaware of any such guidance.

8.    UW-Madison has received communications from several agencies regarding the existence of the TRO entered by the Court on January 31, 2025. Such communications have not described the impact of the TRO on earlier directives from the agencies regarding cessation of activities on the basis of recent Executive Orders and OMB Memorandum. For example, on February 2, 2025, NSF sent a message regarding the TRO, providing information about availability of its Award Cash Management Service, and directing recipients to FAQs on its Executive Order Implementation webpage. (Message to the NSF PI Community from U.S. National Science Foundation (Feb. 2, 2025), attached hereto as **Exhibit H**.). The NSF guidance issued after the TRO from NSF does not mention NSF's earlier directive to cease all grant and award activities not compliant with the Executive Orders. To date, this is consistent with communications from other agencies.

9.    The recent federal funding freeze created significant uncertainty for UW–Madison's research enterprise, with federal agencies providing mixed messages regarding their

8

ability to reimburse us for incurred expenditures. During this period of confusion, the Department of Health and Human Services (HHS) delayed a payment to UW-Madison of $14,778,508 due to a restriction on its hours of operation, while the National Science Foundation (NSF) initially canceled a payment to UW-Madison of $3,427,844. NSF restored access to the Award Cash Management Services system as of 12:00 pm EST, February 2, 2025 (and UW–Madison expects it will receive the delayed payment, but it has not yet) and the HHS PMS system continues to be difficult to access. In addition, the funding freeze and related agency communications required a substantial diversion of UW–Madison's research administration over the last nearly two weeks to focus their time and effort on addressing the uncertainty sowed by the various Executive Orders, OMB Memo, and agency communications, instead of on furthering UW–Madison's research mission.

10.    Withholding federal reimbursements of this magnitude directly impacts UW–Madison's cash flow, creating unnecessary financial strain and limiting our ability to support daily operations. Research institutions like ours rely on the timely disbursement of federal funds to sustain ongoing projects, pay researchers, staff, and students, and maintain essential infrastructure. Even temporary disruptions jeopardize scientific progress, hinder faculty and student research, and create uncertainty for the thousands of individuals whose work depends on these funds.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2025, at Madison, Wisconsin.


Dorota Grejner-Brzezinska

9

WI Decl. of Grejner-Brzezinska,
Ex. A - 2.5.2025

National Aeronautics and Space Administration

**Mary W. Jackson NASA Headquarters**
Washington, DC 20546-0001



January 23, 2025

MEMORANDUM FOR NASA CONTRACTOR AND GRANTEE COMMUNITY

SUBJECT: Initial Guidance Regarding Diversity, Equity, Inclusion,
Accessibility (DEIA) Executive Orders

On January 20, 2025, the President of the United States of America signed an Executive
Order (E.O.) titled, "Initial Rescissions of Harmful Executive Orders and Actions", which
repeals Executive Order 14035, Diversity, Equity, Inclusion and Accessibility in the Federal
Workforce". The U.S. Office of Personnel Management (OPM) issued a memorandum, dated
January 21, 2025, titled, "Initial Guidance Regarding DEIA Executive Orders" to federal
agencies.

To implement the E.O. requirements, OPM directed federal agencies to take immediate
action to identify and terminate DEIA initiatives and programs and remove final or pending
documents, directives, orders, materials, and equity plans issued in response to the now-
repealed Executive Order 14035, Diversity, Equity, Inclusion and Accessibility (DEIA) in
the Federal Workforce (June 25, 2021). To date, the following directions are provided:

**Contracts and Grants.** NASA Contractors and Grantees immediately shall cease and desist
all DEIA activities required of their contracts or grants. In accordance with FAR 52.242-15,
Stop Work clause, a stop work order may have been issued to stop all or any part of the
DEIA related activity. Additionally, FAR 52.249, Terminations clause modifications may
also be issued to implement this change. This work may include but is not limited to: DEIA
plan requirement, training, reporting, considerations for staffing, or any other direct or
indirect contract or grant activity. All Contractors and Grantees shall notify their Contracting
Officer or Grant Officer if they identify requirements within their contracts or grants that are
in violation this guidance.

**Guidance**. Consistent with the DEIA E.O. and the Regulatory Freeze Pending Review E.O,
additional guidance will be issued to further implement the executive order requirements,
such as updating and removing DEIA related policy guidance in the NASA FAR
Supplement, Grant and Cooperative Agreement Manual, Grant and Cooperative Agreement
Procedures, and the Grant and Cooperative Agreement Terms and Conditions.

**Websites, social media, accounts, etc**. NASA Office of Procurement  has removed external
and internal facing contract and grant websites that include DEIA related policies and
documents, and these website were taken offline as of 5pm January 22, per OPM guidance.

We endeavor to keep our NASA contractor and grantee community informed. As additional guidance becomes available, NASA Contracting Officers or Grant Officers will be contacting your organization to discuss necessary contract or grant modifications required to comply with the Executive Orders. To ensure efficient lines of communication are available we ask companies to actively engage with their cognizant Contracting officer or Grant Officer regarding the removal of DEIA activities as it pertains to their contract or grant award.[1] Please contact your cognizant Contracting Officer or Grant Officer if you have any questions regarding this memorandum.

I appreciate your cooperation and continued commitment to supporting NASA's mission.

Karla Smith Jackson

Digitally signed by Karla Smith Jackson
Date: 2025.01.23 15:04:42 -05'00'

Karla Smith Jackson
Assistant Administrator for Procurement

---

[1] Grant includes cooperative agreement as defined in 2 CFR 200.

# WI Decl. of Grejner-Brzezinska, Ex. B - 2.5.2025

| | |
|---|---|
| **From:** | NSSC-PR-Correspondence <nssc-pr-correspondence@mail.nasa.gov> |
| **Sent:** | Wednesday, January 29, 2025 12:43 PM |
| **To:** | RSP - Info |
| **Subject:** | Message for NASA Grantees on DEIA EOs |

**Importance:**        High

Dear NASA Grants Community

On January 23, 2025, NASA's Office of Procurement (OP) released a memorandum for the NASA contractor and grant community regarding Executive Order "Initial Recission of Harmful Executive Orders and Actions" and the Office of Personnel Management's (OPM) memorandum "Initial Guidance Regarding DEIA Executive Orders."

Per OP's memo, NASA grant and cooperative agreement recipients shall immediately cease and desist all DEIA activities required for their award. This work may include but is not limited to: DEIA plan requirements, training, workshops, reporting, considerations for staffing, or any other direct or indirect grant activity related to DEIA. All grant recipients shall notify their cognizant Grant Officer if they identify requirements within their awards that are in violation of this guidance. Your Grant Officer's contact information can be found on your NF 1687, Notice of Award for Grant and Cooperative Agreement (NOA).

Thank you for your work and partnership with NASA.

WI Decl. of Grejner-Brzezinska,
Ex. C - 2.5.2025



# Department of Energy

Golden Field Office
15013 Denver West Parkway
Golden CO 80401

January 27, 2025

**MEMORANDUM FOR ALL DOE FUNDING AGREEMENTS OR AWARDS**

FROM:        SARA WILSON
             ACQUISITION DIRECTOR
             ACTING HEAD OF CONTRACTING ACTIVITY
             ENERGY EFFICIENCY & RENEWABLE ENERGY

*Sara Wilson*

Digitally signed by
Sara Wilson
Date: 2025.01.27
12:48:28 -07'00'

SUBJECT:     Cease all activities associated with DEI and CBP

The President has issued 43 Executive Orders, Presidential Memoranda, and Proclamations, including an Executive Order entitled *Ending Radical and Wasteful Government DEI Programs and Preferencing*.  DOE is moving aggressively to implement this Executive Order by directing the suspension of the following activities in any loans, loan guarantees, grants, cost sharing agreements, contracts, contract awards, or any other source of DOE funding:

- diversity, equity, and inclusion (DEI) programs and activities involving or relating to DEI objectives and principles; and
- Community Benefits Plans (CBP); and
- Justice40 requirements, conditions, or principles.

Recipients and subrecipients must cease any activities, including contracted activities, and stop incurring costs associated with DEI and CBP activities effective as of the date of this letter for all DOE grants, cooperative agreements, loans, loan guarantees, cost sharing agreements, or other DOE funding of any kind. Recipients are responsible for communicating and enforcing this direction with all subrecipients and contractors. Costs incurred after the date of this letter will not be reimbursed. This letter will be incorporated into your award with the next modification.

Additional guidance will be forthcoming. Recipients who have DEI and CBP activities in their awards will be contacted by their Grants Officer to initiate award modifications consistent with this Order.

# WI Decl. of Grejner-Brzezinska, Ex. D - 2.5.2025

**From:**          U.S. National Science Foundation <grants_conference@nsf.gov>
**Sent:**          Tuesday, January 28, 2025 3:36 PM
**To:**
**Subject:**       Message to the NSF PI Community



Dear Colleagues;

The Office of Management and Budget (OMB) Memorandum M-25-13, issued on
January 27, 2025, directs all Federal agencies to conduct a comprehensive review of
their financial assistance programs to determine programs, projects, and activities
that may be implicated by the recent Executive Orders. Therefore, all review panels,
new awards, and all payments of funds under open awards will be paused as the
agency conducts the required reviews and analysis. NSF has created an Executive
Order Implementation webpage to ensure the widest dissemination of information and
updates. We will continue to communicate with you as we receive additional
guidance.

All NSF grantees must comply with these Executive Orders, and any other relevant
Executive Orders issued, by ceasing all non-compliant grant and award activities.
Executive Orders are posted at https://www.whitehouse.gov/presidential-actions/. In
particular, this may include, but is not limited to conferences, trainings, workshops,
considerations for staffing and participant selection, and any other grant activity that
uses or promotes the use of DEIA principles and frameworks or violates Federal anti-
discrimination laws. Please work with your institutional research office to assist you in
complying with the Executive Orders. You can also direct your questions through the
form on this NSF webpage.

Thank you for your work advancing science, engineering, technology and innovation
for our nation.

Sethuraman Panchanathan
Director

**Policy Outreach Website | Resource Center | Update Notifications**
**Event Questions | Policy Office Questions**



Davis Management Group on behalf of the U.S. National Science Foundation | 2415
Eisenhower Ave | Alexandria, VA 22314 US

Unsubscribe | Update Profile | Constant Contact Data Notice

WI Decl. of Grejner-Brzezinska,
Ex. E - 2.5.2025

| | |
|---|---|
| **From:** | Byrd, Shirley K. (CDC/OCOO/OFR/OGS) |
| **To:** | PRISM (CDC) |
| **Subject:** | Cease DEI Activities on CDC Awards |
| **Date:** | Wednesday, January 29, 2025 12:34:34 PM |
| **Attachments:** | DEI - Restrictions (Domestic).pdf |

Please review the attached notification and take immediate necessary actions.

Questions should be sent to PRISM@cdc.gov.

Thank you!

Office of Grant Services

Centers for Disease Control & Prevention

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

January 29, 2025

Dear Recipient:

This Centers for Disease Control and Prevention (CDC) award is funded in whole or in part with United States Government foreign assistance funds.

To implement Executive Orders entitled *Ending Radical and Wasteful Government DEI Programs and Preferencing* and *Initial Rescissions of Harmful Executive Orders and Action,* you must immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting "diversity, equity, and inclusion" (DEI) at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award.  Any vestige, remnant, or re-named piece of any DEI programs funded by the U.S. government under this award are immediately, completely, and permanently terminated.

No additional costs must be incurred that would be used to support any DEI programs, personnel, or activities.

If you are a global recipient and have previously received this notification regarding DEI activities, please follow those instructions accordingly.

WI Decl. of Grejner-Brzezinska,
Ex. F - 2.5.2025

| | |
|---|---|
| **From:** | Willard, Angie (CDC/OCOO/OFR/OGS) |
| **To:** | PRISM (CDC) |
| **Cc:** | PRISM (CDC) |
| **Subject:** | Cease Gender Ideology Activities on CDC Awards |
| **Date:** | Friday, January 31, 2025 3:59:05 PM |
| **Attachments:** | recipient_notification_gender.pdf |

Please review the attached notification and take immediate necessary actions.

Questions should be sent to PRISM@cdc.gov.

Thank you!

Office of Grant Services

Centers for Disease Control & Prevention

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

Dear Recipient:

This Centers for Disease Control and Prevention (CDC) award is funded in whole or in part with United States Government funds.

To implement the Executive Order entitled *Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government* (*Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government – The White House*), and in accordance with Office of Personnel Management's Initial Guidance (Memorandum to Heads and Acting Heads of Departments and Agencies: Initial Guidance Regarding President Trump's Executive Order Defending Women), you must immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting or inculcating gender ideology at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award. Any vestige, remnant, or re-named piece of any gender ideology programs funded by the U.S. government under this award are immediately, completely, and permanently terminated.

No additional costs must be incurred that would be used to support any gender ideology programs, personnel, or activities.

Any questions should be directed to PRISM@cdc.gov

WI Decl. of Grejner-Brzezinska,
Ex. G - 2.5.2025

OPEN/CLOSED FOAs

The U.S. Department of Labor is reviewing all Funding Opportunity Announcements for consistency with the Executive Orders titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025. The Department will take necessary action with the Funding Opportunity Announcement and issue additional guidance including adjusting the close date if appropriate.

ONGOING WORK

Effective immediately, all recipients of federal financial assistance are directed to cease all activities related to "diversity, equity, and inclusion" (DEI) or "diversity, equity, inclusion, and accessibility" (DEIA) under their federal awards, consistent with the requirements of the Executive Orders titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025. Any cost incurred on such activities, after the issuance of this notice, will not be considered allowable, and if incurred will be disallowed. Additional guidance will be provided.

TERMINATION

The U.S. Department of Labor is reviewing all active federal awards and will take appropriate action, including terminating the award, consistent with the requirements of the Executive Orders titled "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025.

WI Decl. of Grejner-Brzezinska,
Ex. H - 2.5.2025

**From:**       U.S. National Science Foundation <grants_conference@nsf.gov>
**Sent:**       Sunday, February 2, 2025 11:27 AM
**To:**
**Subject:**    Message to the NSF PI Community



Dear Colleagues;

On Friday, January 31, 2025, a Federal Court issued a Temporary Restraining Order (TRO) directing Federal grant-making agencies, including the National Science Foundation (NSF), to "…not pause, freeze, impede, block, cancel, or terminate… awards and obligations to provide federal financial assistance to the States, and… not impede the States' access to such awards and obligations, except on the basis of the applicable authorizing statutes, regulations, and terms." Although the language of the TRO is directed at State institutions, the Department of Justice has determined that it applies to all NSF award recipients. You can review the TRO here.

In order to comply with the TRO, the NSF Award Cash Management Service (ACM$) system is available for awardees to request payments as of 12:00pm EST, February 2, 2025.

This message is also available on the Executive Order Implementation webpage. Please check back regularly as we add frequently asked questions (FAQs) based on community feedback.

Sethuraman Panchanathan
Director

**Policy Outreach Website** | **Resource Center** | **Update Notifications**
**Event Questions** | **Policy Office Questions**



Davis Management Group on behalf of the U.S. National Science Foundation | 2415 Eisenhower Ave | Alexandria, VA 22314 US

Unsubscribe | Update Profile | Constant Contact Data Notice