# Thomas-Jensen Affirmation

# Exhibit # 125

| IIJA |
|---|
| Addressing Emerging Contaminant Grants |
| Battery Recycling Best Practices |
| Brownfields |
| Chesapeake Bay |
| Clean Water State Revolving Loan Funds |
| Clean Water State Revolving Loan Funds - Emerging Contaminants |
| Columbia River Basin |
| Drinking Water Programs - Class VI Wells |
| Drinking Water State Revolving Loan Funds |
| Drinking Water State Revolving Loan Funds - Emerging Contaminants |
| Drinking Water State Revolving Loan Funds - Lead Service Line Replacement |
| Great Lakes Restoration Initiative |
| Gulf Hypoxia Action Plan |
| Gulf of Mexico (America) |
| Lake Champlain |
| Lake Pontchartrain |
| Long Island Sound |
| National Estuary Program Grants |
| Pacific Northwest |
| Pollution Prevention Grants |

| |
|---|
| Puget Sound |
| Recycling Grants |
| San Francisco Bay |
| Solid Waste Infrastructure Financing - Save Our Seas Act Grants |
| South Florida |
| Southern New England Estuaries |
| Superfund Remedial |
| UIC Grants |
| Voluntary Battery Labeling Guidelines |

Controlled by U.S. Environmental Protection Agency