# Thomas-Jensen Affirmation

# Exhibit # 126

