

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

**Case Information**

Case Caption: **State of New York et al** vs. **Trump et al**

District Court Number: **1:25-cv-39-JJM-PAS**    Presiding Judge: **Judge McConnell**

Notice of Appeal filed by: **Defendant**    Notice of Appeal document number: **98**

Appeal from: [50] Temporary Restraining Order, [96] Order granting (66) Emergency Motion to Enforce (50) Order

Other information:

Fee status: **Waived**    Pro se case: Yes ☐  No ☑

Emergency or requires expedition: **No**    *If yes, reason:*

**Record Information**

Motions Pending    Yes ☑  No ☐

*If yes, document #* [67] Motion for Preliminary Injunction

Other record information:

Related case(s) on appeal:

**Certification**

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

Date: **02/10/2025**

**HANORAH TYER-WITEK**
Clerk of Court
/s/ *Viviana Gonzalez Gomez*
Deputy Clerk