# The U. S. Department of Homeland Security (DHS)
# Notice of Funding Opportunity (NOFO)
# Fiscal Year 2024 Case Management Pilot Program (CMPP)

All entities wishing to do business with the federal government must have a unique entity identifier (UEI). The UEI number is issued by the system for Award Management (SAM). Requesting a UEI using SAM can be found at: https://sam.gov/content/entity- registration.

**Updates in Grant Application Forms:**

The Data Universal Numbering System (DUNS) Number was replaced by a new, non-proprietary identifier requested in, and assigned by the SAM. This new identifier is the Unique Entity Identifier.

Additional Information can be found on Grants.gov: https://www.grants.gov/forms/forms-development/planned-uei-updates

## Table of Contents

Updates in Grant Application Forms: ................................................................................. 1
A.  Program Description ............................................................................................................ 5
   1.  Issued By ................................................................................................................... 5
   2.  Assistance Listings Number ...................................................................................... 5
   3.  Assistance Listings Title ........................................................................................... 5
   4.  Funding Opportunity Title ......................................................................................... 5
   5.  Funding Opportunity Number .................................................................................... 5
   6.  Authorizing Authority for Program ........................................................................... 5
   7.  Appropriation Authority for Program ........................................................................ 5
   8.  Announcement Type ................................................................................................... 5
   9.  Program Category ...................................................................................................... 5
   10. Program Overview, Objectives, and Priorities ......................................................... 5
   11. Performance Measures ............................................................................................... 8
B.  Federal Award Information ................................................................................................ 10
   1.  Available Funding for the NOFO:  $15 million ...................................................... 10
   2.  Projected Number of Awards:  One ......................................................................... 10
   3.  Maximum Award Amount:  $15 million .................................................................. 10
   4.  Period of Performance:    36 Months ...................................................................... 10
   5.  Projected Period of Performance Start Date(s): Dec. 1, 2024 ................................ 10
   6.  Projected Period of Performance End Date(s): Nov. 30, 2027 ............................... 10
   **7.  Projected Budget Period(s)**: .................................................................................. 10
   8.  Funding Instrument Type:   Grant ........................................................................... 10
C.  Eligibility Information ....................................................................................................... 10
   1.  Eligible Applicants .................................................................................................. 10
   2.  Applicant Eligibility Criteria .................................................................................. 10
   3.  Subawards and Beneficiaries ................................................................................... 10
   4.  Cost Share or Match ................................................................................................ 11
D.  Application and Submission Information .......................................................................... 11
   1.  Key Dates and Times ............................................................................................... 11
      a. Application Start Date:  Oct. 22, 2024, at 9 a.m. ET ......................................... 11
      b. Application Submission Deadline: Nov. 21, 2024, at 5 p.m. ET ........................ 11
      c. Anticipated Funding Selection Date: Dec. 1, 2024 ............................................. 12
      d. Anticipated Award Date: Dec. 1, 2024 ............................................................... 12
      e. Other Key Dates .................................................................................................. 12
   2.  Agreeing to Terms and Conditions of the Award .................................................... 12
   3.  Address to Request Application Package ................................................................. 12
   4.  Requirements: Obtain a Unique Entity Identifier (UEI) and Register in the System for Award Management (SAM.gov) ................................................................... 12
   5.  Steps Required to Obtain a Unique Entity Identifier, Register in the System for Award Management (SAM), and Submit an Application ......................................... 13
   6.  Electronic Delivery .................................................................................................. 14
   7.  How to Register to Apply FEMA GO ...................................................................... 14
      a. General Instructions: .......................................................................................... 14
      b. Obtain an UEI Number: ...................................................................................... 15
      c. Obtain Employer Identification Number ............................................................ 15

       d. Create a login.gov account: ................................................................................ 15
       e. Register with SAM: .......................................................................................... 15
       f. Register in FEMA GO, Add the Organization to the System, and Establish the AOR: 16
   8. Submitting the Final Application ............................................................................. 16
   9. Timely Receipt Requirements and Proof of Timely Submission ............................. 17
   10. Content and Form of Application Submission ........................................................ 17
       a. Standard Required Application Forms and Information ......................................... 17
       b. Program-Specific Required Forms and Information ............................................. 17
   11. Intergovernmental Review ..................................................................................... 18
   12. Funding Restrictions and Allowable Costs ............................................................. 18
       a. Prohibitions on Expending FEMA Award Funds for Covered Telecommunications Equipment or Services ............................................................................................. 18
       b. Pre-Award Costs ............................................................................................... 19
       c. Management and Administration (M&A) Costs ................................................... 19
       d. Indirect Facilities & Administrative (F&A) Costs ............................................... 20
E. Application Review Information ..................................................................................... 20
   1. Application Evaluation Criteria .............................................................................. 20
       a. Programmatic Criteria ....................................................................................... 20
       b. Financial Integrity Criteria ................................................................................. 20
       c. Supplemental Financial Integrity Criteria and Review ........................................ 21
   2. Review and Selection Process ................................................................................. 21
F. Federal Award Administration Information ..................................................................... 21
   1. Notice of Award ..................................................................................................... 21
   2. Pass-Through Requirements ................................................................................... 22
   3. Administrative and National Policy Requirements ................................................... 22
       a. DHS Standard Terms and Conditions ................................................................ 22
       b. Ensuring the Protection of Civil Rights .............................................................. 22
       c. Environmental Planning and Historic Preservation (EHP) Compliance ................. 23
       d. Mandatory Disclosures ...................................................................................... 24
   4. Reporting ............................................................................................................... 25
       a. Financial Reporting Requirements ..................................................................... 25
       b. Programmatic Performance Reporting Requirements ............................................ 26
       c. Closeout Reporting Requirements ...................................................................... 27
       d. Additional Reporting Requirements ................................................................... 29
   5. Monitoring and Oversight ...................................................................................... 30
G. DHS Awarding Agency Contact Information ................................................................... 31
   1. Contact and Resource Information .......................................................................... 31
       a. Program Office Contact ..................................................................................... 31
       b. FEMA Grants News .......................................................................................... 31
       c. Grant Programs Directorate (GPD) Award Administration Division ...................... 31
       d. Civil Rights ...................................................................................................... 32
       e. Environmental Planning and Historic Preservation ............................................. 32
   2. Systems Information ............................................................................................... 32
       a. FEMA GO ........................................................................................................ 32
H. Additional Information ................................................................................................... 32

1.    Termination Provisions ...................................................................... 32
      a. Noncompliance ......................................................................... 32
      b. With the Consent of the Recipient ............................................ 32
      c. Notification by the Recipient .................................................... 33
2.  Program Evaluation ............................................................................ 33
3.  Period of Performance Extensions ...................................................... 33
4.  Disability Integration .......................................................................... 34
5.  Conflicts of Interest in the Administration of Federal Awards or Subawards ........... 35
6.  Procurement Integrity ......................................................................... 36
      a. Important Changes to Procurement Standards in 2 C.F.R. Part 200 ........ 36
      b. Competition and Conflicts of Interest ....................................... 37
      c. Supply Schedules and Purchasing Programs .............................. 38
      d. Procurement Documentation .................................................... 40
7.  Record Retention ................................................................................ 40
      a. Record Retention Period .......................................................... 40
      b. Types of Records to Retain ...................................................... 41
8.  Actions to Address Noncompliance .................................................... 42
9.  Audits ................................................................................................. 43
10. Payment Information .......................................................................... 44
11. Whole Community Preparedness ........................................................ 44
12. Report issues of fraud, waste, abuse .................................................. 45
13. Hazard-Resistant Building Codes ....................................................... 45

A. <u>**Program Description**</u>

1. **Issued By**
   U.S. Department of Homeland Security (DHS)/Office for Civil Rights and Civil Liberties (CRCL) and Federal Emergency Management Agency (FEMA)

2. **Assistance Listings Number**
   97.102

3. **Assistance Listings Title**
   Case Management Pilot Program

4. **Funding Opportunity Title**
   Fiscal Year 2024 Case Management Pilot Program (CMPP)

5. **Funding Opportunity Number**
   DHS-24-GPD-102-00-99

6. **Authorizing Authority for Program**
   Department of Homeland Security Appropriations Act, 2024, Pub. L. No. 118-47, Title I, Departmental Management, Intelligence, Situational Awareness, and Oversight, Office of the Secretary and Executive Management, Federal Assistance

7. **Appropriation Authority for Program**
   Department of Homeland Security Appropriations Act, 2024, Pub. L. No. 118-47, Title I, Departmental Management, Intelligence, Situational Awareness, and Oversight, Office of the Secretary and Executive Management, Federal Assistance

8. **Announcement Type**
   Initial

9. **Program Category**
   Preparedness: Other

10. **Program Overview, Objectives, and Priorities**

    a. **Overview**
       The Case Management Pilot Program (CMPP) makes funds available to local governments and/or nonprofits to provide voluntary case management and other services to eligible noncitizens. Eligible noncitizens are noncitizens subject to ICE reporting, including, but not limited to, noncitizens paroled by DHS, issued a bond by DHS, who have been or are on an Immigration and Customs Enforcement (ICE) alternative to detention (ATD) program, or who have been served with a Notice to Appear (NTA) by DHS (hereinafter, "eligible noncitizens"). CMPP funds will be awarded to eligible subrecipients through the CMPP National Board. The CMPP National Board is charged with awarding funds to local governments and nonprofit organizations and managing the pilot program.

CMPP services are to be made available to eligible noncitizens in geographic locations served by the CMPP. Participants enroll in CMPP through one of three enrollment pathways: (1) telephone calls made to eligible noncitizens by the CMPP service providers using a list of eligible noncitizens provided by ICE to CRCL; (2) CRCL in-person visits at ICE field offices to identify eligible noncitizens attending ICE check-in appointments; and (3) eligible noncitizens "walk in" to service providers seeking services.  The CMPP Appendix to the [ICE ATD Privacy Impact Assessment](#) explains ICE and CRCL's roles in the enrollment process.  CMPP funds may be used flexibly to provide case management services and other services CMPP participants identify as a priority, including but not limited to: mental health services; human trafficking screening; legal orientation programs; cultural orientation programs; connections to social services; and for individuals who will be removed, reintegration services.

CMPP makes funds available to local governments and/or nonprofits to provide case management and culturally, trauma-informed, and linguistically responsive services to eligible noncitizens who affirmatively volunteer to participate in the program. CMPP funds will be awarded to eligible subrecipients through the Board.

**b. Goals, Objectives, and Priorities**

The objective of the CMPP is to ensure that eligible noncitizens in geographic locations served by CMPP have access to case management, critical services such as mental health services, trafficking screening, legal orientation programs, cultural orientation programs, and for individuals who will be removed, reintegration and other services that CMPP participants identify as a priority.

The CMPP provides an opportunity for the Department to evaluate the effectiveness of case management services for noncitizens that are voluntary and overseen and managed through a National Board chaired by the Officer for Civil Rights and Civil Liberties and composed of nongovernmental organizations with experience providing and/or evaluating case management programs for immigrants and asylum-seekers.

In addition, the CMPP provides an opportunity for DHS to assess demand for CMPP services for eligible noncitizens and for nonprofit and/or local government capacity to provide and/or connect participants to effective services. The Department plans to evaluate effectiveness by looking at what, if any, impact CMPP services have on participants' attendance at immigration court hearings, compliance with immigration obligations and orders, ability to secure legal representation and/or pro se legal assistance, and ability to access a range of social services that CMPP participants identify as priorities through a participant-led, service planning process.

The CMPP shall make available case management and other services eligible noncitizens identify as a priority, including services that address: mental health; trafficking screening; legal orientation programs; cultural orientation programs; connections to social services; and departure planning and reintegration services for individuals returning to their home countries.

The CMPP National Board will distribute funds to eligible local governments and eligible nonprofits (hereinafter, subrecipients) and manage the program.

The National Board will:

1. Educate and engage local governments and nonprofit organizations about CMPP program.

2. Notify eligible local governments and/or eligible nonprofits of the opportunity to apply to provide CMPP services.

3. Select a Secretariat/Fiscal Agent to perform the necessary administrative duties for the Board.

4. Select eligible local governments and nonprofits to provide CMPP services.

5. Prioritize awarding CMPP funds to subrecipients, taking into consideration the following factors:

    o The subrecipient is a local government or nonprofit organization;
    o The subrecipient has demonstrated capacity either through past performance on current CMPP grants or through other programming to provide voluntary and trauma informed case management services to noncitizens, survivors of human trafficking. or asylum seekers, especially women and girls and other vulnerable noncitizens, and including services for people with limited English proficiency and people with disabilities;
    o The subrecipient has the capability to leverage community resources for program beneficiaries, meet their self-identified needs, and collect and report data related to case management services;
    o The subrecipient has the capacity, either internally or through partnerships with other community-based organizations, to provide case management services, including: mental health services; trafficking screening; legal orientation programs; and cultural orientation programs;
    o The subrecipient has the capacity, either internally or through partnerships with other community-based organizations, to connect participants to the following services:
        - health screening and medical services;
        - referral to legal service providers;
        - family wellness;
        - job training; and
        - school enrollment.
    o The subrecipient has the capacity, either internally or through a partnership with other community-based, national, or international organizations, to provide departure planning and reintegration services to noncitizens returning to their countries of citizenship;

      o   The subrecipient preferably has experience with federal grant awards; and

      o   The subrecipient can provide proof of fiscal integrity, as required.

The Secretariat/Fiscal Agent will:

1. Maintain all CMPP financial records and disburse funds to CMPP subrecipients in accordance with program requirements;

2. Document funds received and maintain documentation as required by 2 C.F.R. Part 200;

3. Conduct subrecipient compliance reviews of expenditures made under the program;

4. Monitor subrecipients' compliance with 2 C.F.R. Part 200 and program requirements detailed in the NOFO;

5. Develop an operational manual and establish criteria for expenditure of funds and distributing funds;

6. Provide copies of award notification materials to subrecipients;

7. Secure required reporting from subrecipients;

8. Ensure subrecipients comply with CMPP program guidelines;

9. Distribute funds to selected subrecipients;

10. Provide consultation and technical assistance regarding the program, as needed; and,

11. Conduct compliance reviews of expenditures made under this program for subrecipients.

   **c.**  **Alignment to Program Purpose and the DHS Strategic Plan**
The CMPP aligns with the DHS Strategic Plan for Fiscal Years 2020-2024 through pursuing Goal 2.3, Enforce U.S. Immigration Laws. Specifically, the CMPP will help the Department achieve the associated desired outcome: "Enforce immigration laws throughout the United States in a manner that upholds the rule of law, American values, and national security."

## 11. Performance Measures
Recipients will be required to provide critical data, such as CMPP participants' A numbers, which will be used for performance management and program evaluation. At minimum, the following information must be tracked, and additional information may be collected to support analysis of program implementation and participant outcomes.

Performance Metrics:

- Number of individuals enrolled in CMPP and demographic breakdown, including:
  - Member of family unit (caretaker(s)/minor child) (yes/no);
  - Size of family unit;
  - Gender;
  - Age;
  - Race and nationality; and
  - Preferred language.
- Number of CMPP participants who were offered  case management services, including how many participants received or declined services.
- Number of participants who were offered the following CMPP services, including the breakdown of how many participants received or declined services:
  - Mental health services;
  - Human trafficking screening;
  - Legal orientation;
  - Cultural orientation; or
  - Departure information, planning and/or reintegration services (for those departing the United States voluntarily or because of an order of removal).
- Number of CMPP participants who identified each of the following services as a priority, and the number who were:
  - Provided legal screening or provided or referred for legal services; or
  - Connected to other participant identified social services, including housing assistance, childcare, transportation, school enrollment, health care, translation/interpretation, job training, and language classes.

Legal Access Program Performance Metrics:

- Number of CMPP participants without legal counsel at time of CMPP enrollment, and number that secured legal counsel during the program period of performance.
- Number of CMPP participants who received pro se assistance through CMPP.
- Length of time to first immigration hearing date, if applicable.
- Length of time to immigration case resolution, if applicable.
- Breakdown and percentage of forms of immigration relief for which CMPP participants applied.
- Breakdown and percentage of forms of immigration relief granted, such as asylum, CAT, etc.

Outcome Measures:

- Number of CMPP participants who attended scheduled Executive Office of Immigration Review (EOIR) immigration court hearings, as applicable.
  - Include breakdown of those with legal representation and those pro se.
- Number of CMPP participants identified as survivors of human trafficking, and of those identified, number who received assistance.
- Number of CMPP participants (1) with a final order of removal during the time they are enrolled in CMPP; and (2) who complied with the order.

*FY 2024 NOFO Template – FEMA Version 24-02*

**B.** <u>**Federal Award Information**</u>

**1. Available Funding for the NOFO:**      $15 million

**2. Projected Number of Awards**:      One

**3. Maximum Award Amount:**      $15 million

**4. Period of Performance:**      36 Months

Extensions to the period of performance are allowed. For additional information on period of performance extensions, please refer to Section H of this funding notice.

**5. Projected Period of Performance Start Date(s):**    Dec. 1, 2024

**6. Projected Period of Performance End Date(s):**    Nov. 30, 2027

**7. Projected Budget Period(s)**:
There will be only a single budget period with the same start and end dates as the period of performance.

**8. Funding Instrument Type:**      Grant

**C.** <u>**Eligibility Information**</u>

**1. Eligible Applicants**
Case Management Pilot Program National Board

**2. Applicant Eligibility Criteria**
The National Board for the Case Management Pilot Program is the only eligible applicant.

**3. Subawards and Beneficiaries**

    **a. Subaward Allowability**
    This NOFO allows for subawards (subrecipients). The National Board for the Case Management Pilot Program must select eligible subrecipients to provide CMPP services.

    **b. Subrecipient Eligibility**
    Subrecipients must be local governments or nonprofit organizations.

    **c. Other subaward information**
    Subrecipients must adhere to the other parts of the NOFO that discuss requirements or restrictions specifically related to subawards/subrecipients: section C.5 regarding cost share or match, Unique Entity Identifier in section D.3, content and form of application submission in section D.10, funding restrictions and allowable costs in section D.12, management and administration costs (if applicable) in section D.12.e, indirect costs (if

applicable) in section D.12.f, and closeout requirements in section F.4.c, and any other section referencing specific subaward/subrecipient requirements.

d. **Beneficiaries or Participants**

This notice and any subsequent federal awards create no rights or causes of action for any participant or beneficiary.

The National Board is required to post a solicitation and award subrecipients. Selection criteria is described above in Section 10.B Goals, Objectives, and Priorities.

Potential eligible participants in CMPP services are noncitizens subject to ICE reporting, including, but not limited to, noncitizens paroled by DHS, issued a bond by DHS, who have been or are on an Immigration and Customs Enforcement (ICE) alternative to detention program, or who have been served with a Notice to Appear (NTA) by DHS in geographic locations served by the CMPP.

**4. Cost Share or Match**
None

**D. <u>Application and Submission Information</u>**
**1. Key Dates and Times**

    a.    **Application Start Date:**    Oct. 22, 2024, at 9 a.m. ET

    b.    **Application Submission Deadline:**  Nov. 21, 2024, at 5 p.m. ET

All applications **must** be received by the established deadline.

FEMA's Grants Outcomes System (FEMA GO) automatically records proof of timely submission and the system generates an electronic date/time stamp when FEMA GO successfully receives the application. The individual with the Authorized Organization Representative role that submitted the application will also receive the official date/time stamp and a FEMA GO tracking number in an email serving as proof of their timely submission. For additional information on how an applicant will be notified of application receipt, see the subsection titled "Timely Receipt Requirements and Proof of Timely Submission" in Section D of this notice.

**FEMA will not review applications that are received after the deadline or consider these late applications for funding**. FEMA may, however, extend the application deadline on request for any applicant who can demonstrate that good cause exists to justify extending the deadline. Good cause for an extension may include technical problems outside of the applicant's control that prevent submission of the application by the deadline, other exigent or emergency circumstances, or statutory requirements for FEMA to make an award.

**Applicants experiencing technical problems outside of their control must notify FEMA as soon as possible and before the application deadline**. Failure to timely notify FEMA of the issue that prevented the timely filing of the application may preclude consideration of the award. "Timely notification" of FEMA means before the application deadline and within 48 hours after the applicant became aware of the issue.

A list of FEMA contacts can be found in Section G of this notice, "DHS Awarding Agency Contact Information." For technical assistance with the FEMA GO system, please contact the FEMA GO Helpdesk at femago@fema.dhs.gov or (877) 585-3242, Monday through Friday, 9 a.m. – 6 p.m. ET. For programmatic or grants management questions, please contact your Program Analyst or Grants Management Specialist. If applicants do not know who to contact or if there are programmatic questions or concerns, please contact the fema-grants-news@fema.dhs.gov, Monday through Friday, 9 a.m. – 5 p.m. ET.

c.    **Anticipated Funding Selection Date**: Dec. 1, 2024

d.    **Anticipated Award Date:** Dec. 1, 2024

e.    **Other Key Dates**

| Event | Suggested Deadline for Completion |
|---|---|
| Obtaining Unique Entity Identifier (UEI) number | Four weeks before actual submission deadline |
| Obtaining a valid Employer Identification Number (EIN) | Four weeks before actual submission deadline |
| Creating an account with login.gov | Four weeks before actual submission deadline |
| Registering in SAM or updating SAM registration | Four weeks before actual submission deadline |
| Registering Organization in FEMA GO | Before beginning application |
| Submitting complete application in FEMA GO | One week before actual submission deadline |

**2.    Agreeing to Terms and Conditions of the Award**
By submitting an application, applicants agree to comply with the requirements of this notice and the terms and conditions of the award, should they receive an award.

**3.    Address to Request Application Package**
Applications are processed through the FEMA GO system. To access the system, go to https://go.fema.gov/.

**4.    Requirements: Obtain a Unique Entity Identifier (UEI) and Register in the System for Award Management** (SAM.gov)
Each applicant, unless they have a valid exception under 2 C.F.R. §25.110, must:

    a. Be registered in Sam.Gov before application submission.
    b. Provide a valid UEI in its application.
    c. Continue to always maintain an active SAM registration with current information during the federal award process. Note: Per 2 C.F.R. § 25.300, subrecipients are NOT required to go through the full SAM registration process. First-tier subrecipients (meaning entities receiving funds directly from the recipient) are only required to obtain a UEI through SAM, but they are not required to complete the full SAM registration in order to obtain a UEI. Recipients may not make subawards unless the subrecipient has obtained and provided the UEI. Lower-tier subrecipients (meaning entities receiving funds passed through by a higher-tier subrecipient) are not required to have a UEI and are not required to register in SAM. Applicants are also not permitted to require subrecipients to complete a full registration in SAM beyond obtaining the UEI.

Lower-tier subrecipients (meaning entities receiving funds passed through by a higher-tier subrecipient) are not required to have a UEI and are not required to register in SAM. Applicants are also not permitted to require subrecipients to complete a full registration in SAM beyond obtaining the UEI.

5. **Steps Required to Obtain a Unique Entity Identifier, Register in the System for Award Management (SAM), and Submit an Application**
Applying for an award under this program is a multi-step process and requires time to complete. Applicants are encouraged to register early as the registration process can take four weeks or more to complete. Therefore, registration should be done in sufficient time to ensure it does not impact your ability to meet required submission deadlines.

Please review the table above for estimated deadlines to complete each of the steps listed. Failure of an applicant to comply with any of the required steps before the deadline for submitting an application may disqualify that application from funding.

To apply for an award under this program, all applicants must:

    a. Apply for, update, or verify their UEI number and Employer Identification Number (EIN) from the Internal Revenue Service;
    b. In the application, provide an UEI number;
    c. Have an account with login.gov;
    d. Register for, update, or verify their SAM account and ensure the account is active before submitting the application;
    e. Register in FEMA GO, add the organization to the system, and establish the AOR. The organization's electronic business point of contact (EBiz POC) from the SAM registration may need to be involved in this step. For step-by-step instructions, see https://www.fema.gov/grants/guidance-tools/fema-go/startup
    f. Submit the complete application in FEMA GO; and
    g. Continue to maintain an active SAM registration with current information at all times during which it has an active federal award or an application or plan under consideration by a federal awarding agency. As part of this, applicants must also provide information on an applicant's immediate and highest-level owner and

subsidiaries, as well as on all predecessors that have been awarded federal contracts or federal financial assistance within the last three years, if applicable.

Applicants are advised that FEMA may not make a federal award until the applicant has complied with all applicable SAM requirements. Therefore, an applicant's SAM registration must be active not only at the time of application, but also during the application review period and when FEMA is ready to make a federal award. Further, as noted above, an applicant's or recipient's SAM registration must remain active for the duration of an active federal award. If an applicant's SAM registration is expired at the time of application, expires during application review, or expires any other time before award, FEMA may determine that the applicant is not qualified to receive a federal award and use that determination as a basis for making a federal award to another applicant.

Per 2 C.F.R. § 25.110(c)(2)(iii), if an applicant is experiencing exigent circumstances that prevents it from obtaining an UEI number and completing SAM registration prior to receiving a federal award, the applicant must notify FEMA as soon as possible by contacting fema-grants-news@fema.dhs.gov and providing the details of the circumstances that prevent completion of these requirements. If FEMA determines that there are exigent circumstances and FEMA has decided to make an award, the applicant will be required to obtain an UEI number, if applicable, and complete SAM registration within 30 days of the federal award date.

6. **Electronic Delivery**
   DHS is participating in the Grants.gov initiative to provide the grant community with a single site to find and apply for grant funding opportunities. DHS encourages or requires applicants to submit their applications online through Grants.gov, depending on the funding opportunity.

   For this funding opportunity, FEMA requires applicants to submit applications through FEMA GO.

7. **How to Register to Apply FEMA GO**
   a. **General Instructions:**
      Registering and applying for an award under this program is a multi-step process and requires time to complete. Read the instructions below about registering to apply for FEMA funds. Applicants should read the registration instructions carefully and prepare the information requested before beginning the registration process. Reviewing and assembling the required information before beginning the registration process will alleviate last-minute searches for required information.

      **The registration process can take up to four weeks to complete.** To ensure an application meets the deadline, applicants are advised to start the required steps well in advance of their submission.

      Organizations must have an UEI number, an EIN, an active SAM registration and Grants.gov account to apply for a federal award under this funding opportunity.

**b. Obtain an UEI Number:**
All entities applying for funding, including renewal funding, must have a UEI number. Applicants must enter the UEI number in the applicable data entry field on the SF-424 form.

For more detailed instructions for obtaining a UEI number, refer to: SAM.gov

**c. Obtain Employer Identification Number**
All entities applying for funding must provide an Employer Identification Number (EIN). The EIN can be obtained from the IRS by visiting: https://www.irs.gov/businesses/small-businesses-self-employed/apply-for-an-employer-identification-number-ein-online.

**d. Create a login.gov account:**
Applicants must have a login.gov account in order to register with SAM or update their SAM registration. Applicants can create a login.gov account here: https://secure.login.gov/sign_up/enter_email?request_id=34f19fa8-14a2-438c-8323-a62b99571fd3.

Applicants only have to create a login.gov account once. For applicants that are existing SAM users, use the same email address for the login.gov account as with SAM.gov so that the two accounts can be linked.

For more information on the login.gov requirements for SAM registration, refer to https://www.sam.gov/SAM/pages/public/loginFAQ.jsf.

**e. Register with SAM:**

All applicants applying online through FEMAGO must register with SAM. Failure to register with SAM will prevent an applicant from completing the application in Grants.gov. SAM registration must be renewed annually. Organizations will be issued a UEI number with the completed SAM registration.

For more detailed instructions for registering with SAM, refer to https://apply07.grants.gov/help/html/help/Register/RegisterWithSAM.htm

Note: Per 2 C.F.R. § 25.200, applicants must also provide the applicant's immediate and highest-level owner, subsidiaries, and predecessors that have been awarded federal contracts or federal financial assistance within the last three years, if applicable.

**I. ADDITIONAL SAM REMINDERS**
Existing SAM.gov account holders should check their account to make sure it is "ACTIVE." SAM registration should be completed at the very beginning of the application period and should be renewed annually to avoid being "INACTIVE." **Please allow plenty of time before the grant application submission deadline to obtain an UEI number and then to register in SAM. It may be four weeks**

**or more after an applicant submits the SAM registration before the registration is active in SAM, and then it may be an additional 24 hours before FEMA's system recognizes the information.**

It is imperative that the information applicants provide is correct and current. Please ensure that your organization's name, address, and EIN are up to date in SAM and that the UEI number used in SAM is the same one used to apply for all other FEMA awards. Payment under any FEMA award is contingent on the recipient's having a current SAM registration.

## II. HELP WITH SAM

The SAM quick start guide for new recipient registration and SAM video tutorial for new applicants are tools created by the General Services Administration (GSA) to assist those registering with SAM. If applicants have questions or concerns about a SAM registration, please contact the Federal Support Desk at GDIT TSS Service Portal - GDIT Technology Shared Services Portal (fsd.gov) or call toll free (866) 606-8220.

**f.  Register in FEMA GO, Add the Organization to the System, and Establish the AOR:**

Applicants must register in FEMA GO and add their organization to the system. The organization's electronic business point of contact (EBiz POC) from the SAM registration may need to be involved in this step. For step-by-step instructions, see https://www.fema.gov/grants/guidance-tools/fema-go/startup

Note: FEMA GO will support only the most recent major release of the following browsers:
- Google Chrome;
- Internet Explorer;
- Mozilla Firefox;
- Apple Safari; and
- Microsoft Edge.

Users who attempt to use tablet type devices or other browsers may encounter issues with using FEMA GO.

## 8.  Submitting the Final Application

Applicants will be prompted to submit the standard application information and any program-specific information required as described in Section D.10 of this notice, "Content and Form of Application Submission." The Standard Forms (SF) may be accessed in the Forms tab under the https://grants.gov/forms/forms-repository/sf-424-family Applicants should review these forms before applying to ensure they have all the information required.

After submitting the final application, FEMA GO will provide either an error message or a successfully received transmission in the form of an email sent to the AOR that submitted the

application. Applicants using slow internet connections, such as dial-up connections, should be aware that transmission can take some time before FEMA GO receives your application.

For additional application submission requirements, including program-specific requirements, please refer to the subsection titled "Content and Form of Application Submission" under Section D of this notice.

9. **Timely Receipt Requirements and Proof of Timely Submission**
   All applications must be completed in FEMA GO by the application deadline. FEMA GO automatically records proof of timely submission and the system generates an electronic date/time stamp when FEMA GO successfully receives the application. The individual with the AOR role that submitted the application will also receive the official date/time stamp and a FEMA GO tracking number in an email serving as proof of their timely submission on the date and time that FEMA GO received the application.

   **Applicants who experience system-related issues will be addressed until 3 p.m. ET on the date applications are due.** No new system-related issues will be addressed after this deadline. Applications not received by the application submission deadline will not be accepted.

10. **Content and Form of Application Submission**
    a. *Standard Required Application Forms and Information*

       The following forms or information are required to be submitted via FEMA GO. The Standard Forms (SF) are also available at https://grants.gov/forms/forms-repository/sf-424-family
       - **SF-424, Application for Federal Assistance**
       - **Grants.gov Lobbying Form, Certification Regarding Lobbying**
       - **SF-424A, Budget Information (Non-Construction)**
       - **SF-424B, Standard Assurances (Non-Construction)**
       - **SF-LLL, Disclosure of Lobbying Activities**

    b. *Program-Specific Required Forms and Information*
       The following program-specific forms or information are required to be submitted in FEMA GO:

       The applicant must develop a work plan that includes a common set of agreed upon priorities, as explained in the Priorities section above, and a narrative describing: (1) the proposed subrecipient selection process, including the timeframe for selection(s); (2) how the National Board will provide oversight and monitoring of subrecipients, including the plan to collect information needed for Performance Progress Reports; (3) proposed quality assurance activities to be conducted by the National Board; and (4) plans to provide technical assistance to subrecipients, if needed. The work plan shall be submitted as a PDF file in conjunction with the applicant's response to this notice.

**11. Intergovernmental Review**

An intergovernmental review may be required. Applicants must contact their state's Single Point of Contact (SPOC) to comply with the state's process under Executive Order 12372 (See https://www.archives.gov/federal-register/codification/executive-order/12372.html; Intergovernmental Review (SPOC List) (whitehouse.gov)

**12. Funding Restrictions and Allowable Costs**

All costs charged to federal awards (including both federal funding and any non-federal matching or cost sharing funds) must comply with applicable statutes, rules and regulations, and policies, this NOFO, and the terms and conditions of the federal award. They must also comply with the Uniform Administrative Requirements, Cost Principles, and Audit Requirements at 2 C.F.R. Part 200 unless otherwise indicated in the NOFO or the terms and conditions of the federal award. This includes, among other requirements, that costs must be incurred, and products and services must be delivered within the budget period. 2 C.F.R. § 200.403(h). The following are activities for which a recipient may not use federal funds and any cost sharing or matching funds under federal awards:

- Matching or cost sharing requirements for other federal grants and cooperative agreements (see 2 C.F.R. § 200.306);
- Lobbying or other prohibited activities under 18 U.S.C. § 1913 or 2 C.F.R. § 200.450; and
- Prosecuting claims against the federal government or any other government entity (see 2 C.F.R. § 200.435) See subsections below for information on any other funding restrictions.

    **a. *Prohibitions on Expending FEMA Award Funds for Covered Telecommunications Equipment or Services***

Recipients, subrecipients, and their contractors must comply with the prohibitions set forth in Section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) (FY 2019 NDAA) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. The FY 2019 NDAA and these regulations, as they apply to recipients, subrecipients, and their contractors and subcontractors, provide for two distinct prohibitions: (1) prevent the use of federal award funds to procure or obtain covered telecommunications equipment or services; and (2) prevent the use of federal award funds to contract with an entity that uses such covered telecommunications equipment or services. Guidance is available at FEMA Policy #405-143-1 - Prohibitions on Expending FEMA Award Funds for Covered Telecommunications Equipment or Services

Additional guidance is available at Contract Provisions Guide: Navigating Appendix II to Part 200 - Contract Provisions for Non-Federal Entity Contracts Under Federal Awards (fema.gov).

FEMA recipients and subrecipients **may not** use any FEMA funds under open or new awards to:

- Procure or obtain any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology of any system;
- Enter into extend, or renew a contract to procure or obtain any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology of any system; or
- Enter into, extend, or renew contracts with entities that use covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system.

I. **REPLACEMENT EQUIPMENT AND SERVICES**
FEMA grant funding may be permitted to procure replacement equipment and services impacted by this prohibition, provided the costs are otherwise consistent with the requirements of the NOFO.

II. **DEFINITIONS**
Per section 889(f)(2)-(3) of the FY 2019 NDAA and 2 C.F.R. § 200.216, covered telecommunications equipment or services means:

   i. Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation, (or any subsidiary or affiliate of such entities);
   ii. For the purpose of public safety, security of Government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);
   iii. Telecommunications or video surveillance services provided by such entities or using such equipment; or
   iv. Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the People's Republic of China.

Examples of the types of products covered by this prohibition include phones, internet, video surveillance, and cloud servers when produced, provided, or used by the entities listed in the definition of "covered telecommunications equipment or services." *See* 2 C.F.R. § 200.471.

**b. *Pre-Award Costs***
Pre-award costs are not allowable.

**c. *Management and Administration (M&A) Costs***

M&A Costs are allowable and available for activities directly related to administering the award. M&A are not operational costs but are necessary costs incurred in direct support of the federal award or as a consequence of it, such as travel, meeting-related expenses, and salaries of full/part-time staff in direct support of the program. As such, M&A costs can be itemized in financial reports.

The National Board may use up to 7% of the total amount of the award for their M&A Costs, inclusive of no less than 7% available to the National Board Secretariat/Fiscal Agent.

**d. *Indirect Facilities & Administrative (F&A) Costs***
Indirect (F&A) costs (IDC) are allowable costs to include in this application. These costs are incurred for a common or joint purpose benefitting more than one cost objective and not readily assignable to the cost objectives specifically benefitted, without effort disproportionate to the results achieved. IDC are allowable by the recipient and subrecipients as described in 2 C.F.R. Part 200, including 2 C.F.R. § 200.414. Applicants with a current negotiated IDC rate agreement who desire to charge indirect costs to a federal award must provide a copy of their IDC rate agreement with their applications. Not all applicants are required to have a current negotiated IDC rate agreement. Applicants that are not required to have a negotiated IDC rate agreement but are required to develop an IDC rate proposal must provide a copy of their proposal with their applications. Applicants who do not have a current negotiated IDC rate agreement (including a provisional rate) and wish to charge the de minimis rate must reach out to FEMA for further instructions. Applicants who wish to use a cost allocation plan in lieu of an IDC rate proposal must reach out to the FEMA Point of Contact for further instructions. As it relates to the IDC for subrecipients, a recipient must follow the requirements of 2 C.F.R. §§ 200.332 and 200.414 in approving the IDC rate for subawards.

## E. Application Review Information
## 1. Application Evaluation Criteria
**a. *Programmatic Criteria***
Applications will be reviewed to ensure conformance with the Eligibility Criteria in this NOFO and Application Submission requirements.

**b. *Financial Integrity Criteria***
Prior to making a federal award, FEMA is required by 31 U.S.C. § 3354, as enacted by the Payment Integrity Information Act of 2019, Pub. L. No. 116-117 (2020); 41 U.S.C. § 2313; and 2 C.F.R. § 200.206 to review information available through any Office of Management and Budget (OMB)-designated repositories of governmentwide eligibility qualification or financial integrity information, including whether SAM.gov identifies the applicant as being excluded from receiving federal awards or is flagged for any integrity record submission. FEMA may also pose

additional questions to the applicant to aid in conducting the pre-award risk review. Therefore, application evaluation criteria may include the following risk-based considerations of the applicant:

i.   Financial stability;
ii.  Quality of management systems and ability to meet management standards;
iii. History of performance in managing federal award;
iv.  Reports and findings from audits; and
v.   Ability to effectively implement statutory, regulatory, or other requirements.

c.  ***Supplemental Financial Integrity Criteria and Review***
Before making a federal award where the anticipated total federal share will be greater than the simplified acquisition threshold, currently $250,000:

i.   FEMA is required by 41 U.S.C. § 2313 and 2 C.F.R. § 200.206(a)(2) to review and consider any information about the applicant, including information on the applicant's immediate and highest-level owner, subsidiaries, and predecessors, if applicable, that is in the designated integrity and performance system accessible through the System for Award Management (SAM), which is currently the Federal Awardee Performance and Integrity Information System (FAPIIS).

ii.  An applicant, at its option, may review information in FAPIIS and comment on any information about itself that a federal awarding agency previously entered.

iii. FEMA will consider any comments by the applicant, in addition to the other information in FAPIIS, in making a judgment about the applicant's integrity, business ethics, and record of performance under federal awards when completing the review of risk posed by applicants as described in 2 C.F.R. § 200.206.

2. **Review and Selection Process**
The National Board's application will be evaluated and finalized for funding based on the following:

- The proposed projects are compatible with CMPP requirements; and
- The proposed costs are complete, reasonable, and cost-effective in relation to proposed projects and tasks.

F. **Federal Award Administration Information**
1. **Notice of Award**

Before accepting the award, the AOR and recipient should carefully read the award package. The award package includes instructions on administering the grant award and the terms and conditions associated with responsibilities under federal awards. **Recipients must accept all conditions in this notice as well as any specific terms and conditions in the Notice of Award to receive an award under this program.**

FEMA will provide the federal award package to the applicant electronically via FEMA GO. Award packages include an Award Letter, Summary Award Memo, Agreement Articles, and Obligating Document. An email notification of the award package will be sent through FEMA's grant application system to the AOR that submitted the application.

Recipients must accept their awards no later than 30 days from the award date. The recipient shall notify FEMA of its intent to accept and proceed with work under the award through the FEMA GO system.

Funds will remain on hold until the recipient accepts the award through the FEMA GO system and all other conditions of the award have been satisfied or until the award is otherwise rescinded. Failure to accept a grant award within the specified timeframe may result in a loss of funds.

2. **Pass-Through Requirements**
   The National Board is to publish a solicitation for subrecipients within two months of the date FEMA awards the funds to the National Board and shall select subrecipients for funding allocation within five months of the date FEMA awards funds to the National Board.

3. **Administrative and National Policy Requirements**
   In addition to the requirements of this section and in this notice, FEMA may place specific terms and conditions on individual awards in accordance with 2 C.F.R. Part 200.

   a. *DHS Standard Terms and Conditions*
      All successful applicants for DHS grant and cooperative agreements are required to comply with DHS Standard Terms and Conditions, which are available online at DHS Standard Terms and Conditions.

      The applicable DHS Standard Terms and Conditions will be those in effect at the time the award was made. What terms and conditions will apply for the award will be clearly stated in the award package at the time of award.

   b. *Ensuring the Protection of Civil Rights*
      As the Nation works towards achieving the National Preparedness Goal, it is important to continue to protect the civil rights of individuals. Recipients and subrecipients must carry out their programs and activities, including those related to the building, sustainment, and delivery of core capabilities, in a manner that respects and ensures the protection of civil rights for protected populations.

Federal civil rights statutes, such as Section 504 of the Rehabilitation Act of 1973 and
Title VI of the Civil Rights Act of 1964, along with DHS and FEMA regulations,
prohibit discrimination on the basis of race, color, national origin, sex, religion, age,
disability, limited English proficiency, or economic status in connection with
programs and activities receiving federal financial assistance from FEMA, as
applicable.

The DHS Standard Terms and Conditions include a fuller list of the civil rights
provisions that apply to recipients. These terms and conditions can be found in the
DHS Standard Terms and Conditions. Additional information on civil rights
provisions is available at https://www.fema.gov/about/offices/equal-rights/civil-
rights.

Monitoring and oversight requirements in connection with recipient compliance with
federal civil rights laws are also authorized pursuant to 44 C.F.R. Part 7 or other
applicable regulations.

In accordance with civil rights laws and regulations, recipients and subrecipients must
ensure the consistent and systematic fair, just, and impartial treatment of all
individuals, including individuals who belong to underserved communities that have
been denied such treatment.

c. ***Environmental Planning and Historic Preservation (EHP) Compliance***
As a federal agency, FEMA is required to consider the effects of its actions on the
environment and historic properties to ensure that all activities and programs funded
by FEMA, including grant-funded projects, comply with federal EHP laws, Executive
Orders, regulations, and policies, as applicable.

**Recipients and subrecipients proposing projects that have the potential to
impact the environment, including, but not limited to, the construction of
communication towers, modification or renovation of existing buildings,
structures, and facilities, or new construction including replacement of facilities,
must participate in the FEMA EHP review process.** The EHP review process
involves the submission of a detailed project description along with any supporting
documentation requested by FEMA in order to determine whether the proposed
project has the potential to impact environmental resources including, but not limited
to, threatened or endangered species and historic properties; and identify mitigation
measures and/or alternative courses of action that may lessen any impact to those
resources.

In some cases, FEMA is also required to consult with other regulatory agencies and
the public in order to complete the review process. Federal law requires EHP review
to be completed before federal funds are released to carry out proposed projects.
FEMA may not be able to fund projects that are not in compliance with applicable
EHP laws, Executive Orders, regulations, and policies. FEMA may recommend
mitigation measures and/or alternative courses of action to lessen any impact to

environmental resources and bring the project into compliance with EHP requirements.

Guidance on the EHP process is found at Environmental Planning and Historic Preservation. The site contains links to various documents including those identifying agency EHP responsibilities and program requirements, such as implementation of the National Environmental Policy Act and other EHP laws, regulations, and Executive Orders. DHS and FEMA EHP policy is also found in the EHP Directive & Instruction.

All FEMA actions, including grant-funded actions, must comply with National Flood Insurance Program criteria or any more restrictive federal, state, or local floodplain management standards or building code (44 C.F.R. § 9.11(d)(6)).

All FEMA-funded non-critical actions in 1% annual chance floodplains (also known as 100-year floodplains) that involve new construction or substantial improvement of structures must be elevated, at a minimum, to the lower of:

- Two feet above the 1% annual chance flood elevation (also known as the base flood elevation), in accordance with the Federal Flood Risk Management Standard (FFRMS) "Freeboard Value Approach" (FVA); or

- The 0.2% annual chance flood elevation. Where 0.2% annual chance flood elevations are not available, such actions must be elevated to at least two feet above the 1% annual chance flood elevation.

All FEMA-funded critical actions in 1% annual chance floodplains or 0.2% annual chance floodplains (also known as 500-year floodplains) that involve new construction or substantial improvement of structures must be elevated, at a minimum, to the higher of:

- Three feet above the 1% annual chance flood elevation; or

- The 0.2% annual chance flood elevation. Where 0.2% annual chance flood elevations are not available, such actions must be elevated to at least three feet above the 1% annual chance flood elevation.

See Executive Order 11988, Floodplain Management, as amended by Executive Order 13690, Establishing a Federal Flood Risk Management Standard and a Process for Further Soliciting and Considering Stakeholder Input.

Individual FEMA programs have separate procedures to conduct and document EHP review. Guidance for individual grant programs is available from applicable program offices.

d.  ***Mandatory Disclosures***

The non-Federal entity or applicant for a Federal award must disclose, in a timely manner, in writing to the Federal awarding agency or pass-through entity all violations of Federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the Federal award. (2 C.F.R. 200.113)

Please note applicants and recipients may report issues of fraud, waste, abuse, and mismanagement, or other criminal or noncriminal misconduct to the <u>Office of Inspector General (OIG) Hotline</u>. The toll-free numbers to call are 1 (800) 323-8603, and TTY 1 (844) 889-4357.

## 4. Reporting

Recipients are required to submit various financial and programmatic reports as a condition of award acceptance. Future awards and funds drawdown may be withheld if these reports are delinquent.

### a. *Financial Reporting Requirements*

#### I. FEDERAL FINANCIAL REPORT (FFR)

Recipients must report obligations and expenditures through the FFR form (SF-425) to FEMA.

Recipients may review the Federal Financial Reporting Form (FFR) (SF-425) at
https://apply07.grants.gov/apply/forms/sample/SF425-V1.0.pdf

Recipients must file the FFR electronically using FEMA GO.

#### II. FFR REPORTING PERIODS AND DUE DATES

An FFR must be submitted quarterly throughout the POP, including partial calendar quarters, as well as in periods where no grant award activity occurs. The final FFR is due within 120 calendar days after the end of the POP. Future awards and fund drawdowns may be withheld if these reports are delinquent, demonstrate lack of progress, or are insufficient in detail.

Except for the final FFR due at 120 days after the end of the POP for purposes of closeout, the following reporting periods and due dates apply for the FFR:

| Reporting Period | Report Due Date |
|---|---|
| Oct. 1 – Dec. 31 | Jan. 30 |
| Jan. 1 – March 31 | April 30 |
| April 1 – June 30 | July 30 |
| July 1 – Sept. 30 | Oct. 30 |

**b.** ***Programmatic Performance Reporting Requirements***
   **I.** **PERFORMANCE PROGRESS REPORT (PPR)**

The National Board shall submit in the FEMAGO quarterly (every four months) performance progress reports and a final PPR at grant closeout. A narrative shall also be provided in each PPR, reporting the overall accomplishments of the reporting period, barriers to implementations, and should include metrics such as the following (if available):

Basic Performance Metrics:

- Number of individuals enrolled in CMPP and demographic breakdown, including:
    - Member of family unit (caretaker(s)/minor child) (yes/no);
    - Size of family unit;
    - Gender;
    - Age;
    - Race/Nationality; and
    - Preferred language.
- Number of CMPP participants who were offered case management services, including how many participants received or declined services.
- Number of participants who were offered the following CMPP services including the breakdown of how many participants received or declined services.
    - Mental health services
    - Human trafficking screening
    - Legal orientation
    - Cultural orientation
    - Departure information, planning, and/or reintegration services (for those departing the United States voluntarily or because of an order of removal.)
- Number of CMPP participants who identified each of the following services as a priority and the number who were:
    - Provided legal screening or provided and/or referred for legal services
    - Connected to other participant identified social services which may include and are not limited to housing assistance, childcare, transportation, school enrollment, healthcare, translation/interpretation, job training, and language classes.

Legal Access Program Performance Metrics:
- Number of CMPP participants without legal counsel at time of CMPP enrollment, and number that secured legal counsel during the program period of performance.
- Number of CMPP participants who received pro se assistance through CMPP.
- Length of time to first immigration hearing date, if applicable.

- Length of time to immigration case resolution, if applicable.
- Breakdown and percentage of forms of immigration relief applied for.
- Breakdown and percentage of forms of relief granted, such as asylum, CAT, etc.

Outcome Measures:
- Number of CMPP participants who attended scheduled Executive Office of Immigration Review (EOIR) immigration court hearings, as applicable
  o Include breakdown of those with legal representation and those pro se.
- Number of CMPP participants identified as survivors of human trafficking, and of those identified, number referred to services.
- Number of CMPP participants (1) with a final order of removal during the time they are enrolled in CMPP; and (2) who complied with the order.

Recipients will be required to provide critical data, such as CMPP participant's A numbers, which will be used for performance management and program evaluation.

Additional information may be collected to inform performance management and program evaluation. The final PPR shall be provided at the time of grant closeout and contain actual data for the preceding service categories and a narrative summary of the grant's overall accomplishments.

**c. *Closeout Reporting Requirements***
    **I. CLOSEOUT REPORTING**
Within 120 days after the end of the period of performance for the prime award or after an amendment has been issued to close out an award before the original POP ends, recipients must liquidate all financial obligations and must submit the following:
    i. The final request for payment, if applicable.
    ii. The final FFR (SF-425).
    iii. The final progress report detailing all accomplishments, including a narrative summary of the impact of those accomplishments throughout the period of performance. If applicable, the recipient must include with the final progress report an inventory of all construction projects.
    iv. Other documents required by this NOFO, terms and conditions of the award, or other FEMA guidance. If the final FFR and performance report periods coincide with the end of the period of performance, FEMA has discretion under 2 C.F.R. Part 200 to waive the last quarterly/semiannual/annual reports and only require the final FFR and performance report for closeout purposes. The recipient is responsible for returning any balances of unobligated or unliquidated funds that have been drawn down that are not authorized to be retained per 2 C.F.R. § 200.344(d).

In addition, pass-through entities are responsible for closing out their subawards as described in 2 C.F.R. § 200.344; subrecipients are still required to submit closeout materials within 90 calendar days of the period of performance end date. When a subrecipient completes all closeout requirements, pass-through entities must promptly complete all closeout actions for subawards in time for the recipient to submit all necessary documentation and information to FEMA during the closeout of the prime award.

After the prime award closeout reports have been reviewed and approved by FEMA, a closeout notice will be completed to close out the grant. The notice will indicate the period of performance as closed, list any remaining funds that will be de-obligated, and address the requirement of maintaining the grant records for at least three years from the date of the final FFR. The record retention period may be longer, such as due to an audit or litigation, for equipment or real property used beyond the period of performance, or due to other circumstances outlined in 2 C.F.R. § 200.334.

The recipient is responsible for refunding to FEMA any balances of unobligated cash that FEMA paid that are not authorized to be retained per 2 C.F.R. § 200.344(d).

## II. ADMINISTRATIVE CLOSEOUT

Administrative closeout is a mechanism for FEMA to unilaterally move forward with closeout of an award using available award information in lieu of final reports from the recipient per 2 C.F.R. § 200.344(h)-(i). It is a last resort available to FEMA, and if FEMA needs to administratively close an award, this may negatively impact a recipient's ability to obtain future funding. This mechanism can also require FEMA to make cash or cost adjustments and ineligible cost determinations based on the information it has, which may result in identifying a debt owed to FEMA by the recipient.

When a recipient is not responsive to FEMA's reasonable efforts to collect required reports needed to complete the standard closeout process, FEMA is required under 2 C.F.R. § 200.344(h) to start the administrative closeout process within the regulatory timeframe. FEMA will make at least three written attempts to collect required reports before initiating administrative closeout. If the recipient does not submit all required reports in accordance with 2 C.F.R. § 200.344, this NOFO, and the terms and conditions of the award, FEMA must proceed to administratively close the award with the information available within one year of the period of performance end date. Additionally, if the recipient does not submit all required reports within one year of the period of performance end date, per 2 C.F.R. § 200.344(i), FEMA must report in Contracting Performance Assessment Reporting System (CPARS) the recipient's material failure to comply with the terms and conditions of the award.

If FEMA administratively closes an award where no final FFR has been submitted, FEMA uses that administrative closeout date in lieu of the final FFR submission date as the start of the record retention period under 2 C.F.R. § 200.334.

In addition, if an award is administratively closed, FEMA may decide to impose remedies for noncompliance per 2 C.F.R. § 200.339, consider this information in reviewing future award applications, or apply special conditions to existing or future awards.

### d. *Additional Reporting Requirements*

**I.  DISCLOSING INFORMATION PER 2 C.F.R. § 180.335**

This reporting requirement pertains to disclosing information related to government-wide suspension and debarment requirements. Before a recipient enters into a grant award with FEMA, the recipient must notify FEMA if it knows if it or any of the recipient's principals under the award fall under one or more of the four criteria listed at 2 C.F.R. § 180.335:

i.  Are presently excluded or disqualified;

ii.  Have been convicted within the preceding three years of any of the offenses listed in 2 C.F.R. § 180.800(a) or had a civil judgment rendered against it or any of the recipient's principals for one of those offenses within that time period;

iii.  Are presently indicted for or otherwise criminally or civilly charged by a governmental entity (federal, state or local) with commission of any of the offenses listed in 2 C.F.R. § 180.800(a); or

iv.  Have had one or more public transactions (federal, state, or local) terminated within the preceding three years for cause or default.

At any time after accepting the award, if the recipient learns that it or any of its principals falls under one or more of the criteria listed at 2 C.F.R. § 180.335, the recipient must provide immediate written notice to FEMA in accordance with 2 C.F.R. § 180.350.

**II.  REPORTING OF MATTERS RELATED TO RECIPIENT INTEGRITY AND PERFORMANCE**

Appendix XII to 2 C.F.R. Part 200 sets forth a term and condition related to recipient integrity and performance matters that will apply to all federal awards under this funding opportunity. If the total value of currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10 million for any period of time during the period of performance of a federal award under this funding opportunity, then a recipient must maintain the currency of information reported in the Contracting Performance Assessment Reporting System (CPARS) about civil, criminal, or administrative proceedings described in paragraph 2 of Appendix XII at the reporting frequency described in paragraph 4 of Appendix XII.

III. SINGLE AUDIT REPORT
    A recipient that expends $750,000 or more during the recipient's fiscal year in
federal awards (as defined by 2 C.F.R. § 200.1) must have a single audit
conducted in accordance with 2 C.F.R. § 200.514 except when it elects to have a
program-specific audit conducted in accordance with 2 C.F.R. § 200.501. The
audit must be conducted in accordance with 2 C.F.R. Part 200, Subpart F and, as
required by 2 C.F.R. § 200.514, in accordance with the U.S. Government
Accountability Office (GAO) Generally Accepted Government Auditing
Standards, which can be found on the Yellow Book page of the GAO website.

**5. Monitoring and Oversight**

The regulation at 2 C.F.R. § 200.337 provides DHS and any of its authorized representatives
with the right of access to any documents, papers, or other records of the recipient [and any
subrecipients] that are pertinent to a federal award in order to make audits, examinations,
excerpts, and transcripts. The right also includes timely and reasonable access to the
recipient's or subrecipient's personnel for the purpose of interview and discussion related to
such documents. Pursuant to this right and per 2 C.F.R. § 200.329, DHS may conduct desk
reviews and make site visits to review project accomplishments and management control
systems to evaluate project accomplishments and to provide any required technical
assistance. During site visits, DHS may review a recipient's or subrecipient's files pertinent
to the federal award and interview and/or discuss these files with the recipient's or
subrecipient's personnel. Recipients and subrecipients must respond in a timely and accurate
manner to DHS requests for information relating to a federal award.

Effective monitoring and oversight help FEMA ensure that recipients use grant funds for
their intended purpose(s); verify that projects undertaken are consistent with approved plans;
and ensure that recipients make adequate progress toward stated goals and objectives.
Additionally, monitoring serves as the primary mechanism to ensure that recipients comply
with applicable laws, rules, regulations, program guidance, and requirements. FEMA
regularly monitors all grant programs both financially and programmatically in accordance
with federal laws, regulations (including 2 C.F.R. Part 200), program guidance, and the terms
and conditions of the award. All monitoring efforts ultimately serve to evaluate progress
towards grant goals and proactively target and address issues that may threaten grant success
during the period of performance.

FEMA staff will periodically monitor recipients to ensure that administrative processes,
policies and procedures, budgets, and other related award criteria are meeting Federal
Government-wide and FEMA regulations. Aside from reviewing quarterly financial and
programmatic reports, FEMA may also conduct enhanced monitoring through either desk-
based reviews, onsite monitoring visits, or both. Enhanced monitoring will involve the
review and analysis of the financial compliance and administrative processes, policies,
activities, and other attributes of each federal assistance award, and it will identify areas
where the recipient may need technical assistance, corrective actions, or other support.

Financial and programmatic monitoring are complementary processes within FEMA's overarching monitoring strategy that function together to ensure effective grants management, accountability, and transparency; validate progress against grant and program goals; and safeguard federal funds against fraud, waste, and abuse. Financial monitoring primarily focuses on statutory and regulatory compliance with administrative grant requirements, while programmatic monitoring seeks to validate and assist in grant progress, targeting issues that may be hindering achievement of project goals and ensuring compliance with the purpose of the grant and grant program. Both monitoring processes are similar in that they feature initial reviews of all open awards, and additional, in-depth monitoring of grants requiring additional attention.

Recipients and subrecipients who are pass-through entities are responsible for monitoring their subrecipients in a manner consistent with the terms of the federal award at 2 C.F.R. Part 200, including 2 C.F.R. § 200.332. This includes the pass-through entity's responsibility to monitor the activities of the subrecipient as necessary to ensure that the subaward is used for authorized purposes, in compliance with federal statutes, regulations, and the terms and conditions of the subaward; and that subaward performance goals are achieved.

In terms of overall award management, recipient and subrecipient responsibilities include, but are not limited to: accounting of receipts and expenditures, cash management, maintaining adequate financial records, reporting and refunding expenditures disallowed by audits, monitoring if acting as a pass-through entity, or other assessments and reviews, and ensuring overall compliance with the terms and conditions of the award or subaward, as applicable, including the terms of 2 C.F.R. Part 200.

**G. DHS Awarding Agency Contact Information**
**1. Contact and Resource Information**
   **a. *Program Office Contact***
   Rachel.Gainor@hq.dhs.gov

   **b. *FEMA Grants News***
   FEMA Grants News is a non-emergency comprehensive management and information resource developed by FEMA for grants stakeholders. This channel provides general information on all FEMA grant programs and maintains a comprehensive database containing key personnel contact information at the federal, state, and local levels. When necessary, recipients will be directed to a federal point of contact who can answer specific programmatic questions or concerns. FEMA Grants News Team can be reached by e-mail at fema-grants-news@fema.dhs.gov OR by phone at (800) 368-6498, Monday through Friday, 9 a.m. – 5 p.m. ET.

   **c. *Grant Programs Directorate (GPD) Award Administration Division***
   GPD's Award Administration Division (AAD) provides support regarding financial matters and budgetary technical assistance. Additional guidance and information can be obtained by contacting the AAD's Help Desk via e-mail at ASK-GMD@fema.dhs.gov.

**d. Civil Rights**

The FEMA Office of Civil Rights (OCR) is responsible for compliance with and enforcement of federal civil rights obligations in connection with programs and services conducted by FEMA and recipients of FEMA financial assistance. All inquiries and communications about federal civil rights compliance for FEMA grants under this notice should be sent to FEMA-CivilRightsOffice@fema.dhs.gov.

**e. Environmental Planning and Historic Preservation**

The FEMA Office of Environmental Planning and Historic Preservation (OEHP) provides guidance and information about the EHP review process to FEMA programs and FEMA's recipients and subrecipients. All inquiries and communications about EHP compliance for FEMA grant projects under this notice or the EHP review process should be sent to FEMA-OEHP-NOFOQuestions@fema.dhs.gov.

**2. Systems Information**

**a. FEMA GO**

For technical assistance with the FEMA GO system, please contact the FEMA GO Helpdesk at femago@fema.dhs.gov or (877) 585-3242, Monday through Friday, 9 a.m. – 6p.m. ET.

**H. Additional Information**

**1. Termination Provisions**

FEMA may terminate a federal award in whole or in part for one of the following reasons. FEMA and the recipient must still comply with closeout requirements at 2 C.F.R. §§ 200.344-200.345 even if an award is terminated in whole or in part. To the extent that subawards are permitted under this notice, pass-through entities should refer to 2 C.F.R. § 200.340 for additional information on termination regarding subawards.

**a. Noncompliance**

If a recipient fails to comply with the terms and conditions of a federal award, FEMA may terminate the award in whole or in part. If the noncompliance can be corrected, FEMA may first attempt to direct the recipient to correct the noncompliance. This may take the form of a Compliance Notification. If the noncompliance cannot be corrected or the recipient is non-responsive, FEMA may proceed with a Remedy Notification, which could impose a remedy for noncompliance per 2 C.F.R. § 200.339, including termination. Any action to terminate based on noncompliance will follow the requirements of 2 C.F.R. §§ 200.341-200.342 as well as the requirement of 2 C.F.R. § 200.340(c) to report in FAPIIS the recipient's material failure to comply with the award terms and conditions. See also the section on Actions to Address Noncompliance in this notice.

**b. With the Consent of the Recipient**

FEMA may also terminate an award in whole or in part with the consent of the recipient, in which case the parties must agree upon the termination conditions,

including the effective date, and in the case of partial termination, the portion to be terminated.

    **c.** ***Notification by the Recipient***
The recipient may terminate the award, in whole or in part, by sending written notification to FEMA setting forth the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated. In the case of partial termination, FEMA may determine that a partially terminated award will not accomplish the purpose of the federal award, so FEMA may terminate the award in its entirety. If that occurs, FEMA will follow the requirements of 2 C.F.R. §§ 200.341-200.342 in deciding to fully terminate the award.

**2. Program Evaluation**
Federal agencies are required to structure funding notices, so they incorporate program evaluation activities from the outset of their program design and implementation to meaningfully document and measure their progress towards meeting agency priority goal(s) and program outcomes.

OMB Memorandum M-21-27, Evidence-Based Policymaking: Learning Agendas and Annual Evaluation Plans, implementing Title I of the Foundations for Evidence-Based Policymaking Act of 2018, Pub. L. No. 115-435 (2019) (Evidence Act), urges federal awarding agencies to use program evaluation as a critical tool to learn, improve equitable delivery, and elevate program service and delivery across the program lifecycle. Evaluation means "an assessment using systematic data collection and analysis of one or more programs, policies, and organizations intended to assess their effectiveness and efficiency." Evidence Act, § 101 (codified at 5 U.S.C. § 311).

As such, recipients and subrecipients are required to participate in a DHS-, Component, or Program Office-led evaluation if selected, which may be carried out by a third-party on behalf of the DHS, its component agencies, or the Program Office. Such an evaluation may involve information collections including but not limited to surveys, interviews, or discussions with individuals who benefit from the federal award program operating personnel, and award recipients, as specified in a DHS-, component agency-, or Program Office-approved evaluation plan. More details about evaluation requirements may be provided in the federal award, if available at that time, or following the award as evaluation requirements are finalized. Evaluation costs incurred during the period of performance are allowable costs (either as direct or indirect) Recipients and subrecipients are also encouraged, but not required, to participate in any additional evaluations after the period of performance ends, although any costs incurred to participate in such evaluations are not allowable and may not be charged to the federal award.

**3. Period of Performance Extensions**
Extensions to the period of performance (POP) for this program are allowed. Extensions to the POP identified in the award will only be considered through formal, written requests to CRCL.CMPP@hq.dhs.gov and must contain specific and compelling justifications as to why an extension is required. Recipients are advised to coordinate with CRCL.CMPP@hq.dhs.gov as needed when preparing an extension request.

All extension requests must address the following:
  a. The grant program, fiscal year, and award number;
  b. Reason for the delay –including details of the legal, policy, or operational challenges that prevent the final outlay of awarded funds by the deadline;
  c. Current status of the activity(ies);
  d. Approved POP termination date and new project completion date;
  e. Amount of funds drawn down to date;
  f. Remaining available funds, both federal and, if applicable, non-federal;
  g. Budget outlining how remaining federal and, if applicable, non-federal funds will be expended;
  h. Plan for completion, including milestones and timeframes for achieving each milestone and the position or person responsible for implementing the plan for completion; and
  i. Certification that the activity(ies) will be completed within the extended POP without any modification to the original statement of work, as described in the application, or other relevant documents and as approved by FEMA.

Extension requests will be granted only due to compelling legal, policy, or operational challenges. Extension requests will only be considered for the following reasons:
  - Contractual commitments by the recipient or subrecipient with vendors prevent completion of the project, including delivery of equipment or services, within the existing POP;
  - The project must undergo a complex environmental review that cannot be completed within the existing POP;
  - Projects are long-term by design, and therefore acceleration would compromise core programmatic goals; or
  - Where other special or extenuating circumstances exist.

Recipients should submit all proposed extension requests to FEMA for review and approval at least 60 days before the end of the POP to allow sufficient processing time.

**4. Disability Integration**
Pursuant to Section 504 of the Rehabilitation Act of 1973, recipients of FEMA financial assistance must ensure that their programs and activities do not discriminate against qualified individuals with disabilities.

Grant and cooperative agreement recipients should engage with the whole community to advance individual and community preparedness and to work as a nation to build and sustain resilience. In doing so, recipients are encouraged to consider the needs of individuals with disabilities into the activities and projects funded by the grant or cooperative agreement.

FEMA expects that the integration of the needs of people with disabilities will occur at all levels, including planning; alerting, notification, and public outreach; training; purchasing of equipment and supplies; protective action implementation; and exercises/drills.

The following are examples that demonstrate the integration of the needs of people with disabilities in carrying out FEMA awards:

- Include representatives of organizations that work with/for people with disabilities on planning committees, work groups and other bodies engaged in development and implementation of the grant programs and activities.
- Hold all activities related to the grant in locations that are accessible to persons with physical disabilities and intellectual disabilities to the extent practicable.
- Provide auxiliary aids and services, including American Sign Language interpreters, that provide public information across the community and in shelters.
- Ensure shelter-specific grant funds are in alignment with FEMA's Guidance on Planning for Integration of Functional Needs Support Services in General Population Shelters.
- If making alterations to an existing building to a primary function area utilizing federal funds, complying with the most recent codes and standards, and making path of travel to the primary function area accessible to the greatest extent possible.
- Implement specific procedures used by public transportation agencies that include evacuation and passenger communication plans and measures for individuals with disabilities.
- Identify, create, and deliver training to address any training gaps specifically aimed toward whole-community preparedness. Include and interact with individuals with disabilities, aligning with the designated program capability.
- Establish best practices in inclusive planning and preparedness that consider physical access, needs of individuals with intellectual disabilities, and information access.

FEMA grant recipients can fund projects towards the resiliency of the whole community, including people with disabilities, such as training, outreach, and safety campaigns, provided that the project aligns with this funding and the terms and conditions of the award.

## 5. Conflicts of Interest in the Administration of Federal Awards or Subawards

For conflicts of interest under grant-funded procurements and contracts, refer to the section on Procurement Integrity in this NOFO and 2 C.F.R. §§ 200.317 – 200.327.

To eliminate and reduce the impact of conflicts of interest in the subaward process, recipients and pass-through entities must follow their own policies and procedures regarding the elimination or reduction of conflicts of interest when making subawards. Recipients and pass-through entities are also required to follow any applicable federal and state, local, tribal, or territorial (SLTT) statutes or regulations governing conflicts of interest in the making of subawards.

The recipient or pass-through entity must disclose to the respective Program Analyst or Program Manager, in writing, any real or potential conflict of interest that may arise during the administration of the federal award, as defined by the federal or SLTT statutes or regulations or their own existing policies, within five days of learning of the conflict of interest. Similarly, subrecipients, whether acting as subrecipients or as pass-through entities, must disclose any real or potential conflict of interest to the recipient or next-level pass-through entity as required by the recipient or pass-through entity's conflict of interest policies, or any applicable federal or SLTT statutes or regulations.

Conflicts of interest may arise during the process of FEMA making a federal award in situations where an employee, officer, or agent, any members of his or her immediate family, his or her partner has a close personal relationship, a business relationship, or a professional relationship, with an applicant, subapplicant, recipient, subrecipient, or FEMA employees.

6. **Procurement Integrity**

Through audits conducted by the DHS Office of Inspector General (OIG) and FEMA grant monitoring, findings have shown that some FEMA recipients have not fully adhered to the proper procurement requirements at 2 C.F.R. §§ 200.317 – 200.327 when spending grant funds. Anything less than full compliance with federal procurement requirements jeopardizes the integrity of the grant as well as the grant program. To assist with determining whether an action is a procurement or instead a subaward, please consult 2 C.F.R. § 200.331. For detailed guidance on the federal procurement standards, recipients and subrecipients should refer to various materials issued by FEMA's Procurement Disaster Assistance Team (PDAT), such as the PDAT Field Manual and Contract Provisions Guide. Additional resources, including an upcoming trainings schedule can be found on the PDAT Website: https://www.fema.gov/grants/procurement.

The below highlights the federal procurement requirements for FEMA recipients when procuring goods and services with federal grant funds. FEMA will include a review of recipients' procurement practices as part of the normal monitoring activities. **All procurement activity must be conducted in accordance with federal procurement standards at 2 C.F.R. §§ 200.317 – 200.327.** Select requirements under these standards are listed below. The recipient and any of its subrecipients must comply with all requirements, even if they are not listed below.

Under 2 C.F.R. § 200.317, when procuring property and services under a federal award, states (including territories) must follow the same policies and procedures they use for procurements from their non-federal funds; additionally, states must now follow 2 C.F.R. § 200.321 regarding socioeconomic steps, 200.322 regarding domestic preferences for procurements, 200.323 regarding procurement of recovered materials, and 2 C.F.R. § 200.327 regarding required contract provisions.

All other non-federal entities, such as tribes (collectively, non-state entities), must have and use their own documented procurement procedures that reflect applicable SLTT laws and regulations, provided that the procurements conform to applicable federal law and the standards identified in 2 C.F.R. Part 200. These standards include, but are not limited to, providing for full and open competition consistent with the standards of 2 C.F.R. § 200.319 and the required procurement methods at § 200.320.

   a. ***Important Changes to Procurement Standards in 2 C.F.R. Part 200***
   States are now required to follow the socioeconomic steps in soliciting small and minority businesses, women's business enterprises, and labor surplus area firms per 2 C.F.R. § 200.321. All non-federal entities should also, to the greatest extent practicable under a federal award, provide a preference for the purchase, acquisition,

or use of goods, products, or materials produced in the United States per 2 C.F.R. §
200.322. More information on OMB's revisions to the federal procurement standards
can be found in Purchasing Under a FEMA Award: OMB Revisions Fact Sheet.

The recognized procurement methods in 2 C.F.R. § 200.320 have been reorganized
into informal procurement methods, which include micro-purchases and small
purchases; formal procurement methods, which include sealed bidding and
competitive proposals; and noncompetitive procurements. The federal micro-purchase
threshold is currently $10,000, and non-state entities may use a lower threshold when
using micro-purchase procedures under a FEMA award. If a non-state entity wants to
use a micro-purchase threshold higher than the federal threshold, it must follow the
requirements of 2 C.F.R. § 200.320(a)(1)(iii)-(v). The federal simplified acquisition
threshold is currently $250,000, and a non-state entity may use a lower threshold but
may not exceed the federal threshold when using small purchase procedures under a
FEMA award. *See* 2 C.F.R. § 200.1 (citing the definition of simplified acquisition
threshold from 48 C.F.R. Part 2, Subpart 2.1).

See 2 C.F.R. §§ 200.216, 200.471, and Appendix II as well as section D.13.a of the
NOFO regarding prohibitions on covered telecommunications equipment or services.

**b. *Competition and Conflicts of Interest***
Among the requirements of 2 C.F.R. § 200.319(b) applicable to all non-federal
entities other than states, in order to ensure objective contractor performance and
eliminate unfair competitive advantage, contractors that develop or draft
specifications, requirements, statements of work, or invitations for bids or requests for
proposals must be excluded from competing for such procurements. FEMA considers
these actions to be an organizational conflict of interest and interprets this restriction
as applying to contractors that help a non-federal entity develop its grant application,
project plans, or project budget. This prohibition also applies to the use of former
employees to manage the grant or carry out a contract when those former employees
worked on such activities while they were employees of the non-federal entity.

Under this prohibition, unless the non-federal entity solicits for and awards a contract
covering both development <u>and</u> execution of specifications (or similar elements as
described above), and this contract was procured in compliance with 2 C.F.R. §§
200.317 – 200.327, federal funds cannot be used to pay a contractor to carry out the
work if that contractor also worked on the development of those specifications. This
rule applies to all contracts funded with federal grant funds, including pre-award
costs, such as grant writer fees, as well as post-award costs, such as grant
management fees.

Additionally, some of the situations considered to be restrictive of competition
include, but are not limited to:
• Placing unreasonable requirements on firms for them to qualify to do business;
• Requiring unnecessary experience and excessive bonding;
• Noncompetitive pricing practices between firms or between affiliated companies;

- Noncompetitive contracts to consultants that are on retainer contracts;
- Organizational conflicts of interest;
- Specifying only a "brand name" product instead of allowing "an equal" product to be offered and describing the performance or other relevant requirements of the procurement; and
- Any arbitrary action in the procurement process.

Per 2 C.F.R. § 200.319(c), non-federal entities other than states must conduct procurements in a manner that prohibits the use of statutorily or administratively imposed SLTT geographical preferences in the evaluation of bids or proposals, except in those cases where applicable federal statutes expressly mandate or encourage geographic preference. Nothing in this section preempts state licensing laws. When contracting for architectural and engineering services, geographic location may be a selection criterion provided its application leaves an appropriate number of qualified firms, given the nature and size of the project, to compete for the contract.

Under 2 C.F.R. § 200.318(c)(1), non-federal entities other than states are required to maintain written standards of conduct covering conflicts of interest and governing the actions of their employees engaged in the selection, award, and administration of contracts. **No employee, officer, or agent may participate in the selection, award, or administration of a contract supported by a federal award if he or she has a real or apparent conflict of interest.** Such conflicts of interest would arise when the employee, officer or agent, any member of his or her immediate family, his or her partner, or an organization that employs or is about to employ any of the parties indicated herein, has a financial or other interest in or a tangible personal benefit from a firm considered for a contract. The officers, employees, and agents of the non-federal entity may neither solicit nor accept gratuities, favors, or anything of monetary value from contractors or parties to subcontracts. However, non-federal entities may set standards for situations in which the financial interest is not substantial, or the gift is an unsolicited item of nominal value. The standards of conduct must provide for disciplinary actions to be applied for violations of such standards by officers, employees, or agents of the non-federal entity.

Under 2 C.F.R. 200.318(c)(2), if the recipient or subrecipient (other than states) has a parent, affiliate, or subsidiary organization that is not a state, local, tribal, or territorial government, the non-federal entity must also maintain written standards of conduct covering organizational conflicts of interest. In this context, organizational conflict of interest means that because of a relationship with a parent company, affiliate, or subsidiary organization, the non-federal entity is unable or appears to be unable to be impartial in conducting a procurement action involving a related organization. The non-federal entity must disclose in writing any potential conflicts of interest to FEMA or the pass-through entity in accordance with applicable FEMA policy.

**c.   *Supply Schedules and Purchasing Programs***
Generally, a non-federal entity may seek to procure goods or services from a federal supply schedule, state supply schedule, or group purchasing agreement.

I.  **GENERAL SERVICES ADMINISTRATION SCHEDULES**

States, tribes, and local governments, and any instrumentality thereof (such as local education agencies or institutions of higher education) may procure goods and services from a General Services Administration (GSA) schedule. GSA offers multiple efficient and effective procurement programs for state, tribal, and local governments, and instrumentalities thereof, to purchase products and services directly from pre-vetted contractors. The GSA Schedules (also referred to as the Multiple Award Schedules and the Federal Supply Schedules) are long-term government-wide contracts with commercial firms that provide access to millions of commercial products and services at volume discount pricing.

Information about GSA programs for states, tribes, and local governments, and instrumentalities thereof, can be found at https://www.gsa.gov/resources-for/programs-for-State-and-local-governments and https://www.gsa.gov/buying-selling/purchasing-programs/gsa-schedules/schedule-buyers/state-and-local-governments.

For tribes, local governments, and their instrumentalities that purchase off of a GSA schedule, this will satisfy the federal requirements for full and open competition provided that the recipient follows the GSA ordering procedures; however, tribes, local governments, and their instrumentalities will still need to follow the other rules under 2 C.F.R. §§ 200.317 – 200.327, such as solicitation of minority businesses, women's business enterprises, small businesses, or labor surplus area firms (§ 200.321), domestic preferences (§ 200.322), contract cost and price (§ 200.324), and required contract provisions (§ 200.327 and Appendix II).

II.  **OTHER SUPPLY SCHEDULES AND PROGRAMS**

For non-federal entities other than states, such as tribes, local governments, and nonprofits, that want to procure goods or services from a state supply schedule, cooperative purchasing program, or other similar program, in order for such procurements to be permissible under federal requirements, the following must be true:

- The procurement of the original contract or purchasing schedule and its use by the non-federal entity complies with state and local law, regulations, and written procurement procedures;
- The state or other entity that originally procured the original contract or purchasing schedule entered into the contract or schedule with the express purpose of making it available to the non-federal entity and other similar types of entities;
- The contract or purchasing schedule specifically allows for such use, and the work to be performed for the non-federal entity falls within the scope of work under the contract as to type, amount, and geography;

- The procurement of the original contract or purchasing schedule complied with all the procurement standards applicable to a non-federal entity other than states under at 2 C.F.R. §§ 200.317 – 200.327; and
- With respect to the use of a purchasing schedule, the non-federal entity must follow ordering procedures that adhere to applicable state, tribal, and local laws and regulations and the minimum requirements of full and open competition under 2 C.F.R. Part 200.

If a non-federal entity other than a state seeks to use a state supply schedule, cooperative purchasing program, or other similar type of arrangement, FEMA recommends the recipient discuss the procurement plans with CRCL.CMPP@hq.dhs.gov.

   **d. *Procurement Documentation***
   Per 2 C.F.R. § 200.318(i), non-federal entities other than states and territories are required to maintain and retain records sufficient to detail the history of procurement covering at least the rationale for the procurement method, selection of contract type, contractor selection or rejection, and the basis for the contract price. States and territories are encouraged to maintain and retain this information as well and are reminded that in order for any cost to be allowable, it must be adequately documented per 2 C.F.R. § 200.403(g).

   Examples of the types of documents that would cover this information include but are not limited to:
   - Solicitation documentation, such as requests for quotes, invitations for bids, or requests for proposals;
   - Responses to solicitations, such as quotes, bids, or proposals;
   - Pre-solicitation independent cost estimates and post-solicitation cost/price analyses on file for review by federal personnel, if applicable;
   - Contract documents and amendments, including required contract provisions; and
   - Other documents required by federal regulations applicable at the time a grant is awarded to a recipient.
   - Additional information on required procurement records can be found on pages 24-26 of the PDAT Field Manual.

7. **Record Retention**
   **a. *Record Retention Period***
   Financial records, supporting documents, statistical records, and all other non-Federal entity records pertinent to a Federal award generally must be maintained for at least three years from the date the final FFR is submitted. *See* 2 C.F.R. § 200.334. Further, if the recipient does not submit a final FFR and the award is administratively closed, FEMA uses the date of administrative closeout as the start of the general record retention period.

   The record retention period **may be longer than three years or have a different start date** in certain cases. These include:

- Records for real property and equipment acquired with Federal funds must be retained for **three years after final disposition of the property**. *See* 2 C.F.R. § 200.334(c).
- If any litigation, claim, or audit is started before the expiration of the three-year period, the records **must be retained until** all litigation, claims, or audit findings involving the records **have been resolved and final action taken**. *See* 2 C.F.R. § 200.334(a).
- The **record retention period will be extended if the non-federal entity is notified in writing** of the extension by FEMA, the cognizant or oversight agency for audit, or the cognizant agency for indirect costs, or pass-through entity. *See* 2 C.F.R. § 200.334(b).
- Where FEMA requires recipients to report program income after the period of performance ends, the **program income record retention period begins at the end of the recipient's fiscal year in which program income is earned**. *See* 2 C.F.R. § 200.334(e).
- For indirect cost rate computations and proposals, cost allocation plans, or any similar accounting computations of the rate at which a particular group of costs is chargeable (such as computer usage chargeback rates or composite fringe benefit rates), the start of the record retention period depends on whether the indirect cost rate documents were submitted for negotiation. If the **indirect cost rate documents were submitted for negotiation, the record retention period begins from the date those documents were submitted** for negotiation. If indirect cost rate documents were **not submitted for negotiation, the record retention period begins at the end of the recipient's fiscal year or other accounting period covered by that indirect cost rate**. *See* 2 C.F.R. § 200.334(f).

**b.  *Types of Records to Retain***

FEMA requires that non-federal entities maintain the following documentation for federally funded purchases:

- Specifications;
- Solicitations;
- Competitive quotes or proposals;
- Basis for selection decisions;
- Purchase orders;
- Contracts;
- Invoices; and
- Canceled checks.

Non-federal entities should keep detailed records of all transactions involving the grant. FEMA may at any time request copies of any relevant documentation and records, including purchasing documentation along with copies of cancelled checks for verification. *See, e.g.*, 2 C.F.R. §§ 200.318(i), 200.334, 200.337.

For any cost to be allowable, it must be adequately documented per 2 C.F.R. § 200.403(g). Non-federal entities who fail to fully document all purchases may find their expenditures questioned and subsequently disallowed.

8.  **Actions to Address Noncompliance**

Non-federal entities receiving financial assistance funding from FEMA are required to comply with requirements in the terms and conditions of their awards or subawards, including the terms set forth in applicable federal statutes, regulations, funding notices, and policies. Throughout the award lifecycle or even after an award has been closed, FEMA or the pass-through entity may discover potential or actual noncompliance on the part of a recipient or subrecipient. This potential or actual noncompliance may be discovered through routine monitoring, audits, civil rights complaint investigations and compliance reviews, closeout, or reporting from various sources.

In the case of any potential or actual noncompliance, FEMA may place special conditions on an award per 2 C.F.R. §§ 200.208 and 200.339, FEMA may place a hold on funds until the matter is corrected, or additional information is provided per 2 C.F.R. § 200.339, or it may do both. Similar remedies for noncompliance with certain federal civil rights laws are authorized pursuant to 44 C.F.R. Parts 7 and 19 or other applicable regulations.

In the event the noncompliance is not able to be corrected by imposing additional conditions or the recipient or subrecipient refuses to correct the matter, FEMA may take other remedies allowed under 2 C.F.R. § 200.339. These remedies include actions to disallow costs, recover funds, wholly or partly suspend or terminate the award, initiate suspension and debarment proceedings, withhold further federal awards, or take other remedies that may be legally available. For further information on termination due to noncompliance, see the section on Termination Provisions in the funding notice.

FEMA may discover and take action on noncompliance even after an award has been closed. The closeout of an award does not affect FEMA's right to disallow costs and recover funds as long as the action to disallow costs takes place during the record retention period. *See* 2 C.F.R. §§ 200.334, 200.345(a). Closeout also does not affect the obligation of the non-federal entity to return any funds due as a result of later refunds, corrections, or other transactions. 2 C.F.R. § 200.345(a)(2).

The types of funds FEMA may attempt to recover include, but are not limited to, improper payments, cost share reimbursements, program income, interest earned on advance payments, or equipment disposition amounts.

FEMA may seek to recover disallowed costs through a Notice of Potential Debt Letter, a Remedy Notification, or other letter. The document will describe the potential amount owed, the reason why FEMA is recovering the funds, the recipient's appeal rights, how the amount can be paid, and the consequences for not appealing or paying the amount by the deadline.

If the recipient neither appeals nor pays the amount by the deadline, the amount owed will become final. Potential consequences if the debt is not paid in full or otherwise resolved by

the deadline include the assessment of interest, administrative fees, and penalty charges; administratively offsetting the debt against other payable federal funds; and transferring the debt to the U.S. Department of the Treasury for collection.

FEMA notes the following common areas of noncompliance for FEMA's grant programs:
- Insufficient documentation and lack of record retention;
- Failure to follow the procurement under grants requirements;
- Failure to submit closeout documents in a timely manner;
- Failure to follow EHP requirements; and
- Failure to comply with the POP deadline.

## 9. Audits

FEMA grant recipients are subject to audit oversight from multiple entities including the DHS OIG, the GAO, the pass-through entity, or independent auditing firms for single audits, and may cover activities and costs incurred under the award. Auditing agencies such as the DHS OIG, the GAO, and the pass-through entity (if applicable), and FEMA in its oversight capacity, must have access to records pertaining to the FEMA award. Recipients and subrecipients must retain award documents for at least three years from the date the final FFR is submitted, and even longer in many cases subject to the requirements of 2 C.F.R. § 200.334. In the case of administrative closeout, documents must be retained for at least three years from the date of closeout, or longer subject to the requirements of 2 C.F.R. § 200.334. If documents are retained longer than the required retention period, the DHS OIG, the GAO, and the pass-through entity, as well as FEMA in its oversight capacity, have the right to access these records as well. *See* 2 C.F.R. §§ 200.334, 200.337.

Additionally, non-federal entities must comply with the single audit requirements at 2 C.F.R. Part 200, Subpart F. Specifically, non-federal entities, other than for-profit subrecipients, that expend $750,000 or more in federal awards during their fiscal year must have a single or program-specific audit conducted for that year in accordance with Subpart F. 2 C.F.R. § 200.501. A single audit covers all federal funds expended during a fiscal year, not just FEMA funds. The cost of audit services may be allowable per 2 C.F.R. § 200.425, but non-federal entities must select auditors in accordance with 2 C.F.R. § 200.509, including following the proper procurement procedures. For additional information on single audit reporting requirements, see section F of this notice under the header "Single Audit Report" within the subsection "Additional Reporting Requirements" or other applicable document.

The objectives of single audits are to:
- Determine whether financial statements conform to generally accepted accounting principles (GAAP);
- Determine whether the schedule of expenditures of federal awards is presented fairly;
- Understand, assess and test the adequacy of internal controls for compliance with major programs; and
- Determine whether the entity complied with applicable laws, regulations, and contracts or grants.

For single audits, the auditee is required to prepare financial statements reflecting its financial position, a schedule of federal award expenditures, and a summary of the status of prior audit findings and questioned costs. The auditee also is required to follow up and take appropriate corrective actions on new and previously issued but not yet addressed audit findings. The auditee must prepare a corrective action plan to address the new audit findings. 2 C.F.R. §§ 200.508, 200.510, 200.511.

Non-federal entities must have an audit conducted, either single or program-specific, of their financial statements and federal expenditures annually or biennially pursuant to 2 C.F.R. § 200.504. Non-federal entities must also follow the information submission requirements of 2 C.F.R. § 200.512, including submitting the audit information to the Federal Audit Clearinghouse within the earlier of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period. The audit information to be submitted include the data collection form described at 2 C.F.R. § 200.512(c) and Appendix X to 2 C.F.R. Part 200 as well as the reporting package described at 2 C.F.R. § 200.512(b).

The non-federal entity must retain one copy of the data collection form and one copy of the reporting package for three years from the date of submission to the Federal Audit Clearinghouse. 2 C.F.R. § 200.512; *see also* 2 C.F.R. § 200.517 (setting requirements for retention of documents by the auditor and access to audit records in the auditor's possession).

FEMA, the DHS OIG, the GAO, and the pass-through entity (if applicable), as part of monitoring or as part of an audit, may review a non-federal entity's compliance with the single audit requirements. In cases of continued inability or unwillingness to have an audit conducted in compliance with 2 C.F.R. Part 200, Subpart F, FEMA and the pass-through entity, if applicable, are required to take appropriate remedial action under 2 C.F.R. § 200.339 for noncompliance, pursuant to 2 C.F.R. § 200.505.

**10. Payment Information**

FEMA uses the Direct Deposit/Electronic Funds Transfer (DD/EFT) method of payment to recipients.

Payment requests are submitted through FEMA GO.

**11. Whole Community Preparedness**

Preparedness is a shared responsibility that calls for the involvement of everyone—not just the government—in preparedness efforts. By working together, everyone can help keep the nation safe from harm and help keep it resilient when struck by hazards, such as natural disasters, acts of terrorism, and pandemics.

Whole Community includes:
- Individuals and families, including those with access and functional needs;
- Businesses;
- Faith-based and community organizations;
- Nonprofit groups;
- Schools and academia;

- Media outlets; and
- All levels of government, including state, local, tribal, territorial, and federal partners.

The phrase "Whole Community" often appears in preparedness materials, as it is one of the guiding principles. It means:

1. Involving people in the development of national preparedness documents; and
2. Ensuring their roles and responsibilities are reflected in the content of the materials.

## 12. Report issues of fraud, waste, abuse

Please note, when applying to this notice of funding opportunity and when administering the grant, applicants may report issues of fraud, waste, abuse, and mismanagement, or other criminal or noncriminal misconduct to the Office of Inspector General (OIG) Hotline. The toll-free numbers to call are (800-323-8603, and TTY 844-889-4357.

## 13. Hazard-Resistant Building Codes

Hazard-resistant building codes are a foundational element of a more resilient nation, safeguarding communities and lives against natural disasters, with an estimated $11:1 return on investment. The adoption, enforcement and application of modern building codes mitigates community vulnerabilities, reduces disaster recovery costs, and strengthens nationwide capability. FEMA is working to promote and support building codes in all areas of its work in support of the multi-agency National Initiative to Advance Building Codes. In the interest of building a stronger, more resilient nation, FEMA encourages all grant recipients and subrecipients to meet current published editions of relevant consensus-based building codes, specifications, and standards, and to exceed them where feasible."