RECEIVED

FEB 1 4 2025

U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.,

           Plaintiffs,

v.

DONALD TRUMP, et al.,

           Defendants.

CASE NO: 25-cv-00039-JJM-PAS

**NOTICE OF MOTION OF the people Cody R. Hart AND Derrill J. Fussell FOR LEAVE TO FILE AN AMICI CURIAE BRIEF**

    PLEASE TAKE NOTICE that upon the Certification of Cody R. Hart and Derrill J. Fussell in support of the motion for leave to file an amici curiae brief, Cody R. Hart and Derrill J. Fussell request leave to file a brief as amici curiae and request that the proposed brief that accompanies this motion be filed.

    A proposed order is submitted herewith.

Dated this _12_ day February, 2025

Respectfully submitted,

_____
Cody R. Hart
901 Metcalf Street #71
Sedro-Woolley, WA [98284]
360-982-0928
info@codyhart.org

_____
Derrill J. Fussell
929 E. College Way
Mount Vernon, WA [98273]
360-707-1815
squareshooter@earthlink.net

NOTICE OF MOTION FOR LEAVE
TO FILE BRIEF OF AMICI CURIAE
"The people" Cody Hart and Derrill Fussell

1