# EXHIBIT 2



FILED
MAR 10 2021
SECRETARY OF STATE
STATE OF WASHINGTON

Public Official Position Schedule Bond
Hartford Fire Insurance Company Policy # 52BSBDH7388
1/14/2021 - 1/14/2025 Policy Term - Scheduled Positions

| ENTITY | POSITION | OBLIGEE | AMOUNT | RCW |
|---|---|---|---|---|
| Auditor, Office of the State | State Auditor | State of Washington | $50,000 | 43.09.010 |
| Auditor, Office of the State | Chief Deputy Auditor | State of Washington | $50,000 | 43.09.010 |
| Office of the Attorney General | State Attorney General | State of Washington | $5,000 | 43.10.010 |
| Office of the Secretary of State | Secretary of State | State of Washington | $10,000 | 43.07.010 |
| Office of the Insurance Commissioner | Insurance Commissioner | State of Washington | $25,000 | 48.02.030 |
| Office of the State Treasurer | State Treasurer | State of Washington | $500,000 | 43.08.020 |
| Community and Technical Colleges, State Board for | Treasurer | State of Washington | $20,000 | 28B.50.085 |
| Employment Security Department | Treasurer | State of Washington | $25,000 | 50.16.020 & 50.16.050 |

| ENTITY | POSITION | OBLIGEE | AMOUNT | RCW |
|---|---|---|---|---|
| Gambling Commission, Washington State | Member | State of Washington | $50,000 | 9.46.050 - (5) |
| Gambling Commission, Washington State | Member | State of Washington | $50,000 | 9.46.050 - (5) |
| Gambling Commission, Washington State | Member | State of Washington | $50,000 | 9.46.050 - (5) |
| Gambling Commission, Washington State | Member | State of Washington | $50,000 | 9.46.050 - (5) |
| Gambling Commission, Washington State | Member | State of Washington | $50,000 | 9.46.050 - (5) |
| Horse Racing Commission, Washington State | Commissioner | State of Washington, Horse Racing Comm | $5,000 | 67.16.012 |
| Horse Racing Commission, Washington State | Commissioner | State of Washington, Horse Racing Comm | $5,000 | 67.16.012 |
| Horse Racing Commission, Washington State | Commissioner | State of Washington, Horse Racing Comm | $5,000 | 67.16.012 |

FILED
MAR 10 2021
SECRETARY OF STATE
STATE OF WASHINGTON

| ENTITY | POSITION | OBLIGEE | AMOUNT | RCW |
|---|---|---|---|---|
| Liquor and Cannabis Board | Member | State of Washington Liquor Control Board | $50,000 | 66.08.014 |
| Liquor and Cannabis Board | Member | State of Washington Liquor Control Board | $50,000 | 66.08.014 |
| Liquor and Cannabis Board | Member | State of Washington Liquor Control Board | $50,000 | 66.08.014 |
| | | | | |
| Military Department Headquarters | Office of the Adjutant General | State of Washington | $20,000 | 38.12.010 |
| | | | | |
| Natural Resources, Dept of | Commissioner of Public Lands | State of Washington Dept of Natural Resources | $50,000 | 43.12.041 |
| Natural Resources, Dept of | Supervisor | State of Washington Dept of Natural Resources | $50,000 | 43.30.430 (6) |
| Natural Resources, Dept of | Deputy Supervisor | State of Washington Dept of Natural Resources | $50,000 | 43.12.041 and 43.12.021 |
| | | | | |
| Utilities & Transportation Commission | Commissioner | State of Washington Utilities & Transportation | $20,000 | 80.01.020 |
| Utilities & Transportation Commission | Commissioner | State of Washington Utilities & Transportation | $20,000 | 80.01.020 |
| Utilities & Transportation Commission | Commissioner | State of Washington Utilities & Transportation | $20,000 | 80.01.020 |
| | | | | |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |

FILED
MAR 10 2021
SECRETARY OF STATE
STATE OF WASHINGTON

| ENTITY | POSITION | OBLIGEE | AMOUNT | RCW |
|---|---|---|---|---|
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Treasurer | State of Washington Washington State University | $5,000 | 28B.30.130 |
| Washington State University | Secretary | State of Washington Washington State University | $5,000 | 28B.30.135 |
|  |  |  |  |  |
| Central Washington University | Treasurer | State of Washington Central Washington University | $5,000 | 28B.40.195 & 28B.35.190 |
|  |  |  |  |  |
| Eastern Washington University | Treasurer | State of Washington Eastern Washington University | $5,000 | 28B.40.195 & 28B.35.190 |
|  |  |  |  |  |
| Western Washington University | Treasurer | State of Washington Western Washington University | $5,000 | 28B.40.195 & 28B.35.190 |
|  |  |  |  |  |

FILED MAR 10 2021 SECRETARY OF STATE STATE OF WASHINGTON

| ENTITY | POSITION | OBLIGEE | AMOUNT | RCW |
|---|---|---|---|---|
| The Evergreen State College | Treasurer | State of Washington Evergreen State College | $5,000 | 28B.40.195 & 28B.35.190 |
| Bellevue College (Dist 8) | Treasurer | State of Washington Comm Cllg Dist 8 | $100,000 | 28B.50.142 |
| Big Bend Community College (Dist 18) | Treasurer | State of Washington Comm Cllg Dist 18 | $100,000 | 28B.50.142 |
| Cascadia College (Dist 30) | Treasurer | State of Washington Comm Cllg Dist 30 | $100,000 | 28B.50.142 |
| Centralia College (Dist 12) | Treasurer/Business Manager | State of Washington Comm Cllg Dist 12 | $100,000 | 28B.50.142 |
| Clark College (Dist 14) | Treasurer | State of Washington Comm Cllg Dist 14 | $100,000 | 28B.50.142 |
| Columbia Basin Community College (Dist 19) | Treasurer | State of Washington Comm Cllg Dist 19 | $100,000 | 28B.50.142 |
| Edmonds Community College (Dist 23) | Vice President of Finance/Treasurer | State of Washington Comm Cllg Dist 23 | $100,000 | 28B.50.142 |
| Everett Community College (Dist 5) | Treasurer | State of Washington Comm Cllg Dist 5 | $100,000 | 28B.50.142 |

FILED MAR 10 2021 SECRETARY OF STATE STATE OF WASHINGTON

| ENTITY | POSITION | OBLIGEE | AMOUNT | RCW |
|---|---|---|---|---|
| Grays Harbor College (Dist 2) | Treasurer | State of Washington Comm Cllg Dist 2 | $100,000 | 28B.50.142 |
| Green River College (Dist 10) | Treasurer | State of Washington Comm Cllg Dist 10 | $100,000 | 28B.50.142 |
| Highline College (Dist 9) | Treasurer | State of Washington Comm Cllg Dist 9 | $100,000 | 28B.50.142 |
| Lower Columbia College (Dist 13) | Treasurer | State of Washington Comm Cllg Dist 13 | $100,000 | 28B.50.142 |
| Olympic College (Dist 3) | Treasurer | State of Washington Comm Cllg Dist 3 | $100,000 | 28B.50.142 |
| Peninsula College (Dist 1) | Treasurer | State of Washington Comm Cllg Dist 1 | $100,000 | 28B.50.142 |
| Pierce College (Dist 11) | Treasurer | State of Washington Comm Cllg Dist 11 | $100,000 | 28B.50.142 |
| Seattle Community College District (Dist 6) | Treasurer | State of Washington Comm Cllg Dist 6 | $100,000 | 28B.50.142 |

FILED MAR 10 2021 SECRETARY OF STATE STATE OF WASHINGTON

Public Official Position Schedule Bond
Hartford Fire Insurance Company Policy # 52BSBDH7388
1/14/2025 - 1/14/2029 Policy Term - Scheduled Positions

| ENTITY | POSITION | OBLIGEE | AMOUNT | RCW |
|---|---|---|---|---|
| Auditor, Office of the State | State Auditor | State of Washington | $50,000 | 43.09.010 |
| Auditor, Office of the State | Chief Deputy Auditor | State of Washington | $50,000 | 43.09.010 |
| Office of the Attorney General | State Attorney General | State of Washington | $5,000 | 43.10.010 |
| Office of the Secretary of State | Secretary of State | State of Washington | $10,000 | 43.07.010 |
| Office of the Insurance Commissioner | Insurance Commissioner | State of Washington | $25,000 | 48.02.030 |
| Office of the State Treasurer | State Treasurer | State of Washington | $500,000 | 43.08.020 |
| Community and Technical Colleges, State Board for | Treasurer | State of Washington | $20,000 | 28B.50.085 |
| Employment Security Department | Treasurer | State of Washington | $25,000 | 50.16.020 & 50.16.050 |
| Gambling Commission, Washington State | Member | State of Washington | $50,000 | 9.46.050 - (5) |
| Gambling Commission, Washington State | Member | State of Washington | $50,000 | 9.46.050 - (5) |
| Gambling Commission, Washington State | Member | State of Washington | $50,000 | 9.46.050 - (5) |
| Gambling Commission, Washington State | Member | State of Washington | $50,000 | 9.46.050 - (5) |
| Gambling Commission, Washington State | Member | State of Washington | $50,000 | 9.46.050 - (5) |
| Horse Racing Commission, Washington State | Commissioner | State of Washington, Horse Racing Comm | $5,000 | 67.16.012 |
| Horse Racing Commission, Washington State | Commissioner | State of Washington, Horse Racing Comm | $5,000 | 67.16.012 |
| Horse Racing Commission, Washington State | Commissioner | State of Washington, Horse Racing Comm | $5,000 | 67.16.012 |
| Liquor and Cannabis Board | Member | State of Washington Liquor Control Board | $95,000 | 66.08.014 |

| Agency | Position | Entity | Amount | Citation |
|---|---|---|---|---|
| Liquor and Cannabis Board | Member | State of Washington Liquor Control Board | $95,000 | 66.08.014 |
| Liquor and Cannabis Board | Member | State of Washington Liquor Control Board | $95,000 | 66.08.014 |
| Military Department Headquarters | Office of the Adjutant General | State of Washington | $20,000 | 38.12.010 |
| Natural Resources, Dept of | Commissioner of Public Lands | State of Washington Dept of Natural Resources | $50,000 | 43.12.041 |
| Natural Resources, Dept of | Supervisor | State of Washington Dept of Natural Resources | $50,000 | 43.30.430 (6) |
| Natural Resources, Dept of | Deputy Supervisor | State of Washington Dept of Natural Resources | $50,000 | 43.12.041 and 43.12.021 |
| Utilities & Transportation Commission | Commissioner | State of Washington Utilities & Transportation | $20,000 | 80.01.020 |
| Utilities & Transportation Commission | Commissioner | State of Washington Utilities & Transportation | $20,000 | 80.01.020 |
| Utilities & Transportation Commission | Commissioner | State of Washington Utilities & Transportation | $20,000 | 80.01.020 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Member, Board of Regents | State of Washington Washington State University | $5,000 | 28B.30.100 |
| Washington State University | Treasurer | State of Washington Washington State University | $5,000 | 28B.30.130 |
| Washington State University | Secretary | State of Washington Washington State University | $5,000 | 28B.30.135 |

| Central Washington University | Treasurer | State of Washington Central Washington University | $5,000 | 28B.40.195 & 28B.35.190 |
|---|---|---|---|---|
| Eastern Washington University | Treasurer | State of Washington Eastern Washington University | $5,000 | 28B.40.195 & 28B.35.190 |
| Western Washington University | Treasurer | State of Washington Western Washington University | $5,000 | 28B.40.195 & 28B.35.190 |
| The Evergreen State College | Treasurer | State of Washington Evergreen State College | $5,000 | 28B.40.195 & 28B.35.190 |
| Bellevue Community College (Dist 8) | Treasurer | State of Washington Comm Cllg Dist 8 | $100,000 | 28B.50.142 |
| Big Bend Community College (Dist 18) | Treasurer | State of Washington Comm Cllg Dist 18 | $100,000 | 28B.50.142 |
| Cascadia Community College (Dist 30) | Treasurer | State of Washington Comm Cllg Dist 30 | $100,000 | 28B.50.142 |
| Centralia College (Dist 12) | Treasurer/Business Manager | State of Washington Comm Cllg Dist 12 | $100,000 | 28B.50.142 |
| Clark College (Dist 14) | Treasurer | State of Washington Comm Cllg Dist 14 | $100,000 | 28B.50.142 |
| Columbia Basin Community College (Dist 19) | Treasurer | State of Washington Comm Cllg Dist 19 | $100,000 | 28B.50.142 |
| Edmonds Community College (Dist 23) | Vice President of Finance/Treasurer | State of Washington Comm Cllg Dist 23 | $100,000 | 28B.50.142 |
| Everett Community College (Dist 5) | Treasurer | State of Washington Comm Cllg Dist 5 | $100,000 | 28B.50.142 |
| Grays Harbor College (Dist 2) | Treasurer | State of Washington Comm Cllg Dist 2 | $100,000 | 28B.50.142 |
| Green River Community College (Dist 10) | Treasurer | State of Washington Comm Cllg Dist 10 | $100,000 | 28B.50.142 |
| Highline Community College (Dist 9) | Treasurer | State of Washington Comm Cllg Dist 9 | $100,000 | 28B.50.142 |
| Lower Columbia College (Dist 13) | Treasurer | State of Washington Comm Cllg Dist 13 | $100,000 | 28B.50.142 |
| Olympic College (Dist 3) | Treasurer | State of Washington Comm Cllg Dist 3 | $100,000 | 28B.50.142 |
| Peninsula College (Dist 1) | Treasurer | State of Washington Comm Cllg Dist 1 | $100,000 | 28B.50.142 |
| Pierce College (Dist 11) | Treasurer | State of Washington Comm Cllg Dist 11 | $100,000 | 28B.50.142 |
| Seattle Community College District (Dist 6) | Treasurer | State of Washington Comm Cllg Dist 6 | $100,000 | 28B.50.142 |

| Entity | Position | Obligee | Amount | Statute |
|---|---|---|---|---|
| Shoreline Community College (Dist 7) | Vice President of Business and Admin. Services | State of Washington Comm Cllg Dist 7 | $100,000 | 28B.50.142 |
| Skagit Valley College (Dist 4) | Treasurer | State of Washington Comm Cllg Dist 4 | $100,000 | 28B.50.142 |
| South Puget Sound Community College (Dist 24) | Business Manager/Treasurer | State of Washington Comm Cllg Dist 24 | $100,000 | 28B.50.142 |
| Spokane Community College (Dist 17) | Treasurer | State of Washington Comm Cllg Dist 17 | $100,000 | 28B.50.142 |
| Tacoma Community College (Dist 22) | Treasurer | State of Washington Comm Cllg Dist 22 | $100,000 | 28B.50.142 |
| Walla Walla Community College (Dist 20) | Treasurer | State of Washington Comm Cllg Dist 20 | $100,000 | 28B.50.142 |
| Wenatchee Valley College (Dist 15) | Treasurer | State of Washington Comm Cllg Dist 15 | $100,000 | 28B.50.142 |
| Whatcom Community College (Dist 21) | Treasurer | State of Washington Comm Cllg Dist 21 | $100,000 | 28B.50.142 |
| Yakima Valley College (Dist 16) | Treasurer | State of Washington Comm Cllg Dist 16 | $100,000 | 28B.50.142 |
| Bates Technical College (Dist 28) | Treasurer | State of Washington Tech Cllg Dist 28 | $100,000 | 28B.50.142 |
| Bellingham Technical College (Dist 25) | Treasurer | State of Washington Tech Cllg Dist 25 | $100,000 | 28B.50.142 |
| Clover Park Technical College (Dist 29) | Treasurer/Board of Trustees | State of Washington Tech Cllg Dist 29 | $100,000 | 28B.50.142 |
| Lake Washington Institiute of Technology (Dist 26) | Treasurer | State of Washington Tech Cllg Dist 26 | $100,000 | 28B.50.142 |
| Lake Washington Institiute of Technology (Dist 26) | Controller | State of Washington Tech Cllg Dist 26 | $100,000 | 28B.50.142 |
| Renton Technical College (Dist 27) | Treasurer | State of Washington Tech Cllg Dist 27 | $100,000 | 28B.50.142 |
| Alfalfa Seed Commission | Executive Treasurer | State of Washington | $10,000 | 15.65.500 |
| Apple Commission | Treasurer | State of Washington & Apple Commission | $50,000 | 15.24.150 |
| Asparagus Commission | Administrator | State of Washington & Asparagus Commission | $10,000 | 15.65.500 |
| Beef Commission | Treasurer | State of Washington & Beef Commission | $50,000 | 16.67.090 |
| Blueberry Commission | Administrator | State of Washington & Blueberry Commission | $10,000 | 15.65.500 |

| Commission | Position | Obligee | Amount | Citation |
|---|---|---|---|---|
| Cranberry Commission | Secretary/Treasurer | State of Washington & Cranberry Commission | $5,000 | 16-565-020 [10i] |
| Dairy Products Commission | Secretary/Treasurer | State of Washington & Dairy Products Commission | $100,000 | 15.44.050 |
| Fruit Commission | Treasurer | State of Washington & Fruit Commission | $50,000 | 15.28.190 |
| Grain Commission | Chairman | State of Washington | $50,000 | 15.66.190 |
| Grain Commission | Vice Chairman | State of Washington | $50,000 | 15.66.190 |
| Grain Commission | Secretary/Treasurer | State of Washington | $50,000 | 15.66.190 |
| Hop Commission | Executive Director | State of Washington & Hop Commission | $20,000 | 15.65.500 |
| Mint Commission | Executive Secretary | State of Washington | $10,000 | 15.65.500 |
| Oilseeds Commission | Administrator | State of Washington & Oilseeds Commission | $10,000 | 15.65.500 |
| Potato Commission | Executive Director | State of Washington | $50,000 | 15.66.190 |
| Potato Commission | Assistant Executive Director | State of Washington | $50,000 | 15.66.190 |
| Potato Commission | Accounts Payable | State of Washington | $50,000 | 15.66.190 |
| Potato Commission | Accounts Receivable | State of Washington | $50,000 | 15.66.190 |
| Potato Commission | Administrative Assistant | State of Washington | $50,000 | 15.66.190 |
| Potato Commission | Director of Operations | State of Washington | $50,000 | 15.66.190 |
| Puget Sound Salmon Commission | Chairman | State of Washington | $25,000 | 15.65.500 |
| Pulse Crops Commission | Chairman | State of Washington | $10,000 | 15.65.500 |
| Red Raspberry Commission | President | State of Washington | $5,000 | 15.65.500 |
| Red Raspberry Commission | Vice President | State of Washington | $5,000 | 15.65.500 |
| Red Raspberry Commission | Treasurer | State of Washington | $5,000 | 15.65.500 |

| Seed Potato Commission | Secretary/Treasurer | State of Washington | $2,000 | 15.66.190 |
|---|---|---|---|---|
| Seed Potato Commission | Office Manager | State of Washington | $2,000 | 15.66.190 |
| Tree Fruit Research Commission | Treasurer | State of Washington | $50,000 | 15.26.230 |
| Turfgrass Seed Commission | Administrator | State of Washington | $10,000 | 15.65.500 |
| Wine Commission | Treasurer | State of Washington | $50,000 | 15.88.070 |
| Eastern Washington Historical Society | Financial Officer | State of Washington | $5,000 | 15.65.500 |
| Eastern Washington Historical Society | Financial Officer | State of Washington | $5,000 | 15.65.500 |
| | | | $5,459,000 | |

| Potato Commission | AR/Payroll | State of Washington | $50,000 | 15.66.190 |
|---|---|---|---|---|
| Potato Commission | Director of Outreach | State of Washington | $50,000 | 15.66.190 |
| Community and Technical Colleges, State Board for | Director of Accounting & Business Services | State of Washington | $250,000 | 28B.50.085 |
| Community and Technical Colleges, State Board for | Controller | State of Washington | $250,000 | 28B.50.085 |