# EXHIBIT 3

Washington Secretary of State 

## Washington State Archives – Digital Archives

### Search

**Record Series:** Oaths of Office
**County:** Statewide
**Title:** State Government Oaths of Office, 185...

Enter at least one search field, then click the 'Search' button in the lower right.

**Party**
Last: HUGHES
First: ANDREW
Middle:
Soundex: ☐ What is Soundex?
Office:

**Year**
Year From: 2020
Year To: 2025

[Search]

**No search results found.**
Not finding what you are looking for? Try our Frequently Asked Questions

---

Washington Secretary of State
Washington State Archives
Digital Archives
960 Washington Street
Cheney, WA 99004
(509) 235-7500
Phone Numbers

Privacy Policy
Accessibility



Washington Secretary of State

Contact Us | Connect: 

# Washington State Archives - Digital Archives

Home    Search    Collections    News    Services    About us    My Recent Searches                View Cart

## Search

**Record Series**
Oaths of Office

**County**
Statewide

**Title**
State Government Oaths of Office, 185

Enter at least one search field, then click the 'Search' button in the lower right.

**Party**

| Last | First | Middle | Soundex |
|---|---|---|---|
| BROWN | LEAH | | ☐ What is Soundex? |

Office

**Year**

Year From    Year To
2020         2025

[Search]

**No search results found.**
Not finding what you are looking for? Try our Frequently Asked Questions

Washington Secretary of State
Washington State Archives
Digital Archives
960 Washington Street
Cheney, WA 99004
(509) 235-7500
Phone Numbers

Privacy Policy
Accessibility

