# EXHIBIT 5

# PETITION FOR IMPEACHMENT INQUIRY

SUBMITTED TO

# HOUSE OF REPRESENTATIVES

OF THE

# STATE OF WASHINGTON

## 2024

---

AGAINST

# BOB FERGUSON

**Attorney General of the State of Washington**

---

Submitted By

Cody R. Hart
901 Metcalf Street #71
Sedro Woolley, WA [98284]

IN THE HOUSE OF REPRESENTATIVES

Cody R. Hart, one of We the People, and an Elector of the State of Washington, pursuant to Constitution of The State of Washington Article I Section 3, invokes the right to petition the Washington State House of Representatives for the following resolution.

# RESOLUTION

Directing certain committees to initiate investigations into Bob Ferguson, Attorney General of the State of Washington, inquiring into whether sufficient grounds exist for the House of Representatives to exercise its Constitutional power to impeach Bob Ferguson, Attorney General of the State of Washington, for high crimes, or misdemeanors, or malfeasance in office.

*Resolved,* That Bob Ferguson, Attorney General of the State of Washington, is hereby under Impeachment Inquiry for high crimes, or misdemeanors, or malfeasance in office and that certain committees are directed to investigate the following allegation, hereinafter ARTICLE, in support thereof.

ARTICLE I: JUDGEMENT OF MALFEASANCE IN OFFICE

The Constitution of The State of Washington provides that the House of Representatives "shall have the sole Power of Impeachment" and that state officers "shall be liable to impeachment for high crimes or misdemeanors, or malfeasance in office".  Revised Code of Washington (RCW) 9.92.120 requires that A Public Officer upon conviction of malfeasance shall require "forfeiture of his or her office,

and shall disqualify him or her from ever afterward holding any public office in this state." As explained in in *Hoflin v. City of Ocean Shores, 847 P. 2d 428 - Wash: Supreme Court 1993* "The forfeiture statute mandates forfeiture of public office if the public officer is convicted of "any felony or malfeasance in office".[79] Malfeasance generally refers to the commission of an unlawful act by a public official."

Public records support that Bob Ferguson, in his conduct as Attorney General of the State of Washington engaged in high crimes or misdemeanors, or malfeasance in office, and as a result had judgement issued against him for committing unlawful acts in the State of Washington Superior Court, as supported by the following;

On or about January 1, 2021 Attorney General Bob Ferguson, in his official capacity, was named as defendant in Thurston County Superior Court case 18-2-04658-34 for violating state law.

On or about September 29, 2021 Thurston County Superior Court Judge Sharonda D. Amamilo issued Judgement in case 18-2-04658-34 against Attorney General Bob Ferguson, in his official capacity, finding that *"Attorney General's enforcement policy and de facto rule regarding the unlicensed use of the title "Engineer" is unlawful"*.

On or about February 7, 2023 The Court of Appeals of The State of Washington Division II judged that the plaintiff in Thurston County case 18-2-04658-34, Paul Tappel, lacked standing and remanded back to the trial court for dismissal. Notably, the Court of Appeals judgement did not dispute the facts or merits of the case in the judgement against Bob Ferguson that found Bob Ferguson had acted unlawfully.

4

It is alleged the violations of law judged to have been committed by Attorney General Bob Ferguson in his official capacity resulted in a loss of public funds in excess of $100,000,000 (One Hundred Million Dollars), resulted in death and harm to United States Citizens and residents of the State of Washington, and has damaged the environment.

WHEREFORE, Bob Ferguson, as Attorney General of the State of Washington, by such conduct, warrants an Impeachment Inquiry, trial and removal from office, and disqualification from ever afterward holding any public office in this state.

## CONCLUSION

For the foregoing reasons, Cody R. Hart respectfully submits this Petition for Impeachment Inquiry for House of Representatives Consideration. Dated the 23rd day of July, 2024

*[signature]*

Cody R. Hart
901 Metcalf St #71
Sedro Woolley, WA [98284]
info@codyhart.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.,

            Plaintiffs,

v.

DONALD TRUMP, et al.,

            Defendants.

CASE NO: 25-cv-00039-JJM-PAS

**[PROPOSED] ORDER GRANTING MOTION OF the people Cody R. Hart AND Derrill J. Fussell FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE**

Before the Court is the motion of the people Cody R. Hart and Derrill J. Fussell for leave to file abrief as amicus curiae in opposition to Plaintiffs', State of Washington Assistant Attorneys General, Appearance and Motioning in this case. Good cause appearing therefore, the motion is GRANTED.

Dated this _____ day of _____, 2025

                                        _____
                                        UNITED STATES DISTRICT JUDGE

1