UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.,

                  Plaintiffs,

v.

DONALD TRUMP, et al.,

                  Defendants

CASE NO: 25-cv-00039-JJM-PAS

**CERTIFICATION OF the people
Cody R. Hart AND Derrill J. Fussell
IN SUPPORT OF MOTION FOR LEAVE
TO APPEAR AS AMICI CURIAE**

Proposed Amici Curiae, the People Cody R. Hart and Derrill J. Fussell, move for leave to file an amicus brief in opposition to Plaintiffs' appearance and Motioning in the case, including an opposition to Plaintiffs motion for injunctive relief. In furtherance of the motion, Proposed Amici, state as follows:

1. Amici are Americans who reside in the County of Skagit, State of Washington, are taxpayers, and have rights protected by laws of the State of Washington, the Constituton of the State of Washington, and Constitution of the United States

2. Amici oppose Plaintiff State of Washington appearance in this case and oppose Plaintiff State of Washington motioning in this case because this case was filed by purported Washington State public officials without lawful authority, without the consent of the People, and as a result lack Authority and have performed acts in a United States District Court without being duly qualified.

CERTIFICATION OF                   1
AMICI CURIAE
"The people" Cody Hart and Derrill Fussell

3. Amici have extensive expertise confronting Government Corruption in the State of Washington and combating intruders into Public offices who act without lawful Authority with the likely intent of undermining Americas Constitutional Republic.

4. Amici are intimately familiar with the requirements for State of Washington Public officials, such as the purported Office of Attorney General of the State of Washington public officials who have purportedly initiated this case on behalf of the State of Washington and on behalf of residents of the State of Washington. As a result, Amici are uniquely qualified to understand the law and current lack of Authority that exists in this case, the harm that is occurring to tax payers, the harm to residents of the State of Washington, because the Amici, too, are being harmed by the unauthorized use of tax funds, unauthorized appearances, and unauthorized entries into the record of the Plaintffs' lawsuit.

5. This Court "ha[s] broad discretion to admit amicus briefing [...] to assist a case of general public interest." Sec. & Exch. Comm'n v. Bittrex Inc., No. 2:23-CV-00580-RSM, 2023 WL 4866373, at *1 (W.D. Wash. July 31, 2023) (granting leave to file where brief provides "assistance in framing the facts and law of this case").

6. The proposed brief will assist the Court in its consideration of the pending and all future motions, because "the people" who reside in the State of Washington, and other states, face immediate harms from orders resulting from cases brought using unauthorized tax funds, brought without lawful authority, and brought without the consent of the governed.

7. For the foregoing reasons, Proposed Amici respectfully request the Court grant the motion for leave to file the attached brief.

Dated this __12__ day February, 2025

Respectfully submitted,

Cody R. Hart
901 Metcalf Street #71
Sedro-Woolley, WA [98284]
360-982-0928
info@codyhart.org

Derrill J. Fussell
929 E. College Way
Mount Vernon, WA [98273]
360-707-1815
squareshooter@earthlink.net

CERTIFICATION OF
AMICI CURIAE
"The people" Cody Hart and Derrill Fussell

2