UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.,

                    Plaintiffs,

v.

DONALD TRUMP, et al.,

                    Defendants.

CASE NO: 25-cv-00039-JJM-PAS

**DECLARATION OF SERVICE**

I, Derrill Fussell, declare as follows;

That I am over the age of 18 years and competent to provide this declaration.

I hereby certify that I caused a copy of (1) the Notice of Motion for Leave to File an Amici Curiae Brief; (2) the Certification of Amici (3) the proposed Amici Curiae Brief; and (4) a Proposed Order granting the motion, to be served to the following;

| | |
|---|---|
| Name: | U.S. District Court. Clerk's Office |
| Street Address | One Exchange Terrace |
| | Federal Building and Courthouse |
| State and Zip Code | Providence, RI 02903 |

Where I understand it will be served electronically via ECF, whereupon all counsel of record were served

I declare under penalty of perjury that the foregoing is true and correct

Signed on 12 February, 2025

*[signature]*

Derrill J. Fussell
929 E. College Way
Mount Vernon, WA [98273]
360-707-1815
squareshooter@earthlink.net

DECLARATION OF SERVICE         - 1