

FROM:
Derrill Fussell
929 E College Way
Mount Vernon WA 98273

TO:
Clerk, U.S. District Court
One Exchange Terrace
Federal Bldg and Courthouse
Providence RI 02903

USPS Priority Mail Flat Rate Envelope, Certified Mail 7022 0410 0000 8231 8349, U.S. Postage Paid Clearlake, WA 98235, Feb 12, 2025, $14.95.