AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| State of New York et al. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-00039 |
| Donald Trump et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Defense
Office of the General Counsel
1600 Defense Blvd.
The Pentagon
RM 3C962
Washington, D.C. 20301

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   See attached.

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00039

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| **PETER F. NERONHA**<br>Attorney General for the State of Rhode Island<br><br>By: */s/ Kathryn M. Sabatini*<br>Kathryn M. Sabatini (RI Bar No. 8486)<br>Civil Division Chief<br>Special Assistant Attorney General<br>Sarah W. Rice (RI Bar No. 10465)<br>Deputy Chief, Public Protection Bureau<br>Assistant Attorney General<br>Leonard Giarrano IV (RI Bar No. 10731)<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2054<br>ksabatini@riag.ri.gov<br>srice@riag.ri.gov<br>lgiarrano@riag.ri.gov | **LETITIA JAMES**<br>Attorney General for the State of New York<br><br>By: */s/ Rabia Muqaddam*<br>Rabia Muqaddam*<br>Special Counsel for Federal Initiatives<br>Michael J. Myers*<br>Senior Counsel<br>Molly Thomas-Jensen*<br>Special Counsel<br>Colleen Faherty*<br>Special Trial Counsel<br>Zoe Levine*<br>Special Counsel for Immigrant Justice<br>28 Liberty St.<br>New York, NY 10005<br>(929) 638-0447<br>rabia.muqaddam@ag.ny.gov<br>michael.myers@ag.ny.gov<br>Molly.Thomas-Jensen@ag.ny.gov<br>colleen.Faherty@ag.ny.gov<br>zoe.Levine@ag.ny.gov |

**ROB BONTA**
Attorney General for the State of California

By: */s/ Laura L. Faer*
Laura L. Faer*
Supervising Deputy Attorney General
Christine Chuang*
Supervising Deputy Attorney General
Nicholas Green*
Carly Munson*
Kenneth Sugarman*
Theodore McCombs*
Marie Logan*
Deputy Attorneys General
California Attorney General's Office
1515 Clay St.
Oakland, CA 94612
(510) 879-3304
Laura.Faer@doj.ca.gov
Christine.Chuang@doj.ca.gov
Nicholas.Green@doj.ca.gov
Carly.Munson@doj.ca.gov
Kenneth.Sugarman@doj.ca.gov
Theodore.McCombs@doj.ca.gov
Marie.Logan@doj.ca.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Alex Hemmer*
Alex Hemmer*
Deputy Solicitor General
R. Henry Weaver*
Assistant Attorney General
115 S. LaSalle St.
Chicago, Illinois 60603
(312) 814-5526
Alex.Hemmer@ilag.gov
Robert.Weaver@ilag.gov

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Katherine B. Dirks*
Katherine B. Dirks*
Deputy Chief, Government Bureau
Turner H. Smith*
Deputy Chief, Energy and Environment Bureau
Anna Lumelsky*
Deputy State Solicitor
Vanessa Arslanian**
Julia Jones-Day**
Nathaniel Hyman**
Chris Pappavaselio**
Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
turner.smith@mass.gov

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: */s/ Angela Cai*
Angela Cai*
Executive Assistant Attorney General
Jeremy M. Feigenbaum*
Solicitor General
Shankar Duraiswamy*
Deputy Solicitor General
25 Market St.
Trenton, NJ 08625
(609) 376-3377
Angela.Cai@njoag.gov
Jeremy.Feigenbaum@njoag.gov
Shankar.Duraiswamy@njoag.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: /s/ Joshua D. Bendor
Joshua D. Bendor*
Solicitor General
Nathan Arrowsmith*
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Nathan.Arroswmith@azag.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: /s/ Michael K. Skold
Michael K. Skold*
Solicitor General
Jill Lacedonia*
165 Capitol Ave
Hartford, CT 06106
(860) 808 5020
Michael.Skold@ct.gov
Jill.Lacedonia@ct.gov

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: /s/ Shannon Stevenson
Shannon Stevenson*
Solicitor General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6000
shannon.stevenson@coag.gov

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: /s/ Vanessa L. Kassab
Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8413
vanessa.kassab@delaware.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: /s/ Andrew Mendrala
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, DC 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: /s/ Kalikoʻonālani D. Fernandes
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

| | |
|---|---|
| **OFFICE OF THE GOVERNOR *ex rel.* ANDY BESHEAR**<br>in his official capacity as Governor of the Commonwealth of Kentucky<br><br>By: */s/ S. Travis Mayo*<br>S. Travis Mayo**<br>General Counsel<br>Taylor Payne**<br>Chief Deputy General Counsel<br>Laura C. Tipton**<br>Deputy General Counsel<br>Office of the Governor<br>700 Capitol Avenue, Suite 106<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov | **AARON M. FREY**<br>Attorney General for the State of Maine<br><br>By: */s/ Jason Anton*<br>Jason Anton*<br>Assistant Attorney General<br>Maine Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>207-626-8800<br>jason.anton@maine.gov |
| **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland<br><br>By: */s/ Adam D. Kirschner*<br>Adam D. Kirschner*<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6424<br>AKirschner@oag.state.md.us | **DANA NESSEL**<br>Attorney General of Michigan<br><br>By: */s/ Linus Banghart-Linn*<br>Linus Banghart-Linn*<br>Chief Legal Counsel<br>Neil Giovanatti*<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 W. Ottawa St.<br>Lansing, MI 48933<br>(517) 281-6677<br>Banghart-LinnL@michigan.gov<br>GiovanattiN@michigan.gov |

| | |
|---|---|
| **KEITH ELLISON**<br>Attorney General for the State of Minnesota<br><br>By: */s/ Liz Kramer*<br>Liz Kramer*<br>Solicitor General<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota, 55101<br>(651) 757-1010<br>Liz.Kramer@ag.state.mn.us | **AARON D. FORD**<br>Attorney General of Nevada<br><br>*/s/ Heidi Parry Stern*<br>Heidi Parry Stern*<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>(702) 486-5708<br>HStern@ag.nv.gov |
| **RAÚL TORREZ**<br>Attorney General for the State of New Mexico<br><br>By: */s/ Anjana Samant*<br>Anjana Samant*<br>Deputy Counsel<br>NM Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>(505) 270-4332<br>asamant@nmdoj.gov | **JEFF JACKSON**<br>Attorney General for the State of North Carolina<br><br>By: */s/ Daniel P. Mosteller*<br>Daniel P. Mosteller*<br>Associate Deputy Attorney General<br>PO Box 629<br>Raleigh, NC 27602<br>(919) 716-6026<br>Dmosteller@ncdoj.gov |
| **DAN RAYFIELD**<br>Attorney General for the State of Oregon<br><br>By: */s/ Christina Beatty-Walters*<br>Christina Beatty-Walters*<br>Senior Assistant Attorney General<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>Tina.BeattyWalters@doj.oregon.gov | **CHARITY R. CLARK**<br>Attorney General for the State of Vermont<br><br>By: */s/ Jonathan T. Rose*<br>Jonathan T. Rose*<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 793-1646<br>Jonathan.rose@vermont.gov |

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>Attorney General for the State of Washington<br><br>By: */s Andrew Hughes*<br>Andrew Hughes\*<br>Assistant Attorney General<br>Leah Brown\*<br>Assistant Attorney General<br>Office of the Washington State Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>Andrew.Hughes@atg.wa.gov<br>Leah.Brown@atg.wa.gov | **JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin<br><br>By: */s Aaron J. Bibb*<br>Aaron J. Bibb\*<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>17 West Main Street<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 266-0810<br>BibbAJ@doj.state.wi.us |

\*Admitted *Pro Hac Vice*
\*\**Pro Hac Vice* Motion forthcoming