AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| State of New York et al. <br><br> *Plaintiff(s)* <br> v. <br> Donald Trump et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-00039 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban
   Development
451 Seventh Street, S.W.
Washington, D.C. 20410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                                                                  *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-00039

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                               *Server's signature*

                                  _____
                                               *Printed name and title*

                                  _____
                                               *Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| **PETER F. NERONHA** <br> Attorney General for the State of Rhode Island <br><br> By: */s/ Kathryn M. Sabatini* <br> Kathryn M. Sabatini (RI Bar No. 8486) <br> Civil Division Chief <br> Special Assistant Attorney General <br> Sarah W. Rice (RI Bar No. 10465) <br> Deputy Chief, Public Protection Bureau <br> Assistant Attorney General <br> Leonard Giarrano IV (RI Bar No. 10731) <br> Special Assistant Attorney General <br> 150 South Main Street <br> Providence, RI 02903 <br> (401) 274-4400, Ext. 2054 <br> ksabatini@riag.ri.gov <br> srice@riag.ri.gov <br> lgiarrano@riag.ri.gov | **LETITIA JAMES** <br> Attorney General for the State of New York <br><br> By: */s/ Rabia Muqaddam* <br> Rabia Muqaddam* <br> Special Counsel for Federal Initiatives <br> Michael J. Myers* <br> Senior Counsel <br> Molly Thomas-Jensen* <br> Special Counsel <br> Colleen Faherty* <br> Special Trial Counsel <br> Zoe Levine* <br> Special Counsel for Immigrant Justice <br> 28 Liberty St. <br> New York, NY 10005 <br> (929) 638-0447 <br> rabia.muqaddam@ag.ny.gov <br> michael.myers@ag.ny.gov <br> Molly.Thomas-Jensen@ag.ny.gov <br> colleen.Faherty@ag.ny.gov <br> zoe.Levine@ag.ny.gov |

**ROB BONTA**
Attorney General for the State of California

By: /s/ Laura L. Faer
Laura L. Faer*
Supervising Deputy Attorney General
Christine Chuang*
Supervising Deputy Attorney General
Nicholas Green*
Carly Munson*
Kenneth Sugarman*
Theodore McCombs*
Marie Logan*
Deputy Attorneys General
California Attorney General's Office
1515 Clay St.
Oakland, CA 94612
(510) 879-3304
Laura.Faer@doj.ca.gov
Christine.Chuang@doj.ca.gov
Nicholas.Green@doj.ca.gov
Carly.Munson@doj.ca.gov
Kenneth.Sugarman@doj.ca.gov
Theodore.McCombs@doj.ca.gov
Marie.Logan@doj.ca.gov

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ Katherine B. Dirks
Katherine B. Dirks*
Deputy Chief, Government Bureau
Turner H. Smith*
Deputy Chief, Energy and Environment Bureau
Anna Lumelsky*
Deputy State Solicitor
Vanessa Arslanian**
Julia Jones-Day**
Nathaniel Hyman**
Chris Pappavaselio**
Assistant Attorneys General
1 Ashburton Pl.
Boston, MA  02108
(617) 963-2277
katherine.dirks@mass.gov
turner.smith@mass.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ Alex Hemmer
Alex Hemmer*
Deputy Solicitor General
R. Henry Weaver*
Assistant Attorney General
115 S. LaSalle St.
Chicago, Illinois 60603
(312) 814-5526
Alex.Hemmer@ilag.gov
Robert.Weaver@ilag.gov

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: /s/ Angela Cai
Angela Cai*
Executive Assistant Attorney General
Jeremy M. Feigenbaum*
Solicitor General
Shankar Duraiswamy*
Deputy Solicitor General
25 Market St.
Trenton, NJ 08625
(609) 376-3377
Angela.Cai@njoag.gov
Jeremy.Feigenbaum@njoag.gov
Shankar.Duraiswamy@njoag.gov

| | |
|---|---|
| **KRISTIN K. MAYES**<br>Attorney General for the State of Arizona<br><br>By: /s/ Joshua D. Bendor<br>Joshua D. Bendor*<br>Solicitor General<br>Nathan Arrowsmith*<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>(602) 542-3333<br>Joshua.Bendor@azag.gov<br>Nathan.Arroswmith@azag.gov | **WILLIAM TONG**<br>Attorney General for the State of Connecticut<br><br>By: /s/ Michael K. Skold<br>Michael K. Skold*<br>Solicitor General<br>Jill Lacedonia*<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808 5020<br>Michael.Skold@ct.gov<br>Jill.Lacedonia@ct.gov |
| **PHILIP J. WEISER**<br>Attorney General for the State of Colorado<br><br>By: /s/ Shannon Stevenson<br>Shannon Stevenson*<br>Solicitor General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6000<br>shannon.stevenson@coag.gov | **KATHLEEN JENNINGS**<br>Attorney General of Delaware<br><br>By: /s/ Vanessa L. Kassab<br>Vanessa L. Kassab*<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 577-8413<br>vanessa.kassab@delaware.gov |
| **BRIAN L. SCHWALB**<br>Attorney General for the District of Columbia<br><br>By: /s/ Andrew Mendrala<br>Andrew Mendrala*<br>Assistant Attorney General<br>Public Advocacy Division<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, DC 20001<br>(202) 724-9726<br>Andrew.Mendrala@dc.gov | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: /s/ Kalikoʻonālani D. Fernandes<br>David D. Day*<br>Special Assistant to the Attorney General<br>Kalikoʻonālani D. Fernandes*<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov |

**OFFICE OF THE GOVERNOR** *ex rel.* **ANDY BESHEAR**
in his official capacity as Governor of the Commonwealth of Kentucky

By: /s/ *S. Travis Mayo*
S. Travis Mayo**
General Counsel
Taylor Payne**
Chief Deputy General Counsel
Laura C. Tipton**
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: /s/ *Adam D. Kirschner*
Adam D. Kirschner*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6424
AKirschner@oag.state.md.us

**AARON M. FREY**
Attorney General for the State of Maine

By: /s/ *Jason Anton*
Jason Anton*
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333
207-626-8800
jason.anton@maine.gov

**DANA NESSEL**
Attorney General of Michigan

By: /s/ *Linus Banghart-Linn*
Linus Banghart-Linn*
Chief Legal Counsel
Neil Giovanatti*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 281-6677
Banghart-LinnL@michigan.gov
GiovanattiN@michigan.gov

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**AARON D. FORD**
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
HStern@ag.nv.gov

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: */s/ Anjana Samant*
Anjana Samant*
Deputy Counsel
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 270-4332
asamant@nmdoj.gov

**JEFF JACKSON**
Attorney General for the State of North Carolina

By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
Associate Deputy Attorney General
PO Box 629
Raleigh, NC 27602
(919) 716-6026
Dmosteller@ncdoj.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Christina Beatty-Walters*
Christina Beatty-Walters*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Tina.BeattyWalters@doj.oregon.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>Attorney General for the State of Washington<br><br>By: /s *Andrew Hughes*<br>Andrew Hughes*<br>Assistant Attorney General<br>Leah Brown*<br>Assistant Attorney General<br>Office of the Washington State Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>Andrew.Hughes@atg.wa.gov<br>Leah.Brown@atg.wa.gov | **JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin<br><br>By: /s *Aaron J. Bibb*<br>Aaron J. Bibb*<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>17 West Main Street<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 266-0810<br>BibbAJ@doj.state.wi.us |

*Admitted *Pro Hac Vice*
**Pro Hac Vice* Motion forthcoming