- ADA Accessibility
- Other Languages

Washington State
Office of the Attorney General

Attorney General
Nick Brown

Home | News | Office Information | Serve The People | Initiatives | Resources | AG Opinions | Employment

Home | News | News Releases | ICYMI: Multistate coalition blocks Trump Administration from freezing essential federal funding

# ICYMI: Multistate coalition blocks Trump Administration from freezing essential federal funding

**FOR IMMEDIATE RELEASE:**
Jan 31 2025

**OLYMPIA** — The U.S. District Court for the District of Rhode Island today granted a request from 22 states, including Washington, for a temporary restraining order halting a White House policy that would block federal agency grants, loans and other financial assistance programs.

This temporary restraining order extends beyond the administrative stay granted Tuesday by the U.S. District Court for the District of Columbia in response to a lawsuit brought by nonprofit groups that receive federal funds.

"This outcome reminds us that our country is still governed by the Constitution, even when we have a lawless president determined to sow disorder and eliminate vital programs," Attorney General Nick Brown said. "Now more than ever, states have a key role in upholding the rule of law."

The proposed policy, issued by the president's Office of Management and Budget on Monday, would have put an indefinite pause on the majority of federal assistance, jeopardizing funds for health care, education, law enforcement, disaster relief, infrastructure and more. The next day, Attorney General Nick Brown and attorneys general from 22 other states sued to immediately stop the enforcement of the OMB policy and preserve trillions of dollars in essential funding.

While the administration has attempted to rescind the policy, states and organizations that receive federal funding continue to experience major disruptions. Following OMB's issuance of the policy, Medicaid funds in multiple states were frozen. Head Start programs across the country were cut off from funds, leading some childcare centers to close. Despite the District Court for the District of Columbia's stay, disruptions to critical funds are continuing to be reported across the country.

The White House signaled Wednesday they would be re-issuing the order in some form, but today's temporary restraining order restrains and prohibits the administration from doing that for now as well.

The lawsuit was led by the attorneys general of New York, California, Illinois, Massachusetts, New Jersey and Rhode Island. Joining the lawsuit are the attorneys general of Arizona, Colorado, Connecticut, Delaware, Hawaii, Maine, Maryland, Michigan, Minnesota, Nevada, New Mexico, North Carolina, Oregon, Vermont, Washington, Wisconsin and the District of Columbia.

-30-

*Washington's Attorney General serves the people and the state of Washington. As the state's largest law firm, the Attorney General's Office provides legal representation to every state agency, board, and commission in Washington. Additionally, the Office serves the people directly by enforcing consumer protection, civil rights, and environmental protection laws. The Office also prosecutes elder abuse, Medicaid fraud, and handles sexually violent predator cases in 38 of Washington's 39 counties. Visit www.atg.wa.gov to learn more.*

Media Contact:

Email: press@atg.wa.gov

Phone: (360) 753-2727

General contacts: Click here

Media Resource Guide & Attorney General's Office FAQ

News Release Search

**Topic:**
- AGO
- Campaign Finance
- Civil Rights
- Consumer Protection
- Courts
- Crime
- Health
- Labor and Worker's Rights
- Legislature
- MMIWP
- Opioids
- Other Languages
- Prescription Drugs; Opioids
- Scams
- Student loans
- Utilities

News | Media Contacts | News Releases | Social Media
Office Information | About Nick Brown | AGO Environmental Policies | Mission, Vision & Values | Contact Us | Office Divisions | Office Locations | Annual Reports | Budget | History | Washington's Attorneys General - Past and Present | Roles of the Office | Task Forces | FAQs | Procurements & Contracts | Technology | Privacy Notice | Rulemaking Activity | Tribal Consent & Consultation Policy
Serve The People | Economic Justice & Consumer Protection | Safeguarding Consumers | Antitrust/Unfair Trade Practices | Medicaid Fraud Control | Lemon Law | Protecting Ratepayers - Public Counsel | Protecting Youth | Protecting Seniors | Social Justice & Civil Rights | Civil Rights Division | Environmental Protection Division | Hanford Litigation | Veteran and Military Resources | Campaign Finance Law Enforcement | Criminal Justice & Public Safety | Criminal Justice | Sexually Violent Predators | Homicide Investigation Tracking System (HITS) | Financial Crimes Unit | Firearms
Initiatives | Open Government | Wing Luke Civil Rights Division | Environmental Justice | Human Trafficking | Sexual Assault Kit Initiative | Combating Dark Money/Campaign Finance Unit | Opioid Epidemic | Veterans Advocacy | Student Loans/Debt Adjustment and Collection | Immigration Services Fraud | Vulnerable Adult Abuse | Legislative Priorities | Robocall and Telemarketing Scams | Missing and Murdered Indigenous Women and People | Federal Litigation
Resources | Consumer Scam Alerts | File a Complaint | Environmental Justice | Executive Ethics Board | Sign up for Newsletter Emails | Avoiding Unconstitutional Taking | Publications & Reports | Student Loan Survival Guide | Veteran and Military Resources | Civil Rights Resource Guide | Open Government Resource Manual | Data Breach Resources | Keep Washington Working Act FAQ for Law Enforcement
AG Opinions | Opinions by Year | Opinions by Topic | Opinion Requests
Employment | Experience Excellence | Employee Testimonials | Attorneys & Law Clerks | General Employment Opportunities | Exempt Positions | WA Management Service | Volunteer and Internship Opportunities | Diversity | Office Locations

Contact Us | Privacy Notice | Accessibility Policy | Employee Resources | Rulemaking Activity | Access Washington | Contact Webmaster

1125 Washington St SE • PO Box 40100 • Olympia, WA 98504 • (360) 753-6200
OFFICE HOURS: 8:00 AM - 5:00 PM Monday - Friday   Closed Weekends & State Holidays