# Viviana Gonzalez Gomez

| | |
|---|---|
| **From:** | Arthur West <awestaa@gmail.com> |
| **Sent:** | Thursday, February 20, 2025 10:56 AM |
| **To:** | RID_ECF_INTAKE; daniel.s.schwei_usdoj.gov; alex.hemmer@ilag.gov; laura.faer@doj.ca.gov; Angela.Cai@njoag.gov; srice@riag.ri.gov; katherine.dirks@mass.gov; ACL@azag.gov; shannon.stevenson@coag.gov; joshua.bendor_azag_gov; ian.liston@delaware.gov; Michael.skold@ct.gov; Andrew.mendrala@dc.gov; kaliko.d.fernandes_hawaii_gov; akirschner@oag.state.md.us; jason.anton@maine.gov; Banghart-LinnL@michigan.gov; liz.kramer@ag.state.mn.us; hstern_ag.nv.gov; dmosteller@ncdoj.gov; asamant@nmdoj.gov; Tina.BeattyWalters@doj.oregon.gov; Hughes, Andrew (ATG); leah.brown@atg.wa.gov; Jonathan.rose@vermont.gov |
| **Subject:** | West's Motion to Reconsider/For Leave to File Amicus Brief |
| **Attachments:** | FEB 20 MOTION TO RECONSIDER FINAL.pdf; Governor Josh Green, M.D.  Office of the Governor — News Release — Governor Green Applauds Federal .pdf; Brown Statement.pdf; ORDER DENYING INTERVENTION AND GRANTING AMICUS STATUS.pdf; national leage of legislatures motion.pdf; 5436 SBR LAW OC 25.pdf; Docket No.  FAA-2024-2006 Spacex Revsed EA Public Comment.pdf |
| **Categories:** | Being Worked on VGG |

**CAUTION - EXTERNAL:**

Ms. Kenny:

Thank you for your previous assistance.
Please find attached, West's Motion for
Reconsideration/For Leave to File Amicus
Brief, with Exhibits.
Thanks again.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.