# Viviana Gonzalez Gomez

| | |
|---|---|
| **From:** | Anne Armstrong <annearmstrongri@gmail.com> |
| **Sent:** | Monday, February 24, 2025 11:08 AM |
| **To:** | RID_ECF_INTAKE; Alan Gordon |
| **Subject:** | Amicus leave and brief for C.A. No. 25-cv-39-JJM-PAS |
| **Attachments:** | Armstrong Motion Amicus.pdf; Armstrong Brief Amicus.pdf |
| **Categories:** | Being Worked on VGG |

**CAUTION - EXTERNAL:**

God bless you and thank you.

Can you open these?

In joyful hope,

   Deaconess Anne

I have a vision for our state where common sense, compassion, and cooperation can re-create Rhode Island into a place where everyone can live in abundance.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.