UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEW YORK ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP ET AL.,<br><br>Defendants. | C.A. No. 1:25-cv-00039-JJM-PAS |

**DECLARATION OF SERVICE ON DEFENDANTS**

I hereby declare as follows:

1. I am over the age of eighteen and am not a party to this litigation.

2. On February 13, 2025, I received summonses directed to defendants Cameron Hamilton, Denise Carter, U.S. Department of Education, U.S. Department of Energy, U.S. Department of Labor, U.S. Department of Justice, Donald Trump, Dorothy Fink, U.S. Department of Transportation, U.S. Environmental Protection Agency, U.S. Federal Emergency Management Agency, U.S. Department of Health and Human Services, U.S. Department of Homeland Security, Ingrid Kolb, James Payne, James McHenry, Judith Kaleta, Kristi Noem, Matthew Vaeth, The National Science Foundation, U.S. Office of Management and Budget, Patricia Collins, Scott Bessent, Sethuraman Panchanathan, U.S. Department of Treasury, and Vince Micone.

3. On February 14, 2025, I sent the summonses described in the preceding paragraph, along with copies of the Corrected Complaint (ECF No. 27 with all attachments), by certified mail as follows:

| Summons Directed To: | Documents Addressed and Mailed To: |
|---|---|
| Cameron Hamilton | Cameron Hamilton, in his official capacity as Acting Administrator of the U.S. Federal Emergency Management Agency<br>500 C Street, S.W., Washington, DC 20472 |
| Denise Carter | Denise Carter, in her official capacity as Acting Secretary of Education<br>400 Maryland Ave., S.W., Washington, DC 20202 |
| U.S. Department of Education | U.S. Department of Education<br>400 Maryland Ave., S.W., Washington, DC 20202 |
| U.S. Department of Energy | U.S. Department of Energy<br>1000 Independence Ave., S.W., Washington DC 20585 |
| U.S. Department of Labor | U.S. Department of Labor<br>200 Constitution Ave., N.W., Washington DC 20210 |
| U.S. Department of Justice | U.S. Department of Justice<br>950 Pennsylvania Ave., N.W., Washington, DC 20530-0001 |
| Donald Trump | Donald Trump, in his capacity as President of the United States<br>1600 Pennsylvania Ave. N.W., Washington, DC 20500 |
| M.D. Dorothy A. Fink | M.D. Dorothy A. Fink, in her official capacity as Acting Secretary of Health and Human Services<br>200 Independence Ave., S.W., Washington, DC 20201 |
| U.S. Department of Transportation | U.S. Department of Transportation<br>1200 New Jersey Ave., S.E., Washington, DC 20590 |
| U.S. Environmental Protection Agency | U.S. Environmental Protection Agency<br>1200 Pennsylvania Ave., N.W., Washington DC 20460 |
| U.S. Federal Emergency Management Agency | U.S. Federal Emergency Management Agency<br>500 C Street, S.W., Washington, DC 20472 |
| U.S. Department of Health and Human Services | U.S. Department of Health and Human Services<br>200 Independence Ave., S.W., Washington, DC 20201 |
| U.S. Department of Homeland Security | U.S. Department of Homeland Security, Office of General Counsel<br>245 Murray Ln., S.W., Mail Stop 0485, Washington, DC 20258-0485 |
| Ingrid Kolb | Ingrid Kolb, in her official capacity as Acting Secretary of the U.S. Department of Energy<br>1000 Independence Ave., S.W., Washington DC 20585 |
| James Payne | James Payne, in his official capacity as Acting Administrator of the U.S. Environmental Protection Agency<br>1200 Pennsylvania Ave., N.W., Washington DC 20460 |
| James R. McHenry III | James R. McHenry, III, in his official capacity as Acting Attorney General of the U.S. Department of Justice<br>950 Pennsylvania Ave., N.W., Washington, DC 20530-0001 |
| Judith Kaleta | Judith Kaleta, in her official capacity as Acting Secretary of Transportation<br>1200 New Jersey Ave., S.E., Washington, DC 20590 |

| Summons Directed To: | Documents Addressed and Mailed To: |
|---|---|
| Kristi Noem | Kristi Noem, in her official capacity as Secretary of the U.S. Dept. of Homeland Security, 245 Murray Ln. S.W., Washington, DC 20528-0485 |
| Matthew Vaeth | Matthew Vaeth, in his official capacity as Acting Director of the US Office of Management and Budget 725 17th St., N.W., Washington, DC 20503 |
| The National Science Foundation | The National Science Foundation 2415 Eisenhower Avenue, Alexandria, VA 22314 |
| US Office of Management and Budget | US Office of Management and Budget 725 17th St., N.W., Washington, DC 20503 |
| Patricia Collins | Patricia Collins, in her official capacity as Treasurer of the U.S. 1500 Pennsylvania Ave., N.W., Washington, DC 20220 |
| Scott Bessent | Scott Bessent, in his official capacity as Secretary of the Treasury 1500 Pennsylvania Ave., N.W., Washington, DC 20220 |
| Dr. Sethuraman Panchanathan | Dr. Sethuraman Panchanathan in his capacity as Director of The National Science Foundation 2415 Eisenhower Avenue, Alexandria, VA 22314 |
| U.S. Department of the Treasury | U.S. Department of the Treasury 1500 Pennsylvania Ave., N.W., Washington, DC 20220 |
| Vince Micone | Vince Micone, in his official capacity as Acting Secretary of Labor 200 Constitution Ave., N.W., Washington DC 20210 |

4. On February 19, 2025, I hand-delivered a copy of the documents described in the preceding paragraph to the Office of the United States Attorney for the District of Rhode Island at 1 Financial Plaza, 17th Floor, Providence, RI 02903.

5. On February 19, 2025, I received summonses directed to defendants Doug Burgum, Corporation for National and Community Service, U.S. Department of Commerce, Douglas Collins, U.S. Department of Defense, U.S. Department of the Interior, U.S. Department of Veterans Affairs, Peter Hegseth, U.S. Department of Housing and Urban Development, Michelle King, National Aeronautics and Space Administration, Jeremy Pelter, Janet Petro, Marco Rubio, U.S. Small Business Administration, U.S. Social Security Administration, U.S. Department of State, Jennifer Bastress Tahmasebi, Scott Turner, U.S. Agency for International Development, U.S. Department of Agriculture, Gary Washington, and Everett Woodel.

6. On February 19, 2025, I hand-delivered a copy of the summonses described in the preceding paragraph, along with copies of the Amended Complaint (ECF No. 114 with all attachments) and the States' Motion for Preliminary Injunction (ECF No. 67), to the Office of the United States Attorney for the District of Rhode Island at 1 Financial Plaza, 17th Floor, Providence, RI 02903.

7. All foregoing documents that were hand-delivered were left with Sara Bloom, Acting United States Attorney for the District of Rhode Island.

I declare under penalty of perjury that the foregoing is true and correct.

2.25.2025
Date

Signature

William J Piva Jr
Printed Name