## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEW YORK, *et al.* | |
| *Plaintiffs,* | |
| v. | C.A. No. 1:25-cv-00039-JJM-PAS |
| DONALD TRUMP, *et al.* | |
| *Defendants.* | |

## DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS

I hereby declare as follows:

1.      I am over the age of eighteen and am not a party to this litigation.

2.      I received summonses directed to defendants, U.S. Department of the Interior, Doug Burgum, U.S. Department of Agriculture, Gary Washington, U.S. Department of Housing and Urban Development, Scott Turner, U.S. Department of State, U.S. Agency for International Development, Marco Rubio, U.S. Department of Defense, Peter Hegseth, U.S. Department of Veterans Affairs, Doug Collins, U.S. Department of Commerce, Jeremy Pelter, National Aeronautics and Space Administration, Janet Petro, Corporation for National and Community Service, Jennifer Bastress Tahmasebi, U.S. Social Security Administration, Michelle King, U.S. Small Business Administration, and Everett Woodel.

3.      On February 18, 2025, I sent copies of the summonses described in the preceding paragraph, along with copies of the Amended Complaint (Dkt. No. 114 and attachment) and Motion for Preliminary Injunction (Dkt. No. 67) by certified mail to the defendants as follows:

| Summons Directed To: | Summons, Complaint, and PI Papers Mailed To: |
|---|---|

| | |
|---|---|
| | |
| | |
| U.S. Department of the Interior<br><br>Doug Burgum | U.S. Department of the Interior<br>Office of the Solicitor<br>1849 C Street, N.W.<br>Washington, D.C. 20240 |
| | |
| U.S. Department of Agriculture<br><br>Gary Washington | U.S. Department of Agriculture<br>Office of the General Counsel<br>Room 107W, Whitten Building<br>1400 Independence Ave, S.W.<br>Washington, D.C. 20250-1400 |
| U.S. Department of Housing and Urban Development<br><br>Scott Turner | The Associate General Counsel for Litigation<br>Office of Litigation<br>U.S. Department of Housing and Urban<br>  Development<br>451 Seventh Street, S.W.<br>Washington, D.C. 20410 |
| U.S. Department of State<br><br>Marco Rubio | The Executive Office of the Legal Adviser and<br>  Bureau of Legislative Affairs, Suite 5.600<br>600 19th Street, N.W.<br>Washington DC 20522 |
| U.S. Agency for International Development | U.S. Agency for International Development<br>Office of the General Counsel<br>1300 Pennsylvania Ave., N.W.<br>Washington, D.C. 20523 |
| U.S. Department of Defense<br><br>Peter Hegseth | U.S. Department of Defense<br>Office of the General Counsel<br>1600 Defense Blvd.<br>The Pentagon<br>RM 3C962<br>Washington, D.C. 20301 |
| U.S. Department of Veterans Affairs<br><br>Doug Collins | U.S. Department of Veterans Affairs<br>Office of the General Counsel<br>810 Vermont Ave., N.W.<br>Washington, D.C. 20420 |
| U.S. Department of Commerce<br><br>Jeremy Pelter | U.S. Department of Commerce<br>Office of the General Counsel<br>Mail Stop 5875<br>1401 Constitution Ave., N.W.<br>Washington, D.C. 20230 |

| National Aeronautics and Space Administration<br><br>Janet Petro | Office of the General Counsel<br>NASA Headquarters<br>300 E St., S.W.<br>Suite 9V30<br>Washington, D.C. 20546 |
|---|---|
| Corporation for National and Community Service<br><br>Jennifer Bastress Tahmasebi | General Counsel<br>Corporation for National and Community Service<br>250 E St., S.W.<br>Washington, D.C. 20525 |
| U.S. Social Security Administration<br><br>Michelle King | Office of the General Counsel<br>U.S. Social Security Administration<br>6401 Security Blvd.<br>Baltimore, MD 21235 |
| U.S. Small Business Administration<br><br>Everett Woodel | Office of General Counsel<br>U.S. Small Business Administration<br>403 3rd St., S.W.<br>Washington, D.C. 20416 |
| United States of America | Attorney General of the United States<br>950 Pennsylvania Ave. N.W.<br>Washington, DC 20530 |

I declare under penalty of perjury that the foregoing is true and correct.

2-21-25
Date

_anthony Petino_
Signature

ANThoNY PetiNo
Printed Name