# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, et al.,<br><br>Defendants. | C.A. No. 1:25-cv-00039 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff States write to notify the Court of supplemental authority relevant to their pending motion for a preliminary injunction (ECF 67): an opinion issued by the U.S. District Court for the District of Columbia granting plaintiffs' motion for a preliminary injunction in *National Council of Nonprofits v. OMB*, No. 1:25-cv-00239 (D.D.C.) (AliKhan, J.), which likewise challenges the OMB Directive and associated funding freezes. The opinion, which is attached here as Exhibit A, holds (among other things) that the plaintiffs' claims there are not moot; that the OMB Directive is final agency action under the Administrative Procedure Act ("APA"); that the funding freeze put in place by the Directive is arbitrary and capricious, in violation of the APA; and that the plaintiffs are entitled to injunctive relief.

Dated: February 25, 2025                                                  Respectfully Submitted,

**PETER F. NERONHA**                                            **LETITIA JAMES**
Attorney General for the State of Rhode Island     Attorney General for the State of New York

<div style="display: flex;">

<div>

By: /s/ Kathryn M. Sabatini
Kathryn M. Sabatini (RI Bar No. 8486)
Civil Division Chief
Special Assistant Attorney General
Sarah W. Rice (RI Bar No. 10465)
Deputy Chief, Public Protection Bureau
Assistant Attorney General
Leonard Giarrano IV (RI Bar No. 10731)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2054
ksabatini@riag.ri.gov
srice@riag.ri.gov
lgiarrano@riag.ri.gov

**ROB BONTA**
Attorney General for the State of California

By: /s/ Laura L. Faer
Laura L. Faer*
Supervising Deputy Attorney General
Christine Chuang*
Supervising Deputy Attorney General
Nicholas Green*
Carly Munson*
Kenneth Sugarman*
Theodore McCombs*
Marie Logan*
Deputy Attorneys General
California Attorney General's Office
1515 Clay St.
Oakland, CA 94612
(510) 879-3304
Laura.Faer@doj.ca.gov
Christine.Chuang@doj.ca.gov
Nicholas.Green@doj.ca.gov
Carly.Munson@doj.ca.gov
Kenneth.Sugarman@doj.ca.gov
Theodore.McCombs@doj.ca.gov
marie.logan@doj.ca.gov

</div>

<div>

By: /s/ Rabia Muqaddam
Rabia Muqaddam*
Special Counsel for Federal Initiatives
Michael J. Myers*
Senior Counsel
Molly Thomas-Jensen*
Special Counsel
Colleen Faherty*
Special Trial Counsel
Zoe Levine*
Special Counsel for Immigrant Justice
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
michael.myers@ag.ny.gov
molly.Thomas-Jensen@ag.ny.gov
colleen.Faherty@ag.ny.gov
zoe.Levine@ag.ny.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ Alex Hemmer
Alex Hemmer*
Deputy Solicitor General
R. Henry Weaver*
Assistant Attorney General
115 S. LaSalle St.
Chicago, Illinois 60603
(312) 814-5526
Alex.Hemmer@ilag.gov
Robert.Weaver@ilag.gov

</div>

</div>

| | |
|---|---|
| **ANDREA JOY CAMPBELL**<br>Attorney General for the Commonwealth of Massachusetts<br><br>By: */s/ Katherine B. Dirks*<br>Katherine B. Dirks*<br>Deputy Chief, Government Bureau<br>Turner Smith*<br>Deputy Chief, Energy and Environment Bureau<br>Anna Lumelsky*<br>Deputy State Solicitor<br>1 Ashburton Pl.<br>Boston, MA  02108<br>(617.963.2277)<br>katherine.dirks@mass.gov<br>turner.smith@mass.gov<br>anna.lumelsky@mass.gov | **MATTHEW J. PLATKIN**<br>Attorney General for the State of New Jersey<br><br>By: */s/ Angela Cai*<br>Angela Cai*<br>Executive Assistant Attorney General<br>Jeremy M. Feigenbaum*<br>Solicitor General<br>Shankar Duraiswamy*<br>Deputy Solicitor General<br>25 Market St.<br>Trenton, NJ 08625<br>(609) 376-3377<br>Angela.Cai@njoag.gov<br>Jeremy.Feigenbaum@njoag.gov<br>Shankar.Duraiswamy@njoag.gov |
| **KRISTIN K. MAYES**<br>Attorney General for the State of Arizona<br><br>By: */s/ Joshua D. Bendor*<br>Joshua D. Bendor*<br>Solicitor General<br>Nathan Arrowsmith*<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>(602) 542-3333<br>Joshua.Bendor@azag.gov<br>Nathan.Arroswmith@azag.gov | **WILLIAM TONG**<br>Attorney General for the State of Connecticut<br><br>By: */s/ Michael K. Skold*<br>Michael K. Skold*<br>Solicitor General<br>Jill Lacedonia*<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808 5020<br>Michael.skold@ct.gov<br>Jill.Lacedonia@ct.gov |

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
Solicitor General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6000
shannon.stevenson@coag.gov

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Vanessa L. Kassab*
Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8413
vanessa.kassab@delaware.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, DC 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Jason Anton*
Jason Anton*
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333
207-626-8800
jason.anton@maine.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6424
AKirschner@oag.state.md.us

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Linus Banghart-Linn*
Linus Banghart-Linn*
Chief Legal Counsel
Neil Giovanatti*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 281-6677
Banghart-LinnL@michigan.gov
GiovanattiN@michigan.gov

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**AARON D. FORD**
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
HStern@ag.nv.gov

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: */s/ Anjana Samant*
Anjana Samant*
Deputy Counsel
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov

**JEFF JACKSON**
Attorney General for the State of North Carolina

By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
Associate Deputy Attorney General
PO Box 629
Raleigh, NC 27602
919-716-6026
Dmosteller@ncdoj.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Christina Beatty-Walters*
Christina Beatty-Walters*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Tina.BeattyWalters@doj.oregon.gov

<div style="display: flex;">

<div>

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov


**OFFICE OF THE GOVERNOR** *ex rel.* **ANDY BESHEAR**
in his official capacity as Governor of the Commonwealth of Kentucky

By: /s/ S. Travis Mayo
S. Travis Mayo*
General Counsel
Taylor Payne*
Chief Deputy General Counsel
Laura C. Tipton*
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

</div>

<div>

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s Andrew Hughes*
Andrew Hughes*
Assistant Attorney General
Leah Brown*
Assistant Attorney General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
andrew.hughes@atg.wa.gov
leah.brown@atg.wa.gov


**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s Aaron J. Bibb*
Aaron J. Bibb*
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
BibbAJ@doj.state.wi.us

</div>

</div>

*Admitted *Pro Hac Vice*

6

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I filed the within via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 25th day of February, 2025.

      /s/ Alex Hemmer
      ALEX HEMMER