| | |
|---|---|
| **From:** | Street, Stacey |
| **Sent:** | Monday, February 10, 2025 4:31 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | URGENT: Holds on awards |
| **Importance:** | High |

Good afternoon, all.

AAD is handling for FEMA GO for FY24 awards – ▮ is putting hold toggles on **all** programs listed in the Daily Dash.

For all awards FY23 and prior: put financial holds on *all* of your awards – all open awards, all years (2021, 2022, 2023, 2024).

- ▮, you can toggle in **FEMA GO** and do so for all of your fire-related programs
- ▮, your team will need to go in **ND Grants** and put individual holds on all HSGP and NSGP awards
- ▮, your team will need to go in **ND Grants** and put individual holds on all EMPG, RCPGP, EOCGP, THSGP awards
- ▮, your team will need to go in **ND Grants** and put individual holds on all SLCGP and TCGP awards

Please confirm once completed.

Stacey

Stacey N. Street
Director, Office of Grants Administration
Grant Programs Directorate | Resilience
Office: ▮ | Mobile: ▮
▮

Federal Emergency Management Agency
fema.gov

