U.S. Department of Homeland Security  
Washington, DC 20472



February 14, 2025

| | |
|---|---|
| MEMORANDUM FOR: | Christopher Logan<br>Senior Official Performing the Duties of Deputy Administrator for Resilience |
| | Keith Turi<br>Acting Associate Administrator for Response and Recovery |
| | Monroe Neal<br>Acting Chief Financial Officer |
| | Regional Administrators |
| FROM: | Cameron Hamilton<br>Senior Official Performing the Duties of the Administrator |
| SUBJECT: | Grant Processing Guidance |

On January 28, 2025, Secretary Noem issued the *Direction on Grants to Non-governmental Organizations* memorandum that directs,

> "effective immediately, all Department grant disbursements and assessment of grant applications that: (a) go to non-profit organizations or for which non-profit organizations are eligible, and (b) touch in any way on immigration, are on hold pending review, except to the extent required by the controlling legal authority." … "This hold does not in any way apply to the disbursement of essential disaster relief funds, but it does apply to the Shelter and Services Program, and any other similar program."

As such, I am directing the Agency to implement additional process steps to ensure that Secretary Noem has the opportunity to review relevant obligations, disbursements, and payments as follows:

**<u>Grant Obligations, Disbursements, and Payments Requiring Secretary Noem's Review</u>**

    *(1) Funding for all Non-Governmental Organizations*

Effective immediately, all new obligations to non-governmental organizations and private non-profits, excluding **fire departments** and organizations comprising the **National Urban Search and Rescue System**, must be reviewed by Secretary Noem prior to issuance. In addition, for funds already obligated, all disbursements and payments must be reviewed by Secretary Noem prior to issuance. If and when you becomes aware that a government recipient or sub-receipient has used FEMA funds to pay a non-government organization, I am directing you to report that information to the Secretary.

*(2) Funding for Non-Congregate Sheltering*

Multiple states have used FEMA funding to provide non-congregate sheltering to illegal aliens. Therefore, effective immediately, all new non-congregate sheltering obligations must be reviewed by Secretary Noem prior to obligation. In addition, for funds already obligated, all disbursements and payments must be reviewed by Secretary Noem prior to issuance.

**Grant Obligations to be Provided for Secretary Noem's Visibility**

In addition to the guidance above, I am directing the Agency to ensure full transparency with Secretary Noem. As such, FEMA will leverage the transmittal process specified by Section 507 of the Department of Homeland Security Appropriations Act to notify the DHS Office of the Chief Finance Officer of all pending obligations over $1M. FEMA will notify additional DHS offices or points of contact at Secretary Noem's request.

**Additional Review of Disaster Assistance Programs**

I am directing the Office of Response and Recovery to conduct a review of all disaster relief programs that may indirectly or incidentally aid illegal aliens, or NGOs that provide assistance to illegal aliens. This review shall include the identification of these programs and potential policy changes.

**Hold of Funds Under Shelter and Services Program, Case Management Pilot Program, and Emergency Food and Shelter Program-Humanitarian**

Grants under the Shelter and Services Program (SSP), Case Management Pilot Program (CMPP), and Emergency Food and Shelter Program-Humanitarian (EFSP-H) are on hold, pending a compliance review, per Secretary Noem's direction. No new obligation, disbursement or payment of funds previously obligated may be issued pending additional guidance from Secretary Noem.

**Implementation**

I am directing the Offices of Response and Recovery and Resilience (1)to identify all pending obligations, disbursements, and payments that may require Secretary Noem's review and (2)to proceed with existing processes for obligations, disbursements, and payments that do not require Secretary Noem's review no later than close of business Tuesday, February 18.

I am directing the Office of the Chief Financial Officer, with the Offices of Response and Recovery and Resilience, to begin transmitting pending obligations, disbursements, and payments to Secretary Noem no later than close of business Friday, February 21.

**Conclusion**

This guidance is necessary to ensure that funding is obligated, disbursed, and paid in line with Secretary Noem's direction, and that we can continue to support the communities and disaster survivors who rely on us for assistance. On a weekly basis, I will engage DHS Leadership to determine whether additional or modified criteria must be applied. Therefore, you must ensure that the processes you implement are adaptable to new or adjusted review criteria.