| Grant Program | Grant Number | Federal Agency | State | Funding Recipient |
|---|---|---|---|---|
| Emergency Management Performance Grant | EMF-2024-05013 | FEMA | AZ | AZ DEMA |
| Nonprofit Security Grant Program | EMW-2022-UA-00008; EMW-2023-UA-00017 | FEMA | AZ | AZDOHS |
| Cooperative Technical Partnership (CTP) Program | EMF-2022-CA-00014 | FEMA | CA | Governor's Office of Land Use and Climate Innovation |
| Building Resilient Infrastructure and Communities (BRIC) | | FEMA | CO | Colorado Division of Homeland Security & Emergency Management (DHSEM) |
| Emergency Operations Center Grant Program | EMD-2023-EO-00003, EMD-2022-EO-00001 | FEMA | CO | Colorado Division of Homeland Security & Emergency Management (DHSEM) |
| Flood Mitigation Assistance (FMA) | | FEMA | CO | Colorado Division of Homeland Security & Emergency Management (DHSEM) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2022-CA-00022 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2022-CA-00027 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2022-CA-00024 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2022-CA-00028 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2022-CA-00018 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2022-CA-00020 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2020-CA-00020 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2022-CA-00024 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2020-CA-00021 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2019-CA-00049 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2022-CA-00023 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2019-CA-00037 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2019-CA-00038 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2020-CA-00025 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2019-CA-00057 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2018-CA-00014 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2021-CA-0027 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2021-CA-0025 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2019-CA-00050 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2022-CA-00021 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2021-CA-0029 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2021-CA-0026 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2022-CA-00018 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2019-CA-00034 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2020-CA-00027 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2018-CA-00011 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2019-CA-00028 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2020-CA-00021 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2021-CA-0025 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2019-CA-00031 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2021-CA-0024 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2021-CA-0029 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2022-CA-00023 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Floodplain Mapping Program - Cooperating Technical Partnership Award | EMD-2021-CA-0028 | FEMA | CO | Colorado Department of Natural Resources (DNR) |
| Hazard Mitigation Grant Program (HMGP) | | FEMA | CO | Colorado Division of Homeland Security & Emergency Management (DHSEM) |
| Hazard Mitigation Grant Program Post Fire (HMGP Post Fire) | | FEMA | CO | Colorado Division of Homeland Security & Emergency Management (DHSEM) |
| Homeland Security Grant Program | EMW-2023-SS-00050, EMW-2022-SS-00041, EMW-2021-S | FEMA | CO | Colorado Division of Homeland Security & Emergency Management (DHSEM) |
| Nonprofit Security Grant Program | EMW-2023-UA-00047, EMW-2022-UA-00040, EMW-2021- | FEMA | CO | Colorado Division of Homeland Security & Emergency Management (DHSEM) |
| Shelter and Services Program Grant | | FEMA | CO | Colorado Division of Homeland Security & Emergency Management (DHSEM) |
| State and Local Cybersecurity Grant Program | EMW-2023-CY-00061, EMW-2022-CY-00045 | FEMA | CO | Colorado Division of Homeland Security & Emergency Management (DHSEM) |
| Targeted Violence and Terrorism Prevention Grant Program | EMW-2023-GR-00129 | FEMA | CO | Colorado Division of Homeland Security & Emergency Management (DHSEM) |
| Community Assistance Program – State Support Services Element (CAP-SSSE) | | FEMA | CT | CT DEEP |
| Cooperating Technical Partners (CTP) | EMF-2021-CA-00003 | FEMA, Homeland Security | HI | DLNR - ENG |
| Homeland Security Program FY 2021 | EMW-2021-SS-00030 | FEMA | HI | Hawaii Department of Law Enforcement |
| Homeland Security Program FY 2022 | EMW-2022-SS-00026 | FEMA | HI | Hawaii Department of Law Enforcement |
| Homeland Security Program FY 2023 | EMW-2023-SS-00026 | FEMA | HI | Hawaii Department of Law Enforcement |
| Homeland Security Program FY 2024 | EMW-2024-SS-05015 | FEMA | HI | Hawaii Department of Law Enforcement |
| Nonprofit Security Grant Program FY 2022 | EMW-2022-UA-00027 | FEMA | HI | Hawaii Department of Law Enforcement |
| Nonprofit Security Grant Program FY 2023 | EMW-2023-UA-00028 | FEMA | HI | Hawaii Department of Law Enforcement |
| Nonprofit Security Grant Program FY 2024 | EMW-2024-UA-05010 | FEMA | HI | Hawaii Department of Law Enforcement |
| Port Security Grant Program FY 2021 | EMW-2021-PU-00060 | FEMA | HI | Hawaii Department of Law Enforcement |
| State and Local Cybersecurity Grant Program FY 2022 | EMW-2022-CY-00024 | FEMA | HI | Hawaii Department of Law Enforcement |
| State and Local Cybersecurity Grant Program FY 2023 | EMW-2023-CY-00021 | FEMA | HI | Hawaii Department of Law Enforcement |
| State and Local Cybersecurity Grant Program FY 2024 | EMW-2024-CY-05274 | FEMA | HI | Hawaii Department of Law Enforcement |
| Targeted Violence and Terrorism Prevention Grant Program FY 2024 | EMW-2024-GR-05133 | FEMA | HI | Hawaii Department of Law Enforcement |
| Homeland Security Grant Program - 2021 | EMW-2021-SS-0001 | FEMA | IL | IEMA-OHS |

| Program | Grant Number | Agency | State | Recipient |
|---|---|---|---|---|
| Homeland Security Grant Program - 2022 | EMW-2022-SS-00025 | FEMA | IL | IEMA-OHS |
| Homeland Security Grant Program - 2022 | EMW-2023-SS-00013 | FEMA | IL | IEMA-OHS |
| Nonprofit Security Grant Program - 2021 | EMW-2021-UA-0002 | FEMA | IL | IEMA-OHS |
| Nonprofit Security Grant Program - 2022 | EMW-2022-UA-00013 | FEMA | IL | IEMA-OHS |
| Nonprofit Security Grant Program - 2023 | EMW-2023-UA-00013 | FEMA | IL | IEMA-OHS |
| Cooperating Technical Partners | EMA-2016-CA-00004 | FEMA | KY | KY Energy and Environment Cabinet (EEC) |
| Cooperating Technical Partners | EMA-2017-CA-00005 | FEMA | KY | KY Energy and Environment Cabinet (EEC) |
| Cooperating Technical Partners | EMA-2018-CA-00007 | FEMA | KY | KY Energy and Environment Cabinet (EEC) |
| Cooperating Technical Partners | EMA-2019-CA-00024 | FEMA | KY | KY Energy and Environment Cabinet (EEC) |
| Cooperating Technical Partners | EMA-2020-CA-00013 | FEMA | KY | KY Energy and Environment Cabinet (EEC) |
| Cooperating Technical Partners | EMA-2021-CA-00006 | FEMA | KY | KY Energy and Environment Cabinet (EEC) |
| Cooperating Technical Partners | EMA-2022-CA-00023 | FEMA | KY | KY Energy and Environment Cabinet (EEC) |
| Cooperating Technical Partners | EMA-2023-CA-05024 | FEMA | KY | KY Energy and Environment Cabinet (EEC) |
| Cooperating Technical Partners | EMA-2024-CA-05012 | FEMA | KY | KY Energy and Environment Cabinet (EEC) |
| FEMA Non-Disasters - FEMA GO | | FEMA | KY | DMA/KYEM |
| FEMA Non-Disasters - PARS | | FEMA | KY | DMA/KYEM |
| Map & Modernization & Risk Mapping LOMR | | FEMA | KY | KY Energy and Environment Cabinet (EEC) |
| National Dam Safety Program (NDSP) State Assistance Grant-Infrastructure | | FEMA | KY | KY Energy and Environment Cabinet (EEC) |
| Community Assistance Program (CAP) – State Support Services Element (SSSE) Grant | | FEMA | MA | MA DCR |
| High Hazard Potential Dam Program (FY20 $378K) | | FEMA | MA | MEMA --> MA DCR |
| Emergency Management Performance Grant | EMP-2023-EP-0001 | FEMA | MD | Maryland Department of Emergency Management |
| Emergency Operations Center Grant Program | EMP-2023-EO-00001 | FEMA | MD | Maryland Department of Emergency Management |
| Homeland Security Grant Program | EMW-2021-SS-00047 | FEMA | MD | Maryland Department of Emergency Management |
| Homeland Security Grant Program | EMW-2021-SS-00047 | FEMA | MD | Maryland Department of Emergency Management |
| Homeland Security Grant Program | EMW-2022-SS-00009 | FEMA | MD | Maryland Department of Emergency Management |
| Homeland Security Grant Program | EMW-2022-SS-00009 | FEMA | MD | Maryland Department of Emergency Management |
| Homeland Security Grant Program | EMW-2023-SS-00011 | FEMA | MD | Maryland Department of Emergency Management |
| Homeland Security Grant Program | EMW-2023-SS-00011 | FEMA | MD | Maryland Department of Emergency Management |
| Nonprofit Security Grant Program | EMW-2022-UA-00006-S01 | FEMA | MD | Maryland Department of Emergency Management |
| Nonprofit Security Grant Program | EMW-2023-UA-00010 | FEMA | MD | Maryland Department of Emergency Management |
| Regional Catastrophic Preparedness Grant Program | EMP-2022-CA-00011 | FEMA | MD | Maryland Department of Emergency Management |
| State and Local Cybersecurity Grant Program | EMW-2022-CY-00028-501 | FEMA | MD | Maryland Department of Emergency Management |
| State and Local Cybersecurity Grant Program | EMW-2023-CY-00006 | FEMA | MD | Maryland Department of Emergency Management |
| Targeted Violence Prevention Program | EMW-2022-GR-00056-S01 | FEMA | MD | Maryland Department of Emergency Management |
| Emergency Management Performance Grant | EMB-2023-EP-00004 | FEMA | ME | Maine Emergency Management Agency |
| Homeland Security Grant Program | EMW-2021-UA-00065 | FEMA | ME | Maine Emergency Management Agency |
| Homeland Security Grant Program | EMW-2022-UA-00032 | FEMA | ME | Maine Emergency Management Agency |
| Homeland Security Grant Program | EMW-2023-UA-00012 | FEMA | ME | Maine Emergency Management Agency |
| Nonprofit Security Grant Program | EMW-2021-UA-00057 | FEMA | ME | Maine Emergency Management Agency |
| Nonprofit Security Grant Program | EMW-2022-UA-00032 | FEMA | ME | Maine Emergency Management Agency |
| Nonprofit Security Grant Program | EMW-2023-UA-00012 | FEMA | ME | Maine Emergency Management Agency |
| Pre-Disaster Mitigation | EMB-2023-PD-004 | FEMA | ME | Maine Emergency Management Agency |
| Community Assistance Program - State Support Services Elements | EMC-2024-GR-05009 | FEMA | MI | MI Dep't of Environment, Great Lakes, and Energy (EGLE) |
| Emergency Management Preparedness Grant - FY 23 | EMC-2023-EP-00005 | FEMA | MI | Michigan State Police |
| Emergency Management Preparedness Grant - FY 24 | | FEMA | MI | Michigan State Police |
| Emergency Operations Center Grant - 22 | EMW-2023-GR-00015 | FEMA | MI | Michigan State Police |
| Emergency Operations Center Grant - 23 | EMC-2023-EO-00002 | FEMA | MI | Michigan State Police |
| Homeland Security Grant Program FY21 | EMW-2021-SS-00011 | FEMA | MI | Michigan State Police |
| Homeland Security Grant Program FY22 | EMW-2022-SS-00031 | FEMA | MI | Michigan State Police |
| Homeland Security Grant Program FY23 | EMW-2023-SS-00022 | FEMA | MI | Michigan State Police |
| Nonprofit Security Grant Program FY21 | EMW-2021-UA-00050 | FEMA | MI | Michigan State Police |
| Nonprofit Security Grant Program FY22 | EMW-2022-UA-00031 | FEMA | MI | Michigan State Police |
| Nonprofit Security Grant Program FY23 | EMW-2023-UA-00039 | FEMA | MI | Michigan State Police |
| Nonprofit Security Grant Program FY24 | EMW-2024-UA-05052 | FEMA | MI | Michigan State Police |
| Pre-Disaster Mitigation Grant - 19 | EMC-2021-PC-001 | FEMA | MI | Michigan State Police |
| Pre-Disaster Mitigation Grant - 22 | EMC-2022-PD-0002 | FEMA | MI | Michigan State Police |
| Pre-Disaster Mitigation Grant - 23 | EMC-2023-PD-0001 | FEMA | MI | Michigan State Police |
| Pre-Disaster Mitigation Grant - 24 | EMC-2024-PD-0001 | FEMA | MI | Michigan State Police |
| Safeguarding Tomorrow Revolving Loan Fund Program FY24 | | FEMA | MI | Michigan State Police |
| State and Local Cybersecurity Grant (SLCGP) - 22 | EMW-2022-CY-00003 | FEMA | MI | Michigan State Police |
| State and Local Cybersecurity Grant (SLCGP) - 23 | EMW-2023-CY-00010 | FEMA | MI | Michigan State Police |
| Targeted Violence and Terrorism Prevention Grant | EMW-2023-GR-00015 | FEMA | MI | Michigan State Police |
| Community Assistance Program – State Support Services Element (CAP-SSSE) | EMN-2024-GR-05017 | FEMA | NJ | NJDEP |

| Program | Grant ID | Agency | State | Recipient |
|---|---|---|---|---|
| Coordinating Technical Partners (CTP) Period of Performance | EMN-2020-CA-00063-S01 | FEMA | NJ | New Jersey Department of Environmental Protection |
| Coordinating Technical Partners (CTP) Period of Performance | EMN-2021-CA-00004-S01 | FEMA | NJ | New Jersey Department of Environmental Protection |
| Coordinating Technical Partners (CTP) Period of Performance | EMN-2022-CA-00017 | FEMA | NJ | New Jersey Department of Environmental Protection |
| Community Assistance Program – State Support Services Element (CAP-SSSE) | EMN-2024-GR-05016 | FEMA | NY | NYSDEC |
| Building Resilient Infrastructure and Communities (BRIC) (2020) | EMC-2020-BR-009 | FEMA | WI | WI Department of Military Affairs |
| Building Resilient Infrastructure and Communities (BRIC) (2021) | EMC-2021-BR-064 | FEMA | WI | WI Department of Military Affairs |
| Building Resilient Infrastructure and Communities (BRIC) (2022) | EMC-2022-BR-008 | FEMA | WI | WI Department of Military Affairs |
| Building Resilient Infrastructure and Communities (BRIC) (2023) | EMC-2023-BR-004 | FEMA | WI | WI Department of Military Affairs |
| Emergency Management Performance Grant (2023) | EMC-2023-EP-00002 | FEMA | WI | WI Department of Military Affairs |
| Emergency Management Performance Grant (2024) | EMC-2024-EP-05004 | FEMA | WI | WI Department of Military Affairs |
| Emergency Operations Center (2024) | EMC-2024-EO-05001 | FEMA | WI | WI Department of Military Affairs |
| Flood Mitigation Assistance (2020) | EMC-2020-FM-043 | FEMA | WI | WI Department of Military Affairs |
| Homeland Security Grant Program (2024) | EMW-2024-SS-05237 | FEMA | WI | WI Department of Military Affairs |
| Legislative Pre-Disaster Mitigation (2022) | EMC-2022-PD-0001 | FEMA | WI | WI Department of Military Affairs |
| Legislative Pre-Disaster Mitigation (2023) | EMC-2023-PD-0002 | FEMA | WI | WI Department of Military Affairs |
| Nonprofit Security Grant Program (2024) | EMW-2024-UA-05153 | FEMA | WI | WI Department of Military Affairs |
| Pre-Disaster Mitigation (2019) | EMC-2020-PC-0005 | FEMA | WI | WI Department of Military Affairs |
| Shelter and Services Program Grant (2024) | EMW-2024-SP-05172 | FEMA | WI | WI Department of Military Affairs |
| State and Local Cyber Security (2022) | EMW-2022-CY-00053 | FEMA | WI | WI Department of Military Affairs |
| State and Local Cyber Security (2023) | EMW-2023-CY-00052 | FEMA | WI | WI Department of Military Affairs |
| State and Local Cybersecurity Grant Program (2024) | EMW-2024-CY-05240 | FEMA | WI | WI Department of Military Affairs |