UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-39 (JJM) |

## DEFENDANTS' NOTICE OF COMPLIANCE REGARDING FEMA PAYMENTS

Defendants respectfully submit this Notice of Compliance Regarding FEMA Payments, as required by the Court's corrected Order enforcing the preliminary injunction with respect to funding administered by the Federal Emergency Management Agency (FEMA), *see* ECF No. 175. Specifically, Paragraph 4 of the Court's corrected Order directed that "FEMA shall file notice with this Court within 10 days, evidencing its payment to the States of each of the challenged payments this Order effected." *Id.* at 15 ¶ 4.

In submitting this status report, Defendants do not concede that the Court's Order "effected" each of the payments listed in the attached spreadsheet. As Defendants previously stated in their Opposition to Plaintiffs' Renewed Second Motion to Enforce Regarding FEMA Funding, prior to the Court's April 4, 2025 Order enforcing the preliminary injunction with respect to FEMA, FEMA was already working to process the Plaintiff States' payment requests (while also seeking to

implement its manual review process). *See* ECF No. 172 at 14; *see also* 3d Hamilton Decl. ¶ 10, ECF No. 172-1. Given that FEMA was already working to process the Plaintiff States' payment requests prior to the Court's Order, Defendants do not concede that the Court's Order "effected" any specific subsequent payments.

In light of the above, and in an effort to fully comply with the Court's Order, FEMA has prepared a list of all grant payments made to the Plaintiff States (and any instrumentality of a Plaintiff State) since the Court issued its April 4, 2025 enforcement Order. That list will necessarily include "each of the challenged payments [the Court's] Order effected." ECF No. 175 at 15 ¶ 4. Therefore, attached hereto is a list of all grant payments made by FEMA to the Plaintiff States (and any instrumentality of a Plaintiff State) between April 4, 2025 and 12:43 p.m. EST on April 21, 2025. As detailed in the attached, the total payments made by FEMA to the Plaintiff States in that time period amounted to over $2.2 billion.

Defendants respectfully submit that they have fully complied with the Court's Order. Defendants respectfully request that the Court notify Defendants if they have misunderstood the intended scope of the Court's Order.

Dated: April 24, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

DANIEL SCHWEI
Special Counsel

*/s/    Andrew F. Freidah*
ANDREW F. FREIDAH
EITAN R. SIRKOVICH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:   (202) 305-0879
Fax:   (202) 616-8470
Email:   andrew.f.freidah@usdoj.gov

*Counsel for Defendants*

## CERTIFICATION OF SERVICE

    I hereby certify that on April 24, 2025, I electronically filed the within Certification with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System, thereby serving it on all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 305.

                                        /s/ *Andrew F. Freidah*
                                        Andrew F. Freidah