| Sum of GL_AMOUNT | | | |
|---|---|---|---|
| VENDOR_STATE | BOC description | Program Description | Total |
| AZ | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 195,563.65 |
| AZ | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE   (SAFER) | 2,053,132.49 |
| AZ | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS URBAN AREA SECURITY INITIATIVE URBAN AREA SECURITY | 1,290,892.36 |
| AZ | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA CYBERSECURITY - GPD | 1,060,473.69 |
| AZ | GRANTS SUBSIDIES AND CONTRIBUTIONS | SHSGP OPERATION STONEGARDEN | 4,859,159.03 |
| AZ | GRANTS SUBSIDIES AND CONTRIBUTIONS | UASI NONPROFIT | 311,447.26 |
| AZ | Hazard Mitigation Grant | COVID-19 | 31,401.45 |
| AZ | Hazard Mitigation Grant | R-9 ARIZONA 05/18/20 EAST DESERT FIRE | 192,168.86 |
| CA | Disaster Case Management | R9 CALIFORNIA 1/21/2024-1/23/2024 SEVERE STORM AND FLOODING | 293,772.72 |
| CA | Disaster Case Management | R-9 CALIFORNIA, 1/14/23, SEVERE WINTER STORM,     WINDS, FLOODING, LANDSLIDES AND MUDSLIDES | 873,469.39 |
| CA | Disaster Case Management | SEVERE WINTER STORMS, STRAIGHT LINE WINDS, FLOODING     LANDSLIDES, AND MUDSLIDES | 729,323.17 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | BRIC GRANTS NOFO 2020 | 50,550.47 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | BRIC GRANTS NOFO 2022 | 36,549.33 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | FMA GRANTS | 440,033.21 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS BRIC NOFO 2021 | 27,398.34 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 215,751.14 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FHMRA RISK MAP REGIONAL PROGRAM MANAGEMENT | 8,848.18 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 2,562,580.52 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PUBLIC TRANSPORTATION SECURITY ASSISTANCE     RAILROAD SECURITY ASSISTANCE PUBLIC TRANSPORTATION SECURITY | 472,406.87 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE   (SAFER) | 5,807,612.04 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 312,162.00 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS URBAN AREA SECURITY INITIATIVE URBAN AREA SECURITY | 8,374,356.00 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA BRIC GRANTS NOFO 2022 | 34,011.17 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | NATIONAL EARTHQUAKE HAZARD REDUCTION GRANTS | 204,639.38 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | NATIONAL PREDISASTER MITIGATION - PROGRAM | 287,513.55 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | PRE-DISASTER MITIGATION COMMUNITY PROJECT GRANTS | 157,149.80 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | SHSGP NONPROFIT SECURITY | 1,800.00 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | TARGETED VIOLENCE AND TERRORISM PREVENTION - FA | 822.08 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | UASI NONPROFIT | 264,289.00 |
| CA | GRANTS SUBSIDIES AND CONTRIBUTIONS | USAR ADMIN | 67.43 |
| CA | Hazard Mitigation Grant | COVID-19 | 1,188,407.11 |
| CA | Hazard Mitigation Grant | R-09 CALIFORNIA 07/09/17 WALL FIRE | 34,830.85 |
| CA | Hazard Mitigation Grant | R9 - CALIFORNIA - 10/10/2017  WILDFIRES | 2,209,806.80 |
| CA | Hazard Mitigation Grant | R-9  CALIFORNIA 09/22/15 | 141,091.07 |
| CA | Hazard Mitigation Grant | R-9 CALIFORNIA  1/2/18 WILDFIRE | 299,444.14 |
| CA | Hazard Mitigation Grant | R9 CALIFORNIA 1/21/2024-1/23/2024 SEVERE STORM AND FLOODING | 85,722.55 |
| CA | Hazard Mitigation Grant | R9 CALIFORNIA 1/31/2024-2/9/2024 SEVERE STORM, FLOODING,   LANDSLIDES, AND MUDSLIDES | 221,734.52 |
| CA | Hazard Mitigation Grant | R-9 CALIFORNIA 10/11/19  SADDLERIDGE FIRE | 77,310.43 |
| CA | Hazard Mitigation Grant | R-9 CALIFORNIA 10/13/21 ALISAL FIRE | 78,835.32 |
| CA | Hazard Mitigation Grant | R-9 CALIFORNIA 10/16/20 WILDFIRES | 616,646.60 |
| CA | Hazard Mitigation Grant | R-9 CALIFORNIA 10/24/07 WILDFIRES | 455,616.50 |
| CA | Hazard Mitigation Grant | R-9 CALIFORNIA 11/12/18 WILDFIRE | 2,449,146.53 |
| CA | Hazard Mitigation Grant | R-9 CALIFORNIA 11/8/18 CAMP FIRE | 58,433.60 |
| CA | Hazard Mitigation Grant | R-9 CALIFORNIA 4/1/17 SEVERE WINTERNSTORMS FLOODING     MUDSLIDES | 3,394,639.08 |
| CA | Hazard Mitigation Grant | R-9 CALIFORNIA 9/12/21 CALDOR FIRE | 208,261.42 |
| CA | Hazard Mitigation Grant | R-9 CALIFORNIA, 1/14/23, SEVERE WINTER STORM,     WINDS, FLOODING, LANDSLIDES AND MUDSLIDES | 702,736.07 |

| State | Grant Type | Description | Amount |
|---|---|---|---|
| CA | Hazard Mitigation Grant | R9-CALIFORNIA 11/21/23 TROPICAL STORM HILARY | 483,208.05 |
| CA | Hazard Mitigation Grant | SEVERE WINTER STORMS, FLOODING, LANDSLIDES, AND MUDSLIDES | 46,018.47 |
| CA | Hazard Mitigation Grant | SEVERE WINTER STORMS, STRAIGHT LINE WINDS, FLOODING LANDSLIDES, AND MUDSLIDES | 583,220.83 |
| CA | Hazard Mitigation Grant | SILVERADO FIRE | 216,043.92 |
| CA | Hazard Mitigation Grant | WILDFIRES | 1,225,677.70 |
| CA | Hazard Mitigation Grant | WILDFIRES AND HIGH WINDS | 206,093.12 |
| CA | Infrastructure Grant | COVID-19 | 288,580,336.12 |
| CA | Infrastructure Grant | R-9 CALIFORNIA 09/22/15 | 2.11 |
| CA | Infrastructure Grant | R-9 CALIFORNIA 08/25/21 FRENCH FIRE | 1,889.11 |
| CA | Infrastructure Grant | R-9 CALIFORNIA 09.23.2021 FAWN FIRE | 1,354.52 |
| CA | Infrastructure Grant | R-9 CALIFORNIA 11/12/18 WILDFIRE | 28,356.09 |
| CA | Infrastructure Grant | R-9 CALIFORNIA 12/13/13 RIM FIRE | 0.01 |
| CA | Infrastructure Grant | R-9 CALIFORNIA 7/23/22 OAK FIRE | 41,139.46 |
| CA | Infrastructure Grant | R-9 CALIFORNIA, 1/14/23, SEVERE WINTER STORM, WINDS, FLOODING, LANDSLIDES AND MUDSLIDES | 2,137,967.93 |
| CA | Infrastructure Grant | R-9 EARTHQUAKE | 0.58 |
| CA | Infrastructure Grant | R9-CALIFORNIA 11/21/23 TROPICAL STORM HILARY | 403,944.94 |
| CA | Infrastructure Grant | SEVERE WINTER STORMS, FLOODING AND MUDSLIDES | 92,169.13 |
| CA | Infrastructure Grant | SEVERE WINTER STORMS, STRAIGHT LINE WINDS, FLOODING LANDSLIDES, AND MUDSLIDES | 5,096,306.19 |
| CA | Infrastructure Grant | TROPICAL STORM HILLARY - LA JOLLA BAND OF LUISENO INDIANS | 1,173,189.03 |
| CA | Infrastructure Grant | WILDFIRES | 17,205.62 |
| CA | Public Assistance Grant | COVID-19 | 5,054,639.86 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | BRIC GRANTS NOFO 2020 | 4,000.00 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | EMERGENCY OPERATIONS CENTER COMMUNITY PROJECT GRANTS | 4,333.11 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | ETE-NAT'L DOMESTIC PREPAREDNESS CONSORTIUM | 820,975.56 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | FMA GRANTS | 38.97 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS BRIC NOFO 2021 | 247.70 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 1,643,608.33 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 317,883.81 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PRE-DISASTER MITIGATION | 21,641.10 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 714,327.43 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS URBAN AREA SECURITY INITIATIVE URBAN AREA SECURITY | 319,735.77 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA BRIC GRANTS NOFO 2022 | 771.30 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA CYBERSECURITY - GPD | 4,520,726.66 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | PRE-DISASTER MITIGATION COMMUNITY PROJECT GRANTS | 13,778.10 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | SHSGP NONPROFIT SECURITY | 277,685.76 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | TARGETED VIOLENCE AND TERRORISM PREVENTION - FA | 76,125.03 |
| CO | GRANTS SUBSIDIES AND CONTRIBUTIONS | UASI NONPROFIT | 136,989.83 |
| CO | Hazard Mitigation Grant | COVID-19 | 314,355.70 |
| CO | Hazard Mitigation Grant | EAST TROUBLESOME FIRE | 417,456.89 |
| CO | Hazard Mitigation Grant | GRIZZLY CREEK FIRE | 198.11 |
| CO | Hazard Mitigation Grant | R-8 COLORADO 1/15/21 WILDFIRES | 135,018.10 |
| CO | Hazard Mitigation Grant | R-8 COLORADO 12/30/21 MARSHALL FIRE | 1,237.86 |
| CO | Hazard Mitigation Grant | R-8 COLORADO 12/31/21 WILDFIRES AND STRAIGHT LINE WINDS | 40,332.14 |
| CO | Hazard Mitigation Grant | R8 COLORADO 6/8-6/23/2023 SEVERE STORMS, FLOODING AND TORNADOES | 6,163.86 |
| CO | Infrastructure Grant | COVID-19 | 36,691,347.74 |
| CO | Infrastructure Grant | R-8 COLORADO 1/15/21 WILDFIRES | 980.19 |
| CO | Infrastructure Grant | R-8 COLORADO 9/14/13 COLORADO FLASH FLOODING | 1,978,005.93 |
| CT | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 956,462.04 |
| CT | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE (SAFER) | 143,882.06 |
| CT | GRANTS SUBSIDIES AND CONTRIBUTIONS | MITIGATION DAM SAFETY PROGRAM GRANTS | 33,777.08 |

| State | Grant Type | Description | Amount |
|---|---|---|---|
| CT | Infrastructure Grant | COVID-19 | 2,075,207.72 |
| DC | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 1,158,639.00 |
| DC | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS URBAN AREA SECURITY INITIATIVE URBAN AREA SECURITY | 1,375,238.23 |
| DC | GRANTS SUBSIDIES AND CONTRIBUTIONS | PNP OFFICE OF DEPUTY ADMINISTRATOR REGIONAL & STAKEHOLDER | 27,871.00 |
| DC | Hazard Mitigation Grant | COVID-19 | 62,856.71 |
| DE | GRANTS SUBSIDIES AND CONTRIBUTIONS | CAP-SSSE GRANTS | 28,219.08 |
| DE | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 44,345.25 |
| DE | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FHMRA RISK MAP REGIONAL PROGRAM MANAGEMENT | 20,224.89 |
| DE | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 572,549.40 |
| DE | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PORT SECURITY GRANTS PORT SECURITY GRANTS | 27,145.00 |
| DE | GRANTS SUBSIDIES AND CONTRIBUTIONS | MITIGATION DAM SAFETY PROGRAM GRANTS | 2,317.40 |
| DE | Hazard Mitigation Grant | COVID-19 | 100,684.15 |
| DE | Hazard Mitigation Grant | R3 DELAWARE 10/24/21 REMNANTS OF HURRICANE IDA | 61,162.75 |
| DE | Hazard Mitigation Grant | TROPICAL STORM ISAIAS | 65,816.00 |
| DE | Infrastructure Grant | COVID-19 | 15,359.61 |
| DE | Infrastructure Grant | R3 DELAWARE 10/24/21 REMNANTS OF HURRICANE IDA | 254,722.50 |
| HI | Disaster Case Management | WILDFIRES | 974,577.76 |
| HI | GRANTS SUBSIDIES AND CONTRIBUTIONS | ETE-NAT'L DOMESTIC PREPAREDNESS CONSORTIUM | 990,458.64 |
| HI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 234,013.77 |
| HI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FHMRA RISK MAP REGIONAL PROGRAM MANAGEMENT | 13,775.00 |
| HI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 52,272.41 |
| HI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PDM LEGACY | 122,237.25 |
| HI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 539,275.65 |
| HI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS URBAN AREA SECURITY INITIATIVE URBAN AREA SECURITY | 446,935.04 |
| HI | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA CYBERSECURITY - GPD | 95,773.88 |
| HI | GRANTS SUBSIDIES AND CONTRIBUTIONS | REGIONAL CATASTROPHIC PREPAREDNESS- GRANT | 5,835.00 |
| HI | Infrastructure Grant | COVID-19 | 46,799,917.33 |
| HI | Infrastructure Grant | R-9 HAWAII 2/15/22 SEVERE STORMS, FLOODING AND LANDSLIDES | 186,411.17 |
| HI | Infrastructure Grant | R9 HAWAII 4/11/2024-4/14/2024  SEVERE STORMS, FLOODING, AND LANDSLIDES | 15,268.89 |
| HI | Infrastructure Grant | R-9 HAWAII 5/11/18 KILAUEA VOLCANIC ERUPTION AND EARTHQUAKES | 455,414.74 |
| HI | Infrastructure Grant | WILDFIRES | 3,408,638.01 |
| HI | Public Assistance Grant | COVID-19 | 40,900,303.07 |
| IL | Disaster Case Management | R5 ILLINOIS 8/15/2023 SEVERE STORMS AND FLOODING | 14,200.00 |
| IL | Disaster Case Management | R-50 ILLINOIS, 10/14/22 SEVERE STORM AND FLOODING | 961,012.37 |
| IL | GRANTS SUBSIDIES AND CONTRIBUTIONS | EMERGENCY OPERATIONS CENTER COMMUNITY PROJECT GRANTS | 983,474.22 |
| IL | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 410,575.45 |
| IL | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 3,498,695.74 |
| IL | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PORT SECURITY GRANTS PORT SECURITY GRANTS | 459,673.01 |
| IL | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE   (SAFER) | 68,206.27 |
| IL | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 4,705,004.67 |
| IL | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS URBAN AREA SECURITY INITIATIVE URBAN AREA SECURITY | 26,069,359.75 |
| IL | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA CYBERSECURITY - GPD | 4,275.00 |
| IL | GRANTS SUBSIDIES AND CONTRIBUTIONS | NATIONAL EARTHQUAKE HAZARD REDUCTION GRANTS | 941.57 |
| IL | Hazard Mitigation Grant | COVID-19 | 147,412.02 |
| IL | Hazard Mitigation Grant | R-50 ILLINOIS, 10/14/22 SEVERE STORM AND FLOODING | 14,595.30 |
| IL | Hazard Mitigation Grant | SEVRE STORMS AND FLOODING | 1,143.84 |
| IL | Infrastructure Grant | COVID-19 | 81,227,950.48 |
| IL | Infrastructure Grant | R5 ILLINOIS 8/15/2023 SEVERE STORMS AND FLOODING | 450.00 |
| IL | Infrastructure Grant | SEVRE STORMS AND FLOODING | 369.00 |
| IL | Public Assistance Grant | COVID-19 | 22,013.49 |

| State | Category | Description | Amount |
|---|---|---|---|
| KY | Agreements | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 275,255.41 |
| KY | GRANTS SUBSIDIES AND CONTRIBUTIONS | CSEPP FY23 O&M 2-YEAR FUNDING 10/1/22 TO 9/30/24 | 11,788.18 |
| KY | GRANTS SUBSIDIES AND CONTRIBUTIONS | CSEPP FY24 O&M 2-YEAR FUNDING 10/1/23 TO 9/30/25 | 85,630.90 |
| KY | GRANTS SUBSIDIES AND CONTRIBUTIONS | ETE-CONTINUING TRAINING GRANTS - COMPETITIVE PORTION | 126,230.15 |
| KY | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FHMRA RISK MAP REGIONAL PROGRAM MANAGEMENT | 452,230.16 |
| KY | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 1,215,951.99 |
| KY | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 80,882.20 |
| KY | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA - SECTION 8A NDSP IIJA STATE GRANTS | 5,378.10 |
| KY | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA CYBERSECURITY - GPD | 295,345.08 |
| KY | GRANTS SUBSIDIES AND CONTRIBUTIONS | PNP OFFICE OF DEPUTY ADMINISTRATOR REGIONAL & STAKEHOLDER | 23,726.82 |
| KY | GRANTS SUBSIDIES AND CONTRIBUTIONS | SHSGP NONPROFIT SECURITY | 92,965.39 |
| KY | Hazard Mitigation Grant | COVID-19 | 274,730.20 |
| KY | Hazard Mitigation Grant | R4 KENTUCKY 12/12/21 SEVERE STORM WINDS FLOOD & TORNADOS | 5,880.60 |
| KY | Hazard Mitigation Grant | R-4 KENTUCKY 2/27/22 SEVERE STORM STRAIGHT-LINE WINDS, TORNADOES, FLOODING, LANDSLIDES AND MUDSLIDES | 2,465.71 |
| KY | Hazard Mitigation Grant | R-4 KENTUCKY 3/31/21 SEVERE WINTER STORMS, LANDSLIDES,    MUDSLIDES | 3,468.40 |
| KY | Hazard Mitigation Grant | R4 KENTUCKY 4/10/2023 SEVERE STORMS, STRAIGHT-LINE WINDS,   TORNADOES, FLOODING, LANDSLIDES, AND MUDSLIDES | 3,407.50 |
| KY | Hazard Mitigation Grant | R4 KENTUCKY 4/23/21 SEVERE STORMS,FLOODING,LANDSLIDES,MUDSLIDES | 4,999.26 |
| KY | Hazard Mitigation Grant | R-4 KENTUCKY, 7/29/22 SEVERE STORMS, FLOODING, LANDSLIDES,  AND MUDSLIDES | 537,039.35 |
| KY | Hazard Mitigation Grant | R-4, KENTUCKY, 5/9/23 SEVERE STORMS, STRAIGHT LINE WINDS,   FLOODING, LANDSLIDES AND MUDSLIDES | 10,457.03 |
| KY | Hazard Mitigation Grant | SEVERE STORMS, FLOODING, LANDSLIDES AND MUDSLIDES | 56,094.19 |
| KY | Hazard Mitigation Grant | SEVERE STORMS, FLOODING, LANDSLIDES, AND MUDSLIDES | 51,680.48 |
| KY | Hazard Mitigation Grant | SEVERE STORMS, TORNADOES FLOODING LANDSLIDES & MUDSLIDES | 216,293.35 |
| KY | Hazard Mitigation Grant | SEVERE STORMS,STRAIGHT-LINE WINDS,FLOODING,LANDSLIDES,MUDSLI | 40,414.17 |
| KY | Infrastructure Grant | COVID-19 | 30,882,414.19 |
| KY | Infrastructure Grant | R4 KENTUCKY 12/12/21 SEVERE STORM WINDS FLOOD & TORNADOS | 458,223.02 |
| KY | Infrastructure Grant | R-4 KENTUCKY 2/27/22 SEVERE STORM STRAIGHT-LINE WINDS, TORNADOES, FLOODING, LANDSLIDES AND MUDSLIDES | 43,334.93 |
| KY | Infrastructure Grant | R-4 KENTUCKY 3/31/21 SEVERE WINTER STORMS, LANDSLIDES,    MUDSLIDES | 210,915.78 |
| KY | Infrastructure Grant | R4 KENTUCKY 4/10/2023 SEVERE STORMS, STRAIGHT-LINE WINDS,   TORNADOES, FLOODING, LANDSLIDES, AND MUDSLIDES | 6,512.20 |
| KY | Infrastructure Grant | R4 KENTUCKY 4/23/21 SEVERE STORMS,FLOODING,LANDSLIDES,MUDSLIDES | 960,376.91 |
| KY | Infrastructure Grant | R4 KENTUCKY 5/21/2024-5/27/2024 SEVERE STORMS, STRIGHT-LINE WINDS, TORNADOES, LANDSLIDES, AND MUDSLIDES | 2,146,501.54 |
| KY | Infrastructure Grant | R-4 KENTUCKY, 7/29/22 SEVERE STORMS, FLOODING, LANDSLIDES,  AND MUDSLIDES | 2,062,010.05 |
| KY | Infrastructure Grant | R-4, KENTUCKY, 5/9/23 SEVERE STORMS, STRAIGHT LINE WINDS,   FLOODING, LANDSLIDES AND MUDSLIDES | 360,258.32 |
| KY | Infrastructure Grant | SEVERE STORMS, FLOODING, LANDSLIDES AND MUDSLIDES | 1,339,075.41 |
| KY | Infrastructure Grant | SEVERE STORMS, FLOODING, LANDSLIDES, AND MUDSLIDES | 16,241.21 |
| KY | Infrastructure Grant | SEVERE STORMS, TORNADOES FLOODING LANDSLIDES & MUDSLIDES | 26,985.05 |
| KY | Infrastructure Grant | SEVERE STORMS,STRAIGHT-LINE WINDS,FLOODING,LANDSLIDES,MUDSLI | 124,554.69 |
| KY | Public Assistance Grant | COVID-19 | 644,783.39 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | CAP-SSSE GRANTS | 31,771.21 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 458,012.14 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 485,151.64 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PORT SECURITY GRANTS PORT SECURITY GRANTS | 231,453.50 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE    (SAFER) | 4,838,669.93 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 456,525.18 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS URBAN AREA SECURITY INITIATIVE URBAN AREA SECURITY | 803,854.20 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | HIGH HAZARD POTENTIAL DAM REHABILITATION PROGRAM GRANTS | 3,688.55 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | PRE-DISASTER MITIGATION COMMUNITY PROJECT GRANTS | 63,444.55 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | REGIONAL CATASTROPHIC PREPAREDNESS- GRANT | 8,045.24 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | SHSGP NONPROFIT SECURITY | 78,692.90 |
| MA | GRANTS SUBSIDIES AND CONTRIBUTIONS | TARGETED VIOLENCE AND TERRORISM PREVENTION - FA | 2,726.84 |
| MA | Hazard Mitigation Grant | COVID-19 | 116,815.08 |

| State | Program | Description | Amount |
|---|---|---|---|
| MA | Hazard Mitigation Grant | R-1 MASSACHUSETTS 4/18/22 SEVERE WINTER STORM AND SNOWSTORM | 19,643.47 |
| MA | Hazard Mitigation Grant | R-1 MASSACHUSETTS 6/25/18 SEVERE WINTER STORM AND FLOODING | 122,938.05 |
| MA | Hazard Mitigation Grant | SEVERE WINTER STORM AND SNOWSTORM | 241,452.34 |
| MA | Infrastructure Grant | COVID-19 | 9,637,890.11 |
| MA | Infrastructure Grant | R-1 MASSACHUSETTS 4/19/13 SEVERE WINTER STORM AND SNOWSTORM | 36,180.14 |
| MA | Infrastructure Grant | R-1 MASSACHUSETTS 6/25/18 SEVERE WINTER STORM AND FLOODING | 56,044.17 |
| MA | Infrastructure Grant | R1 MASSACHUSETTS 9/15/23 HURRICANE LEE | 4,643.85 |
| MA | Infrastructure Grant | SEVERE WINTER STORM AND SNOWSTORM | 16,375.18 |
| MA | Public Assistance Grant | COVID-19 | 100,599.04 |
| MD | GRANTS SUBSIDIES AND CONTRIBUTIONS | BRIC GRANTS NOFO 2020 | 41,772.14 |
| MD | GRANTS SUBSIDIES AND CONTRIBUTIONS | FMM (DISC) FLOOD MAPPING RISK MAP (FEE)PROGRAM IMPROVEMENT | 33,273.21 |
| MD | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 475,403.48 |
| MD | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PORT SECURITY GRANTS PORT SECURITY GRANTS | 34,969.46 |
| MD | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE    (SAFER) | 308,250.43 |
| MD | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA - REGIONAL STORM ACT GRANTS - (REGIONAL) | 6,576,542.00 |
| MD | Hazard Mitigation Grant | COVID-19 | 93,108.08 |
| MD | Hazard Mitigation Grant | R-3 MARYLAND 03/04/16 SEVERE WINTER STORM AND SNOWSTORMS | 100,725.74 |
| MD | Infrastructure Grant | COVID-19 | 68,033,655.62 |
| MD | Infrastructure Grant | R-3 MARYLAND 2/4/21 TROPICAL STORM ISAIAS | 2,520.24 |
| MD | Infrastructure Grant | SEVERE STORM AND FLOODING | 1,216,643.18 |
| MD | Public Assistance Grant | COVID-19 | 16,348.61 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | BRIC GRANTS NOFO 2020 | 2,250.00 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | BRIC GRANTS NOFO 2022 | 3.66 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 212,987.80 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 1,333,856.03 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PORT SECURITY GRANTS PORT SECURITY GRANTS | 107,508.17 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE    (SAFER) | 99,584.77 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 356,665.11 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA - SECTION 8A NDSP IIJA STATE GRANTS | 715.66 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA BRIC GRANTS NOFO 2022 | 10,471.93 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA CYBERSECURITY - GPD | 31,549.24 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | MITIGATION DAM SAFETY PROGRAM GRANTS | 3,587.60 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | PRE-DISASTER MITIGATION COMMUNITY PROJECT GRANTS | 107.09 |
| ME | GRANTS SUBSIDIES AND CONTRIBUTIONS | SHSGP NONPROFIT SECURITY | 121,500.67 |
| ME | Hazard Mitigation Grant | R-1 MAINE 5/30/18 SEVERE STORM AND FLOODING | 47,037.80 |
| ME | Infrastructure Grant | COVID-19 | 79,724,190.60 |
| ME | Infrastructure Grant | R1 MAINE 1/9/24-1/13/24 SEVERE STORM AND FLOODING | 173,842.23 |
| ME | Infrastructure Grant | R1 MAINE 12/17/2023-12-21/2023 SEVERE STORM AND FLOODING | 840,840.45 |
| ME | Infrastructure Grant | R1 MAINE 3/22/2023 SEVERE STORM AND FLOODING | 226,448.12 |
| ME | Infrastructure Grant | R1 MAINE 4-3/2024-4/5/2024 SEVERE WINTER STORM | 567,175.31 |
| ME | Infrastructure Grant | R1, MAINE, 7/6/23, SEVERE STORM AND FLOODING | 704,093.19 |
| ME | Public Assistance Grant | COVID-19 | 747,508.23 |
| MI | Disaster Case Management | R5 MICHIGAN 8/24/2023-8/26/2023            SEVERE STORMS, TORNADOES, AND FLOODING | 1,332.22 |
| MI | GRANTS SUBSIDIES AND CONTRIBUTIONS | CAP-SSSE GRANTS | 16,813.97 |
| MI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 1,537,089.67 |
| MI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 1,995,205.59 |
| MI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PDM LEGACY | 837.53 |
| MI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE    (SAFER) | 250,417.67 |
| MI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 796,463.64 |
| MI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS URBAN AREA SECURITY INITIATIVE URBAN AREA SECURITY | 23,070.28 |

| State | Program | Description | Amount |
|---|---|---|---|
| MI | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | SHSGP NONPROFIT SECURITY | 22,340.00 |
| MI | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | SHSGP OPERATION STONEGARDEN | 117,189.86 |
| MI | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | UASI NONPROFIT | 214,693.58 |
| MI | Hazard Mitigation Grant | COVID-19 | 15,874.07 |
| MI | Hazard Mitigation Grant | R-5 MICHIGAN 07/15/21 SEVERE STORMS, TORNADOES FLOODING | 12,661.06 |
| MI | Hazard Mitigation Grant | R-5 MICHIGAN 8/2/18 SEVERE STORMS, FLOODING, LANDSLIDES, AND MUDSLIDES | 2,932.91 |
| MI | Infrastructure Grant | COVID-19 | 79,682,468.04 |
| MI | Infrastructure Grant | R-5 MICHIGAN 07/15/21 SEVERE STORMS, TORNADOES FLOODING | 62,947.93 |
| MI | Public Assistance Grant | COVID-19 | 14,126,208.73 |
| MN | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 1,118,462.63 |
| MN | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 1,243,362.85 |
| MN | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | IIJA BRIC GRANTS NOFO 2022 | 75,682.40 |
| MN | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | SHSGP NONPROFIT SECURITY | 46,548.17 |
| MN | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | SHSGP TRIBAL | 159,278.36 |
| MN | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | UASI NONPROFIT | 43,323.55 |
| MN | Infrastructure Grant | R5 6/16/2024-CONTINUING MINNESOTA SEVERE STORMS AND FLOODING | 4,145.28 |
| NC | Agreements | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 1,038,159.57 |
| NC | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 652,657.57 |
| NC | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE (SAFER) | 67,903.00 |
| NC | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 292,056.14 |
| NC | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS URBAN AREA SECURITY INITIATIVE URBAN AREA SECURITY | 39,561.35 |
| NC | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | IIJA - SECTION 8A NDSP IIJA STATE GRANTS | 51,611.34 |
| NC | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | IIJA CYBERSECURITY - GPD | 18,424.34 |
| NC | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | SHSGP NONPROFIT SECURITY | 423,451.98 |
| NC | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | USFA STATE FIRE TRAINING GRANT | 2,410.18 |
| NC | Hazard Mitigation Grant | COVID-19 | 140,619.31 |
| NC | Hazard Mitigation Grant | HURRICANE DORIAN | 963,006.65 |
| NC | Hazard Mitigation Grant | HURRICANE FLORENCE | 3,035,873.79 |
| NC | Hazard Mitigation Grant | R-4 NORTH CAROLINA 1/31/19 TROPICAL STORM MICHAEL | 349,547.07 |
| NC | Hazard Mitigation Grant | R-4 NORTH CAROLINA 10/10/16 HURRICANE MATTHEW | 23,933.80 |
| NC | Hazard Mitigation Grant | R-4 NORTH CAROLINA 11/11/16 PARTY ROCK FIRE | 149,861.07 |
| NC | Hazard Mitigation Grant | R4 NORTH CAROLINA 9/252024-CONTINUING TROPICAL STORM HELENE | 19,986.87 |
| NC | Hazard Mitigation Grant | R4 NORTH CAROLINIA HURRICANE ISAIAS 10/14/20 | 67,770.00 |
| NC | Hazard Mitigation Grant | R-4 REMNANTS OF TROPICAL STORM FRED 9/8/21 | 219,156.99 |
| NC | Hazard Mitigation Grant | SEVERE STROMS,TORNADOS AND FLOODING | 65,385.02 |
| NC | Infrastructure Grant | COVID-19 | 66,474,928.26 |
| NC | Infrastructure Grant | HURRICANE DORIAN | 22,474.38 |
| NC | Infrastructure Grant | HURRICANE FLORENCE | 454,692.60 |
| NC | Infrastructure Grant | R-4 NORTH CALOLINA 03/03/21 TROPICAL STORMS ETA | 7,019.09 |
| NC | Infrastructure Grant | R-4 NORTH CAROLINA 10/10/16 HURRICANE MATTHEW | 509,207.86 |
| NC | Infrastructure Grant | R4 NORTH CAROLINA 8/5/2024-CONTINUING TROPICAL STROM DEBBY | 118,713.58 |
| NC | Infrastructure Grant | R4 NORTH CAROLINA 9/16/2024-9/20/2024 POTENTIAL TROPICAL CYCLONE EIGHT | 161,691.16 |
| NC | Infrastructure Grant | R4 NORTH CAROLINA 9/252024-CONTINUING TROPICAL STORM HELENE | 90,500,543.98 |
| NC | Infrastructure Grant | R-4 NORTH CAROLINA, 10/1/22 HURRICANE IAN | 4,590.47 |
| NC | Infrastructure Grant | R4 NORTH CAROLINIA HURRICANE ISAIAS 10/14/20 | 10,370.47 |
| NC | Infrastructure Grant | R-4 REMNANTS OF TROPICAL STORM FRED 9/8/21 | 77,242.67 |
| NC | Infrastructure Grant | SEVERE STROMS,TORNADOS AND FLOODING | 33,778.56 |
| NJ | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | FMA GRANTS | 355,765.43 |
| NJ | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS FHMRA RISK MAP REGIONAL PROGRAM MANAGEMENT | 10,293.91 |
| NJ | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 1,986,008.71 |

| State | Program | Description | Amount |
|---|---|---|---|
| NJ | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS PORT SECURITY GRANTS PORT SECURITY GRANTS | 163,312.00 |
| NJ | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS PUBLIC TRANSPORTATION SECURITY ASSISTANCE    RAILROAD SECURITY ASSISTANCE PUBLIC TRANSPORTATION SECURITY | 502,129.79 |
| NJ | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE    (SAFER) | 154,951.61 |
| NJ | **Hazard Mitigation Grant** | COVID-19 | 3,458.75 |
| NJ | **Hazard Mitigation Grant** | HURRICANE SANDY | 1,105,891.00 |
| NJ | **Hazard Mitigation Grant** | R-2 REMNANTS OF HURRICANE IDA 9/5/21 | 2,651,292.00 |
| NJ | **Infrastructure Grant** | COVID-19 | 41,686,836.37 |
| NJ | **Infrastructure Grant** | HURRICANE SANDY | 16,610,172.79 |
| NJ | **Infrastructure Grant** | R-2 NEW JERSEY 12/11/20 TROPICAL STORM ISAIAS | 1,724.88 |
| NJ | **Infrastructure Grant** | R-2 REMNANTS OF HURRICANE IDA 9/5/21 | 2,629,763.95 |
| NJ | **Infrastructure Grant** | SEVERE STORM AND FLOODING | 67,570.47 |
| NJ | **Public Assistance Grant** | COVID-19 | 1,086,434.89 |
| NM | **Disaster Case Management** | R6 NEW NEXICO 6/17/2024-CONTINUING    SOUTH FORK FIRE AND SALT FIRE | 515,611.76 |
| NM | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | ETE-NAT'L DOMESTIC PREPAREDNESS CONSORTIUM | 2,467,065.67 |
| NM | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS FHMRA RISK MAP REGIONAL PROGRAM MANAGEMENT | 58,290.43 |
| NM | **Hazard Mitigation Grant** | COVID-19 | 32,748.22 |
| NM | **Hazard Mitigation Grant** | R-6 NEW MEXICO 06/15/17 EL CAJETE FIRE | 666,084.42 |
| NM | **Hazard Mitigation Grant** | R6 NEW MEXICO 4/11/22 BIG HOLE FIRE | 14,560.85 |
| NM | **Hazard Mitigation Grant** | R-6 NEW MEXICO, 5/4/22 WILDFIRES AND STRIGHT-LINE WINDS | 670.40 |
| NM | **Infrastructure Grant** | COVID-19 | 59,932,719.79 |
| NM | **Infrastructure Grant** | R-6 NEW MEXICO, 5/4/22 WILDFIRES AND STRIGHT-LINE WINDS | 8,093,809.36 |
| NM | **Public Assistance Grant** | COVID-19 | 1,674,604.54 |
| NV | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS FHMRA RISK MAP REGIONAL PROGRAM MANAGEMENT | 10,000.00 |
| NV | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 4,811.31 |
| NV | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE    (SAFER) | 180,186.42 |
| NV | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS URBAN AREA SECURITY INITIATIVE URBAN AREA SECURITY | 530,530.67 |
| NV | **Infrastructure Grant** | R-9 NEVADA, 4/27/23 SEVERE WINTER STORM, FLOODING, LANDSLIDEAND MUDSLIDES | 1,445,794.69 |
| NY | **Agreements** | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 2,817,378.46 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | BRIC GRANTS NOFO 2020 | 44,746.55 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | EMERGENCY OPERATIONS CENTER COMMUNITY PROJECT GRANTS | 20,226.78 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | ETE-CONTINUING TRAINING GRANTS - COMPETITIVE PORTION | 124,252.51 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 1,903,847.14 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS PORT SECURITY GRANTS PORT SECURITY GRANTS | 11,160.00 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS PUBLIC TRANSPORTATION SECURITY ASSISTANCE    RAILROAD SECURITY ASSISTANCE PUBLIC TRANSPORTATION SECURITY | 9,372,648.18 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE    (SAFER) | 846,789.60 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 14,321,863.61 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS URBAN AREA SECURITY INITIATIVE URBAN AREA SECURITY | 21,421,458.45 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | REGIONAL CATASTROPHIC PREPAREDNESS- GRANT | 155,883.00 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | SHSGP NONPROFIT SECURITY | 1,633,286.03 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | TARGETED VIOLENCE AND TERRORISM PREVENTION - FA | 76,333.08 |
| NY | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | UASI NONPROFIT | 3,883,047.52 |
| NY | **Hazard Mitigation Grant** | COVID-19 | 109,601.53 |
| NY | **Hazard Mitigation Grant** | FLOODING | 29,147.44 |
| NY | **Hazard Mitigation Grant** | HURRICANE SANDY | 1,645,966.66 |
| NY | **Hazard Mitigation Grant** | R2 NEW YORK TROPICAL STORM ISAIAS 10/2/20 | 255,050.46 |
| NY | **Hazard Mitigation Grant** | REMNANTS OF TROPICAL STORM FRED | 44,836.00 |
| NY | **Hazard Mitigation Grant** | SEVERE STORMS STRAIGHT-LINE WINDS AND FLOODING | 283,087.66 |
| NY | **Infrastructure Grant** | COVID-19 | 439,313,447.42 |
| NY | **Infrastructure Grant** | FLOODING | 307,605.98 |
| NY | **Infrastructure Grant** | HURRICANE SANDY | 108,129,355.86 |

| State | Grant Type | Description | Amount |
|---|---|---|---|
| NY | Infrastructure Grant | R2 NEW YORK 7/10-7/11           SEVERE STORM, TORNADOES, AND FLOODING | 292,345.13 |
| NY | Infrastructure Grant | R2 NEW YORK 9/28/2023-9/30/2023 SEVERE STORM AND FLOODING | 1,173,136.70 |
| NY | Infrastructure Grant | R2 NEW YORK JULY 9-10,2023 SEVERE STORMS AND FLOODING | 1,305,421.41 |
| NY | Infrastructure Grant | R2 NEW YORK SAINT REGIS MOHAWK TRRIBE 8/8/2024-8/10/2024   SEVERE STORM AND FLOODING | 37,275.78 |
| NY | Infrastructure Grant | R2 NEW YORK TROPICAL STORM ISAIAS 10/2/20 | 882,930.11 |
| NY | Infrastructure Grant | R-2 REMNANTS OF HURRICANE IDA 9/5/21 | 1,293,027.11 |
| NY | Infrastructure Grant | REMNANTS OF TROPICAL STORM FRED | 1,866,936.48 |
| NY | Infrastructure Grant | SEVERE STORMS STRAIGHT-LINE WINDS AND FLOODING | 1,209,224.41 |
| NY | Infrastructure Grant | SEVERE WINTER STORM AND SNOWSTORM | 400,466.05 |
| NY | Public Assistance Grant | COVID-19 | 24,029,593.69 |
| OR | Agreements | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 785,271.35 |
| OR | GRANTS SUBSIDIES AND CONTRIBUTIONS | EMERGENCY OPERATIONS CENTER COMMUNITY PROJECT GRANTS | 3,022.30 |
| OR | GRANTS SUBSIDIES AND CONTRIBUTIONS | FMA GRANTS | 265.54 |
| OR | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FHMRA RISK MAP REGIONAL PROGRAM MANAGEMENT | 25,838.14 |
| OR | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 957,323.78 |
| OR | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PRE-DISASTER MITIGATION | 1,633.72 |
| OR | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE    (SAFER) | 110,406.95 |
| OR | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 53,819.11 |
| OR | GRANTS SUBSIDIES AND CONTRIBUTIONS | HIGH HAZARD POTENTIAL DAM REHABILITATION PROGRAM GRANTS | 24,750.00 |
| OR | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA - SECTION 8A NDSP IIJA STATE GRANTS | 13,800.00 |
| OR | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA CYBERSECURITY - GPD | 129,877.31 |
| OR | Hazard Mitigation Grant | COVID-19 | 244,096.98 |
| OR | Hazard Mitigation Grant | R-10 OREGON  06/30/21 0419 FIRE | 9,797.06 |
| OR | Hazard Mitigation Grant | R-10 OREGON 05/04/21  SEVERE WINTER STORMS | 140,595.49 |
| OR | Hazard Mitigation Grant | R-10 OREGON 08/04/17 PIPELINE FIRE | 59,314.65 |
| OR | Hazard Mitigation Grant | R-10 OREGON 8/3/22 MILLER ROAD FIRE | 1,078.64 |
| OR | Hazard Mitigation Grant | SEVERE STORMS, FLOODING, LAND/MUD SLIDES | 49,446.43 |
| OR | Hazard Mitigation Grant | SEVERE STORMS, FLOODING, LANDSLIDES, AND MUDSLIDES | 1,053,322.52 |
| OR | Hazard Mitigation Grant | SEVERE WINTER STORMS, FLOODING LAND/MUDSLIDES | 7,418.98 |
| OR | Hazard Mitigation Grant | WILDFIRES AND STRAIGHT-LINE WINDS | 771,798.62 |
| OR | Infrastructure Grant | COVID-19 | 161,462,791.01 |
| OR | Infrastructure Grant | R-10 OREGON 05/04/21  SEVERE WINTER STORMS | 445,336.39 |
| OR | Infrastructure Grant | R-10 OREGON 2/17/16 SEVERE WINTER STORMS, STRAIGHT-LINE    WINDS FLOODING LANDSLIDES AND MUDSLIDES | 1,124,082.76 |
| OR | Infrastructure Grant | R-10 OREGON 4/13/24 SEVERE WINTER STORMS, STRAIGHT-LINE WINDLANDSLIDES AND MUDSLIDES | 1,164,891.23 |
| OR | Infrastructure Grant | R10 OREGON 7/10/2024-8/23/2024 WILDFIRES | 4,411.87 |
| OR | Infrastructure Grant | R-10 OREGON 8/3/22 MILLER ROAD FIRE | 39,525.47 |
| OR | Infrastructure Grant | SEVERE STORMS, FLOODING, LAND/MUD SLIDES | 150,215.96 |
| OR | Infrastructure Grant | SEVERE STORMS, FLOODING, LANDSLIDES, AND MUDSLIDES | 8,652.07 |
| OR | Infrastructure Grant | SEVERE WINTER STORM AND FLOODING | 846,350.74 |
| OR | Infrastructure Grant | SEVERE WINTER STORMS, FLOODING LAND/MUDSLIDES | 104,734.21 |
| OR | Infrastructure Grant | WILDFIRES AND STRAIGHT-LINE WINDS | 789,971.78 |
| OR | Public Assistance Grant | COVID-19 | 135,936.68 |
| RI | GRANTS SUBSIDIES AND CONTRIBUTIONS | EMERGENCY OPERATIONS CENTER COMMUNITY PROJECT GRANTS | 216,233.42 |
| RI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 152,382.40 |
| RI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 1,685,407.60 |
| RI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE    (SAFER) | 142,713.72 |
| RI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 84,029.09 |
| RI | GRANTS SUBSIDIES AND CONTRIBUTIONS | SHSGP NONPROFIT SECURITY | 157,832.85 |
| RI | Infrastructure Grant | COVID-19 | 368,369.70 |
| RI | Infrastructure Grant | R1 RHODE ISLAND 1/9/24-1/13/24 SEVERE STORMS AND FLOODING | 584,404.21 |

| | | | |
|---|---|---|---:|
| RI | Public Assistance Grant | COVID-19 | 1,268.18 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | BRIC GRANTS NOFO 2020 | 2,012.37 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | BRIC GRANTS NOFO 2022 | 1,633.83 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | CAP-SSSE GRANTS | 75,390.40 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS BRIC NOFO 2021 | 11,514.80 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 59,184.11 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 401,997.43 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PDM LEGACY | 200.71 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STATE HOMELAND SECURITY GRANT PROGRAM | 218,358.81 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA - SECTION 8A NDSP IIJA STATE GRANTS | 56,747.15 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA BRIC GRANTS NOFO 2022 | 9,895.06 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | PRE-DISASTER MITIGATION COMMUNITY PROJECT GRANTS | 94.24 |
| VT | GRANTS SUBSIDIES AND CONTRIBUTIONS | SHSGP NONPROFIT SECURITY | 23,428.39 |
| VT | Hazard Mitigation Grant | COVID-19 | 294,275.88 |
| VT | Hazard Mitigation Grant | GRANTS PRE-DISASTER MITIGATION | 8,297.16 |
| VT | Hazard Mitigation Grant | R-1 VERMONT 09/01/11 HURRICANE IRENE | 186,195.51 |
| VT | Hazard Mitigation Grant | R1 VERMONT 7/14/2023 FLOODING | 367,863.41 |
| VT | Hazard Mitigation Grant | SEVERE STORM AND FLOODING | 256,830.59 |
| VT | Hazard Mitigation Grant | SEVERE STORM AND FLOODING | 340,627.21 |
| VT | Infrastructure Grant | COVID-19 | 683.35 |
| VT | Infrastructure Grant | R1 VERMONT 12/18/2023-12/19/2023 SEVERE STORM AND FLOODING | 103,446.28 |
| VT | Infrastructure Grant | R1 VERMONT 7/14/2023 FLOODING | 35,265,130.88 |
| VT | Infrastructure Grant | R1 VERMONT 7/29/2024-7/31/2024 SEVERE STORMS, FLOODING,   LANDSLIDES, AND MUDSLIDES | 1,807.85 |
| VT | Infrastructure Grant | R1 VERMONT 7/9/2024-7/11/2024           SEVERE STORM, FLOODING, LANDSLIDES, AND MUDSLIDES | 1,925,193.88 |
| VT | Infrastructure Grant | R1 VERMONT JAN 9-13-2020 SEVERE WINTER STORM | 90.56 |
| VT | Infrastructure Grant | R1 VERMONT, 3/20/2023 SEVERE STORM AND FLOODING | 761.94 |
| VT | Infrastructure Grant | SEVERE STORM AND FLOODING | 468.60 |
| VT | Infrastructure Grant | SEVERE STORM AND FLOODING | 921.92 |
| VT | Infrastructure Grant | SEVERE STORMS AND FLOODING | 804.18 |
| WA | GRANTS SUBSIDIES AND CONTRIBUTIONS | BRIC GRANTS NOFO 2020 | 31,705.74 |
| WA | GRANTS SUBSIDIES AND CONTRIBUTIONS | CAP-SSSE GRANTS | 10,073.81 |
| WA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FHMRA RISK MAP REGIONAL PROGRAM MANAGEMENT | 9,457.45 |
| WA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 1,036,849.88 |
| WA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PORT SECURITY GRANTS PORT SECURITY GRANTS | 315,268.34 |
| WA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS PUBLIC TRANSPORTATION SECURITY ASSISTANCE        RAILROAD SECURITY ASSISTANCE PUBLIC TRANSPORTATION SECURITY | 334,104.00 |
| WA | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS STAFFING FOR ADEQUATE FIRE & EMERGENCY RESPONSE    (SAFER) | 1,341,780.82 |
| WA | GRANTS SUBSIDIES AND CONTRIBUTIONS | HIGH HAZARD POTENTIAL DAM REHABILITATION PROGRAM GRANTS | 119,581.59 |
| WA | GRANTS SUBSIDIES AND CONTRIBUTIONS | IIJA - SECTION 8A NDSP IIJA STATE GRANTS | 3,087.34 |
| WA | Infrastructure Grant | COVID-19 | 59,502,484.36 |
| WA | Infrastructure Grant | R-10 WASHINGTON 1/5/22 FLOODING AND MUDSLIDES | 1,080,108.59 |
| WA | Infrastructure Grant | R-10 WASHINGTON 2/4/21 WILDFIRES AND STRAIGHT-LINE WINDS | 1,550,420.54 |
| WA | Infrastructure Grant | R-10 WASHINGTON 4/21/17 SEVERE WINTER STORMS FLOODING     MUDSLIDES | 256,981.91 |
| WA | Infrastructure Grant | SEVERE STORMS, FLOODING, LANDSLIDES AND MUDSLIDES | 11,042,828.78 |
| WA | Infrastructure Grant | SEVERE WINTER STORM FLOODING LAND AND MUD SLIDES | 5,716.52 |
| WA | Infrastructure Grant | SEVERE WINTER STORM, STRAIGHT LINE WINDS, FLOODING, LANDSLIDES AND MUDSLIDES | 1,135,640.85 |
| WA | Public Assistance Grant | COVID-19 | 25,312,784.66 |
| WI | GRANTS SUBSIDIES AND CONTRIBUTIONS | BRIC GRANTS NOFO 2020 | 30,775.47 |
| WI | GRANTS SUBSIDIES AND CONTRIBUTIONS | FMA GRANTS | 54.38 |
| WI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS BRIC NOFO 2021 | 166,132.24 |
| WI | GRANTS SUBSIDIES AND CONTRIBUTIONS | GRANTS EMERGENCY MANAGEMENT PERFORMANCE GRANTS | 212,738.07 |

| | | | |
|---|---|---|---:|
| **WI** | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS FHMRA RISK MAP REGIONAL PROGRAM MANAGEMENT | 6,685.81 |
| **WI** | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS FIREFIGHTER ASSISTANCE GRANTS | 758,034.14 |
| **WI** | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | GRANTS PDM LEGACY | 2,391.97 |
| **WI** | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | IIJA BRIC GRANTS NOFO 2022 | 1,500.00 |
| **WI** | **GRANTS SUBSIDIES AND CONTRIBUTIONS** | IIJA CYBERSECURITY - GPD | 16,306.70 |
| **WI** | **Hazard Mitigation Grant** | COVID-19 | 166,413.77 |
| **WI** | **Hazard Mitigation Grant** | SEVERE STORMS TORNADOES STRAIGHT LINE WINDS AND FLOODING | 3,513.08 |
| **WI** | **Hazard Mitigation Grant** | SEVERE STORMS, STRAIGHT-LINE WINDS, AND FLOODING | 1,656.07 |
| **WI** | **Hazard Mitigation Grant** | SEVERE STORMS, TORNADOES, STRAIGHT-LINE WINDS, FLOODING, ANDLANDSLIDES | 2,858.83 |
| **WI** | **Hazard Mitigation Grant** | SEVERE WINTER STORM AND FLOODING | 2,933.27 |
| **WI** | **Infrastructure Grant** | COVID-19 | 5,627,593.97 |
| **WI** | **Infrastructure Grant** | R5 - WISCONSIN - 10/7/2017 | 1,008.83 |
| **WI** | **Infrastructure Grant** | R-5 WISCONSIN 8/9/16 SEVERE STORMS AND FLOODING | 93.35 |
| **WI** | **Infrastructure Grant** | SEVERE STORMS TORNADOES STRAIGHT LINE WINDS AND FLOODING | 32,982.62 |
| **WI** | **Infrastructure Grant** | SEVERE STORMS, STRAIGHT-LINE WINDS, AND FLOODING | 93.35 |
| **WI** | **Infrastructure Grant** | SEVERE STORMS, TORNADOES, STRAIGHT-LINE WINDS, FLOODING, ANDLANDSLIDES | 4,734.42 |
| **WI** | **Infrastructure Grant** | SEVERE WINTER STORM AND FLOODING | 221,789.83 |
| (blank) | (blank) | (blank) | |
| **Grand Total** | | | **2,216,815,820.81** |