# United States Court of Appeals
## For the First Circuit

_____

No. 25-8010

STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF RHODE ISLAND; STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NORTH CAROLINA; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; OFFICE OF THE GOVERNOR OF KENTUCKY EX REL. ANDY BESHEAR,

Plaintiffs - Respondents,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US OFFICE OF MANAGEMENT AND BUDGET; RUSSELL THURLOW VOUGHT, in their official capacity as Director of the U.S. Office of Management and Budget; US DEPT OF THE TREASURY; SCOTT BESSENT, in their official capacity as Secretary of the Treasury; PATRICIA COLLINS, in their official capacity as Treasurer of the U.S.; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US DEPARTMENT OF EDUCATION; LINDA MARIE MCMAHON, in their official capacity as Secretary of Education; FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, in their official capacity as Acting Administrator of the U.S. Federal Emergency Management Agency; US DEPT OF TRANSPORTATION; SEAN PATRICK DUFFY, in their official capacity as Secretary of Transportation; U.S. DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER, in their official capacity as Secretary of Labor; U.S. DEPARTMENT OF ENERGY; CHRISTOPHER ALLEN WRIGHT, in their official capacity as Secretary of the U.S. Department of Energy; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in their official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. DEPARMENT OF HOMELAND SECURITY, KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in their official capacity as Attorney General; NATIONAL SCIENCE FOUNDATION; DR. SETHURAMAN PANCHANATHAN, in their official capacity as Director of the National Science Foundation; U.S. DEPARTMENTT OF THE INTERIOR; DOUGLAS JAMES BURGUM, in their official capacity as Secretary of the Interior; U.S. DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in their official capacity as Secretary of Agriculture; U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; SCOTT TURNER, in their official capacity as Secretary of Housing and Urban Development; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacities as Secretary of

State and Acting Administrator of the United States Agency for International Development; U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT; U.S. DEPARTMENT OF DEFENSE; PETE HEGSETH, in their official capacity as Secretary of Defense; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; DOUGLAS A. COLLINS, in their official capacity as Secretary of Veterans Affairs; U.S. DEPARTMENT OF COMMERCE; HOWARD LUTNICK; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JANET E. PETRO, in their official capacity as Acting Administrator of National Aeronautics and Space Administration; CORPORATION FOR NATIONAL AND COMMUNITY SERVICE; JENNIFER BASTRESS TAHMASEBI, in their official capacity as Interim Head of the Corporation for National and Community Service; U.S. SOCIAL SECURITY ADMINISTRATION; LELAND DUDEK, in their official capacity as Acting Commissioner of United States Social Security Administration; U.S. SMALL BUSINESS ADMINISTRATION; KELLY LYNN LOEFFLER, in their official capacity as Administrator of U.S. Small Business Administration,

Defendants - Respondents,

ROBERT A. HEGHMANN,

Interested Party - Petitioner.

---

**JUDGMENT**

Entered: May 12, 2025
Pursuant to 1st Cir. R. 27.0(d)

Petitioner Robert A. Heghmann is presently in default for failure to pay the filing fee. The court previously issued notice of default to petitioner on April 4, 2025, which warned petitioner that failure to pay the filing fee would result in this appeal's dismissal for lack of diligent prosecution. The notice of default extended petitioner's deadline to pay the filing fee until April 18, 2025. Petitioner has failed to comply and has not requested an extension of time to do so.

Accordingly, it is ordered that the above-captioned appeal be <u>dismissed</u>. <u>See</u> 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kathryn M. Sabatini, Michael J. Myers, Rabia Muqaddam, Sarah Rice, Mark Stephen Grube, Leonard Giarrano IV, Molly Thomas-Jensen, Christine Chuang, Marie Elizabeth Logan, Theodore McCombs, Laura Faer, Alex Hemmer, Jeremy Feigenbaum, Shankar Duraiswamy, Katherine B.

Dirks, Turner Smith, Anna Esther Lumelsky, Vanessa Arslanian, Nathaniel J. Hyman, Joshua Bendor, Shannon Wells Stevenson, Jill Lacedonia, Michael Kenneth Skold, Vanessa L. Kassab, David Dana Day, Kalikoonalani Diara Fernandes, Jason David Anton, Adam D. Kirschner, Neil Giovanatti, Linus Banghart-Linn, Elizabeth C. Kramer, Heidi Parry Stern, Daniel Paul Mosteller, Anjana Samant, Jonathan T. Rose, Andrew R.W. Hughes, Leah Brown, Aaron Bibb, Lauren S. Zurier, Kevin Love Hubbard, Eitan R. Sirkovich, Freedom Cheteni, Arthur West, Rubin Young, Cody R. Hart, Derrill J. Fussell, Anne Armstrong, Robert A. Heghmann, Laura Crittenden Tipton, Steven Travis Mayo, Taylor Payne