# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 1:25:-cv-00039 |

## NOTICE OF WITHDRAWAL

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please withdraw the appearance of the undersigned as an attorney for the Plaintiff, Commonwealth of Massachusetts, in the above-entitled action.

	Plaintiff,

	COMMONWEALTH OF MASSACHUSETTS,

	By its Attorneys

	ANDREA JOY CAMPBELL
	ATTORNEY GENERAL

	*/s/ Chris Pappavaselio*
	Chris Pappavaselio, BBO# 713519
	Assistant Attorney General
	Office of the Attorney General
	One Ashburton Place
	Boston, MA  02108
	(617) 717-2200
	chris.pappavaselio2@mass.gov

Date: August 22, 2025

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document was filed through the ECF system on August 22, 2025, and will be served upon Defendants' counsel electronically.

<u>/s/ Chris Pappavaselio</u>
Chris Pappavaselio
Dated: August 22, 2025
