UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NEW YORK, et al.,

Plaintiffs,

v.                                                Case No. 1:25-cv-00039-JJM-PAS

DONALD TRUMP, et al.

Defendant.

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule Gen 206(d)(1), undersigned counsel hereby provides notice of withdrawal as counsel for Plaintiff State of Maine.  Assistant Attorney General Jack Dafoe has already entered his appearance as counsel in this matter and will represent the State of Maine going forward.

DATED: July 8, 2026                    Respectfully submitted,

AARON M. FREY
Attorney General, State of Maine

/s/ Jason Anton
JASON ANTON
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta ME 04333-0006
Tel. (207) 626-8412
Fax (207) 287-3145
jason.anton@maine.gov

1

**CERTIFICATE OF SERVICE**

I hereby certify that that on July 8, 2026, I electronically filed this document with the Clerk of the Court using the CM/ECF system, and that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

DATED:  July 8, 2026

/s/ Jason Anton
JASON ANTON
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta ME  04333-0006
Tel.  (207) 626-8412
Fax (207) 287-3145
jason.anton@maine.gov