UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:25-cv-00039 |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**PLAINTIFFS' PROPOSED SCHEDULING ORDER**

At a Status Conference held on July 29, 2026, the Court asked Plaintiffs to submit a proposed schedule for the remainder of proceedings in this case. The Plaintiffs propose the following:

- On or before January 29, 2027, Defendants will produce the administrative record.

- If completion or supplementation of the administrative record or extra-record discovery is necessary, Plaintiffs shall file any such motion by March 31, 2027, and the Parties shall propose an alternate briefing schedule within seven days of the Court's ruling on that motion. Any alternate briefing schedule will include the same intervals of time between briefs as are reflected in the below briefing schedule.

- If no such motion practice is necessary, motions for summary judgment and related filings shall be made as follows:

    o On or before June 17, 2027, Plaintiffs will file their Motion for Summary Judgment.

    o On or before July 29, 2027, Defendants will file their Opposition to Plaintiffs' Motion for Summary Judgment and any Cross Motion for Summary Judgment.

1

    o    On or before September 9, 2027, Plaintiffs will file their Reply in Support of their Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment, if any.

    o    On or before October 21, 2027, Defendants will file their Reply in Support of their Cross Motion for Summary Judgment, if any.

Plaintiffs do not request a further conference on the scheduling order but remain available to appear at a conference if the Court would prefer, at a date that is convenient for the Court.

Dated: August 5, 2026                    Respectfully Submitted,

| | |
|---|---|
| **PETER F. NERONHA** | **LETITIA JAMES** |
| Attorney General for the State of Rhode Island | Attorney General for the State of New York |
| | |
| By: */s/ Kathryn M. Sabatini* | By: */s/ Rabia Muqaddam* |
| Kathryn M. Sabatini (RI Bar No. 8486) | Rabia Muqaddam* |
| Civil Division Chief | Chief Counsel for Federal Initiatives |
| Special Assistant Attorney General | Michael J. Myers* |
| Sarah W. Rice (RI Bar No. 10465) | Senior Counsel |
| Deputy Chief, Public Protection Bureau | Molly Thomas-Jensen* |
| Assistant Attorney General | Special Counsel |
| Leonard Giarrano IV (RI Bar No. 10731) | Colleen Faherty* |
| Special Assistant Attorney General | Special Trial Counsel |
| 150 South Main Street | Zoe Levine* |
| Providence, RI 02903 | Special Counsel for Immigrant Justice |
| (401) 274-4400, Ext. 2054 | 28 Liberty St. |
| ksabatini@riag.ri.gov | New York, NY 10005 |
| srice@riag.ri.gov | (929) 638-0447 |
| lgiarrano@riag.ri.gov | rabia.muqaddam@ag.ny.gov |
| | michael.myers@ag.ny.gov |
| | molly.thomas-Jensen@ag.ny.gov |
| | colleen.Faherty@ag.ny.gov |
| | zoe.Levine@ag.ny.gov |
| | |
| **ROB BONTA** | **KWAME RAOUL** |
| Attorney General for the State of California | Attorney General for the State of Illinois |

By: */s/ Laura L. Faer*
Laura L. Faer*
Supervising Deputy Attorney General
Christine Chuang*
Supervising Deputy Attorney General
Theodore McCombs*
Marie Logan*
Deputy Attorneys General
California Attorney General's Office
1515 Clay St.
Oakland, CA 94612
(510) 879-3304
Laura.Faer@doj.ca.gov
Christine.Chuang@doj.ca.gov
Theodore.McCombs@doj.ca.gov
Marie.Logan@doj.ca.gov

By: */s/ Alex Hemmer*
Alex Hemmer*
Deputy Solicitor General
R. Henry Weaver*
Assistant Attorney General
115 S. LaSalle St.
Chicago, Illinois 60603
(312) 814-5526
Alex.Hemmer@ilag.gov
Robert.Weaver@ilag.gov

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of
Massachusetts

By: */s/ Katherine B. Dirks*
Katherine B. Dirks*
Chief State Trial Counsel
Turner Smith*
Deputy Chief, Energy and Environment
Bureau
Anna Lumelsky*
Deputy State Solicitor
Vanessa Arslanian*
State Trial Counsel
Julia Jonas-Day*
Assistant Attorney General
Amy Laura Cahn
Special Assistant Attorney General
1 Ashburton Pl.
Boston, MA  02108
(617.963.2277)
katherine.dirks@mass.gov

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: */s/ Angela Cai*
Angela Cai*
Executive Assistant Attorney General
Jeremy M. Feigenbaum*
Solicitor General
Shankar Duraiswamy*
Deputy Solicitor General
25 Market St.
Trenton, NJ 08625
(609) 376-3377
Angela.Cai@njoag.gov
Jeremy.Feigenbaum@njoag.gov
Shankar.Duraiswamy@njoag.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

**WILLIAM TONG**
Attorney General for the State of Connecticut

3

By: */s/ Joshua D. Bendor*
Joshua D. Bendor*
Solicitor General
Nathan Arrowsmith*
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Joshua.Bendor@azag.gov
Nathan.Arroswmith@azag.gov

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
Solicitor General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6000
shannon.stevenson@coag.gov

By: */s/ Michael K. Skold*
Michael K. Skold*
Solicitor General
Jill Lacedonia*
165 Capitol Ave
Hartford, CT 06106
(860) 808 5020
Michael.skold@ct.gov
Jill.Lacedonia@ct.gov

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Vanessa L. Kassab*
Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8413
vanessa.kassab@delaware.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District
of Columbia
400 Sixth Street, NW
Washington, DC 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**AARON M. FREY**
Attorney General for the State of Maine

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

4

By: */s/ Jack Dafoe*
Jack Dafoe*
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333
207-626-8800
Jack.Dafoe@maine.gov


**DANA NESSEL**
Attorney General of Michigan


By: */s/ Linus Banghart-Linn*
Linus Banghart-Linn*
Chief Legal Counsel
Neil Giovanatti*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 281-6677
Banghart-LinnL@michigan.gov
GiovanattiN@michigan.gov


**AARON D. FORD**
Attorney General of Nevada

*/s/ Heidi Parry Stern*
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
HStern@ag.nv.gov


**JEFF JACKSON**
Attorney General for the State of North Carolina

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6424
AKirschner@oag.state.md.us


**KEITH ELLISON**
Attorney General for the State of Minnesota


By: */s/ Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us


**RAÚL TORREZ**
Attorney General for the State of New Mexico


By: */s/ Anjana Samant*
Anjana Samant*
Deputy Counsel
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov


**DAN RAYFIELD**
Attorney General for the State of Oregon


By: */s/ Christina Beatty-Walters*
Christina Beatty-Walters*

5

By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
Associate Deputy Attorney General
PO Box 629
Raleigh, NC 27602
919-716-6026
Dmosteller@ncdoj.gov

Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Tina.BeattyWalters@doj.oregon.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s Andrew Hughes*
Andrew Hughes*
Assistant Attorney General
Leah Brown*
Assistant Attorney General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
andrew.hughes@atg.wa.gov
leah.brown@atg.wa.gov

**OFFICE OF THE GOVERNOR *ex rel.* ANDY BESHEAR**
in his official capacity as Governor of the Commonwealth of Kentucky

By: /s/ S. Travis Mayo
S. Travis Mayo*
General Counsel
Taylor Payne*
Chief Deputy General Counsel
Laura C. Tipton*
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s Aaron J. Bibb*
Aaron J. Bibb*
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
BibbAJ@doj.state.wi.us

*Admitted *Pro Hac Vice*