UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-39 (JJM) |

**DEFENDANTS' PROPOSED SCHEDULING ORDER**

At a Status Conference held on July 29, 2026, the Court ordered Defendants to respond to Plaintiffs' proposed schedule, *see* ECF No. 199, with a counterproposal for dispensing with the remainder of proceedings in this case. Defendants are no longer contesting the merits of Plaintiffs' Administrative Procedure Act claims with respect to the government-wide funding pause contemplated by OMB Memorandum M-25-13.[1] As such, production of the administrative record and merits briefing extending through 2027, as plaintiffs have proposed, is not required. Instead, Defendants propose to file a proposed order of final judgment, to which Plaintiffs may respond, according to the following schedule:

- Defendants shall file a proposed order of final judgment, as well as any supportive briefing, by September 30, 2026.
- Plaintiffs shall file any response to Defendants' proposed order by October 30,

[1] Defendants do not concede the merits of any claims related to the Executive Orders, which is not a merits issue in this case but an issue relevant to the scope of relief.

2026.

- Defendants may file a reply by November 13, 2026.

Date: August 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

CHRISTOPHER M. LYNCH
Chief Litigation Counsel
Civil Division, Federal Programs Branch

*<u>/s/ Eitan Sirkovich</u>*
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*