**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*,<br><br>Defendants. | No. 1:25-cv-00039-JJM-PAS |

**MOTION TO WITHDRAW OF APPEARANCE**

Pursuant to Local Rule LR Gen 206(d)(1), and having provided notice to the State of Hawai‘i, the undersigned attorney, David D. Day, hereby respectfully seeks leave of this Court to withdraw as counsel for Plaintiff State of Hawai‘i in the above-captioned matter. The State of Hawai‘i will continue to be represented by counsel of record State of Hawai‘i Solicitor General Kaliko‘onālani D. Fernandes.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to Withdraw Appearance.

DATED: August 20, 2026

Respectfully submitted

/s/ *David D. Day*
DAVID D. DAY

**CERTIFICATE OF SERVICE**

I HEREBY CERITIFY that on August 20, 2026, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system.

DATED: August 20, 2026.

/s/ *David D. Day*
DAVID D. DAY

Counsel for Plaintiff STATE OF HAWAIʻI