UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-39 (JJM) |

**[PROPOSED] ORDER**

1. Defendant Office of Management and Budget (OMB) is enjoined from reissuing, adopting, or reinstating under a different name OMB Memorandum M-25-13 (the "OMB Directive"), which instituted an indiscriminate, government-wide pause with respect to the disbursement and transmission of appropriated federal funds to the Plaintiff States under grants, contracts, or other financial obligations awarded or executed as of January 28, 2025.

2. The Agency Defendants[1] are enjoined from implementing or giving effect to the indiscriminate, government-wide pause contemplated by the OMB Directive by pausing, freezing, blocking, canceling, suspending, terminating, or otherwise impeding the disbursement of appropriated federal funds to the Plaintiff States under grants, contracts, or other financial obligations awarded or executed as of January 28,

[1] "Agency Defendants" refers to the federal executive Agencies and Departments that are parties in this suit.

2025, based on the indiscriminate, government-wide pause contemplated by the OMB Directive.

3. The Court's preliminary injunction entered on March 6, 2025, ECF No. 161, is vacated and superseded by this Order.

IT IS SO ORDERED.

John J. McConnell, Jr.
Chief Judge
United States District Court for the District of Rhode Island

[Month] [Day], 2026