**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NEW YORK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | *Electronically Filed* |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-00039 |
| | ) | |
| DONALD TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule Gen 206(d)(1), and having provided notice to the State of California, undersigned counsel, Christopher Kissel, hereby provides notice of withdrawal as counsel for the State of California in this matter. The State of California will continue to be represented by Theodore McCombs, Marie Logan, and Christine Chuang, who are familiar with the case and fully prepared to continue representation without causing any delays.

Respectfully submitted,

*/s/ Christopher J. Kissel*
Christopher J. Kissel*
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street
Los Angeles, CA 90013
(213) 269-6388
christopher.kissel@doj.ca.gov

*Counsel for Plaintiff State of California*

**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I electronically filed the foregoing Notice via the Court's CM/ECF system, causing all counsel of record to be served.

*/s/ Christopher Kissel*
Christopher Kissel